| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Smart Communications Holding, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | 8:25-bk-9473 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Akerman LLP<br>P.O. Box 4906<br>Orlando, FL 32802 | | | | | | $415,360.83 |
| Baker Hostetler LLP<br>312 Walnut Street<br>Suite 3200<br>Cincinnati, OH 45202 | | | | | | $54,404.14 |
| Bartko Pavia<br>1100 Sansome Street<br>San Francisco, CA 94111 | | | | | | $137,656.68 |
| Cents LLC<br>663 Buckskin Road<br>Dayton, NV 89403 | | | | | | $54,006.73 |
| CML Security<br>1785 West 160th Avenue<br>Suite 700<br>Broomfield, CO 80023 | | | | | | $4,080.00 |
| Compliance Solutions, Inc.<br>242 Rangeline Road<br>Longwood, FL 32750 | | | | | | $243,328.99 |
| County of Fairfax<br>Dept of Tax Administration<br>PO Box 10203<br>Fairfax, VA 22035 | | | | | | $10,898.16 |
| CypherWorx, Inc.<br>3400 Monroe Avenue<br>Suite 119<br>Rochester, NY 14618 | | | | | | $7,500.00 |

Debtor **Smart Communications Holding, Inc.**
Name

Case number *(if known)* 8:25-bk-9473

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Florida Custom Mold, Inc. 1806 Gunn Hwy Odessa, FL 33556 | | | | | | $187,670.39 |
| Interstate Welding 1939 Sherwood Street Clearwater, FL 33765 | | | | | | $95,875.11 |
| JAM Commuications LLC 107 Claredon Place Hendersonville, TN 37075 | | | | | | $39,950.00 |
| Jerome Anderson 814 1st Street N. Apt 305 Jacksonville Beach, FL 32250 | | | **Contingent Disputed** | | | $21,506.97 |
| ShenZhen Meridian Technology Room 2809, West Bldg. Qui Shi Bldg,, Zhu Zi Ling Fu Tian District, Shenzhen CHINA   51804 | | | | | | $787,684.80 |
| Stearns Weaver Miller 150 W. Flagler Street Suite 2200 Miami, FL 33130 | | | | | | $23,296.50 |
| VLEX - Fastcase, Inc. 729 15th Street NW Suite 500 Washington, DC 20005 | | | | | | $23,209.34 |

**Fill in this information to identify the case:**

Debtor name: Smart Communications Holding, Inc.

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-16-2025    X _____
Signature of individual signing on behalf of debtor

Jonathan D. Logan
Printed name

President
Position or relationship to debtor