**Fill in this information to identify the case:**

Debtor Name  SMART COMMUNICATIONS HOLDING, INC.

United States Bankruptcy Court for the: Middle District of Florida

Case number:  8:25-bk-09473-RCT

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:  December 2025                              Date report filed: 01/21/2026
                                                                       MM / DD / YYYY
Line of business:  Communications Tech             NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Jonathan Logan

Original signature of responsible party  _/s/ Jonathan Logan_

Printed name of responsible party  Jonathan Logan

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **SMART COMMUNICATIONS HOLDING, INC.**                    Case number **8:25-bk-09473-RCT**

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ **35,129.36**

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.       $ **0.00**

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.       − $ **0.00**

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ **0.00**

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ **35,129.36**

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**       $ **0.00**

    *(Exhibit E)*

Official Form 425C              Monthly Operating Report for Small Business Under Chapter 11              page **2**

Debtor Name  SMART COMMUNICATIONS HOLDING, INC.              Case number 8:25-bk-09473-RCT

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                           $ _____0.00_____

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                                          _____0_____
27. What is the number of employees as of the date of this monthly report?                                             _____0_____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00_____
30. How much have you paid this month in other professional fees?                                         $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                        $ _____0.00_____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                                                       $ _____0.00_____
36. Total projected cash disbursements for the next month:                                                − $ _____0.00_____
37. Total projected net cash flow for the next month:                                                     = $ _____0.00_____

Debtor Name  SMART COMMUNICATIONS HOLDING, INC.          Case number 8:25-bk-09473-RCT

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

 Page 1 of 2    12/31/25
FL          7728

 TRUIST

```
999-99-99-99 20270  0 C 001 30 S  66 002
SMART COMMUNICATIONS HOLDING INC
10491 72ND ST
SEMINOLE FL   33777-1500
```



# Your account statement
For 12/31/2025

# Contact us
 Truist.com


## BUSINESS VALUE 200 CHECKING        7728

### Account summary

| | |
|---|---:|
| Your previous balance as of 11/28/2025 | $704,084.27 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 700,084.27 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 12/31/2025 | = $4,000.00 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 12/16 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING        701 12-16-25 | 700,084.27 |
| | Total other withdrawals, debits and service charges | = $700,084.27 |

0221336



Page 2 of 2     12/31/25
FL          7728

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at ███████████████ 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call ███████████ or write to:

███████████

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

Important information about your Truist Ready Now Credit Line Account
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

Billing Rights Summary
In case of errors or questions about your Truist Ready Now Credit Line statement
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

███████████

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

Mail-in deposits
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

Change of address
If you need to change your address, please visit your local Truist branch or call Truist Contact Center ███████████

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| | | Date/Type | Amount | Date/Type | Amount |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |

For more information, please contact your local Truist branch, visit Truist.com or contact us at ███████████   MEMBER FDIC

■ PAGE 2 OF 2

0221336

11:25 AM
01/17/26

# Smart Communications
## Reconciliation Summary
### Truist BB&T 7728 Holding, Period Ending 12/31/2025

|  | Dec 31, 25 |
|---|---:|
| **Beginning Balance** | 704,084.27 |
| Cleared Transactions |  |
|   Checks and Payments - 1 item | -700,084.27 |
| Total Cleared Transactions | -700,084.27 |
| **Cleared Balance** | **4,000.00** |
| **Register Balance as of 12/31/2025** | 4,000.00 |
| **Ending Balance** | 4,000.00 |

11:25 AM
01/17/26

# Smart Communications
## Reconciliation Detail
### Truist BB&T 7728 Holding, Period Ending 12/31/2025

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 704,084.27 |
|    **Cleared Transactions** | | | | | | |
|       **Checks and Payments - 1 item** | | | | | | |
|       General Journal | 12/16/2025 | 3898 | | X | -700,084.27 | -700,084.27 |
|       Total Checks and Payments | | | | | -700,084.27 | -700,084.27 |
|    Total Cleared Transactions | | | | | -700,084.27 | -700,084.27 |
| Cleared Balance | | | | | -700,084.27 | 4,000.00 |
| Register Balance as of 12/31/2025 | | | | | -700,084.27 | 4,000.00 |
| **Ending Balance** | | | | | **-700,084.27** | **4,000.00** |



```
881-39-20-15 20367 0 C 001 30   50 004
SMART COMMUNICATIONS HOLDING INC
SMART COMM SAN DIEGO FUNDS ACCT
10491 72ND ST
SEMINOLE FL  33777-1500
```

# Your account statement
For 12/31/2025

**Contact us**

 Truist.com

---

■ **TRUIST DYNAMIC BUSINESS CHECKING - PREFERRED TIER** [redacted]3249

### Account summary

| | |
|---|---:|
| Your previous balance as of 11/28/2025 | $5,000.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 12/31/2025 | = $5,000.00 |

11:28 AM
01/17/26

# Smart Communications
## Reconciliation Summary
### Holdings Truist 3249, Period Ending 12/31/2025

|  | Dec 31, 25 |
|---|---|
| **Beginning Balance** | 5,000.00 |
| **Cleared Balance** | 5,000.00 |
| **Register Balance as of 12/31/2025** | 5,000.00 |
| **Ending Balance** | 5,000.00 |

11:28 AM
01/17/26

# Smart Communications
## Reconciliation Detail
### Holdings Truist 3249, Period Ending 12/31/2025

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 5,000.00 |
| Cleared Balance | | | | | | 5,000.00 |
| Register Balance as of 12/31/2025 | | | | | | 5,000.00 |
| **Ending Balance** | | | | | | 5,000.00 |