ORDERED.

Dated:  March 02, 2026

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

SMART COMMUNICATIONS COLLIER, INC.,

Debtors.
_____/

Chapter 11
Case No. 8:25-bk-09473-RCT

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

## ORDER APPROVING IN PART EXPEDITED APPLICATION TO EMPLOY GILBERT, HARRELL, SUMERFORD & MARTIN, P.C. AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION IN AN APPEAL RELATIVE TO A PRE-BID PROTEST EFFECTIVE AS OF FEBRUARY 18, 2026

**THIS MATTER** came before the Court for consideration without hearing upon the *Expedited Application to Employ Gilbert, Harrell, Sumerford & Martin, P.C. as Special Counsel to the Debtors-in-Possession in an Appeal Relative to a Pre-Bid Protest Effective as of February 18, 2026* [ECF No. 136] (the "Application") filed by Smart Communications Holding, Inc. and Smart Communications Collier, Inc. (together, the "Debtors").

The Court having, reviewed the Application and the Declaration of C. Ryan Germany [ECF No. 136 p. 10] (the "Germany Declaration"); and the Court being unable to accommodate the request for an expedited hearing within the timeframe requested, finds that Application should be approved in part, and it is, therefore

**ORDERED** that:

1. The Application is APPROVED IN PART without a hearing on the terms set forth below.

2. The Debtors are authorized to employ and retain Gilbert, Harrell, Sumerford & Martin, P.C. ("Gilbert Harrell") as Special Counsel in the Protest Appeal, retroactively, pursuant to 11 U.S.C. § 327(e).

3. The Debtors are authorized to remit the $10,000.00 retainer (the "Retainer") to Gilbert Harrell for its representation of the Debtors in the Protest Appeal.

4. Gilbert Harrell is authorized to render professional services to the Debtors as described in the Application, except that the authorization is limited insofar as the Retainer will serve as a cap on allowable compensation.

5. Gilbert Harrell shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Chapter 11 cases in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any guidelines established by the Office of the United States Trustee for the Middle District of Florida and any other applicable procedures and orders of the Court.

6. Should the circumstances warrant, the Debtors may seek to extend the limited authorization by appropriate application.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

\* \* \*

*Eric D. Jacobs, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.*