# United States Bankruptcy Court
## Middle District of Florida

In re **Smart Communications Holding, Inc.** Debtor(s)

Case No. **8:25-bk-09473-RCT**
Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Amended Schedule A/B, Schedule E/F, and Statement of Financial Affairs**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**All parties listed on the attached mailing matrix**

Date: March 3, 2026

*/s/ Eric D. Jacobs*

**Eric D. Jacobs 85992**
Attorney for Debtor(s)
**Venable LLP**
**100 N Tampa Street, Suite 2600**
**Tampa, FL 33602**
**813-439-3100 Fax:813-439-3110**

**Fill in this information to identify the case:**

Debtor name **Smart Communications Holding, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:25-bk-09473-RCT**

■ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **4,240,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **1,183,037.95** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **5,423,037.95** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **53,404,966.83** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **53,404,966.83** |

**Fill in this information to identify the case:**

Debtor name **Smart Communications Holding, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:25-bk-09473-RCT**

■ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Truist Bank** | **Checking** | **3249** | **$5,000.00** |
| 3.2. | **Truist Bank** | **Checking** | **7728** | **$4,000.00** |
| 3.3. | **Truist Bank** | **Certificate of Deposit** | **1358** | **$26,129.36** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$35,129.36**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | | |
|---|---|---|---|
| 7.1. | **Office Rent Deposits - DELETED** | DELETED | **$0.00** |
| 7.2. | **Mt. View Business Plaza, LLC** | | **$5,600.00** |
| 7.3. | **MP Owner LLC** | | **$10,600.66** |
| 7.4. | **Watson Realty Corp.** | | **$4,440.95** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$20,641.61**
Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

- ■ No. Go to Part 4.
- ☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

- ☐ No. Go to Part 5.
- ■ Yes Fill in the information below.

| | | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | | |
| 15.1. | **Ownership interest in Smart Communications Holding, LLC** | **100** | % | | **Unknown** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.** **$0.00**
Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No. Go to Part 6.

Debtor **Smart Communications Holding, Inc.** Case number *(If known)* **8:25-bk-09473-RCT**
Name

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | **Equipment for Installation - DELETED** | **12/31/2025** | **$0.00** | | DELETED **$0.00** |

23. **Total of Part 5.** **$0.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Desks, tables, chairs** | **$0.00** | | DELETED **$0.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Computer Software** | **$0.00** | | DELETED **$0.00** |

Debtor **Smart Communications Holding, Inc.** Case number *(If known)* **8:25-bk-09473-RCT**
Name

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

ADDED VALUATION METHOD AND VALUE

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2017 Mazda CX5** | **$0.00** | **KBB Wholesale Es** | **$17,068.00** |
| 47.2. | **2020 Lamborghini Huracan *Owned by Debtor pursuant to Judge Carroll's order dated December 9, 2025** | **$0.00** | **KBB Wholesale Es** | **$291,647.00** |
| 47.3. | **2017 Ferrari 488 Spider *Owned by Debtor pursuant to Judge Carroll's order dated December 9, 2025** | **$204,160.75** | **KBB Wholesale Es** | **$278,578.00** |
| 47.4. | **2015 Rolls Royce Wraith *Owned by Debtor pursuant to Judge Carroll's order dated December 9, 2025** | **$0.00** | **KBB Wholesale Es** | **$128,723.00** |
| 47.5. | **2024 Range Rover** | **$118,989.56** | **KBB Wholesale Es** | **$114,760.00** |
| 47.6. | **2021 Cadillac Escalade** | **$106,110.21** | **KBB Wholesale Es** | **$58,709.00** |
| 47.7. | **2020 Nissan Pathfinder** | **$0.00** | **KBB Wholesale Es** | **$17,971.00** |
| 47.8. | **2018 F450 29' Bus** | **$3,040.80** | **KBB Wholesale Es** | **$12,000.00** |
| 47.9. | **2018 Nissan Rogue** | **$3,918.38** | **KBB Wholesale Es** | **$15,217.00** |
| 47.10. | **2021 RAM 1500 Classic** | **$7,398.64** | **KBB Wholesale Es** | **$24,379.00** |

Debtor **Smart Communications Holding, Inc.** Case number *(If known)* **8:25-bk-09473-RCT**
Name

| | | | | |
|---|---|---|---|---|
| 47.11. | **2022 Chevy Silverado (VIN 7561)** | **$16,468.80** | **KBB Wholesale Es** | **$34,563.00** |
| 47.12. | **2022 Chevy Silverado (VIN 0884)** | **$15,430.95** | **KBB Wholesale Es** | **$34,563.00** |
| 47.13. | **2022 Chevy Silverado (VIN 0981)** | **$15,430.95** | **KBB Wholesale Es** | **$34,563.00** |
| 47.14. | **2024 Cadillac Escalade - DELETED** | **$0.00** | | DELETED **$0.00** |
| 47.15. | **2024 Kia Telluride** | **$26,872.62** | **KBB Wholesale Es** | **$37,921.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | **Nor-Tech 450 Center Console boat *Owned by Debtor pursuant to Judge Carroll's order dated December 9, 2025** | **Unknown** | | **Unknown** |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Other machinery and equipment - DELETED** | **$0.00** | | DELETED **$0.00** |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$1,100,662.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

