[Dostkamd] [Order Striking Amendment To Schedules]

ORDERED.

Dated: **March 6, 2026**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:25−bk−09473−RCT
Chapter 11

Smart Communications Holding, Inc.

_____Debtor*_____/

### ORDER STRIKING AMENDED SCHEDULE E/F

THIS CASE came on for consideration, without hearing, of the Amended Schedule E/F filed March 5, 2026, Doc. No. 147. The Amended Schedule E/F is deficient as follows:

The filing fee prescribed by 28 U.S.C. § 1930(b) has not been paid.

The Amendment to Schedules is not limited to only new or deleted information pursuant to Local Rule 1009−1(b).

The Amended Schedule E/F does not contain an appropriate signed and dated proof or certificate of service in compliance with Local Rule 9013−3.

.

Accordingly, it is **ORDERED**:

The Amended Schedule E/F is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.