ORDERED.

**Dated:  March 13, 2026**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

SMART COMMUNICATIONS COLLIER, INC.,

　　Debtors.
_____/

SMART COMMUNICATIONS HOLDING, INC.,

　　Applicable Debtor.
_____/

Chapter 11
Case No. 8:25-bk-09473-RCT

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

Case No. 8:25-bk-09473-RCT

**ORDER APPROVING APPLICATION TO EMPLOY GEORGE A. BIBIKOS, ESQ.
AND THE LAW FIRM OF GA BIBIKOS LLC AS GENERAL AND
LOCAL PENNSYLVANIA COUNSEL TO THE DEBTOR-IN-POSSESSION
<u>RETROACTIVELY TO DECEMBER 16, 2025</u>**

**THIS CAUSE** came before the Court for consideration without hearing upon the

*Application to Employ George A. Bibikos, Esq. and the Law Firm of GA Bibikos LLC as General*

*and Local Pennsylvania Counsel to the Debtor-in-Possession Retroactively to December 16, 2025*

[ECF No. 127] (the "<u>Application</u>") filed by Smart Communications Holding, Inc. ("<u>Smart</u>

<u>Holding</u>").

The Court having, reviewed the Application, noting that it was served upon all interested

parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service, noted that no party filed a response within the time permitted, and therefore considering the matter to be unopposed. The Court also, finding that good, adequate and sufficient cause has been shown to justify the entry of this Order; and the Court having reviewed the Application and the Declaration of George A. Bibikos, Esq. [ECF No. 127 p. 14] (the "Bibikos Declaration"); and the Court being satisfied based on the representations made in the Application and the Bibikos Declaration that (a) Bibikos does not hold or represent an  interest adverse to the Debtors' estate, and (b) Bibikos is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code and as required by Section 327(e) of the Bankruptcy Code; and due and proper notice of the Application having been provided, it is

ORDERED as follows:

1.      The Application is APPROVED retroactively to December 16, 2025.

2.      Smart Holding is authorized to employ and retain George A. Bibikos, Esq., the law firm of GA Bibikos LLC as its General and Local Pennsylvania Counsel pursuant to 11 U.S.C. § 327(e), in accordance with the terms and conditions set forth in the Application.

3.      Bibikos is authorized to render professional services to Smart Holding as described in the Application.

4.      Bibikos shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's Chapter 11 case in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any guidelines established by the Office of the United States Trustee for the Middle District of Florida and any other applicable procedures and orders of the Court.

5. If no objections are filed with 14 days of the date of this Order, this Order shall become final.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

*** 

*Eric D. Jacobs, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*