# United States Bankruptcy Court
## Middle District of Florida

| | | |
|---|---|---|
| In re **Smart Communications Holding, Inc.** | Case No. | **8:25-bk-09473-RCT** |
| Debtor(s) | Chapter | **11** |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule G**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**all parties listed on the attached mailing matrix, including those parties listed on the Schedule G Matrix pursuant to ECF No. 184.**

Date:   April 7, 2026.

*/s/ Eric D. Jacobs*

**Eric D. Jacobs 85992**
Attorney for Debtor(s)
**Venable LLP**
**100 N. Tampa Street, Suite 2600**
**Tampa, FL 33602**
**813-439-3100 Fax:813-439-3110**

**Fill in this information to identify the case:**

Debtor name   **Smart Communications Holding, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:25-bk-09473-RCT**

■ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** |
| | <span style="color:red">Customers 1 - 45 added pursuant to ECF No. 184</span> |
| State the term remaining   **2/28/2027** | |
| List the contract number of any government contract | **Customer 1** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** |
| State the term remaining   **1/16/2027** | |
| List the contract number of any government contract | **Customer 10** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** |
| State the term remaining   **10/31/2027** | |
| List the contract number of any government contract | **Customer 11** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** |
| State the term remaining   **12/31/2026** | |
| List the contract number of any government contract | **Customer 12** |

| Debtor 1 | **Smart Communications Holding, Inc.** | | Case number (*if known*) | **8:25-bk-09473-RCT** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
|---|---|---|---|
| | State the term remaining | **9/13/2027** | |
| | List the contract number of any government contract | | **Customer 13** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
|---|---|---|---|
| | State the term remaining | **3/15/2026** | |
| | List the contract number of any government contract | | **Customer 14** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
|---|---|---|---|
| | State the term remaining | **3/31/2026** | |
| | List the contract number of any government contract | | **Customer 15** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
|---|---|---|---|
| | State the term remaining | **7/21/2028** | |
| | List the contract number of any government contract | | **Customer 16** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
|---|---|---|---|
| | State the term remaining | **8/31/2028** | |
| | List the contract number of any government contract | | **Customer 17** |

Debtor 1 **Smart Communications Holding, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)  **8:25-bk-09473-RCT**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **3/24/2026** | |
| | List the contract number of any government contract | | **Customer 18** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **5/18/2026** | |
| | List the contract number of any government contract | | **Customer 19** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **1/24/2027** | |
| | List the contract number of any government contract | | **Customer 2** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **2/1/2027** | |
| | List the contract number of any government contract | | **Customer 20** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **9/21/2029** | |
| | List the contract number of any government contract | | **Customer 21** |

Debtor 1  **Smart Communications Holding, Inc.**                          Case number (*if known*)  **8:25-bk-09473-RCT**
First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **5/20/2026**

List the contract number of any government contract

**Customer 22**

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **12/31/2028**

List the contract number of any government contract

**Customer 23**

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **8/4/2028**

List the contract number of any government contract

**Customer 24**

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **3/14/2026**

List the contract number of any government contract

**Customer 25**

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **8/12/2027**

List the contract number of any government contract

**Customer 3**

Debtor 1    **Smart Communications Holding, Inc.**                                    Case number *(if known)*    **8:25-bk-09473-RCT**
　　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **7/11/2028** | |
| | List the contract number of any government contract | | **Customer 30** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **8/31/2026** | |
| | List the contract number of any government contract | | **Customer 31** |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **2/1/2028** | |
| | List the contract number of any government contract | | **Customer 32** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **8/30/2026** | |
| | List the contract number of any government contract | | **Customer 33** |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **6/2/2028** | |
| | List the contract number of any government contract | | **Customer 34** |

Debtor 1  **Smart Communications Holding, Inc.**          Case number (*if known*)   **8:25-bk-09473-RCT**
  First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **12/31/2026**

