ORDERED.

**Dated: April 16, 2026**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

SMART COMMUNICATIONS COLLIER, INC.,

     Debtors

_____/

Chapter 11
Case No. 8:25-bk-09473-RCT

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

**ORDER DENYING JANICE LOGAN'S EXPEDITED
MOTION FOR RELIEF FROM AUTOMATIC STAY**

THIS CAUSE came before the Court for hearing on March 27, 2026, at 9:30 A.M. (the "Hearing") upon the (1) *Creditor, Janice Logan's, Expedited Motion for Relief From Automatic Stay* [ECF No. 172] (the "Stay Relief Motion") filed by Janice Logan, as Trustee of the James Logan Family Trust, dated February 10, 2021 (the "Trust"); and (2) *Debtors' Preliminary Response to Janice Logan's Expedited Motion for Relief From the Automatic Stay* [ECF No. 181] (the "Response") filed by Smart Communications Holding, Inc. and Smart Communications Collier, Inc. (together, the "Debtors").

During the Hearing, the Debtors made an *ore tenus* motion to extend the automatic stay to permit the appeal of the Valuation Order (the "*Ore Tenus* Motion"). The Court, having reviewed the Stay Relief Motion and the Response, having heard arguments of counsel, and noting the *Ore*

*Tenus* Motion made at the Hearing by the Debtors, finds that it is

**ORDERED** that:

1.      The Stay Relief Motion is DENIED.

2.      The *Ore Tenus* Motion is GRANTED.

3.      Pending further Court order, the automatic stay shall continue to apply as set forth in Agreed Amended Order Modifying the Automatic Stay and State Court's proposed finding as to payment terms and security shall remain proposed and subject to the automatic stay.

4.      The automatic stay is hereby lifted to permit any appeal in connection with the State Court Case.[1]

\* \* \*

*Eric D. Jacobs, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*

---

[1] All terms not defined herein shall have the definition provided in the Stay Relief Motion.