ORDERED.

**Dated:  April 20, 2026**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

Chapter 11
Case No. 8:25-bk-09473-RCT

*Jointly Administered with*

SMART COMMUNICATIONS COLLIER, INC.,

Case No. 8:26-bk-00146-RCT

Debtors.

_____/

**ORDER APPROVING APPLICATION TO EMPLOY THE LAW FIRM
OF TURKEL • CUVA • BARRIOS • GUERRA AS SPECIAL COUNSEL TO
THE DEBTORS-IN-POSSESSION EFFECTIVE AS OF DECEMBER 16, 2025**

**THIS CAUSE** came before the Court for consideration without hearing upon the

*Application to Employ the Law Firm of Turkel  • Cuva • Barrios • Guerra as Special Counsel to*

*the Debtors-In-Possession Effective as of December 16, 2025* [ECF No. 180] (the "Application")

filed by Smart Communications Holding, Inc. ("Smart Holding") and Smart Communications

Collier, Inc. ("Smart Collier" together with Smart Holding, the "Debtors"). The Court having,

reviewed the Application, noting that it was served upon all interested parties with the Local Rule

2002-4 negative notice legend informing the parties of their opportunity to respond within 14 days

of the date of service, noted that no party filed a response within the time permitted, and therefore

considering the matter to be unopposed. The Court also, finding that good, adequate and sufficient

cause has been shown to justify the entry of this Order; and the Court having reviewed the Application and the Declaration of Brad F. Barrios, Esq. [ECF No. 180 p. 22] (the "Barrios Declaration"); and the Court being satisfied based on the representations made in the Application and the Barrios Declaration that (a) Barrios does not hold or represent an  interest adverse to the Debtors' estate, and (b) Barrios is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code and as required by Section 327(e) of the Bankruptcy Code; and due and proper notice of the Application having been provided, it is

**ORDERED** as follows:

1. The Application is APPROVED retroactively to December 16, 2025.

2. The Debtors are authorized to employ and retain the law firm of Turkel • Cuva • Barrios • Guerra (the "Firm") as special counsel pursuant to 11 U.S.C. § 327(e), in accordance with the terms and conditions set forth in the Application.

3. The Firm is authorized to render professional services to the Debtors as described in the Application.

4. The Firm shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Chapter 11 cases in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any guidelines established by the Office of the United States Trustee for the Middle District of Florida and any other applicable procedures and orders of the Court.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

*\*\*\**

*Eric D. Jacobs, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*