Debtor **Smart Communications Holding, Inc.** Case number *(If known)* **8:25-bk-09473-RCT**
Name

ADDED NBV, VALUATION METHOD AND VALUE

| | | | | |
|---|---|---|---|---|
| available. | | | | |
| 55.1. **788 Columbus Drive, Tierra Verde, Pinellas County, Florida *Owned by Debtor pursuant to Judge Carroll's order dated December 9, 2025 *Value significantly impaired due to hurricane damage** | **Fee simple** | **$1,991,102.21** | **Appraisal** | **$1,000,000.00** |
| 55.2. **1660 Ranch Club Blvd., Sarasota, Florida *Owned by Debtor pursuant to Judge Carroll's order dated December 9, 2025** | **Fee simple** | **$2,434,566.72** | **Appraisal** | **$3,240,000.00** |
| 55.3. **Office Lease of non-residential property located at 1247 N. Church Street, Unit 5, Moorestown, New Jersey** | **Tenant** | **$0.00** | | ADDED **Unknown** |
| 55.4. **Office Lease of non-residential real property located at 12408 NE 60th Way, Bldg. 124-AA, Vancouver, Washington** | **Tenant** | **$0.00** | | ADDED **Unknown** |
| 55.5. **Office Lease of non-residential real property located at 6250 Highway 40 E., Suite 3, St. Marys, Georgia (call center)** | **Tenant** | **$0.00** | | ADDED **Unknown** |

56. **Total of Part 9.** **$4,240,000.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10: Intangibles and intellectual property**

Debtor **Smart Communications Holding, Inc.** Case number *(If known)* **8:25-bk-09473-RCT**
Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

ADDED VALUATION METHOD AND VALUE

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| | smartcommunications.com | $0.00 | Derived-Dynadot | $9,890.00 |
| | smartcommunications.us | $0.00 | Derived-Dynadot | $199.99 |
| | smartinmate.com | $0.00 | Derived-Dynadot | $12,980.00 |
| | mailguardtracker.com | $0.00 | Derived-Dynadot | $1,587.00 |
| | scus.io | $0.00 | Derived-Dynadot | $199.99 |
| | smarteco.us | $0.00 | Derived-Dynadot | $990.00 |
| | smartjailmail.com | $0.00 | Derived-Dynadot | $758.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| | HLFIP Holding, LLC - Unwritten | Unknown | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | Customer list | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **$26,604.98**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11: All other assets**

Debtor **Smart Communications Holding, Inc.** Case number *(If known)* **8:25-bk-09473-RCT**
Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Claims belonging to Smart Communications Holding, Inc. being pursued on a derivative basis**<br>**Nature of claim**<br>**Amount requested** **$0.00** | **Unknown** |
| | **Various claims and causes of action against Janice Logan, individually and as Trustee of the James Logan Family Trust, dated February 10, 2021; the Estate of James Logan; Alexis Logan; Justin Peterson; and others (see Sarasota County First Amended Complaint)**<br>**Nature of claim**<br>**Amount requested** **$600,000.00** | **Unknown** |
| | **Claims and causes of action against TextBehind, Inc.**<br>**Nature of claim**<br>**Amount requested** **$0.00** | **Unknown** |
| | **Claims and causes of action against Global Tel*Link Corp.**<br>**Nature of claim**<br>**Amount requested** **$0.00** | **Unknown** |
| | **Claims and causes of action against VendEngine, Inc.**<br>**Nature of claim**<br>**Amount requested** **$0.00** | **Unknown** |
| | **Claims against temporary injunction bond in Case No. 2023-CA-1280 NC, et al.**<br>**Bond amount is $65,000.00**<br>**Nature of claim**<br>**Amount requested** **$0.00** | **Unknown** |

Debtor **Smart Communications Holding, Inc.** Case number *(If known)* **8:25-bk-09473-RCT**
Name

**Claims against Pennsylvania Department of Corrections;**
**Protest of award of contract to GTL/ViaPath** — **Unknown**
**Nature of claim**
**Amount requested** **$0.00**

---

**Claims against City of Philadelphia;**
**Protest of award of contract to GTL/ViaPath** — **Unknown**
**Nature of claim**
**Amount requested** **$0.00**