List the contract number of any government contract

**Customer 35**

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **3/31/2027**

List the contract number of any government contract

**Customer 36**

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **6/30/2030**

List the contract number of any government contract

**Customer 37**

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **6/30/2027**

List the contract number of any government contract

**Customer 38**

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **6/1/2026**

List the contract number of any government contract

**Customer 39**

| Debtor 1 | **Smart Communications Holding, Inc.** | | Case number (*if known*) | **8:25-bk-09473-RCT** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.30.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **11/1/2027** | |
| | List the contract number of any government contract | | **Customer 4** |
| **2.31.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **11/3/2027** | |
| | List the contract number of any government contract | | **Customer 40** |
| **2.32.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **12/31/2028** | |
| | List the contract number of any government contract | | **Customer 41** |
| **2.33.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **7/18/2029** | |
| | List the contract number of any government contract | | **Customer 42** |
| **2.34.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer contract** | |
| | State the term remaining | **1/7/2028** | |
| | List the contract number of any government contract | | **Customer 43** |

Debtor 1  **Smart Communications Holding, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)  **8:25-bk-09473-RCT**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **3/10/2027**

List the contract number of any government contract

**Customer 44**

**2.36.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **6/23/2026**

List the contract number of any government contract

**Customer 45**

**2.37.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **9/1/2026**

List the contract number of any government contract

**Customer 5**

**2.38.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **1/30/2029**

List the contract number of any government contract

**Customer 6**

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **3/5/2032**

List the contract number of any government contract

**Customer 7**

| Debtor 1 | **Smart Communications Holding, Inc.** | Case number (*if known*) | **8:25-bk-09473-RCT** |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **8/31/2026**

List the contract number of any government contract — **Customer 8**

---

**2.41.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **4/4/2029**

List the contract number of any government contract — **Customer 9**

---

**2.42.** State what the contract or lease is for and the nature of the debtor's interest — **Customer contract**

State the term remaining — **6/12/2028**

List the contract number of any government contract

**Edovo Foundation
1130 S Canal Street
#1271
Chicago, IL 60607**

*Added*

---

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — **Use of IP owned by HLFIP Holding, LLC**

State the term remaining

List the contract number of any government contract

**HLFIP Holding, LLC
Two Ballpark Center
800 Battery Avenue SE #100
Atlanta, GA 30339**

*No change, listed on Debtor's initial schedules*

---

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — **Office Lease of non-residential real property located at 1247 N. Church Street, Unit 5, Moorestown, New Jersey**

State the term remaining

List the contract number of any government contract

**MIP Owner LLC
c/o Brennan Investment Group
10275 W Higgins Rd
Suite 810
Des Plaines, IL 60018**

*No change, listed on Debtor's initial schedules*

---

Debtor 1 __Smart Communications Holding, Inc.__                Case number (*if known*) __8:25-bk-09473-RCT__
  First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease | |
|---|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease of non-residential real property located at 12408 NE 60th Way, Bldf. 124-AA, Vancouver, Washington** | |
| | State the term remaining | | **Mountain View Industrial Plaza, LLC / Richard Jones Fourth Industrial Plaza, LLC P.O. Box 821048 Vancouver, WA 98682** | <span style="color:red">No change, listed on Debtor's initial schedules</span> |
| | List the contract number of any government contract | | |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Various Customer Contracts** | |
| | State the term remaining | | **Various contracts with facility customers (approx. 150)** | <span style="color:red">Deleted and added specific customer information per ECF No. 184</span> |
| | List the contract number of any government contract | | |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Various contracts with vendors and supplies** | |
| | State the term remaining | | | <span style="color:red">Deleted and added specific customer information per ECF No. 184</span> |
| | List the contract number of any government contract | | **Various Vendor/Suppliers** | |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease of non-residential real property located at 6250 Highway 40 E., Suite 3, St. Marys, Georgia (call center)** | |
| | State the term remaining | | **Watson Realty Corp. 7821 Deercreek Club Rd Suite 200 Jacksonville, FL 32256** | <span style="color:red">No change, listed on Debtor's initial schedules</span> |
| | List the contract number of any government contract | | |

## United States Bankruptcy Court
### Middle District of Florida

In re    **Smart Communications Holding, Inc.**                          Case No.    **8:25-bk-09473-RCT**

                                              Debtor(s)          Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule G, consisting of __**10**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____**4/7/26**_____          Signature _____

                                              **Joseph J. Luzinski**
                                              **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.