---

**Claims against Morehouse Sheriff's Office;**
**Breach of contract** — **Unknown**
**Nature of claim**
**Amount requested** **$0.00**

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Smart Communications Holding, Inc.** Case number *(If known)* **8:25-bk-09473-RCT**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $35,129.36 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $20,641.61 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,100,662.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | $4,240,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $26,604.98 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,183,037.95 | + 91b. $4,240,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,423,037.95 |

**Fill in this information to identify the case:**

Debtor name **Smart Communications Holding, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:25-bk-09473-RCT**

■ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | **California Dept. of Tax and**<br>**PO Box 942879**<br>**Sacramento, CA 94279**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2 | **Pennsylvania Department of R**<br>**Department 280946**<br>**Harrisburg, PA 17128-0946**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.3 | **Smart Communications Collier**<br>**Inc.**<br>**10491 72nd Street**<br>**Seminole, FL 33777**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$512,691.37** |
| 3.4 | **State Of Florida Depart Reve**<br>**Po Box 6668**<br>**Tallahassee, FL 32314**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Smart Communications Holding, Inc.** Case number (if known) **8:25-bk-09473-RCT**
Name

**3.5** **Nonpriority creditor's name and mailing address**
**Texas Comptroller of Public**
**PO Box 149348**
**Austin, TX 78714**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**Virginia Depart of Revenue**
**Office of Customer Services**
**POB 1115**
**Richmond, VA 23218-1115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 512,691.37 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 512,691.37 |

**Fill in this information to identify the case:**

Debtor name **Smart Communications Holding, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:25-bk-09473-RCT**

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Smart Commuications Collier**<br>**10491 72nd Street**<br>**Seminole, FL 33777**<br>**Subsidiary** | **12/16/2025** | **$700,084.27** | **To fund Smart Communications operations** |

5. **Repossessions, foreclosures, and returns**

Debtor **Smart Communications Holding, Inc.** Case number *(if known)* **8:25-bk-09473-RCT**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Melvin W. Engelke, III v. Smart Communications Holding, Inc., et al.**<br>**19-CA-2628** | | **Hillsborough County Clerk of Courts** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Smart Communications Holding, Inc., et al. v. Global Tel*Link Corp., et al.**<br>**1:21-cv-1708-JPW** | | **U.S. District Court Middle District of Pennsylvania** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Smart Communications Holding, Inc. v. VendEngine, Inc.**<br>**20-1281-I** | | **Chancery Court Davidson County TN**<br>**1 Public Sq., Suite 308**<br>**Nashville, TN 37201-5000** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Smart Communications Holding, Inc. v. Correct Solutions, LLC**<br>**8:20-cv-1469** | | **U.S. District Court Middle District of Florida** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Smart Communications Holding, Inc. v. Mark Turner and Rick Ferguson**<br>**4:20-cv-4112** | | **U.S. District Court Western District of Arkansas** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Smart Communications Holding, Inc. v. TextBehind, Inc.**<br>**19-007893-CI** | | **Pinellas County, Florida Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Janice Logan, as Trustee v. Smart Communications Holding, Inc., et al.**<br>**2023-CA-1280** | | **Sarasota County, Florida Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **Smart Communications Holding, Inc.** Case number *(if known)* **8:25-bk-09473-RCT**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Smart Communications Holding, Inc., et al. v. Janice Logan, individually and as Trustee<br>2023-CA-1002** | | **Sarasota County, Florida Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **April D. Nieto v. Smart Communications Holding, Inc.<br>CV24-02706** | | **Washoe County District Court, Nevada** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.10. | **Donna Hill v. Pa. Department of Corrections, et al.<br>684 MD 2018** | | **Commonwealth Court of Pennsylvania** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Doreen M. Lindahl and Timothy W. Webb v. Smart Communications Holding, Inc., et al.<br>2025-CA-1208** | | **Circuit Court of Hernando County, Fla.** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Pelino v. Jon Logan and Smart Communications Holding, Inc.<br>23-1621** | | **U.s. District Court, Western District<br>of Pennsylvania** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Talbert v. Commonwealth, et al.<br>543 M.D. 2023** | | **Commonwealth Court of Pennsylvania** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Smart Communications Holding, Inc. v. City and County of Denver** | | **District Court, Denver County, Colorado** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15. | **Morehouse Parish Sheriff Mike Tubbs v. Smart Communications Holdings, Inc.** | | **Fourth Judicial District Court for the<br>Parish of Morehouse, State of Louisiana** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Gena Alexander v. Smart Communications Holdings, Inc.<br>25-cv-00828-WWB-DCI** | | **U.S. District Court, Middle District<br>of Florida** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.17. | **Smart Communications Holding, Inc. v. Pasco County<br>2025-CA-001536** | | **Circuit Court, Pasco County, Florida** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.18. | **Smart Communications Holding, Inc. v. Pennsylvania Department of Corrections** | **Administrative protest proceedings** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Smart Communications Holding, Inc. v. City of Philadelphia** | **Administrative protest proceedings** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

Debtor **Smart Communications Holding, Inc.** Case number *(if known)* **8:25-bk-09473-RCT**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Hurricane damages to property in Tierra Verde - value to be determined** | | **2024** | **Unknown** |
| **2020 Buick Enclave** | **$13,413.65 received from State Farm Mutual Automobile Insurance Company** | **10/29/2025** | **$13,413.65** |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Venable LLP**<br>**PO Box 62727**<br>**Baltimore, MD 21264** | **Bankruptcy retainer** | **12/15/2025** | **$100,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**
**Smart Communications Collier, Inc,**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor **Smart Communications Holding, Inc.** Case number *(if known)* **8:25-bk-09473-RCT**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number (Do not include Social Security number or ITIN.) / Dates business existed |
|---|---|---|---|
| 25.1. | **Smart Communications Pasco Inc. 10491 72nd Street Seminole, FL 33777** | **Inmate Communications; active/dormant** | EIN: **37-1735923**<br>From-To **2013 - Present** |
| 25.2. | **Smart Communications Collier Inc. 10491 72nd Street Seminole, FL 33777** | **Inmate Communications** | EIN: **46-0554683**<br>From-To **2012 - Present** |
| 25.3. | **Smart Communications US Inc. 10491 72nd Street Seminole, FL 33777** | **Inmate Communications; active/dormant** | EIN: **37-160615**<br>From-To **2010 - Present** |
| 25.4. | **Smart Communications Lee Inc. 10491 72nd Street Seminole, FL 33777** | **Inmate Communications; inactive entity** | EIN: **81-3709291**<br>From-To **2015 - 2023** |
| 25.5. | **Smart Communications DeSoto Inc. 10491 72nd Street Seminole, FL 33777** | **Inmate Communications; inactive entity** | EIN: **N/A**<br>From-To **2017 - 2023** |
| 25.6. | **Smart Communications Holding LLC 10491 72nd Street Seminole, FL 33777** | **Inmate Communications** | EIN: **93-3238948**<br>From-To **2014 - Present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Noreen Gunning**<br>**10491 72nd Street**<br>**Seminole, FL 33777** | **3/11/2022 - Present** |
| 26a.2. | **Carla Colbert**<br>**10491 72nd Street**<br>**Seminole, FL 33777** | **9/26/2022 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **ML Shreve CPA**<br>**c/o Michael Shreve**<br>**7781 N. Easy Street**<br>**Whitehall, MI 49461** | **Last 10+ years to Present** |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | **Noreen Gunning**<br>**10491 72nd Street**<br>**Seminole, FL 33777** | **3/11/2022 - Present** |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.3. | **Carla Colbert**<br>**10491 72nd Street**<br>**Seminole, FL 33777** | **9/26/2022 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Carla Colbert**<br>**10491 72nd Street**<br>**Seminole, FL 33777** | **9/26/2022 - Present** |
| 26c.2. | **Noreen Gunning**<br>**10491 72nd Street**<br>**Seminole, FL 33777** | **3/11/2022 - Present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Truist Bank**<br>**214 N. Tryon Street**<br>**Charlotte, NC 28202** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor **Smart Communications Holding, Inc.** Case number *(if known)* **8:25-bk-09473-RCT**

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jonathan D. Logan** | **10491 72nd Street<br>Seminole, FL 33777** | **President and CEO** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Janice Logan, as Trustee of** | **the James Logan Family Trust<br>c/o David E. Schoenfeld, Esq<br>100 N. Tampa St. #2900<br>Tampa, FL 33602** | **No positions held<br>*The Trust moved to dissolve and the Debtor elected to purchase its shares. The Trust no longer has traditional shareholder rights, only the right to be paid for the shares.** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor **Smart Communications Holding, Inc.** Case number *(if known)* **8:25-bk-09473-RCT**

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2026

*/s/ Joseph J. Luzinski*
Signature of individual signing on behalf of the debtor

**Joseph J. Luzinski**
Printed name

Position or relationship to debtor **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re **Smart Communications Holding, Inc.** Debtor(s)

Case No. **8:25-bk-09473-RCT**
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer, of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule A/B, Schedule E/F, and Statement of Financial Affairs, consisting of **23** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date March 3, 2026

Signature */s/ Joseph J. Luzinski*
**Joseph J. Luzinski**
**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.