UNITED STATES BANKRUPTCY COURT

Middle   DISTRICT OF   Florida

Tampa

| | | |
|---|---|---|
| In Re. Smart Communications Holding, Inc. | § | Case No.   25-09473 |
| | § | |
| | § | Lead Case No.   25-09473 |
| Debtor(s) | § | |

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2026

Petition Date: 12/16/2025

Months Pending: 4

Industry Classification: 5 1 7 9

Reporting Method:     Accrual Basis ⦿     Cash Basis ◯

Debtor's Full-Time Employees (current):     0

Debtor's Full-Time Employees (as of date of order for relief):     0

**Supporting Documentation**   (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☒ Schedule of payments to professionals
☒ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Joseph J. Luzinski

Signature of Responsible Party

04/21/2026

Date

Joseph J. Luzinski

Printed Name of Responsible Party

500 E Broward Blvd, Suite 1700
Fort Lauderdale, Florida 33394

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  Smart Communications Holding, Inc.                    Case No.  25-09473

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $35,129 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $0 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $0 |
| d.  Cash balance end of month (a+b-c) | $35,129 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d   Total current assets | $55,771 |
| e.  Total assets | $4,743,203 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $4,743,203 |
| n.  Total liabilities (debt) (j+k+l+m) | $4,743,203 |
| o.  Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $753,338 | |
| c.  Gross profit (a-b) | $-753,338 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $26,127 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $-779,465 | $-1,931,311 |

Debtor's Name  Smart Communications Holding, Inc.                          Case No.  25-09473

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Smart Communications Holding, Inc.                                        Case No.  25-09473

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name  Smart Communications Holding, Inc.                    Case No.  25-09473

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name  Smart Communications Holding, Inc.                                    Case No.  25-09473

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  Smart Communications Holding, Inc.                               Case No.  25-09473

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  Smart Communications Holding, Inc.                                   Case No.  25-09473

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $364,076 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?   Yes ○   No ◉

d. Are you current on postpetition tax return filings?   Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ○   No ◉

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ◉

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ○   N/A ◉

i. Do you have:     Worker's compensation insurance?   Yes ○   No ◉

    If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

    Casualty/property insurance?   Yes ◉   No ○

    If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

    General liability insurance?   Yes ◉   No ○

    If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k. Has a disclosure statement been filed with the court?   Yes ○   No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

Debtor's Name  Smart Communications Holding, Inc.                                  Case No.  25-09473

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?       Yes ◯  No ⦿

m.  If yes, have you made all Domestic Support Obligation payments?       Yes ◯  No ◯  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Joseph J. Luzinski                                         Joseph J. Luzinski
_____                    _____
Signature of Responsible Party                        Printed Name of Responsible Party

Chief Restructuring Officer                            04/21/2026
_____                    _____
Title                                                              Date

Debtor's Name Smart Communications Holding, Inc.                    Case No. 25-09473



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                    10

Debtor's Name  Smart Communications Holding, Inc.                                    Case No.  25-09473



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                    11

Debtor's Name  Smart Communications Holding, Inc.                                Case No.  25-09473



PageThree



PageFour

**Smart Communications Holding, Inc. et al.**
**Receipts and Disbursements**
*Period ended March 31, 2026*

| | Holding | Collier | |
| | Smart Communications Holding, Inc. | Smart Communications Collier, Inc. | Total |
|---|---|---|---|
| Case number: | 25-09473 | 26-00146 | |
| Beginning cash | $ 35,129 | $ 1,841,830 | $ 1,876,959 |
| **Cash receipts** | | | |
| Sales income | $ - | $ 8,508,179 | $ 8,508,179 |
| AR collections | - | (533,497) | (533,497) |
| Other cash receipts | - | - | - |
| **Total Cash Receipts** | $ - | $ 7,974,683 | $ 7,974,683 |
| **Operating disbursements** | | | |
| Facility commissions | $ - | $ (921,226) | $ (921,226) |
| Contractor services | - | (168,588) | (168,588) |
| Inventory | - | (192,734) | (192,734) |
| Software and IT | - | (1,207,433) | (1,207,433) |
| Merchant fees | - | (37,873) | (37,873) |
| Repairs and maintenance | - | (2,605) | (2,605) |
| Credit cards | - | (715,028) | (715,028) |
| Tax expense | - | (757,849) | (757,849) |
| Occupany expense | - | (84,068) | (84,068) |
| Marketing | - | (12,863) | (12,863) |
| Gross employee payroll | - | (1,669,910) | (1,669,910) |
| Professional fees | - | (17,500) | (17,500) |
| Other operating disbursements | - | (20,569) | (20,569) |
| **Total operating disbursements** | $ - | $ (5,808,246) | $ (5,808,246) |
| [1] Transfers between debtor accounts | - | - | - |
| **Ending cash** | $ 35,129 | $ 4,008,266 | $ 4,043,396 |

**Smart Communications Holding, Inc. et al.**
**Balance Sheet (unaudited)**
*Period ended March 31, 2026*

| | | Smart Communications Holding, Inc. | Smart Communications Collier, Inc. | Consolidated |
|---|---|---:|---:|---:|
| Case number: | | 25-09473 | 26-00146 | |
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Checking/Savings** | | | | |
| Bank of America Checking 9057 | $ | - $ | 11,286 $ | 11,286 |
| BOA Savings 2783 - FAC ESCROW | | - | - | - |
| Savings 2833 | | - | - | - |
| Truist BB&T 7701 Checking | | - | 3,663,512 | 3,663,512 |
| Truist CD Account 1358 | | 26,129 | - | 26,129 |
| Truist Collier DIP Act 3454 | | - | 333,468 | 333,468 |
| Truist Holdings Inc.DIP Act4729 | | 9,000 | - | 9,000 |
| **Total Checking/Savings** | $ | 35,129 $ | 4,008,266 $ | 4,043,396 |
| **Accounts Receivable** | | | | |
| Accounts Receivable Trade | $ | - $ | 1,798,374 $ | 1,798,374 |
| **Total Accounts Receivable** | $ | - $ | 1,798,374 $ | 1,798,374 |
| **Other Current Assets** | | | | |
| Due From HLFIP | $ | - $ | 5,125,046 $ | 5,125,046 |
| Due From Loco Florida LLC | | - | 173,558 | 173,558 |
| Due From Mailguard Federal | | - | 1,746,170 | 1,746,170 |
| Due from Mailguard Inc. | | - | 630 | 630 |
| Due From SCYH | | - | 5,711,296 | 5,711,296 |
| Due From Collier | | - | 1,990 | 1,990 |
| Due From Smart | | - | 466,362 | 466,362 |
| Inventory | | - | 2,758,218 | 2,758,218 |
| [1]  Intercompany receivable | | - | 4,379,127 | 4,379,127 |
| Prepaid State Income Taxes | | - | 75,000 | 75,000 |
| Security Deposit | | 20,642 | - | 20,642 |
| Shareholder Loan | | - | 1,050,001 | 1,050,001 |
| **Total Other Current Assets** | $ | 20,642 $ | 21,487,397 $ | 21,508,039 |
| **Total Current Assets** | $ | 55,771 $ | 27,294,038 $ | 27,349,809 |
| **Fixed Assets** | | | | |
| Building | $ | 5,071,155 $ | - $ | 5,071,155 |
| Computer Software | | - | 2,987,876 | 2,987,876 |
| Demo Build | | - | 22,500 | 22,500 |
| Display System | | - | 21,280 | 21,280 |
| Equipment & Mail Process Equpmt | | - | 1,386,827 | 1,386,827 |
| Furniture | | - | 209,688 | 209,688 |
| Kiosks - Installed | | - | 2,687,307 | 2,687,307 |
| Leasehold Improvements | | - | 352,500 | 352,500 |
| Vehicles | | 2,952,040 | 242,524 | 3,194,564 |
| | | 8,023,195 | 7,910,502 | 15,933,697 |
| **Accumulated Depreciation** | | | - | |
| Accumulated Depr-Furniture | $ | - $ | (155,282) $ | (155,282) |
| Accumulated Depreciation-Kiosk | | - | (2,687,307) | (2,687,307) |
| Accumulated Depreciatn-Building | | (667,178) | - | (667,178) |
| Accumulated Depreciatn-Displays | | - | (43,780) | (43,780) |
| Accumulated Depreciatn-Equipmen | | - | (645,179) | (645,179) |
| Accumulated Depreciatn-L/H Impr | | - | (52,982) | (52,982) |
| Accumulated Depreciatn-Software | | - | (2,987,876) | (2,987,876) |
| Accumulated Depreciatn-Vehicles | | (2,668,585) | (136,414) | (2,805,000) |
| **Total Accumulated Depreciation** | $ | (3,335,763) $ | (6,708,820) $ | (10,044,583) |
| **Total Fixed Assets** | $ | 4,687,432 $ | 1,201,682 $ | 5,889,114 |
| **TOTAL ASSETS** | $ | 4,743,203 $ | 28,495,720 $ | 33,238,922 |

**Smart Communications Holding, Inc. et al.**
**Balance Sheet (unaudited)**
*Period ended March 31, 2026*

| | | Smart Communications Holding, Inc. | Smart Communications Collier, Inc. | Consolidated |
|---|---|---|---|---|
| Case number: | | 25-09473 | 26-00146 | |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | | | | |
| Accounts Payable Pasco | | $ - | $ 513,737 | $ 513,737 |
| Accounts Payable-Trade Postpetition | | - | 1,365,154 | 1,365,154 |
| Accounts Payable-Trade - Other | | - | 3,286,188 | 3,286,188 |
| **Total Accounts Payable-Trade** | | $ - | $ 5,165,079 | $ 5,165,079 |
| **Total Accounts Payable** | | $ - | $ 5,165,079 | $ 5,165,079 |
| Credit Cards | | | | |
| Ramp Card | | $ - | $ 26,127 | $ 26,127 |
| **Total Credit Cards** | | $ - | $ 26,127 | $ 26,127 |
| **Other Current Liabilities** | | | | |
| Accrued Expenses | | $ 364,076 | 180,305 | $ 544,381 |
| Accrued Facility Commissions | | - | 23,574 | 23,574 |
| Accrued Facility Tech Grants | | - | 87,463 | 87,463 |
| Accrued Payroll-Wages | | - | 504,481 | 504,481 |
| Accrued Payroll Taxes | | - | 53,514 | 53,514 |
| Due to Loco Florida LLC | | - | 1,556,500 | 1,556,500 |
| [1] Intercompany payable | | 4,379,127 | - | 4,379,127 |
| IP Licensing Fee-Current | | - | 4,100,124 | 4,100,124 |
| **Total Other Current Liabilities** | | $ 4,743,203 | $ 6,505,961 | $ 11,249,164 |
| **Total Current Liabilities** | | $ 4,743,203 | $ 11,697,167 | $ 16,440,369 |
| Long Term Liabilities | | | | |
| IP Licensing Fee | | $ - | 39,816,741 | $ 39,816,741 |
| Lattice Technology License | | - | 228,140 | 228,140 |
| **Total Long Term Liabilities** | | $ - | $ 40,044,881 | $ 40,044,881 |
| **Total Liabilities** | | $ 4,743,203 | $ 51,742,048 | $ 56,485,251 |
| **Equity** | | | | |
| Common Stock | | $ - | $ 364,667 | $ 364,667 |
| Paid In Capital | | - | 373,416 | 373,416 |
| Retained Earnings | | - | (23,984,412) | (23,984,412) |
| **Total Equity** | | $ - | $ (23,246,328) | $ (23,246,328) |
| **TOTAL LIABILITIES & EQUITY** | | $ 4,743,203 | $ 28,495,720 | $ 33,238,922 |

[1] The office of the CRO separated the balance sheets of the two debtors and made adjusting journal entries in the intercompany accounts. The net of this is equal to $0.00.

**Smart Communications Holding, Inc et al.**

**A/P Aging Summary**

*Period ended March 31, 2026*

| Debtor | Vendors | 30 days | 60 days | 90 days | Over 90 days | Total |
|---|---|---|---|---|---|---|
| Smart Communications Holding, Inc. | All vendors | $ - | $ - | $ - | $ - | $ - |
| Smart Communications Collier, Inc. | All vendors | 492,366 | 469,886 | 402,902 | - | 1,365,154 |
| | | $ 492,366 | $ 469,886 | $ 402,902 | $ - | $ 1,365,154 |

**Smart Communications Holding, Inc. et al**
**A/R Aging Summary**
*Period ended March 31, 2026*

| Customer | Debtor | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Customer 1 | Smart Communications Collier, Inc. | $ 12,099 | $ - | $ - | $ - | $ 12,099 |
| Customer 2 | Smart Communications Collier, Inc. | 10,902 | - | - | - | 10,902 |
| Customer 3 | Smart Communications Collier, Inc. | 29,273 | - | - | - | 29,273 |
| Customer 4 | Smart Communications Collier, Inc. | 11,999 | - | - | - | 11,999 |
| Customer 5 | Smart Communications Collier, Inc. | 7,379 | - | - | - | 7,379 |
| Customer 6 | Smart Communications Collier, Inc. | 3,723 | - | - | - | 3,723 |
| Customer 7 | Smart Communications Collier, Inc. | 2,770 | 3,536 | 1,262 | 3,891 | 11,458 |
| Customer 8 | Smart Communications Collier, Inc. | 3,283 | - | - | - | 3,283 |
| Customer 9 | Smart Communications Collier, Inc. | 70,390 | 68,880 | 68,695 | - | 207,965 |
| Customer 10 | Smart Communications Collier, Inc. | 3,139 | - | - | - | 3,139 |
| Customer 11 | Smart Communications Collier, Inc. | 14,929 | 17,352 | - | - | 32,281 |
| Customer 12 | Smart Communications Collier, Inc. | 6,591 | 9,268 | - | - | 15,859 |
| Customer 13 | Smart Communications Collier, Inc. | 18,011 | 14,201 | 11,629 | 13,706 | 57,546 |
| Customer 14 | Smart Communications Collier, Inc. | 5,234 | 572 | - | - | 5,807 |
| Customer 15 | Smart Communications Collier, Inc. | 38,450 | 41,563 | - | - | 80,013 |
| Customer 16 | Smart Communications Collier, Inc. | 52,753 | - | - | - | 52,753 |
| Customer 17 | Smart Communications Collier, Inc. | 277,041 | 277,041 | - | - | 554,082 |
| Customer 18 | Smart Communications Collier, Inc. | 21,094 | - | - | - | 21,094 |
| Customer 19 | Smart Communications Collier, Inc. | 1,245 | 1,552 | - | - | 2,797 |
| Customer 20 | Smart Communications Collier, Inc. | 76,072 | - | - | - | 76,072 |
| Customer 21 | Smart Communications Collier, Inc. | 5,730 | - | - | - | 5,730 |
| Customer 22 | Smart Communications Collier, Inc. | 3,814 | - | - | - | 3,814 |
| Customer 23 | Smart Communications Collier, Inc. | 3,060 | - | - | - | 3,060 |
| Customer 24 | Smart Communications Collier, Inc. | 8,101 | 11,367 | 13,145 | - | 32,613 |
| Customer 25 | Smart Communications Collier, Inc. | 20,807 | - | - | 4,000 | 24,807 |
| Customer 26 | Smart Communications Collier, Inc. | 1,167 | - | - | - | 1,167 |
| Customer 27 | Smart Communications Collier, Inc. | 19,345 | - | - | - | 19,345 |
| Customer 28 | Smart Communications Collier, Inc. | 3,540 | 3,992 | - | - | 7,532 |
| Customer 29 | Smart Communications Collier, Inc. | 8,997 | - | - | - | 8,997 |
| Customer 30 | Smart Communications Collier, Inc. | 39,156 | - | - | - | 39,156 |
| Customer 31 | Smart Communications Collier, Inc. | 1,378 | - | - | - | 1,378 |
| Customer 32 | Smart Communications Collier, Inc. | 1,183 | - | - | - | 1,183 |
| Customer 33 | Smart Communications Collier, Inc. | 715 | - | - | - | 715 |
| Customer 34 | Smart Communications Collier, Inc. | 1,585 | - | - | - | 1,585 |
| Customer 35 | Smart Communications Collier, Inc. | 18,584 | - | - | - | 18,584 |
| Customer 36 | Smart Communications Collier, Inc. | 6,558 | - | - | - | 6,558 |
| Customer 37 | Smart Communications Collier, Inc. | 34,244 | - | - | - | 34,244 |
| Customer 38 | Smart Communications Collier, Inc. | 1,108 | - | - | - | 1,108 |
| Customer 39 | Smart Communications Collier, Inc. | 376,000 | - | - | - | 376,000 |
| Customer 40 | Smart Communications Collier, Inc. | - | 1,500 | - | - | 1,500 |
| Customer 41 | Smart Communications Collier, Inc. | 3,928 | - | - | - | 3,928 |
| Customer 42 | Smart Communications Collier, Inc. | - | - | - | - | (33,000) |
| Customer 43 | Smart Communications Collier, Inc. | 11,553 | 12,461 | - | 14,834 | 38,848 |
| **TOTAL** | | $ **1,236,928** | $ **463,285** | $ **94,730** | $ **36,431** | $ **1,798,374** |

**Smart Communications Holding, Inc etc**
**Statement of operations (unaudited)**
*Reporting period March 1, 2026 through March 31, 2026*

| | Smart Communications Holding, Inc. | Smart Communications Collier, Inc. | Current period |
|---|---|---|---|
| | 25-09473 | 26-00146 | |
| **Sales** | $ - | $ 10,860,214 | $ 10,860,214 |
| | | | |
| **COGS** | | | |
| Contractor Services | $ - | $ 253,269 | $ 253,269 |
| Data Storage / Server Hosting | - | 129,444 | 129,444 |
| Facility Commissions Expense | - | 2,620,381 | 2,620,381 |
| Freight and Shipping Costs | - | 58,227 | 58,227 |
| Internet Service | - | 165,528 | 165,528 |
| Meals Expense | - | 19,476 | 19,476 |
| Charge Backs | - | 20,546 | 20,546 |
| Merchant Account Fees - Other | - | 683,400 | 683,400 |
| Misc. 3rd Party kiosk software | - | 247,174 | 247,174 |
| Purchases Hardware | - | 225,347 | 225,347 |
| Post Office Box Rents | - | 4,498 | 4,498 |
| Salesperson Commissions | - | 5,556 | 5,556 |
| Technology Grant | - | 21,951 | 21,951 |
| Telecommunications Taxes | 753,338 | - | 753,338 |
| Airfare | - | 78,767 | 78,767 |
| Gas | - | 13,087 | 13,087 |
| Lodging | - | 60,884 | 60,884 |
| Mileage | - | 7,140 | 7,140 |
| Facility Rates Tables | - | 150 | 150 |
| Facility Cost Recovery Expense | - | 2,257 | 2,257 |
| Parking & Tolls | - | 5,734 | 5,734 |
| Voice Over IP | - | 198,819 | 198,819 |
| Vehicle Rental | - | 39,648 | 39,648 |
| **Total COGS** | $ 753,338 | $ 4,861,281 | $ 5,614,619 |
| **Gross Profit** | $ (753,338) | $ 5,998,933 | $ 5,245,595 |
| | | | |
| **Expenses** | | | |
| Advertising and Promotion | $ - | $ 49,558 | $ 49,558 |
| Bank Service Charges | - | 1,370 | 1,370 |
| Charitble Contributions | - | 7,320 | 7,320 |
| Client Welfare | - | 629 | 629 |
| Computer Expenses | - | 26,656 | 26,656 |
| Contract Labor Expense | - | 29,088 | 29,088 |
| Depreciation Expense | 26,127 | 15,552 | 41,678 |
| Dues and Subscriptions | - | 50,512 | 50,512 |
| Employee Welfare | - | 292 | 292 |
| Inmate Education | - | 3,486 | 3,486 |
| Insurance Expense | - | 4,276 | 4,276 |
| Legal Fees | - | 35,127 | 35,127 |
| Licenses & Permits | - | 1,815 | 1,815 |
| Meals and Entertainment | - | 4,523 | 4,523 |
| Non Reimbursable Personal Exp | - | 155 | 155 |
| Office Expense | - | 6,119 | 6,119 |
| Tools | - | 15 | 15 |
| Employee Bonus | - | 15,000 | 15,000 |
| Employee Salary and Wages | - | 1,043,742 | 1,043,742 |
| ER FICA & SUTA & FUTA Expense | - | 94,809 | 94,809 |
| ER Health Insurance Premiums | - | 113,824 | 113,824 |
| Officer Compensation | - | (7,245) | (7,245) |
| Payroll Service Fees | - | 15,343 | 15,343 |
| Workers' Compensation Insurance | - | 4,278 | 4,278 |
| Postage and Delivery | - | 169 | 169 |
| Regulatory Registration Agent | - | 2,755 | 2,755 |
| Professional Fees - Other | - | 7,500 | 7,500 |
| Recruitment Expense | - | 4,316 | 4,316 |
| Office Rents | - | 59,463 | 59,463 |
| Repairs and Maintenance | - | 6,241 | 6,241 |
| Uniforms | - | 340 | 340 |
| Telephone & Internet | - | 434 | 434 |
| Website Design & Maintenance | - | 20,302 | 20,302 |
| Utilities - Other | - | 7,189 | 7,189 |
| **Total Expense** | $ 26,127 | $ 1,624,951 | $ 1,651,078 |
| **Net Ordinary Income** | $ (779,465) | $ 4,373,982 | $ 3,594,517 |
| | | | |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| Interest Income | $ - | 0 | 0 |
| **Total Other Income** | $ - | $ 0 | $ 0 |
| **Other Expense** | | | |
| Intellectual Property Expense | $ - | $ 1,525,270 | $ 1,525,270 |
| Late Fees/Penalties | - | 100 | 100 |
| US Trustee Quarterly Fee | - | 180,305 | 180,305 |
| **Total Other Expense** | $ - | $ 1,705,675 | $ 1,705,675 |
| **Net Other Income** | $ - | $ (1,705,675) | $ (1,705,675) |
| **Net Income** | $ (779,465) | $ 2,668,307 | $ 1,888,842 |

**Smart Communications Holding, Inc et al.**
**Schedule of payments to professionals**
*Period ended March 31, 2026*

| Professional | Debtor | Amount Approved Current Month | Amount Paid Current Month | Cumulatively Approved | Cumulatively Paid | Purpose |
|---|---|---|---|---|---|---|
| Development Specialists, Inc. | Smart Communications Collier, Inc. | - | - | 75,000 | 75,000 | Financial advisor |
| Gilbert, Harrell, Sumerford & Martin P.C. | Smart Communications Collier, Inc. | 10,000 | 10,000 | 10,000 | 10,000 | Special counsel |

**Smart Communications Holding, Inc et al.**

**Schedule of payments to insiders**

*Period ended March 31, 2026*

| Recipient | Debtor | Bank Account | Date of Payment | Amount | Reason |
|---|---|---|---|---|---|
| Jonathan D. Logan | Smart Communications Collier, Inc. | X7701 | 3/6/2026 | 4,615 | Salary |

*Note: On March 24, 2026, Jon Logan returned $11,860.84 in payments previously made for post-petition salary.*

## Smart Communications
# Reconciliation Summary
### Truist BB&T 7701 Checking, Period Ending 03/31/2026

|  | Mar 31, 26 |
| --- | --- |
| **Beginning Balance** | 3,676,629.05 |
| **Cleared Transactions** | |
| Checks and Payments - 1075 items | -8,393,030.98 |
| Deposits and Credits - 291 items | 9,553,610.00 |
| **Total Cleared Transactions** | 1,160,579.02 |
| **Cleared Balance** | **4,837,208.07** |



TRUIST

999-99-99-99 20270  438 C 001 19 S  66 002
SMART COMMUNICATIONS COLLIER INC
10491 72ND ST
SEMINOLE FL  33777-1500

# Your account statement

For 03/31/2026

### Contact us

 Truist.com



---

■ **ANALYZED CHECKING**          7701

## Account summary

| | |
|---|---|
| Your previous balance as of 02/27/2026 | $3,676,629.05 |
| Checks | - 2,520,273.37 |
| Other withdrawals, debits and service charges | - 5,872,763.72 |
| Deposits, credits and interest | + 9,553,616.11 |
| **Your new balance as of 03/31/2026** | **= $4,837,208.07** |

## Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 03/16 | 26719 | 20.25 | 03/12 | *27955 | 10.32 | 03/03 | 28060 | 49.31 |
| 03/31 | *26898 | 12,766.36 | 03/25 | *27962 | 100.00 | 03/06 | *28062 | 88.00 |
| 03/06 | *26959 | 11.79 | 03/02 | *27964 | 62.59 | 03/06 | 28063 | 44.68 |
| 03/12 | *27449 | 23.84 | 03/18 | *27985 | 13,332.84 | 03/05 | *28065 | 20.00 |
| 03/05 | *27535 | 14,165.61 | 03/05 | *27987 | 10,808.98 | 03/09 | 28066 | 18.08 |
| 03/04 | *27538 | 9,619.86 | 03/10 | 27988 | 7,500.00 | 03/05 | 28067 | 96.27 |
| 03/23 | *27595 | 24.43 | 03/31 | 27989 | 25,000.00 | 03/03 | 28068 | 21.71 |
| 03/02 | *27702 | 19,440.50 | 03/04 | 27990 | 9,103.90 | 03/25 | *28071 | 55.88 |
| 03/18 | *27732 | 34,232.49 | 03/05 | *27994 | 735.00 | 03/04 | *28073 | 6.00 |
| 03/09 | *27828 | 40.11 | 03/02 | *27997 | 36.82 | 03/23 | *28073 | 5.89 |
| 03/23 | *27830 | 30.00 | 03/02 | *28001 | 217.37 | 03/06 | *28076 | 86.20 |
| 03/18 | *27839 | 80.28 | 03/04 | 28002 | 212.21 | 03/10 | 28077 | 8.79 |
| 03/16 | *27850 | 30.27 | 03/02 | *28006 | 569.53 | 03/20 | 28078 | 24.99 |
| 03/03 | *27859 | 20.00 | 03/02 | *28008 | 300.70 | 03/17 | *28081 | 29.69 |
| 03/06 | *27863 | 44.17 | 03/02 | *28040 | 241.58 | 03/12 | 28082 | 21.48 |
| 03/09 | *27878 | 90.83 | 03/02 | 28041 | 186.18 | 03/04 | 28083 | 54.59 |
| 03/02 | *27882 | 168.72 | 03/16 | *28043 | 13.02 | 03/20 | 28084 | 18.02 |
| 03/05 | *27910 | 32.98 | 03/06 | 28044 | 16.85 | 03/03 | 28085 | 118.79 |
| 03/05 | *27915 | 37.89 | 03/09 | *28046 | 9.81 | 03/05 | 28086 | 10.00 |
| 03/09 | 27916 | 17.17 | 03/05 | 28047 | 77.99 | 03/06 | *28089 | 29.56 |
| 03/10 | *27919 | 94.92 | 03/09 | 28048 | 41.54 | 03/06 | 28090 | 7.13 |
| 03/05 | *27922 | 25.42 | 03/02 | 28049 | 14.19 | 03/11 | 28091 | 8.32 |
| 03/02 | 27923 | 10.97 | 03/04 | *28051 | 10.79 | 03/16 | 28092 | 19.85 |
| 03/26 | *27927 | 70.78 | 03/04 | 28052 | 61.67 | 03/05 | 28093 | 39.61 |
| 03/09 | *27929 | 28.26 | 03/11 | 28053 | 8.10 | 03/10 | 28094 | 23.99 |
| 03/11 | *27946 | 24.52 | 03/09 | 28054 | 128.70 | 03/05 | 28095 | 17.74 |
| 03/27 | *27948 | 30.00 | 03/05 | *28058 | 8.29 | 03/09 | 28096 | 21.05 |
| 03/02 | *27953 | 53.54 | 03/04 | 28059 | 226.84 | 03/11 | *28098 | 105.98 |

*continued*

0323957

■ ANALYZED CHECKING ███████ 7701 (continued)

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 03/10 | 28099 | 29.36 | 03/09 | 28162 | 173.76 | 03/16 | 28224 | 2,645.12 |
| 03/09 | 28100 | 6,486.52 | 03/05 | 28163 | 454.23 | 03/13 | 28225 | 1,466.33 |
| 03/04 | 28101 | 3,147.12 | 03/04 | 28164 | 80.83 | 03/13 | 28226 | 3,675.82 |
| 03/06 | 28102 | 27,742.45 | 03/04 | 28165 | 10.00 | 03/12 | 28227 | 1,841.85 |
| 03/09 | 28103 | 2,343.68 | 03/03 | 28166 | 1,429.19 | 03/13 | 28228 | 3,916.56 |
| 03/11 | 28104 | 365.21 | 03/09 | 28167 | 9.48 | 03/12 | 28229 | 4,697.09 |
| 03/06 | 28105 | 814.57 | 03/05 | 28168 | 180.29 | 03/10 | 28230 | 4,192.55 |
| 03/09 | 28106 | 380.65 | 03/04 | 28169 | 1,330.08 | 03/13 | 28231 | 17,431.60 |
| 03/12 | 28107 | 1,090.40 | 03/04 | 28170 | 549.62 | 03/18 | 28232 | 34,873.94 |
| 03/05 | 28108 | 11,928.56 | 03/04 | 28171 | 9.27 | 03/09 | 28233 | 14,930.14 |
| 03/11 | 28109 | 24,599.72 | 03/09 | 28172 | 318.90 | 03/27 | 28234 | 8,039.31 |
| 03/12 | 28110 | 4,479.45 | 03/05 | 28173 | 469.33 | 03/09 | 28235 | 133,370.75 |
| 03/06 | 28111 | 48,853.51 | 03/06 | 28174 | 1,350.00 | 03/17 | 28236 | 41,166.67 |
| 03/03 | 28112 | 13,365.73 | 03/03 | 28175 | 1,427.92 | 03/11 | 28237 | 34,283.78 |
| 03/03 | 28113 | 33,333.00 | 03/04 | 28176 | 852.32 | 03/11 | 28238 | 24,799.73 |
| 03/06 | 28114 | 7,197.38 | 03/06 | 28177 | 239.86 | 03/09 | 28239 | 18,031.80 |
| 03/06 | 28115 | 5,835.70 | 03/04 | 28178 | 589.31 | 03/17 | 28240 | 1,578.06 |
| 03/18 | 28116 | 35,719.52 | 03/09 | 28179 | 289.86 | 03/11 | 28241 | 7,486.75 |
| 03/26 | 28117 | 1,106.97 | 03/06 | 28180 | 975.00 | 03/11 | 28242 | 13,733.06 |
| 03/04 | 28118 | 33,328.68 | 03/04 | 28181 | 439.26 | 03/11 | 28243 | 37,828.94 |
| 03/12 | 28119 | 336.16 | 03/09 | 28182 | 305.02 | 03/11 | 28244 | 61,738.56 |
| 03/12 | 28120 | 6,250.00 | 03/06 | 28183 | 53.60 | 03/16 | 28245 | 468.75 |
| 03/05 | 28121 | 5,833.33 | 03/04 | 28184 | 1,011.06 | 03/26 | 28246 | 406.60 |
| 03/24 | 28122 | 60,629.22 | 03/04 | 28185 | 1,279.47 | 03/17 | 28247 | 124.95 |
| 03/19 | 28123 | 2,569.37 | 03/04 | 28186 | 2,572.39 | 03/12 | 28248 | 595.00 |
| 03/03 | 28124 | 125.93 | 03/04 | 28187 | 775.30 | 03/26 | 28249 | 340.56 |
| 03/26 | 28125 | 560.68 | 03/04 | 28188 | 1,011.06 | 03/11 | 28250 | 399.99 |
| 03/04 | 28126 | 1,279.47 | 03/04 | 28189 | 1,011.06 | 03/16 | 28251 | 19,395.38 |
| 03/04 | 28127 | 230.05 | 03/04 | 28190 | 1,546.82 | 03/10 | 28252 | 1,822.24 |
| 03/03 | 28128 | 144.95 | 03/04 | 28191 | 1,353.09 | 03/16 | 28253 | 397.80 |
| 03/05 | 28129 | 95.76 | 03/04 | 28192 | 1,777.75 | 03/13 | 28254 | 473.48 |
| 03/04 | 28130 | 12,073.56 | 03/04 | 28193 | 731.23 | 03/13 | 28255 | 474.87 |
| 03/04 | 28131 | 743.00 | 03/04 | 28194 | 1,011.06 | 03/11 | 28256 | 318.14 |
| 03/04 | 28132 | 549.89 | 03/04 | 28195 | 1,427.33 | 03/12 | 28257 | 1,310.75 |
| 03/05 | 28133 | 17,026.15 | 03/11 | 28196 | 110,541.20 | 03/13 | 28258 | 318.81 |
| 03/04 | 28134 | 574.59 | 03/19 | 28197 | 6,491.03 | 03/13 | 28259 | 215.41 |
| 03/06 | 28135 | 473.62 | 03/10 | 28198 | 43,052.98 | 03/12 | 28260 | 7,500.00 |
| 03/04 | 28136 | 321.80 | 03/17 | 28199 | 6,253.51 | 03/12 | 28261 | 779.51 |
| 03/04 | 28137 | 223.16 | 03/30 | 28200 | 9,373.46 | 03/10 | 28262 | 32,059.52 |
| 03/04 | *28139 | 325.90 | 03/23 | 28201 | 13,869.41 | 03/20 | 28263 | 1,885.83 |
| 03/04 | 28140 | 55,285.83 | 03/10 | 28202 | 382.19 | 03/11 | 28264 | 6.00 |
| 03/02 | 28141 | 287,958.40 | 03/13 | 28203 | 21,402.58 | 03/13 | 28265 | 73.93 |
| 03/06 | 28142 | 199.78 | 03/16 | 28204 | 14,032.11 | 03/16 | 28266 | 3,645.10 |
| 03/05 | 28143 | 209.95 | 03/12 | 28205 | 26,537.27 | 03/16 | 28267 | 625.30 |
| 03/06 | 28144 | 773.10 | 03/17 | 28206 | 16.90 | 03/09 | 28268 | 16.75 |
| 03/16 | *28146 | 633.78 | 03/17 | 28207 | 318.90 | 03/12 | 28269 | 3,813.78 |
| 03/03 | 28147 | 217.10 | 03/19 | 28208 | 15,001.02 | 03/16 | 28270 | 436.90 |
| 03/03 | 28148 | 1,428.94 | 03/31 | 28209 | 983.35 | 03/12 | 28271 | 69.95 |
| 03/04 | 28149 | 239.04 | 03/12 | 28210 | 29,000.00 | 03/13 | 28272 | 6,402.74 |
| 03/06 | *28151 | 235.33 | 03/13 | 28211 | 4,627.86 | 03/16 | 28273 | 586.78 |
| 03/09 | 28152 | 230.00 | 03/13 | *28213 | 53,014.32 | 03/11 | *28275 | 869.95 |
| 03/06 | 28153 | 669.00 | 03/13 | 28214 | 1,100.32 | 03/13 | 28276 | 923.08 |
| 03/03 | 28154 | 95.21 | 03/11 | 28215 | 1,014.31 | 03/11 | 28277 | 6,000.00 |
| 03/03 | 28155 | 139.00 | 03/10 | *28217 | 2,677.82 | 03/16 | 28278 | 182.04 |
| 03/04 | 28156 | 723.52 | 03/10 | 28218 | 8,723.36 | 03/13 | 28279 | 259.99 |
| 03/04 | 28157 | 132.98 | 03/12 | 28219 | 31,324.76 | 03/11 | 28280 | 160.85 |
| 03/04 | 28158 | 2,218.07 | 03/17 | 28220 | 12,000.00 | 03/11 | 28281 | 7.26 |
| 03/04 | 28159 | 181.90 | 03/11 | 28221 | 8,978.34 | 03/16 | 28282 | 228.68 |
| 03/05 | 28160 | 535.15 | 03/12 | 28222 | 24,099.44 | 03/16 | 28283 | 132.43 |
| 03/05 | 28161 | 474.57 | 03/10 | 28223 | 10,371.64 | 03/13 | 28284 | 1,900.14 |

*continued*





## ■ ANALYZED CHECKING ████████ 7701 (continued)

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 03/19 | 28285 | 310.54 | 03/19 | 28354 | 625.00 | 03/31 | 28427 | 8.26 |
| 03/12 | 28286 | 728.83 | 03/19 | 28355 | 3.66 | 03/23 | *28429 | 21.71 |
| 03/13 | 28287 | 128.33 | 03/23 | 28356 | 3,017.75 | 03/26 | *28431 | 7.38 |
| 03/12 | 28288 | 1,983.56 | 03/19 | 28357 | 50.00 | 03/26 | 28432 | 25.00 |
| 03/13 | 28289 | 223.62 | 03/20 | 28358 | 8,170.19 | 03/31 | 28433 | 49.14 |
| 03/13 | 28290 | 473.76 | 03/23 | 28359 | 254.49 | 03/26 | *28436 | 20.06 |
| 03/11 | 28291 | 50.00 | 03/24 | 28360 | 6.00 | 03/26 | *28438 | 261.21 |
| 03/11 | 28292 | 669.95 | 03/19 | 28361 | 198.00 | 03/26 | 28439 | 18.48 |
| 03/13 | 28293 | 226.62 | 03/19 | 28362 | 20.60 | 03/30 | *28441 | 20.00 |
| 03/12 | 28294 | 473.65 | 03/20 | *28364 | 3,501.02 | 03/27 | *28444 | 10.09 |
| 03/13 | 28295 | 555.41 | 03/20 | 28365 | 274.95 | 03/24 | *28446 | 30.00 |
| 03/13 | *28297 | 468.76 | 03/19 | 28366 | 217.10 | 03/30 | 28447 | 25.31 |
| 03/11 | 28298 | 4,035.65 | 03/19 | 28367 | 1,582.43 | 03/26 | *28450 | 26.01 |
| 03/20 | *28300 | 25.34 | 03/20 | 28368 | 923.08 | 03/26 | 28451 | 386.27 |
| 03/17 | 28301 | 123.97 | 03/19 | 28369 | 847.80 | 03/24 | 28452 | 1,435.71 |
| 03/25 | 28302 | 9.85 | 03/23 | 28370 | 613.25 | 03/26 | 28453 | 469.00 |
| 03/16 | 28303 | 58.66 | 03/23 | 28371 | 5.00 | 03/24 | 28454 | 139.16 |
| 03/23 | 28304 | 22.93 | 03/24 | 28372 | 14,069.61 | 03/25 | 28455 | 12,073.56 |
| 03/19 | *28308 | 134.05 | 03/20 | 28373 | 375.82 | 03/25 | 28456 | 397.80 |
| 03/16 | *28310 | 17.25 | 03/23 | 28374 | 745.00 | 03/27 | 28457 | 469.72 |
| 03/23 | 28311 | 10.00 | 03/25 | 28375 | 70.80 | 03/25 | 28458 | 411.30 |
| 03/18 | *28313 | 40.00 | 03/20 | 28376 | 476.35 | 03/30 | 28459 | 454.23 |
| 03/19 | *28315 | 30.00 | 03/19 | 28377 | 203.29 | 03/26 | 28460 | 1,321.42 |
| 03/16 | 28316 | 17.04 | 03/20 | 28378 | 141.16 | 03/25 | 28461 | 2,500.00 |
| 03/16 | 28317 | 109.70 | 03/23 | 28379 | 468.76 | 03/26 | 28462 | 245.71 |
| 03/19 | 28318 | 50.00 | 03/25 | 28380 | 323.48 | 03/23 | 28463 | 113,887.59 |
| 03/27 | 28319 | 16.39 | 03/20 | 28381 | 38.35 | 03/31 | 28464 | 11,587.47 |
| 03/16 | 28320 | 8.08 | 03/19 | 28382 | 149.00 | 03/25 | 28465 | 712.00 |
| 03/16 | 28321 | 41.14 | 03/23 | 28383 | 238.56 | 03/26 | 28466 | 2,000.00 |
| 03/18 | 28322 | 24.54 | 03/23 | 28384 | 468.76 | 03/27 | 28467 | 2,712.68 |
| 03/17 | 28323 | 11.86 | 03/25 | 28385 | 1,417.69 | 03/25 | 28468 | 271.80 |
| 03/16 | 28324 | 46.40 | 03/23 | 28386 | 140.62 | 03/24 | *28470 | 267.20 |
| 03/13 | 28325 | 143.50 | 03/26 | 28387 | 469.33 | 03/25 | 28471 | 225.00 |
| 03/18 | 28326 | 300.00 | 03/23 | 28388 | 468.76 | 03/27 | *28474 | 186.18 |
| 03/24 | *28328 | 19.95 | 03/25 | *28392 | 15.40 | 03/26 | *28476 | 1,736.83 |
| 03/18 | 28329 | 40.00 | 03/30 | 28393 | 164.00 | 03/26 | 28477 | 5,142.71 |
| 03/24 | 28330 | 3,868.89 | 03/30 | 28394 | 140.00 | 03/30 | 28478 | 471.80 |
| 03/24 | 28331 | 3,956.88 | 03/24 | 28395 | 59.36 | 03/30 | 28479 | 474.59 |
| 03/13 | *28333 | 36,647.50 | 03/24 | *28397 | 85.30 | 03/27 | 28480 | 473.90 |
| 03/20 | 28334 | 33,569.25 | 03/26 | 28398 | 14.35 | 03/26 | 28481 | 3,123.11 |
| 03/31 | 28335 | 12,575.76 | 03/23 | *28402 | 16.03 | 03/27 | 28482 | 329.72 |
| 03/19 | 28336 | 2,638.25 | 03/23 | 28403 | 40.00 | 03/26 | 28483 | 2,062.84 |
| 03/31 | *28339 | 25,000.00 | 03/25 | 28404 | 23.35 | 03/30 | 28484 | 221.80 |
| 03/19 | 28340 | 7,500.00 | 03/27 | *28406 | 130.82 | 03/26 | 28485 | 28.47 |
| 03/19 | *28342 | 1,352.35 | 03/25 | *28409 | 7.38 | 03/26 | *28487 | 300.70 |
| 03/19 | 28343 | 214.00 | 03/23 | *28411 | 21.89 | 03/30 | 28488 | 239.86 |
| 03/23 | 28344 | 399.99 | 03/23 | 28412 | 10.01 | 03/27 | 28489 | 236.36 |
| 03/20 | 28345 | 388.69 | 03/25 | 28413 | 20.00 | 03/31 | 28490 | 29,584.16 |
| 03/19 | 28346 | 286.27 | 03/27 | *28418 | 90.03 | 03/27 | 28491 | 12,306.90 |
| 03/20 | 28347 | 7,961.00 | 03/30 | 28419 | 10.03 | 03/31 | *28494 | 203.30 |
| 03/20 | 28348 | 221.80 | 03/25 | 28420 | 50.24 | 03/30 | *28513 | 11,875.79 |
| 03/20 | 28349 | 141.25 | 03/30 | 28421 | 20.00 | 03/31 | *28544 | 1,011.06 |
| 03/23 | 28350 | 468.48 | 03/25 | *28423 | 12.85 | 03/31 | 28545 | 230.05 |
| 03/20 | 28351 | 341.89 | 03/31 | 28424 | 37.51 | 03/31 | *28560 | 223.16 |
| 03/20 | 28352 | 7,500.00 | 03/30 | 28425 | 140.21 | 03/31 | *28566 | 4,461.25 |
| 03/19 | 28353 | 316.86 | 03/25 | 28426 | 15.55 | 03/30 | *28571 | 6,216.70 |

*continued*

0323958

■ ANALYZED CHECKING ███████ 7701 (continued)

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 03/30 | *28573 | 20.50 | 03/31 | *28586 | 25.76 | 03/30 | *28596 | 20.00 |
| 03/31 | *28581 | 450.00 | 03/31 | *28588 | 10.00 | 03/30 | *13021623 | 150,000.00 |
| 03/31 | *28583 | 1,427.92 | | | | | | |

* indicates a skip in sequential check numbers above this item

**Total checks          = $2,520,273.37**

## Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/02 | ACH CORP DEBIT WEB PMTS ████████ | 2.49 |
| 03/02 | ACH CORP DEBIT WEB PMTS ████████ | 4,441.01 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 18.00 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 33.00 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 40.00 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 98.00 |
| 03/02 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/02 | ACH CORP DEBIT MERCH FEES PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 171.63 |
| 03/02 | RECURRING INTERNET PAYMENT WEB PMTS ████████ | 2,564.00 |
| 03/02 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,589.79 |
| 03/02 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 6,865.33 |
| 03/02 | ACH CORP DEBIT L32B7CKVM8 ████████ | 302,430.92 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 18.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |

*continued*



## ■ ANALYZED CHECKING ███████ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 38.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 73.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/03 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/03 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,771.88 |
| 03/03 | INTERNET PAYMENT WEBPAYMENT ███████████ | 3,787.20 |
| 03/03 | ACH SETTLEMENT | 7,500.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 38.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 83.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 88.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/04 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/04 | INTERNET PAYMENT WEBPAYMENT ███████████ | 2,641.70 |

*continued*

0323959

■ ANALYZED CHECKING ███████ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/04 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,143.30 |
| 03/04 | PC NON-REPETITIVE WIRE WIRE REF# ███████████ | 10,000.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 12.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 12.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 12.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 14.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |

continued



## ▪ ANALYZED CHECKING ████████ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 26.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 33.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 35.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 43.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 68.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 80.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 80.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 98.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 98.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |

*continued*

0323960

■ ANALYZED CHECKING ███████ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|----------:|
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/05 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/05 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,346.16 |
| 03/05 | ACH CORP DEBIT INVOICE ███████████████ X15847700001337 | 641,622.05 |
| 03/06 | TELEPHONE PAYMENT BILL PAY   DUKEENERGY ██████ | 43.82 |
| 03/06 | CABLE PMNT OPTIMUM ██████████ | 206.36 |
| 03/06 | RECURRING INTERNET PAYMENT BILL PAY   DUKEENERGY ████████ | 540.30 |
| 03/06 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 7.25 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 12.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 24.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 33.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |

*continued*



## ▪ ANALYZED CHECKING ███████ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|----------:|
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 98.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/06 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/06 | INTERNET PAYMENT WEBPAYMENT ███████ | 2,356.80 |
| 03/06 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID ███████ | 5,022.67 |
| 03/06 | PC REPETITIVE WIRE WIRE REF# ███████ | 214,808.56 |
| 03/06 | ACH SETTLEMENT | 4,694.31 |
| 03/06 | ACH SETTLEMENT | 11,388.22 |
| 03/06 | ACH SETTLEMENT | 19,991.50 |
| 03/06 | ACH SETTLEMENT | 29,040.72 |
| 03/09 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/09 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/09 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/09 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/09 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/09 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 98.00 |
| 03/09 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,491.70 |
| 03/09 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 6,123.76 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |

*continued*

0323961

■ ANALYZED CHECKING ███████ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 40.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 45.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 65.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/10 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/10 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,409.20 |
| 03/10 | INTERNET PAYMENT WEBPAYMENT ███████████ | 3,717.96 |
| 03/11 | ACH CORP DEBIT ██████████████████████████████ | 795.04 |
| 03/11 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/11 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/11 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/11 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/11 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/11 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/11 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 33.00 |
| 03/11 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/11 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/11 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/11 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/11 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/11 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 2,684.05 |
| 03/11 | PC REPETITIVE WIRE WIRE REF# ██████████████ | 100,000.00 |
| 03/11 | ACH CORP DEBIT MFCZGAQSJS RAMP STATEMENT TRUIST BANK CUSTOMER ID C52293017 | 200,000.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |

*continued*



## ■ ANALYZED CHECKING ▮▮▮▮ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 17.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 38.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 40.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 43.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/12 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.26 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 58.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 68.00 |

*continued*

■ ANALYZED CHECKING ▮▮▮▮▮▮ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 70.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/12 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/12 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,125.13 |
| 03/12 | INTERNET PAYMENT WEBPAYMENT ▮▮▮▮▮▮▮▮ | 4,717.74 |
| 03/12 | PC NON-REPETITIVE WIRE WIRE REF#▮▮▮▮▮▮▮▮ | 42,323.20 |
| 03/13 | ACH CORP DEBIT CORP COLL ▮▮▮▮▮▮▮▮ SMART COMMUNICATIONS H CUSTOMER ID 2853 | 4,354.77 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |

*continued*



## ■ ANALYZED CHECKING ███████ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/13 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/13 | ACH CORP DEBIT ████████████████████████████ | 1,174.78 |
| 03/13 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,120.06 |
| 03/13 | ACH SETTLEMENT | 251,901.48 |
| 03/13 | ACH SETTLEMENT | 264,219.95 |
| 03/13 | ACH SETTLEMENT | 643,719.95 |
| 03/16 | BILLPAY   TRUVISTA ████████████████ | 91.40 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 38.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 98.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/16 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/16 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,190.37 |
| 03/16 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 6,747.65 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 35.00 |

*continued*

■ ANALYZED CHECKING ████████ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 40.00 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 40.00 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/17 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/17 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,485.48 |
| 03/17 | INTERNET PAYMENT WEBPAYMENT ███████████ | 3,565.44 |
| 03/17 | ACH CORP DEBIT 3040698802 ██████████████████████████ ██████████ 2 | 4,498.00 |
| 03/18 | WSC ACH    WINDSTREAM ███████████████████████ | 310.54 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |

*continued*



## ■ ANALYZED CHECKING ██████ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 38.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 75.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 98.00 |
| 03/18 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/18 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 2,995.20 |
| 03/18 | PC NON-REPETITIVE WIRE WIRE REF#█████████ | 40,008.84 |
| 03/18 | Return Deposit Item     9999   99001446 | 12,461.03 |
| 03/18 | Return Deposit Item     9999   99001445 | 14,834.23 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/19 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/19 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,439.98 |
| 03/19 | INTERNET PAYMENT WEBPAYMENT ███████████ | 4,846.62 |
| 03/19 | ACH CORP DEBIT INVOICE    ████████████████████████ | 652,823.08 |
| 03/19 | ACH SETTLEMENT | 48,170.66 |
| 03/20 | ACH CORP DEBIT INVOICE    █████████████████████ | 1,283.55 |
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |

*continued*

0323964

■ ANALYZED CHECKING █████████ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|----------:|
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 18.00 |
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 63.00 |
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 98.00 |
| 03/20 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/20 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 4,055.22 |
| 03/20 | PC REPETITIVE WIRE WIRE REF# ████████████ | 144,038.20 |
| 03/20 | PC REPETITIVE WIRE WIRE REF# ████████████ | 9,364.69 |
| 03/20 | PC REPETITIVE WIRE WIRE REF# ████████████ | 135,000.00 |
| 03/20 | ACH SETTLEMENT | 84,190.59 |
| 03/20 | ACH SETTLEMENT | 179,986.87 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 18.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 18.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 60.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |

*continued*



## ■ ANALYZED CHECKING ████████ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/23 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/23 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,369.20 |
| 03/23 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 5,995.77 |
| 03/23 | SERVICE CHARGES - PRIOR PERIOD | 1,359.76 |
| 03/24 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/24 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/24 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 18.00 |
| 03/24 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/24 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/24 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/24 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/24 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/24 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/24 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 60.00 |
| 03/24 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/24 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/24 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/24 | INTERNET PAYMENT WEBPAYMENT ████████████ | 3,733.50 |
| 03/24 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 4,084.95 |
| 03/24 | DEBIT MEMO | 0.11 |
| 03/24 | ACH SETTLEMENT | 85,149.39 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |

*continued*

■ ANALYZED CHECKING ███████ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 26.50 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 37.18 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 43.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 98.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/25 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/25 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,160.19 |
| 03/25 | PC REPETITIVE WIRE WIRE REF# ███████████ | 63,693.64 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 11.50 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 18.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 18.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |

*continued*



## ■ ANALYZED CHECKING ▮▮▮▮▮ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 28.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 33.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 43.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 48.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 60.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 98.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/26 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/26 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,112.66 |
| 03/26 | INTERNET PAYMENT WEBPAYMENT ▮▮▮▮▮ | 4,840.14 |
| 03/27 | CABLE PMNT OPTIMUM ▮▮▮▮▮ | 0.05 |
| 03/27 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/27 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/27 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 11.22 |
| 03/27 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |

*continued*

0323966

■ ANALYZED CHECKING ███████ 7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 03/27 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/27 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 15.00 |
| 03/27 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 23.00 |
| 03/27 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/27 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/27 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/27 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/27 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/27 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,044.54 |
| 03/27 | PC BOOK WIRE TRANSFER WIRE REF# ████████████████████ | 189,172.59 |
| 03/27 | PC REPETITIVE WIRE WIRE REF# ██████████ | 77,766.84 |
| 03/27 | ACH SETTLEMENT | 7,436.86 |
| 03/27 | ACH SETTLEMENT | 105,273.93 |
| 03/27 | ACH SETTLEMENT | 378,458.02 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 8.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 13.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 17.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 25.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 40.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 43.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 43.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 60.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 98.00 |

*continued*



## ■ ANALYZED CHECKING ███████7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/30 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/30 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,650.31 |
| 03/30 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 6,809.58 |
| 03/31 | INTERNET PAYMENT CHECKS / F INTUIT *██████ | 342.79 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 10.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 20.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 30.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 33.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 43.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 50.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 53.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 60.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 63.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 68.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 100.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/31 | ACH CORP DEBIT CR CD CHBK PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 103.00 |
| 03/31 | ACH CORP DEBIT CR CD DEP  PAYARC SMART COMMUNICATIONS CUSTOMER ID 567000000778910 | 3,635.97 |
| 03/31 | INTERNET PAYMENT WEBPAYMENT ███████████ | 3,666.24 |
| 03/31 | ACH CORP DEBIT BP5PAFD733████████████████████ | 212,596.65 |
| 03/31 | CM ON-LINE ACCT TRANSFER TRANSFER TO CHECKING ██████ 3454 03-31-26 | 500,000.00 |
| Total other withdrawals, debits and service charges | | = $5,872,763.72 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/02 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 152.01 |
| 03/02 | PAYMENT  ███████████████████████ | 472.39 |
| 03/02 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 499.21 |
| 03/02 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 589.23 |
| 03/02 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 705.68 |
| 03/02 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 777.99 |
| 03/02 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 865.67 |
| 03/02 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 877.16 |
| 03/02 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,278.73 |
| 03/02 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,363.71 |
| 03/02 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,383.10 |

*continued*

■ ANALYZED CHECKING ▓▓▓▓▓▓▓7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|----------:|
| 03/02 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,962.63 |
| 03/02 | ██████████████████████████████████████████ | 16,222.98 |
| 03/02 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 300,832.44 |
| 03/02 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 302,660.57 |
| 03/03 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 170.78 |
| 03/03 | PAYMENT ██████████████████████████████████ | 225.20 |
| 03/03 | PAYMENT ██████████████████████████████████ | 355.71 |
| 03/03 | PAYMENT ██████████████████████████████████ | 520.79 |
| 03/03 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 677.75 |
| 03/03 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 708.25 |
| 03/03 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 718.33 |
| 03/03 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 736.69 |
| 03/03 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 760.73 |
| 03/03 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 291,934.80 |
| 03/04 | PAYMENT ██████████████████████████████████ | 6.17 |
| 03/04 | PAYMENT ██████████████████████████████████ | 238.44 |
| 03/04 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 445.59 |
| 03/04 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 470.22 |
| 03/04 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 646.77 |
| 03/04 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 771.81 |
| 03/04 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 808.91 |
| 03/04 | ████████████████████████████████████████ | 376,000.00 |
| 03/04 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 527,337.58 |
| 03/05 | PD FOR 6.00 SB 5.89 00000028073 28073 | 0.11 |
| 03/05 | DEBIT REVERSAL  28073 | 6.00 |
| 03/05 | PAYMENT ██████████████████████████████████ | 359.09 |
| 03/05 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 472.61 |
| 03/05 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 627.26 |
| 03/05 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 690.30 |
| 03/05 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 704.83 |
| 03/05 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 851.16 |
| 03/05 | PAYABLES ████████  SMART COMMUNICATIONS C  CUSTOMER ID VN-010560 | 31,453.33 |
| 03/05 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 262,062.55 |
| 03/06 | PAYMENT ██████████████████████████████████ | 544.81 |
| 03/06 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 652.40 |
| 03/06 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 904.14 |
| 03/06 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,043.34 |
| 03/06 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,067.46 |
| 03/06 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,362.58 |
| 03/06 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 270,290.08 |
| 03/09 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 33.10 |
| 03/09 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 525.41 |
| 03/09 | PAYMENT ██████████████████████████████████ | 588.93 |
| 03/09 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 614.04 |
| 03/09 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 717.74 |
| 03/09 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 783.09 |
| 03/09 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 851.42 |
| 03/09 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,038.79 |
| 03/09 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,088.12 |
| 03/09 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,110.01 |
| 03/09 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,199.35 |
| 03/09 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,654.39 |
| 03/09 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 263,699.96 |
| 03/09 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 283,776.15 |
| 03/10 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 441.80 |
| 03/10 | PAYMENT ██████████████████████████████████ | 515.89 |
| 03/10 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 527.09 |
| 03/10 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 588.95 |
| 03/10 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 684.80 |
| 03/10 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,166.56 |
| 03/10 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 277,477.72 |
| 03/10 | COUNTER DEPOSIT | 393,366.98 |

*continued*



## ■ ANALYZED CHECKING ███████7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/11 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 52.40 |
| 03/11 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 498.55 |
| 03/11 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 510.21 |
| 03/11 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 783.51 |
| 03/11 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 839.38 |
| 03/11 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 467,292.24 |
| 03/12 | CR CD CHBK PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 13.00 |
| 03/12 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 298.13 |
| 03/12 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 416.48 |
| 03/12 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 520.91 |
| 03/12 | PAYMENT ████████████████████████ | 576.36 |
| 03/12 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 636.85 |
| 03/12 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,303.02 |
| 03/12 | SMART COMM ████████████████████████ | 15,713.28 |
| 03/12 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 245,271.45 |
| 03/13 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 9.45 |
| 03/13 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 250.08 |
| 03/13 | PAYMENT ████████████████████████ | 516.97 |
| 03/13 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 538.60 |
| 03/13 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 637.90 |
| 03/13 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 734.63 |
| 03/13 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 949.40 |
| 03/13 | ACH ████████████████████████ | 4,081.81 |
| 03/13 | COUNTER DEPOSIT | 148,681.15 |
| 03/13 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 255,475.53 |
| 03/16 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 19.08 |
| 03/16 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 288.90 |
| 03/16 | PAYMENT ████████████████████████ | 551.12 |
| 03/16 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 590.42 |
| 03/16 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 679.40 |
| 03/16 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 808.17 |
| 03/16 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 823.48 |
| 03/16 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 983.88 |
| 03/16 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,365.08 |
| 03/16 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,376.47 |
| 03/16 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,439.95 |
| 03/16 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,563.19 |
| 03/16 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 266,229.21 |
| 03/16 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 284,198.09 |
| 03/17 | PAYMENT ████████████████████████ | 129.34 |
| 03/17 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 165.70 |
| 03/17 | PAYMENT ████████████████████████ | 351.43 |
| 03/17 | PAYMENT ████████████████████████ | 428.78 |
| 03/17 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 449.04 |
| 03/17 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 556.77 |
| 03/17 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 679.58 |
| 03/17 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 684.45 |
| 03/17 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 949.94 |
| 03/17 | PAYABLES ████████████████████████ | 22,054.97 |
| 03/17 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 281,381.54 |
| 03/18 | PAYMENT ████████████████████████ | 187.66 |
| 03/18 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 246.99 |
| 03/18 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 601.40 |
| 03/18 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 627.39 |
| 03/18 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 757.01 |
| 03/18 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 762.41 |
| 03/18 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 504,561.66 |
| 03/19 | PAYMENT ████████████████████████ | 278.64 |
| 03/19 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 379.21 |

*continued*

■ ANALYZED CHECKING 1100019697701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/19 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 519.14 |
| 03/19 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 775.83 |
| 03/19 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 831.12 |
| 03/19 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 934.68 |
| 03/19 | PAYMENT ███████████████████████ | 58,293.74 |
| 03/19 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 252,260.13 |
| 03/20 | CR CD CHBK PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 28.00 |
| 03/20 | PAYMENT ███████████████████████ | 388.43 |
| 03/20 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 500.15 |
| 03/20 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 513.95 |
| 03/20 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 647.07 |
| 03/20 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 659.90 |
| 03/20 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 837.25 |
| 03/20 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 896.90 |
| 03/20 | PAYMENT ███████████████████████████ | 24,514.73 |
| 03/20 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 266,746.23 |
| 03/23 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 86.14 |
| 03/23 | PAYMENT ███████████████████████ | 391.30 |
| 03/23 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 538.51 |
| 03/23 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 576.94 |
| 03/23 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 584.92 |
| 03/23 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 748.85 |
| 03/23 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 833.84 |
| 03/23 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,031.11 |
| 03/23 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,043.52 |
| 03/23 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,172.10 |
| 03/23 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,298.02 |
| 03/23 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,451.02 |
| 03/23 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 282,839.04 |
| 03/23 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 291,940.13 |
| 03/24 | PAYMENT ███████████████████████ | 142.91 |
| 03/24 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 210.15 |
| 03/24 | PAYMENT ███████████████████████ | 336.20 |
| 03/24 | PAYMENT ███████████████████████ | 483.50 |
| 03/24 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 553.35 |
| 03/24 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 752.17 |
| 03/24 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 769.67 |
| 03/24 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 897.01 |
| 03/24 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 902.60 |
| 03/24 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 279,242.71 |
| 03/25 | PAYMENT ███████████████████████ | 188.13 |
| 03/25 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 387.49 |
| 03/25 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 434.49 |
| 03/25 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 738.48 |
| 03/25 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 740.35 |
| 03/25 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 859.38 |
| 03/25 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 502,451.25 |
| 03/26 | PAYMENT ███████████████████████ | 276.73 |
| 03/26 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 475.33 |
| 03/26 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 526.89 |
| 03/26 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 607.95 |
| 03/26 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 650.77 |
| 03/26 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 851.72 |
| 03/26 | ███████████████████████████ | 14,542.53 |
| 03/26 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 253,789.92 |
| 03/27 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 218.37 |
| 03/27 | PAYMENT ███████████████████████ | 414.14 |
| 03/27 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 433.30 |
| 03/27 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 670.23 |
| 03/27 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 716.75 |
| 03/27 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,005.89 |
| 03/27 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 256,108.66 |

*continued*



## ■ ANALYZED CHECKING ███████7701 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|----------:|
| 03/30 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 179.27 |
| 03/30 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 447.09 |
| 03/30 | PAYMENT  ██████████████████████████ | 498.43 |
| 03/30 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 642.37 |
| 03/30 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 696.20 |
| 03/30 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 791.18 |
| 03/30 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 894.20 |
| 03/30 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,163.62 |
| 03/30 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,212.27 |
| 03/30 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,469.66 |
| 03/30 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,477.87 |
| 03/30 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,486.16 |
| 03/30 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 277,126.96 |
| 03/30 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 297,387.73 |
| 03/31 | PAYMENT  ██████████████████████████ | 98.31 |
| 03/31 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 114.27 |
| 03/31 | PAYMENT  ██████████████████████████ | 338.23 |
| 03/31 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 385.64 |
| 03/31 | PAYMENT  ██████████████████████████ | 481.55 |
| 03/31 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 549.71 |
| 03/31 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 553.70 |
| 03/31 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,013.38 |
| 03/31 | CR CD DEP  PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 1,019.27 |
| 03/31 | TP RES REL PAYARC SMART COMMUNICATIONS  CUSTOMER ID 567000000778910 | 284,855.33 |

**Total deposits, credits and interest**                                                   **= $9,553,616.11**

0323969



Case 8:25-bk-09473-RCT    Doc 212    Filed 04/22/26    Page 47 of 88

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call ▉▉▉▉▉ or write to:

> Fraud Management
> P.O. Box 1014
> Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

> Truist Ready Now Credit Line Disputed Payments
> PO Box 849
> Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.

If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

> Central Processing
> MC:306-40-04-25
> P.O. Box 27572
> Richmond, VA 23261-7572

**Change of address**

If you need to change your address, please visit your local Truist branch or call Truist Care Center at ▉▉▉▉▉▉▉

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST ▉▉▉▉▉. MEMBER FDIC

0323969

**3:30 PM**

**04/21/26**

# Smart Communications
## Reconciliation Summary
### Truist Collier DIP Act 3454, Period Ending 03/31/2026

|  | **Mar 31, 26** |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| **Checks and Payments - 26 items** | -39,494.53 |
| **Deposits and Credits - 37 items** | 1,098,001.73 |
| **Total Cleared Transactions** | 1,058,507.20 |
| **Cleared Balance** | **1,058,507.20** |





TRUIST HH

881-39-20-15 20367  0 C 001 30    50 004
SMART COMMUNICATIONS COLLIER INC
CASE 826-BK-00146-RCT
10491 72ND ST
SEMINOLE FL   33777-1500

# Your account statement
For 03/31/2026

## Contact us

 Truist.com

---

## ▪ TRUIST DYNAMIC BUSINESS CHECKING - CORE TIER ▮3454

### Account summary

| | |
|---|---|
| Your previous balance as of 03/05/2026 | $0.00 |
| Checks | - 31,105.26 |
| Other withdrawals, debits and service charges | - 8,389.27 |
| Deposits, credits and interest | + 1,098,001.73 |
| **Your new balance as of 03/31/2026** | **= $1,058,507.20** |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 03/31 | 10000 | 95.21 | 03/31 | 10019 | 1,011.06 | 03/31 | 10029 | 1,011.06 |
| 03/31 | 10001 | 139.00 | 03/31 | *10022 | 1,279.47 | 03/31 | 10030 | 565.55 |
| 03/31 | *10005 | 589.31 | 03/31 | 10023 | 1,279.47 | 03/31 | 10031 | 1,011.06 |
| 03/31 | 10006 | 230.05 | 03/31 | 10024 | 1,353.09 | 03/31 | 10032 | 731.23 |
| 03/31 | *10011 | 1,429.19 | 03/31 | 10025 | 1,546.82 | 03/31 | 10033 | 3,196.98 |
| 03/31 | *10013 | 1,353.09 | 03/31 | *10027 | 1,777.75 | 03/31 | 10034 | 439.06 |
| 03/31 | *10018 | 1,428.94 | 03/31 | 10028 | 2,572.39 | 03/31 | 10035 | 8,065.48 |

\* indicates a skip in sequential check numbers above this item

**Total checks** = **$31,105.26**

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/20 | INTERNET PAYMENT CHECKS / F INTUIT | 46.50 |
| 03/20 | INTERNET PAYMENT CHECKS / F INTUIT | 573.27 |
| 03/31 | ACH CORP DEBIT WEB PMTS | 2.49 |
| 03/31 | ACH CORP DEBIT SALE | 3,326.00 |
| 03/31 | ACH CORP DEBIT WEB PMTS | 4,441.01 |

**Total other withdrawals, debits and service charges** = **$8,389.27**

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/16 | COUNTER DEPOSIT | 298,039.30 |
| 03/20 | COUNTER DEPOSIT | 288,101.59 |
| 03/24 | INCOMING WIRE TRANSFER WIRE REF# | 11,860.84 |
| 03/31 | CM ON-LINE ACCT TRANSFER TRANSFER FROM CHECKING ▮7701 03-31-26 | 500,000.00 |

**Total deposits, credits and interest** = **$1,098,001.73**

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at ████████████████) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call ████████ or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at ████████████).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| | | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | | |

For more information, please contact your local Truist branch, visit Truist.com or contact us at ████████████    MEMBER FDIC

1:37 PM

04/08/26

# Smart Communications
## Reconciliation Summary
### Bank of America Checking 9057, Period Ending 03/31/2026

|  | Mar 31, 26 |
|---|---|
| **Beginning Balance** | 12,684.45 |
| Cleared Transactions |  |
| Checks and Payments - 12 items | -1,564.95 |
| Deposits and Credits - 2 items | 131.32 |
| **Total Cleared Transactions** | -1,433.63 |
| **Cleared Balance** | 11,250.82 |
| Register Balance as of 03/31/2026 | 11,250.82 |
| Ending Balance | 11,250.82 |

1:37 PM

04/08/26

# Smart Communications
## Reconciliation Detail
### Bank of America Checking 9057, Period Ending 03/31/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 12,684.45 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 12 items** | | | | | | |
| Check | 03/02/2026 | BOA ... | | X | -19.95 | -19.95 |
| General Journal | 03/04/2026 | 4038 | | X | -9.95 | -29.90 |
| Check | 03/09/2026 | BOA ... | | X | -143.10 | -173.00 |
| Bill Pmt -Check | 03/10/2026 | Autopay | | X | -392.77 | -565.77 |
| Check | 03/16/2026 | BOA ... | | X | -116.81 | -682.58 |
| Bill Pmt -Check | 03/20/2026 | BOA ... | | X | -222.15 | -904.73 |
| Bill Pmt -Check | 03/20/2026 | BOA ... | | X | -218.38 | -1,123.11 |
| Check | 03/20/2026 | BOA ... | | X | -149.98 | -1,273.09 |
| Bill Pmt -Check | 03/20/2026 | BOA ... | | X | -5.00 | -1,278.09 |
| Bill Pmt -Check | 03/23/2026 | BOA ... | | X | -5.00 | -1,283.09 |
| Bill Pmt -Check | 03/25/2026 | BOA ... | | X | -246.71 | -1,529.80 |
| Bill Pmt -Check | 04/08/2026 | Autopay | | X | -35.15 | -1,564.95 |
| Total Checks and Payments | | | | | -1,564.95 | -1,564.95 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 03/10/2026 | | | X | 62.32 | 62.32 |
| Deposit | 03/10/2026 | | | X | 69.00 | 131.32 |
| Total Deposits and Credits | | | | | 131.32 | 131.32 |
| Total Cleared Transactions | | | | | -1,433.63 | -1,433.63 |
| Cleared Balance | | | | | -1,433.63 | 11,250.82 |
| Register Balance as of 03/31/2026 | | | | | -1,433.63 | 11,250.82 |
| **Ending Balance** | | | | | **-1,433.63** | **11,250.82** |

 **BANK OF AMERICA**

Business Advantage

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**



SMART COMMUNICATIONS COLLIER, INC.
10491 72ND ST
SEMINOLE, FL  33777-1500

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

 🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking

for March 1, 2026 to March 31, 2026                                             Account number:  ▮▮▮▮ 9057

**SMART COMMUNICATIONS COLLIER, INC.**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on March 1, 2026 | $12,684.45 | # of deposits/credits: | 2 |
| Deposits and other credits | 131.32 | # of withdrawals/debits: | 12 |
| Withdrawals and other debits | -1,564.95 | # of items-previous cycle[1]: | 0 |
| Checks | -0.00 | # of days in cycle: | 31 |
| Service fees | -0.00 | Average ledger balance: | $12,001.11 |
| **Ending balance on March 31, 2026** | **$11,250.82** | | |

[1]*Includes checks paid, deposited items and other debits*

## NEW: BankAmeriDeals® is better than ever.

Find more cash back deals from thousands of top brands. Check it out today!

### Explore your deals at bankofamerica.com/deals.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. You must be enrolled in Online Banking or Mobile Banking to participate in the BankAmeriDeals® program and have either an eligible Bank of America® debit or credit card or Merrill credit card. Earned cash back will be credited into an eligible consumer deposit or credit account within 30 days following redemption. Data connection required. Wireless carrier fees may apply. For SafeBalance Banking® for Family Banking accounts, the parent owner can participate in BankAmeriDeals but their child using the account cannot. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply.



SSM-08-25-0441.B  |  8548559

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2026 Bank of America Corporation

**Bank of America, N.A. Member FDIC and  Equal Housing Lender**

**Your checking account**



SMART COMMUNICATIONS COLLIER, INC.   |   Account # ▮▮▮▮▮ 9057   |   March 1, 2026 to March 31, 2026

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/10/26 | PURCHASE REFUND 0309 ▮▮▮▮▮▮▮▮▮▮▮▮ RECURRING CKCD 5734▮▮▮▮▮▮▮ | 69.00 |
| 03/10/26 | CHECKCARD  0309 ▮▮▮▮▮▮▮▮▮▮▮▮ | 62.32 |
| **Total deposits and other credits** | | **$131.32** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 03/03/26 | WASTE CONNECTION DES:WEB  PAY ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ | -35.15 |
| 03/04/26 | Online Banking transfer to SAV 2833 ▮▮▮▮▮▮ | -9.95 |
| 03/18/26 | SPECTRUM        DES:SPECTRUM ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ | -149.98 |

Card account # XXXX XXXX XXXX 2989

| Date | Description | Amount |
|---|---|---|
| 03/02/26 | PURCHASE  0228 1PASSWORD ▮▮▮▮ ▮ | -19.95 |
| 03/09/26 | PURCHASE  0308 Lucid Software Inc. ▮▮▮▮▮ | -143.10 |
| 03/10/26 | PURCHASE  0309 Microsoft-▮▮▮▮▮▮ | -392.77 |
| 03/16/26 | CHECKCARD  0315 EARTHLINK LLC ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ | -116.81 |
| 03/23/26 | PURCHASE  0320 Spectrum ▮▮▮▮ | -5.00 |
| 03/23/26 | PURCHASE  0320 Spectrum ▮▮▮▮ | -218.38 |
| 03/23/26 | PURCHASE  0320 Spectrum ▮▮▮▮ | -222.15 |
| 03/23/26 | PURCHASE  0320 Spectrum ▮▮▮▮ | -5.00 |
| 03/23/26 | PURCHASE  0320 Spectrum ▮▮▮▮ | -246.71 |
| **Subtotal for card account # XXXX XXXX XXXX 2989** | | **-$1,369.87** |
| **Total withdrawals and other debits** | | **-$1,564.95** |

---

Available in English and Spanish

## Make bank transfers in the Mobile Banking app

Use our app or Online Banking to send domestic wires or international wires in 140+ currencies to over 200 countries.

**Scan the code or visit bofa.com/wiretransfers.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices.
Message and data rates may apply.
Fees or other costs may apply to wire transfers.



SSM-11-25-0293.B  |  8604277

SMART COMMUNICATIONS COLLIER, INC.   |   Account # ████████ 9057   |   March 1, 2026 to March 31, 2026

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 02/27/26. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

◯   Become a member of Preferred Rewards for Business has not been met

For information on Small Business products and services or to link an existing account, please call ████████. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 03/01 | 12,684.45 | 03/04 | 12,619.40 | 03/16 | 12,098.04 |
| 03/02 | 12,664.50 | 03/09 | 12,476.30 | 03/18 | 11,948.06 |
| 03/03 | 12,629.35 | 03/10 | 12,214.85 | 03/23 | 11,250.82 |

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**PLEASE READ THIS DOCUMENT CAREFULLY. WE ARE AMENDING THE ARBITRATION PROVISION OF YOUR EXISTING DEPOSIT AGREEMENT AND DISCLOSURES FOR YOUR BUSINESS ACCOUNT.**

THE AGREEMENT TO ARBITRATE REQUIRES (WITH LIMITED EXCEPTION) THAT ALL DISPUTES BETWEEN YOU AND US BE RESOLVED BY BINDING ARBITRATION WHENEVER EITHER PARTY CHOOSES TO SUBMIT A DISPUTE TO ARBITRATION OR EITHER PARTY REFERS A LAWSUIT FILED BY THE OTHER TO ARBITRATION. ADDITIONALLY, (1) YOU ARE ONLY PERMITTED TO PURSUE CLAIMS ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING, AND (2) YOU MAY NOT BE ABLE TO HAVE ANY CLAIMS YOU HAVE AGAINST US RESOLVED BY A JURY OR IN A COURT OF LAW.

**Business Deposit Accounts**

Effective May 15, 2026, all business deposit accounts are subject to the amended Arbitration Agreement for Disputes Relating to Business Accounts that we have included.

Here is a summary of some of the changes you can expect once the amended provision becomes effective:

- Arbitration Election for Resolving Disputes: You or the Bank may file a lawsuit, but if either party elects to submit the dispute to arbitration, the matter must be resolved through binding arbitration.
- Arbitration Administration: Arbitrations will be administered solely by the American Arbitration Association ("AAA") (www.adr.org). If AAA is unable to handle the claim for any reason, a neutral arbitrator will be selected by mutual agreement or, if the parties cannot agree, by a court in accordance with the Federal Arbitration Act ("FAA"), pursuant to the AAA rules of procedure.
- Mass Arbitration: A new Mass Arbitration provision will apply to any claim(s) filed as a part of a "mass arbitration", defined as 25 or more arbitration claims involving the same or similar subject matter and/or issues of law or fact, and where representation of all claimants is the same or coordinated across the cases.
- Finality of Arbitration Rulings: Arbitration rulings will be final and binding and may be enforced by any court with jurisdiction. Appeals of arbitration rulings are not permitted, except as allowed under the FAA, 9 U.S.C. §§ 1-16.
- Small Claims Exception: You or the Bank may pursue a claim in a small claims court instead of arbitration, provided the claim falls within the court's jurisdiction and is filed on an individual basis.

*Bank of America – Arbitration Agreement for Disputes Relating to Business Accounts*
*[This provision will apply to the Resolving Claims section of the Deposit Agreement and Disclosures ("Agreement")]*

**Arbitration Agreement for Disputes Relating to Business Accounts**

This arbitration agreement requires that all disputes between you and us be resolved by binding arbitration whenever either party chooses to submit a dispute to arbitration or either party refers a lawsuit filed by the other to arbitration. By means of this arbitration agreement, each party waives the right to have any dispute heard in court whenever either party chooses to submit or refer such dispute to arbitration, subject to the limitations set forth further below in the Scope of Arbitration section. This arbitration agreement is entered into pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA") with respect to both substance and procedure. You and we agree that either of us may elect to proceed by arbitration, that the goal of proceeding in arbitration shall be to achieve effective, efficient, and less costly resolution between you and us, and that this arbitration agreement shall be interpreted and applied to achieve that goal.

YOU AND WE ARE WAIVING THE RIGHT TO HAVE OUR DISPUTE HEARD BEFORE A JUDGE OR OTHERWISE TO BE DECIDED BY A COURT. YOU AND WE ARE WAIVING ANY ABILITY TO ASSERT OR PARTICIPATE IN A CLASS, REPRESENTATIVE, OR CONSOLIDATED PROCEEDING, WHETHER IN COURT OR IN ARBITRATION, AND TO HAVE ANY CLAIMS HEARD BY A JURY. ALL DISPUTES, EXCEPT AS STATED BELOW, MUST BE RESOLVED BY BINDING ARBITRATION WHEN EITHER YOU OR WE REQUEST IT.

Continued on next page

Continued from previous page

## Scope of Arbitration

Claims or disputed factual or legal issues between you and us that arise out of or relate in any way to this Agreement, the deposit account, or any aspect of the deposit relationship are subject to and must be decided by arbitration, unless arbitration is prohibited by law.  This Agreement applies equally to you, as well as any persons acting on behalf of the business with respect to the deposit account or any aspect of the deposit relationship, including but not limited to administrators, executors, trustees, agents, nominees, custodians, or any persons with ownership interest in the business.  Additionally, any claims or disputed factual or legal issue arising from or relating in any way to the advertising of our products relating to or under this Agreement, or the application for, or the denial, approval or establishment of your account are included. Claims or disputed factual or legal issues (whether in contract, tort, statutory or otherwise) that fall within the scope of this arbitration provision are subject to arbitration regardless of what legal claim or theory they are based on or whether they seek legal, equitable, or statutory remedies. Arbitration applies to any and all such claims or disputed factual or legal issues, whether they arose in the past, may currently exist, or may arise in the future. All such claims or disputed factual or legal issues are hereinafter referred to in this section as "Claims." To the extent permitted by law, the discovery exchanged between the Bank and you as to any Claim is presumptively limited to the exchange of documents directly relevant to the Claim, absent an order from the arbitrator that good cause exists to require the exchange of additional discovery. The only exception to arbitration of Claims is that both you and we have the right to pursue a Claim in a small claims court instead of arbitration, if the Claim is in that court's jurisdiction and proceeds on an individual basis, whereas Claims in other courts may be compelled into arbitration by either party.

## Waiver of Class, Jury and Other Non-Individualized Relief

By accepting this arbitration agreement you GIVE UP YOUR RIGHT TO GO TO COURT except for matters that may be taken to a small claims court or as otherwise provided for in this agreement. Arbitration will proceed on an INDIVIDUAL BASIS, so class actions, consolidated actions, and similar proceedings will NOT be available to you.

Claims in arbitration will proceed only on an individual basis. Additionally, you may not join your Claims with other persons on other accounts in the arbitration; each person must arbitrate his or her own claims separately and individually. YOU AND WE ARE WAIVING THE RIGHT TO ASSERT OR PARTICIPATE IN A CLASS ACTION, OR ANY REPRESENTATIVE OR CONSOLIDATED PROCEEDING IN COURT OR IN ARBITRATION, AND ARE WAIVING THE RIGHT TO HAVE A JURY DECIDE ANY CLAIM, AS PERMITTED BY LAW. The arbitrator shall have no authority to entertain any Claim as a class action or on any other similar representative basis, nor shall the arbitrator have any authority to consolidate Claims brought by separate claimants (except for claimants on the same account). This means that the arbitrator also shall have no authority to make any award for the benefit of, or against, any person other than the individual who is the named party. If these terms prohibiting class, representative, or consolidation procedures are held to be legally unenforceable for any reason with respect to a Claim, then the Claim must be handled through litigation in court instead of by arbitration, subject to the parties' agreement to waive the right to have a jury decide any Claim.

For individual Claims filed as part of a "mass arbitration," as that term is defined herein, the additional requirements set forth in the "Mass Arbitration" section below shall apply.

## Arbitrator

Arbitrations between us shall be administered by the American Arbitration Association ("AAA") (www.adr.org). The AAA shall apply its rules applicable to Commercial claims and disputes in effect at the time the arbitration is commenced and the Mass Arbitration Supplementary Rules to mass arbitration matters. A single arbitrator shall conduct proceedings under these rules, and a Process Arbitrator and single Merits Arbitrator shall conduct each mass arbitration case. If there is a conflict between the applicable AAA rules and procedures and this arbitration agreement, this arbitration agreement will control. In the event that AAA is unable to handle the Claim for any reason, then the matter shall be arbitrated instead by a neutral arbitrator selected by agreement of the parties (or, if the parties cannot agree, selected by a court in accordance with the FAA), pursuant to the AAA rules of procedure. The arbitrator will have the power to award to a party any damages or relief as permitted by the law and the agreement between you and us (including the limitations set forth below). All pleadings, information and documents exchanged,

Continued on next page

Continued from previous page

and the arbitrator's ruling shall be treated as confidential and have no precedential value. However, if either party seeks to confirm the arbitrator's decision in court, the parties agree that the documents necessary for such confirmation need not be filed under seal.

## Authority of Arbitrator

The parties agree that, upon motion by either of us, any arbitrator shall have the power to decide dispositive issues of law prior to a full merits hearing, consistent with Federal Rules of Civil Procedure 12 and 56, and will decide the Claim in accordance with all applicable substantive law and recognized principles of equity. The arbitrator will determine whether the claimant has completed the steps necessary to initiate the suit. The arbitrator will construe the Claim under the applicable statutes of limitations provided for under the governing law. The arbitrator will honor all claims of privilege recognized by law. The arbitrator will have the power to award to a party any damages or relief as permitted by the law and the agreement between you and us (including the limitations set forth above). In addition, the arbitrator has the same power as a federal court to impose sanctions against any represented party or counsel for any violation of the standards of Federal Rule of Civil Procedure 11(b) or 28 U.S.C. § 1927.

## Delegation of Authority to Arbitrator

All issues are for the arbitrator to decide, including the scope of his or her own jurisdiction, and the arbitrability of individual Claims, except that questions of whether the parties have entered into an agreement to arbitrate are for a court of competent jurisdiction to decide.

For disputes regarding the existence of this Agreement, or for any Claims that the arbitrator determines are not arbitrable, the parties consent to jurisdiction and venue in an appropriate court in the state where the deposit account is located.

## Arbitration Demand Filing Requirements

In addition to the requirements set forth in the AAA rules, you agree that upon commencing a case with the AAA, you will provide your name, full account number, mailing address, telephone number, email address, a factual description of every disputed transaction for which you seek compensation (date, amount, and transaction type) and/or event (date, location, and individuals involved), explanation of the basis of your Claim, an itemized calculation of all alleged damages, and, if represented by counsel, a signed statement authorizing us to share information regarding your account and the Claim with them. You must personally sign the demand for arbitration (and your counsel must also sign the demand, if you are represented by counsel). By submitting an arbitration demand, you (and your counsel, if you are represented) represent that, as in court, you are complying with the requirements of Federal Rule of Civil Procedure 11(b). You agree and understand that failure to provide this information may result in dismissal of your Claim, though you have the right to refile once you provide the information described in this section.

## Allocation of Fees

Each party will be responsible for the arbitration fees as allocated by the applicable AAA rules (www.adr.org).

## Fee-shifting and Sanctions

The arbitrator is authorized to afford any relief or impose any sanctions available under the substantive standards established by Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law on represented parties and their counsel. If the arbitrator finds that either the substance of your or our claim or the relief sought was frivolous, without sufficient reasonable inquiry and/or a good faith basis, or was brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b), and/or under 28 U.S.C. § 1927), the arbitrator may reallocate compensation, expenses, and administrative fees (which include filing and hearing fees) as justice requires, and as permitted by applicable law.

## Mass Arbitration

You agree that these additional requirements ("Mass Arbitration Procedures") shall apply to your Claim if it is filed as part of a "mass arbitration," which means twenty-five (25) or more arbitration claims involving the same or similar subject matter and/or

Continued on next page

Continued from previous page

issues of law or fact, and where representation of all claimants is the same or coordinated across the cases. You understand and agree that these procedures related to mass arbitrations will apply and that they are designed to (a) lead to the streamlined and cost-effective resolution of claims, consistent with the goal of this arbitration agreement; (b) ensure that large volume filings do not impose unnecessary burdens or impediments to the resolution and cost-effective adjudication of your Claim and similar claims; and (c) preserve the integrity of the arbitration process. You agree to these procedures even though they may delay the arbitration of your individual Claim. If at any point you are unsatisfied with the speed by which your matter is proceeding in mass arbitration, you are free to withdraw your arbitration demand and proceed in small claims court if the Claim is in that court's jurisdiction and proceeds on an individual basis.

**Process Arbitrator Appointment**

You and the Bank agree that before an arbitrator is assigned to determine the merit of your Claim, a "Process Arbitrator" will be appointed. The Process Arbitrator will have the authority to ensure these Mass Arbitration Procedures and the AAA rules are followed. The parties agree that the Process Arbitrator will be selected by the process set forth in AAA Mass Arbitration Supplementary Rules or any equivalent AAA rule then in effect, or consistent with the process set forth herein in the absence of any AAA rule. In short, each party will receive a list of proposed Process Arbitrators provided by the AAA and will meet and confer to identify a mutually-agreeable candidate. If the parties cannot agree, they will submit their preferences to the AAA, and the AAA will select a Process Arbitrator.

**Process Arbitrator Authority**

In addition to the authority outlined in the AAA Mass Arbitration Supplementary Rules, the parties agree that the Process Arbitrator shall be empowered to resolve any dispute regarding whether your Claim should be dismissed because, for example, you failed to comply with the Mass Arbitration Filing Requirements, any other requirements outlined in this agreement, or as permitted to address dismissal as would be permitted under the Federal Rules of Civil Procedure, including Federal Rule of Civil Procedure 12. You agree that if the Process Arbitrator finds you failed to comply with any requirement, your Claim will be dismissed, without prejudice to refiling once the deficiencies are remedied. The Process Arbitrator will also have the power to decide whether, based on the information submitted in the Mass Arbitration Filing Requirements and/or pursuant to any alternative filing requirements then in effect, there are other threshold eligibility issues for your case to proceed, including but not limited to whether you had an account with the Bank, experienced the transaction, fee, or event at issue, or otherwise cannot pursue the claim due to a clear legal or factual deficiency, and to dismiss your Claim as appropriate. The Process Arbitrator shall have the power to determine whether or not a given dispute regarding these Mass Arbitration Filing Requirements and/or Procedures are within the Process Arbitrator's jurisdiction. The Process Arbitrator shall be authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law.

**Mass Arbitration Procedure**

Following the resolution of any disputes within the jurisdiction of the Process Arbitrator, if any, counsel for the claimants and counsel for the Bank shall each select fifteen (15) cases (per side) to proceed first in individual arbitration proceedings on the merits of each claim. Unless the parties otherwise agree, in no event shall any individual Merits Arbitrator be assigned more than five (5) cases. The parties agree that each side shall have the right to have fifteen (15) cases of their choosing proceed to final hearing, which shall occur within ninety (90) days of the selection of the cases (unless the parties agree to a different time period), before the process described in this section moves forward. After the first thirty (30) cases are resolved, counsel will meet and confer regarding ways to improve the efficiency of the proceedings, including whether to pursue settlement discussions or mediation or to change the number of cases filed in each stage. If the parties are unable to resolve the remaining cases after the conclusion of the initial thirty (30) proceedings and conferring in good faith, each side shall select another fifteen (15) cases per side to proceed to individual arbitration proceedings, which shall occur within ninety (90) days of the selection of the cases (unless the parties agree to a different time period). Each of these thirty (30) cases shall be assigned to a different Merits Arbitrator, though if the parties otherwise agree, a single Merits Arbitrator may be assigned up to five (5) cases. After this second set of thirty (30) cases are resolved, counsel will again meet and confer regarding ways to improve the efficiency of the proceedings, including whether to pursue settlement discussions or mediation or change the number of cases

Continued on next page

Continued from previous page

filed in each stage. If the parties do not reach a global resolution after the second set of cases are resolved, on either party's motion, the Process Arbitrator can decide to expedite the proceedings by forgoing more rounds of case selection and instead assigning Merits Arbitrators to all of the remaining cases at once. If no motion is made, this Mass Arbitration Procedure shall continue with thirty (30) cases in each set of proceedings, consistent with the parameters identified above. You and the Bank agree to engage in these Mass Arbitration Procedures in good faith, which includes an agreement to pay the parties' respective case fee if your case is selected. Any dispute regarding any aspect of the specific Mass Arbitration Procedures outlined in this section shall be resolved by the Process Arbitrator.

**Mass Arbitration Fees**
No AAA per case fee shall be assessed in connection with any case until the case is selected to proceed to individual arbitration proceedings as part of the process identified in this section.

**Interpretation and Enforcement of Mass Arbitration Procedure**
Any dispute regarding the interpretation or enforcement of these Mass Arbitration Procedures shall be decided by the Process Arbitrator or, in cases that have been released to merits proceedings, the Merits Arbitrator. Their decisions regarding the Mass Arbitration Procedures shall be considered interlocutory in nature and not subject to immediate judicial review. If any terms of these Mass Arbitration Procedures are found to be legally unenforceable for any reason, then the proceedings shall otherwise continue in arbitration in accordance with AAA's Mass Arbitration Supplementary Rules, or any equivalent AAA rule then in effect.

**Survival and Severability of Terms**
These arbitration provisions shall survive changes in this Agreement and termination of the account or the relationship between you and us, including the bankruptcy of any party and any sale or assignment of your account, or amounts owed on your account, to another person or entity. If any part of this Agreement is deemed invalid or unenforceable, the other terms shall remain in force, except that there can be no arbitration of a class or representative Claim. This arbitration provision may not be amended, severed or waived, except as provided in this Agreement or in a written agreement between you and us.

**Effect of Arbitration Award; Appeal**
The arbitration ruling will be considered final and binding, and enforceable by any court having jurisdiction. No party may seek an appeal of the arbitration ruling, except as provided under the FAA.

**Jurisdiction and Venue**
Any action or proceeding regarding a personal or business account or this Agreement must be brought in the state in which the financial center that maintains your account is located. You submit to the personal jurisdiction of that state. Note that any action or proceeding will be governed by and interpreted in accordance with the Governing Law section of this Agreement.

If a Claim is submitted to arbitration and the state where that financial center is located is not reasonably convenient for you, then you and we will attempt to agree on another location. If you and we are unable to agree on another location, then the location will be determined by the Administrator or arbitrator.

SMART COMMUNICATIONS COLLIER, INC.   |   Account # ██████ 9057   |   **March 1, 2026 to March 31, 2026**

This page intentionally left blank

1:00 PM

04/08/26

# Smart Communications
## Reconciliation Summary
### BOA Savings 2783 - FAC ESCROW, Period Ending 03/31/2026

|  | Mar 31, 26 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Balance** | 0.00 |
| **Register Balance as of 03/31/2026** | 0.00 |
| **Ending Balance** | 0.00 |

1:00 PM

04/08/26

# Smart Communications
## Reconciliation Detail
### BOA Savings 2783 - FAC ESCROW, Period Ending 03/31/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| Cleared Balance | | | | | | 0.00 |
| Register Balance as of 03/31/2026 | | | | | | 0.00 |
| **Ending Balance** | | | | | | **0.00** |

 **BANK OF AMERICA**

Business Advantage

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**



☑ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SMART COMMUNICATIONS COLLIER, INC.
10491 72ND ST
SEMINOLE, FL  33777-1511

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Savings

for March 1, 2026 to March 31, 2026

Account number: ▇▇▇▇ 2783

**SMART COMMUNICATIONS COLLIER, INC.**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on March 1, 2026 | $0.00 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 | |
| Withdrawals and other debits | -0.00 | # of days in cycle: 31 | |
| Service fees | -0.00 | Average ledger balance: $0.00 | |
| **Ending balance on March 31, 2026** | **$0.00** | Average collected balance: $0.00 | |

## Help prevent check fraud

Consider writing fewer checks. Instead, pay bills using our Mobile app or Online Banking.
You can also set up automatic payments directly with utility companies and other service providers.

**Scan the code to learn more or visit: bofa.com/HelpPreventFraud**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply. Moving from checks to digital payments does not guarantee you are protected from all fraud and scams. Please see bofa.com/security for information on other steps you can take to help further protect your accounts.



SSM-09-25-0006.B I 8296251

SMART COMMUNICATIONS COLLIER, INC.    |    Account #████████ 2783    |    March 1, 2026 to March 31, 2026

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2026 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**PLEASE READ THIS DOCUMENT CAREFULLY. WE ARE AMENDING THE ARBITRATION PROVISION OF YOUR EXISTING DEPOSIT AGREEMENT AND DISCLOSURES FOR YOUR BUSINESS ACCOUNT.**

THE AGREEMENT TO ARBITRATE REQUIRES (WITH LIMITED EXCEPTION) THAT ALL DISPUTES BETWEEN YOU AND US BE RESOLVED BY BINDING ARBITRATION WHENEVER EITHER PARTY CHOOSES TO SUBMIT A DISPUTE TO ARBITRATION OR EITHER PARTY REFERS A LAWSUIT FILED BY THE OTHER TO ARBITRATION. ADDITIONALLY, (1) YOU ARE ONLY PERMITTED TO PURSUE CLAIMS ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING, AND (2) YOU MAY NOT BE ABLE TO HAVE ANY CLAIMS YOU HAVE AGAINST US RESOLVED BY A JURY OR IN A COURT OF LAW.

**Business Deposit Accounts**

Effective May 15, 2026, all business deposit accounts are subject to the amended Arbitration Agreement for Disputes Relating to Business Accounts that we have included.

Here is a summary of some of the changes you can expect once the amended provision becomes effective:

- Arbitration Election for Resolving Disputes: You or the Bank may file a lawsuit, but if either party elects to submit the dispute to arbitration, the matter must be resolved through binding arbitration.
- Arbitration Administration: Arbitrations will be administered solely by the American Arbitration Association ("AAA") (www.adr.org). If AAA is unable to handle the claim for any reason, a neutral arbitrator will be selected by mutual agreement or, if the parties cannot agree, by a court in accordance with the Federal Arbitration Act ("FAA"), pursuant to the AAA rules of procedure.
- Mass Arbitration: A new Mass Arbitration provision will apply to any claim(s) filed as a part of a "mass arbitration", defined as 25 or more arbitration claims involving the same or similar subject matter and/or issues of law or fact, and where representation of all claimants is the same or coordinated across the cases.
- Finality of Arbitration Rulings: Arbitration rulings will be final and binding and may be enforced by any court with jurisdiction. Appeals of arbitration rulings are not permitted, except as allowed under the FAA, 9 U.S.C. §§ 1-16.
- Small Claims Exception: You or the Bank may pursue a claim in a small claims court instead of arbitration, provided the claim falls within the court's jurisdiction and is filed on an individual basis.

*Bank of America – Arbitration Agreement for Disputes Relating to Business Accounts*
*[This provision will apply to the Resolving Claims section of the Deposit Agreement and Disclosures ("Agreement")]*

**Arbitration Agreement for Disputes Relating to Business Accounts**

This arbitration agreement requires that all disputes between you and us be resolved by binding arbitration whenever either party chooses to submit a dispute to arbitration or either party refers a lawsuit filed by the other to arbitration. By means of this arbitration agreement, each party waives the right to have any dispute heard in court whenever either party chooses to submit or refer such dispute to arbitration, subject to the limitations set forth further below in the Scope of Arbitration section. This arbitration agreement is entered into pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA") with respect to both substance and procedure. You and we agree that either of us may elect to proceed by arbitration, that the goal of proceeding in arbitration shall be to achieve effective, efficient, and less costly resolution between you and us, and that this arbitration agreement shall be interpreted and applied to achieve that goal.

YOU AND WE ARE WAIVING THE RIGHT TO HAVE OUR DISPUTE HEARD BEFORE A JUDGE OR OTHERWISE TO BE DECIDED BY A COURT. YOU AND WE ARE WAIVING ANY ABILITY TO ASSERT OR PARTICIPATE IN A CLASS, REPRESENTATIVE, OR CONSOLIDATED PROCEEDING, WHETHER IN COURT OR IN ARBITRATION, AND TO HAVE ANY CLAIMS HEARD BY A JURY. ALL DISPUTES, EXCEPT AS STATED BELOW, MUST BE RESOLVED BY BINDING ARBITRATION WHEN EITHER YOU OR WE REQUEST IT.

Continued on next page

Continued from previous page

**Scope of Arbitration**

Claims or disputed factual or legal issues between you and us that arise out of or relate in any way to this Agreement, the deposit account, or any aspect of the deposit relationship are subject to and must be decided by arbitration, unless arbitration is prohibited by law.  This Agreement applies equally to you, as well as any persons acting on behalf of the business with respect to the deposit account or any aspect of the deposit relationship, including but not limited to administrators, executors, trustees, agents, nominees, custodians, or any persons with ownership interest in the business.  Additionally, any claims or disputed factual or legal issue arising from or relating in any way to the advertising of our products relating to or under this Agreement, or the application for, or the denial, approval or establishment of your account are included. Claims or disputed factual or legal issues (whether in contract, tort, statutory or otherwise) that fall within the scope of this arbitration provision are subject to arbitration regardless of what legal claim or theory they are based on or whether they seek legal, equitable, or statutory remedies. Arbitration applies to any and all such claims or disputed factual or legal issues, whether they arose in the past, may currently exist, or may arise in the future. All such claims or disputed factual or legal issues are hereinafter referred to in this section as "Claims." To the extent permitted by law, the discovery exchanged between the Bank and you as to any Claim is presumptively limited to the exchange of documents directly relevant to the Claim, absent an order from the arbitrator that good cause exists to require the exchange of additional discovery. The only exception to arbitration of Claims is that both you and we have the right to pursue a Claim in a small claims court instead of arbitration, if the Claim is in that court's jurisdiction and proceeds on an individual basis, whereas Claims in other courts may be compelled into arbitration by either party.

**Waiver of Class, Jury and Other Non-Individualized Relief**

By accepting this arbitration agreement you GIVE UP YOUR RIGHT TO GO TO COURT except for matters that may be taken to a small claims court or as otherwise provided for in this agreement. Arbitration will proceed on an INDIVIDUAL BASIS, so class actions, consolidated actions, and similar proceedings will NOT be available to you.

Claims in arbitration will proceed only on an individual basis. Additionally, you may not join your Claims with other persons on other accounts in the arbitration; each person must arbitrate his or her own claims separately and individually. YOU AND WE ARE WAIVING THE RIGHT TO ASSERT OR PARTICIPATE IN A CLASS ACTION, OR ANY REPRESENTATIVE OR CONSOLIDATED PROCEEDING IN COURT OR IN ARBITRATION, AND ARE WAIVING THE RIGHT TO HAVE A JURY DECIDE ANY CLAIM, AS PERMITTED BY LAW. The arbitrator shall have no authority to entertain any Claim as a class action or on any other similar representative basis, nor shall the arbitrator have any authority to consolidate Claims brought by separate claimants (except for claimants on the same account). This means that the arbitrator also shall have no authority to make any award for the benefit of, or against, any person other than the individual who is the named party. If these terms prohibiting class, representative, or consolidation procedures are held to be legally unenforceable for any reason with respect to a Claim, then the Claim must be handled through litigation in court instead of by arbitration, subject to the parties' agreement to waive the right to have a jury decide any Claim.

For individual Claims filed as part of a "mass arbitration," as that term is defined herein, the additional requirements set forth in the "Mass Arbitration" section below shall apply.

**Arbitrator**

Arbitrations between us shall be administered by the American Arbitration Association ("AAA") (www.adr.org). The AAA shall apply its rules applicable to Commercial claims and disputes in effect at the time the arbitration is commenced and the Mass Arbitration Supplementary Rules to mass arbitration matters. A single arbitrator shall conduct proceedings under these rules, and a Process Arbitrator and single Merits Arbitrator shall conduct each mass arbitration case. If there is a conflict between the applicable AAA rules and procedures and this arbitration agreement, this arbitration agreement will control. In the event that AAA is unable to handle the Claim for any reason, then the matter shall be arbitrated instead by a neutral arbitrator selected by agreement of the parties (or, if the parties cannot agree, selected by a court in accordance with the FAA), pursuant to the AAA rules of procedure. The arbitrator will have the power to award to a party any damages or relief as permitted by the law and the agreement between you and us (including the limitations set forth below). All pleadings, information and documents exchanged,

Continued on next page

Continued from previous page

and the arbitrator's ruling shall be treated as confidential and have no precedential value. However, if either party seeks to confirm the arbitrator's decision in court, the parties agree that the documents necessary for such confirmation need not be filed under seal.

### Authority of Arbitrator

The parties agree that, upon motion by either of us, any arbitrator shall have the power to decide dispositive issues of law prior to a full merits hearing, consistent with Federal Rules of Civil Procedure 12 and 56, and will decide the Claim in accordance with all applicable substantive law and recognized principles of equity. The arbitrator will determine whether the claimant has completed the steps necessary to initiate the suit. The arbitrator will construe the Claim under the applicable statutes of limitations provided for under the governing law. The arbitrator will honor all claims of privilege recognized by law. The arbitrator will have the power to award to a party any damages or relief as permitted by the law and the agreement between you and us (including the limitations set forth above). In addition, the arbitrator has the same power as a federal court to impose sanctions against any represented party or counsel for any violation of the standards of Federal Rule of Civil Procedure 11(b) or 28 U.S.C. § 1927.

### Delegation of Authority to Arbitrator

All issues are for the arbitrator to decide, including the scope of his or her own jurisdiction, and the arbitrability of individual Claims, except that questions of whether the parties have entered into an agreement to arbitrate are for a court of competent jurisdiction to decide.

For disputes regarding the existence of this Agreement, or for any Claims that the arbitrator determines are not arbitrable, the parties consent to jurisdiction and venue in an appropriate court in the state where the deposit account is located.

### Arbitration Demand Filing Requirements

In addition to the requirements set forth in the AAA rules, you agree that upon commencing a case with the AAA, you will provide your name, full account number, mailing address, telephone number, email address, a factual description of every disputed transaction for which you seek compensation (date, amount, and transaction type) and/or event (date, location, and individuals involved), explanation of the basis of your Claim, an itemized calculation of all alleged damages, and, if represented by counsel, a signed statement authorizing us to share information regarding your account and the Claim with them. You must personally sign the demand for arbitration (and your counsel must also sign the demand, if you are represented by counsel). By submitting an arbitration demand, you (and your counsel, if you are represented) represent that, as in court, you are complying with the requirements of Federal Rule of Civil Procedure 11(b). You agree and understand that failure to provide this information may result in dismissal of your Claim, though you have the right to refile once you provide the information described in this section.

### Allocation of Fees

Each party will be responsible for the arbitration fees as allocated by the applicable AAA rules (www.adr.org).

### Fee-shifting and Sanctions

The arbitrator is authorized to afford any relief or impose any sanctions available under the substantive standards established by Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law on represented parties and their counsel. If the arbitrator finds that either the substance of your or our claim or the relief sought was frivolous, without sufficient reasonable inquiry and/or a good faith basis, or was brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b), and/or under 28 U.S.C. § 1927), the arbitrator may reallocate compensation, expenses, and administrative fees (which include filing and hearing fees) as justice requires, and as permitted by applicable law.

### Mass Arbitration

You agree that these additional requirements ("Mass Arbitration Procedures") shall apply to your Claim if it is filed as part of a "mass arbitration," which means twenty-five (25) or more arbitration claims involving the same or similar subject matter and/or

Continued on next page

Continued from previous page

issues of law or fact, and where representation of all claimants is the same or coordinated across the cases. You understand and agree that these procedures related to mass arbitrations will apply and that they are designed to (a) lead to the streamlined and cost-effective resolution of claims, consistent with the goal of this arbitration agreement; (b) ensure that large volume filings do not impose unnecessary burdens or impediments to the resolution and cost-effective adjudication of your Claim and similar claims; and (c) preserve the integrity of the arbitration process. You agree to these procedures even though they may delay the arbitration of your individual Claim. If at any point you are unsatisfied with the speed by which your matter is proceeding in mass arbitration, you are free to withdraw your arbitration demand and proceed in small claims court if the Claim is in that court's jurisdiction and proceeds on an individual basis.

**Process Arbitrator Appointment**

You and the Bank agree that before an arbitrator is assigned to determine the merit of your Claim, a "Process Arbitrator" will be appointed. The Process Arbitrator will have the authority to ensure these Mass Arbitration Procedures and the AAA rules are followed. The parties agree that the Process Arbitrator will be selected by the process set forth in AAA Mass Arbitration Supplementary Rules or any equivalent AAA rule then in effect, or consistent with the process set forth herein in the absence of any AAA rule. In short, each party will receive a list of proposed Process Arbitrators provided by the AAA and will meet and confer to identify a mutually-agreeable candidate. If the parties cannot agree, they will submit their preferences to the AAA, and the AAA will select a Process Arbitrator.

**Process Arbitrator Authority**

In addition to the authority outlined in the AAA Mass Arbitration Supplementary Rules, the parties agree that the Process Arbitrator shall be empowered to resolve any dispute regarding whether your Claim should be dismissed because, for example, you failed to comply with the Mass Arbitration Filing Requirements, any other requirements outlined in this agreement, or as permitted to address dismissal as would be permitted under the Federal Rules of Civil Procedure, including Federal Rule of Civil Procedure 12. You agree that if the Process Arbitrator finds you failed to comply with any requirement, your Claim will be dismissed, without prejudice to refiling once the deficiencies are remedied. The Process Arbitrator will also have the power to decide whether, based on the information submitted in the Mass Arbitration Filing Requirements and/or pursuant to any alternative filing requirements then in effect, there are other threshold eligibility issues for your case to proceed, including but not limited to whether you had an account with the Bank, experienced the transaction, fee, or event at issue, or otherwise cannot pursue the claim due to a clear legal or factual deficiency, and to dismiss your Claim as appropriate. The Process Arbitrator shall have the power to determine whether or not a given dispute regarding these Mass Arbitration Filing Requirements and/or Procedures are within the Process Arbitrator's jurisdiction. The Process Arbitrator shall be authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law.

**Mass Arbitration Procedure**

Following the resolution of any disputes within the jurisdiction of the Process Arbitrator, if any, counsel for the claimants and counsel for the Bank shall each select fifteen (15) cases (per side) to proceed first in individual arbitration proceedings on the merits of each claim. Unless the parties otherwise agree, in no event shall any individual Merits Arbitrator be assigned more than five (5) cases. The parties agree that each side shall have the right to have fifteen (15) cases of their choosing proceed to final hearing, which shall occur within ninety (90) days of the selection of the cases (unless the parties agree to a different time period), before the process described in this section moves forward. After the first thirty (30) cases are resolved, counsel will meet and confer regarding ways to improve the efficiency of the proceedings, including whether to pursue settlement discussions or mediation or to change the number of cases filed in each stage. If the parties are unable to resolve the remaining cases after the conclusion of the initial thirty (30) proceedings and conferring in good faith, each side shall select another fifteen (15) cases per side to proceed to individual arbitration proceedings, which shall occur within ninety (90) days of the selection of the cases (unless the parties agree to a different time period). Each of these thirty (30) cases shall be assigned to a different Merits Arbitrator, though if the parties otherwise agree, a single Merits Arbitrator may be assigned up to five (5) cases. After this second set of thirty (30) cases are resolved, counsel will again meet and confer regarding ways to improve the efficiency of the proceedings, including whether to pursue settlement discussions or mediation or change the number of cases

Continued on next page

Continued from previous page

filed in each stage. If the parties do not reach a global resolution after the second set of cases are resolved, on either party's motion, the Process Arbitrator can decide to expedite the proceedings by forgoing more rounds of case selection and instead assigning Merits Arbitrators to all of the remaining cases at once. If no motion is made, this Mass Arbitration Procedure shall continue with thirty (30) cases in each set of proceedings, consistent with the parameters identified above. You and the Bank agree to engage in these Mass Arbitration Procedures in good faith, which includes an agreement to pay the parties' respective case fee if your case is selected. Any dispute regarding any aspect of the specific Mass Arbitration Procedures outlined in this section shall be resolved by the Process Arbitrator.

**Mass Arbitration Fees**
No AAA per case fee shall be assessed in connection with any case until the case is selected to proceed to individual arbitration proceedings as part of the process identified in this section.

**Interpretation and Enforcement of Mass Arbitration Procedure**
Any dispute regarding the interpretation or enforcement of these Mass Arbitration Procedures shall be decided by the Process Arbitrator or, in cases that have been released to merits proceedings, the Merits Arbitrator. Their decisions regarding the Mass Arbitration Procedures shall be considered interlocutory in nature and not subject to immediate judicial review. If any terms of these Mass Arbitration Procedures are found to be legally unenforceable for any reason, then the proceedings shall otherwise continue in arbitration in accordance with AAA's Mass Arbitration Supplementary Rules, or any equivalent AAA rule then in effect.

**Survival and Severability of Terms**
These arbitration provisions shall survive changes in this Agreement and termination of the account or the relationship between you and us, including the bankruptcy of any party and any sale or assignment of your account, or amounts owed on your account, to another person or entity. If any part of this Agreement is deemed invalid or unenforceable, the other terms shall remain in force, except that there can be no arbitration of a class or representative Claim. This arbitration provision may not be amended, severed or waived, except as provided in this Agreement or in a written agreement between you and us.

**Effect of Arbitration Award; Appeal**
The arbitration ruling will be considered final and binding, and enforceable by any court having jurisdiction. No party may seek an appeal of the arbitration ruling, except as provided under the FAA.

**Jurisdiction and Venue**
Any action or proceeding regarding a personal or business account or this Agreement must be brought in the state in which the financial center that maintains your account is located. You submit to the personal jurisdiction of that state. Note that any action or proceeding will be governed by and interpreted in accordance with the Governing Law section of this Agreement.

If a Claim is submitted to arbitration and the state where that financial center is located is not reasonably convenient for you, then you and we will attempt to agree on another location. If you and we are unable to agree on another location, then the location will be determined by the Administrator or arbitrator.

This page intentionally left blank

**Smart Communications**
# Reconciliation Summary
**Savings 2833, Period Ending 03/31/2026**

|  | Mar 31, 26 |
|---|---|
| **Beginning Balance** | 0.05 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -10.00 |
| Deposits and Credits - 1 item | 9.95 |
| **Total Cleared Transactions** | -0.05 |
| **Cleared Balance** | 0.00 |
| **Register Balance as of 03/31/2026** | 0.00 |
| **Ending Balance** | 0.00 |

1:10 PM

04/08/26

# Smart Communications
## Reconciliation Detail
### Savings 2833, Period Ending 03/31/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.05 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| General Journal | 03/02/2026 | 4037 | | X | -10.00 | -10.00 |
| Total Checks and Payments | | | | | -10.00 | -10.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 03/04/2026 | 4038 | | X | 9.95 | 9.95 |
| Total Deposits and Credits | | | | | 9.95 | 9.95 |
| Total Cleared Transactions | | | | | -0.05 | -0.05 |
| Cleared Balance | | | | | -0.05 | 0.00 |
| Register Balance as of 03/31/2026 | | | | | -0.05 | 0.00 |
| **Ending Balance** | | | | | **-0.05** | **0.00** |



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

## Business Advantage

**Customer service information**



SMART COMMUNICATIONS COLLIER, INC.
10491 72ND ST
SEMINOLE, FL  33777-1500

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Savings

for March 1, 2026 to March 31, 2026

**SMART COMMUNICATIONS COLLIER, INC.**

Account number: ████ 2833

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on March 1, 2026 | $0.05 | # of deposits/credits: | 1 |
| Deposits and other credits | 9.95 | # of withdrawals/debits: | 1 |
| Withdrawals and other debits | -0.00 | # of days in cycle: | 31 |
| Service fees | -10.00 | Average ledger balance: | -$0.64 |
| **Ending balance on March 31, 2026** | **$0.00** | Average collected balance: | -$0.64 |

*Interest Paid Year To Date: $0.12.*

## Help prevent check fraud

Consider writing fewer checks. Instead, pay bills using our Mobile app or Online Banking.
You can also set up automatic payments directly with utility companies and other service providers.

**Scan the code to learn more or visit: bofa.com/HelpPreventFraud**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply. Moving from checks to digital payments does not guarantee you are protected from all fraud and scams. Please see bofa.com/security for information on other steps you can take to help further protect your accounts.



SSM-09-25-0006.B  I  8296251

SMART COMMUNICATIONS COLLIER, INC.   |   Account # ██████ 2833   |   March 1, 2026 to March 31, 2026

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2026 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**



**Your savings account**

SMART COMMUNICATIONS COLLIER, INC.   |   Account # ▇▇▇▇▇▇ 2833   |   March 1, 2026 to March 31, 2026

# Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/04/26 | Online Banking transfer from CHK 9057 ▇▇▇▇▇▇▇▇▇ | 9.95 |
| **Total deposits and other credits** | | **$9.95** |

# Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 03/02/26 | Monthly Maintenance Fee | -10.00 |
| **Total service fees** | | **-$10.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | 0.05 | 03/02 | -9.95 | 03/04 | 0.00 |



## Take your security to the next level

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply.



SSM-01-25-2480.B  I  7528643

This page intentionally left blank

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**PLEASE READ THIS DOCUMENT CAREFULLY. WE ARE AMENDING THE ARBITRATION PROVISION OF YOUR EXISTING DEPOSIT AGREEMENT AND DISCLOSURES FOR YOUR BUSINESS ACCOUNT.**

THE AGREEMENT TO ARBITRATE REQUIRES (WITH LIMITED EXCEPTION) THAT ALL DISPUTES BETWEEN YOU AND US BE RESOLVED BY BINDING ARBITRATION WHENEVER EITHER PARTY CHOOSES TO SUBMIT A DISPUTE TO ARBITRATION OR EITHER PARTY REFERS A LAWSUIT FILED BY THE OTHER TO ARBITRATION. ADDITIONALLY, (1) YOU ARE ONLY PERMITTED TO PURSUE CLAIMS ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING, AND (2) YOU MAY NOT BE ABLE TO HAVE ANY CLAIMS YOU HAVE AGAINST US RESOLVED BY A JURY OR IN A COURT OF LAW.

**Business Deposit Accounts**

Effective May 15, 2026, all business deposit accounts are subject to the amended Arbitration Agreement for Disputes Relating to Business Accounts that we have included.

Here is a summary of some of the changes you can expect once the amended provision becomes effective:

- Arbitration Election for Resolving Disputes: You or the Bank may file a lawsuit, but if either party elects to submit the dispute to arbitration, the matter must be resolved through binding arbitration.
- Arbitration Administration: Arbitrations will be administered solely by the American Arbitration Association ("AAA") (www.adr.org). If AAA is unable to handle the claim for any reason, a neutral arbitrator will be selected by mutual agreement or, if the parties cannot agree, by a court in accordance with the Federal Arbitration Act ("FAA"), pursuant to the AAA rules of procedure.
- Mass Arbitration: A new Mass Arbitration provision will apply to any claim(s) filed as a part of a "mass arbitration", defined as 25 or more arbitration claims involving the same or similar subject matter and/or issues of law or fact, and where representation of all claimants is the same or coordinated across the cases.
- Finality of Arbitration Rulings: Arbitration rulings will be final and binding and may be enforced by any court with jurisdiction. Appeals of arbitration rulings are not permitted, except as allowed under the FAA, 9 U.S.C. §§ 1-16.
- Small Claims Exception: You or the Bank may pursue a claim in a small claims court instead of arbitration, provided the claim falls within the court's jurisdiction and is filed on an individual basis.

*Bank of America – Arbitration Agreement for Disputes Relating to Business Accounts*
*[This provision will apply to the Resolving Claims section of the Deposit Agreement and Disclosures ("Agreement")]*

**Arbitration Agreement for Disputes Relating to Business Accounts**

This arbitration agreement requires that all disputes between you and us be resolved by binding arbitration whenever either party chooses to submit a dispute to arbitration or either party refers a lawsuit filed by the other to arbitration. By means of this arbitration agreement, each party waives the right to have any dispute heard in court whenever either party chooses to submit or refer such dispute to arbitration, subject to the limitations set forth further below in the Scope of Arbitration section. This arbitration agreement is entered into pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA") with respect to both substance and procedure. You and we agree that either of us may elect to proceed by arbitration, that the goal of proceeding in arbitration shall be to achieve effective, efficient, and less costly resolution between you and us, and that this arbitration agreement shall be interpreted and applied to achieve that goal.

YOU AND WE ARE WAIVING THE RIGHT TO HAVE OUR DISPUTE HEARD BEFORE A JUDGE OR OTHERWISE TO BE DECIDED BY A COURT. YOU AND WE ARE WAIVING ANY ABILITY TO ASSERT OR PARTICIPATE IN A CLASS, REPRESENTATIVE, OR CONSOLIDATED PROCEEDING, WHETHER IN COURT OR IN ARBITRATION, AND TO HAVE ANY CLAIMS HEARD BY A JURY. ALL DISPUTES, EXCEPT AS STATED BELOW, MUST BE RESOLVED BY BINDING ARBITRATION WHEN EITHER YOU OR WE REQUEST IT.

Continued on next page

Continued from previous page

**Scope of Arbitration**

Claims or disputed factual or legal issues between you and us that arise out of or relate in any way to this Agreement, the deposit account, or any aspect of the deposit relationship are subject to and must be decided by arbitration, unless arbitration is prohibited by law.  This Agreement applies equally to you, as well as any persons acting on behalf of the business with respect to the deposit account or any aspect of the deposit relationship, including but not limited to administrators, executors, trustees, agents, nominees, custodians, or any persons with ownership interest in the business.  Additionally, any claims or disputed factual or legal issue arising from or relating in any way to the advertising of our products relating to or under this Agreement, or the application for, or the denial, approval or establishment of your account are included. Claims or disputed factual or legal issues (whether in contract, tort, statutory or otherwise) that fall within the scope of this arbitration provision are subject to arbitration regardless of what legal claim or theory they are based on or whether they seek legal, equitable, or statutory remedies. Arbitration applies to any and all such claims or disputed factual or legal issues, whether they arose in the past, may currently exist, or may arise in the future. All such claims or disputed factual or legal issues are hereinafter referred to in this section as "Claims." To the extent permitted by law, the discovery exchanged between the Bank and you as to any Claim is presumptively limited to the exchange of documents directly relevant to the Claim, absent an order from the arbitrator that good cause exists to require the exchange of additional discovery. The only exception to arbitration of Claims is that both you and we have the right to pursue a Claim in a small claims court instead of arbitration, if the Claim is in that court's jurisdiction and proceeds on an individual basis, whereas Claims in other courts may be compelled into arbitration by either party.

**Waiver of Class, Jury and Other Non-Individualized Relief**

By accepting this arbitration agreement you GIVE UP YOUR RIGHT TO GO TO COURT except for matters that may be taken to a small claims court or as otherwise provided for in this agreement. Arbitration will proceed on an INDIVIDUAL BASIS, so class actions, consolidated actions, and similar proceedings will NOT be available to you.

Claims in arbitration will proceed only on an individual basis. Additionally, you may not join your Claims with other persons on other accounts in the arbitration; each person must arbitrate his or her own claims separately and individually. YOU AND WE ARE WAIVING THE RIGHT TO ASSERT OR PARTICIPATE IN A CLASS ACTION, OR ANY REPRESENTATIVE OR CONSOLIDATED PROCEEDING IN COURT OR IN ARBITRATION, AND ARE WAIVING THE RIGHT TO HAVE A JURY DECIDE ANY CLAIM, AS PERMITTED BY LAW. The arbitrator shall have no authority to entertain any Claim as a class action or on any other similar representative basis, nor shall the arbitrator have any authority to consolidate Claims brought by separate claimants (except for claimants on the same account). This means that the arbitrator also shall have no authority to make any award for the benefit of, or against, any person other than the individual who is the named party. If these terms prohibiting class, representative, or consolidation procedures are held to be legally unenforceable for any reason with respect to a Claim, then the Claim must be handled through litigation in court instead of by arbitration, subject to the parties' agreement to waive the right to have a jury decide any Claim.

For individual Claims filed as part of a "mass arbitration," as that term is defined herein, the additional requirements set forth in the "Mass Arbitration" section below shall apply.

**Arbitrator**

Arbitrations between us shall be administered by the American Arbitration Association ("AAA") (www.adr.org). The AAA shall apply its rules applicable to Commercial claims and disputes in effect at the time the arbitration is commenced and the Mass Arbitration Supplementary Rules to mass arbitration matters. A single arbitrator shall conduct proceedings under these rules, and a Process Arbitrator and single Merits Arbitrator shall conduct each mass arbitration case. If there is a conflict between the applicable AAA rules and procedures and this arbitration agreement, this arbitration agreement will control. In the event that AAA is unable to handle the Claim for any reason, then the matter shall be arbitrated instead by a neutral arbitrator selected by agreement of the parties (or, if the parties cannot agree, selected by a court in accordance with the FAA), pursuant to the AAA rules of procedure. The arbitrator will have the power to award to a party any damages or relief as permitted by the law and the agreement between you and us (including the limitations set forth below). All pleadings, information and documents exchanged,

Continued on next page

Continued from previous page

and the arbitrator's ruling shall be treated as confidential and have no precedential value. However, if either party seeks to confirm the arbitrator's decision in court, the parties agree that the documents necessary for such confirmation need not be filed under seal.

## Authority of Arbitrator

The parties agree that, upon motion by either of us, any arbitrator shall have the power to decide dispositive issues of law prior to a full merits hearing, consistent with Federal Rules of Civil Procedure 12 and 56, and will decide the Claim in accordance with all applicable substantive law and recognized principles of equity. The arbitrator will determine whether the claimant has completed the steps necessary to initiate the suit. The arbitrator will construe the Claim under the applicable statutes of limitations provided for under the governing law. The arbitrator will honor all claims of privilege recognized by law. The arbitrator will have the power to award to a party any damages or relief as permitted by the law and the agreement between you and us (including the limitations set forth above). In addition, the arbitrator has the same power as a federal court to impose sanctions against any represented party or counsel for any violation of the standards of Federal Rule of Civil Procedure 11(b) or 28 U.S.C. § 1927.

## Delegation of Authority to Arbitrator

All issues are for the arbitrator to decide, including the scope of his or her own jurisdiction, and the arbitrability of individual Claims, except that questions of whether the parties have entered into an agreement to arbitrate are for a court of competent jurisdiction to decide.

For disputes regarding the existence of this Agreement, or for any Claims that the arbitrator determines are not arbitrable, the parties consent to jurisdiction and venue in an appropriate court in the state where the deposit account is located.

## Arbitration Demand Filing Requirements

In addition to the requirements set forth in the AAA rules, you agree that upon commencing a case with the AAA, you will provide your name, full account number, mailing address, telephone number, email address, a factual description of every disputed transaction for which you seek compensation (date, amount, and transaction type) and/or event (date, location, and individuals involved), explanation of the basis of your Claim, an itemized calculation of all alleged damages, and, if represented by counsel, a signed statement authorizing us to share information regarding your account and the Claim with them. You must personally sign the demand for arbitration (and your counsel must also sign the demand, if you are represented by counsel). By submitting an arbitration demand, you (and your counsel, if you are represented) represent that, as in court, you are complying with the requirements of Federal Rule of Civil Procedure 11(b). You agree and understand that failure to provide this information may result in dismissal of your Claim, though you have the right to refile once you provide the information described in this section.

## Allocation of Fees

Each party will be responsible for the arbitration fees as allocated by the applicable AAA rules (www.adr.org).

## Fee-shifting and Sanctions

The arbitrator is authorized to afford any relief or impose any sanctions available under the substantive standards established by Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law on represented parties and their counsel. If the arbitrator finds that either the substance of your or our claim or the relief sought was frivolous, without sufficient reasonable inquiry and/or a good faith basis, or was brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b), and/or under 28 U.S.C. § 1927), the arbitrator may reallocate compensation, expenses, and administrative fees (which include filing and hearing fees) as justice requires, and as permitted by applicable law.

## Mass Arbitration

You agree that these additional requirements ("Mass Arbitration Procedures") shall apply to your Claim if it is filed as part of a "mass arbitration," which means twenty-five (25) or more arbitration claims involving the same or similar subject matter and/or

Continued on next page

Continued from previous page

issues of law or fact, and where representation of all claimants is the same or coordinated across the cases. You understand and agree that these procedures related to mass arbitrations will apply and that they are designed to (a) lead to the streamlined and cost-effective resolution of claims, consistent with the goal of this arbitration agreement; (b) ensure that large volume filings do not impose unnecessary burdens or impediments to the resolution and cost-effective adjudication of your Claim and similar claims; and (c) preserve the integrity of the arbitration process. You agree to these procedures even though they may delay the arbitration of your individual Claim. If at any point you are unsatisfied with the speed by which your matter is proceeding in mass arbitration, you are free to withdraw your arbitration demand and proceed in small claims court if the Claim is in that court's jurisdiction and proceeds on an individual basis.

**Process Arbitrator Appointment**

You and the Bank agree that before an arbitrator is assigned to determine the merit of your Claim, a "Process Arbitrator" will be appointed. The Process Arbitrator will have the authority to ensure these Mass Arbitration Procedures and the AAA rules are followed. The parties agree that the Process Arbitrator will be selected by the process set forth in AAA Mass Arbitration Supplementary Rules or any equivalent AAA rule then in effect, or consistent with the process set forth herein in the absence of any AAA rule. In short, each party will receive a list of proposed Process Arbitrators provided by the AAA and will meet and confer to identify a mutually-agreeable candidate. If the parties cannot agree, they will submit their preferences to the AAA, and the AAA will select a Process Arbitrator.

**Process Arbitrator Authority**

In addition to the authority outlined in the AAA Mass Arbitration Supplementary Rules, the parties agree that the Process Arbitrator shall be empowered to resolve any dispute regarding whether your Claim should be dismissed because, for example, you failed to comply with the Mass Arbitration Filing Requirements, any other requirements outlined in this agreement, or as permitted to address dismissal as would be permitted under the Federal Rules of Civil Procedure, including Federal Rule of Civil Procedure 12. You agree that if the Process Arbitrator finds you failed to comply with any requirement, your Claim will be dismissed, without prejudice to refiling once the deficiencies are remedied. The Process Arbitrator will also have the power to decide whether, based on the information submitted in the Mass Arbitration Filing Requirements and/or pursuant to any alternative filing requirements then in effect, there are other threshold eligibility issues for your case to proceed, including but not limited to whether you had an account with the Bank, experienced the transaction, fee, or event at issue, or otherwise cannot pursue the claim due to a clear legal or factual deficiency, and to dismiss your Claim as appropriate. The Process Arbitrator shall have the power to determine whether or not a given dispute regarding these Mass Arbitration Filing Requirements and/or Procedures are within the Process Arbitrator's jurisdiction. The Process Arbitrator shall be authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or any applicable state law.

**Mass Arbitration Procedure**

Following the resolution of any disputes within the jurisdiction of the Process Arbitrator, if any, counsel for the claimants and counsel for the Bank shall each select fifteen (15) cases (per side) to proceed first in individual arbitration proceedings on the merits of each claim. Unless the parties otherwise agree, in no event shall any individual Merits Arbitrator be assigned more than five (5) cases. The parties agree that each side shall have the right to have fifteen (15) cases of their choosing proceed to final hearing, which shall occur within ninety (90) days of the selection of the cases (unless the parties agree to a different time period), before the process described in this section moves forward. After the first thirty (30) cases are resolved, counsel will meet and confer regarding ways to improve the efficiency of the proceedings, including whether to pursue settlement discussions or mediation or to change the number of cases filed in each stage. If the parties are unable to resolve the remaining cases after the conclusion of the initial thirty (30) proceedings and conferring in good faith, each side shall select another fifteen (15) cases per side to proceed to individual arbitration proceedings, which shall occur within ninety (90) days of the selection of the cases (unless the parties agree to a different time period). Each of these thirty (30) cases shall be assigned to a different Merits Arbitrator, though if the parties otherwise agree, a single Merits Arbitrator may be assigned up to five (5) cases. After this second set of thirty (30) cases are resolved, counsel will again meet and confer regarding ways to improve the efficiency of the proceedings, including whether to pursue settlement discussions or mediation or change the number of cases

Continued on next page

Continued from previous page

filed in each stage. If the parties do not reach a global resolution after the second set of cases are resolved, on either party's motion, the Process Arbitrator can decide to expedite the proceedings by forgoing more rounds of case selection and instead assigning Merits Arbitrators to all of the remaining cases at once. If no motion is made, this Mass Arbitration Procedure shall continue with thirty (30) cases in each set of proceedings, consistent with the parameters identified above. You and the Bank agree to engage in these Mass Arbitration Procedures in good faith, which includes an agreement to pay the parties' respective case fee if your case is selected. Any dispute regarding any aspect of the specific Mass Arbitration Procedures outlined in this section shall be resolved by the Process Arbitrator.

**Mass Arbitration Fees**
No AAA per case fee shall be assessed in connection with any case until the case is selected to proceed to individual arbitration proceedings as part of the process identified in this section.

**Interpretation and Enforcement of Mass Arbitration Procedure**
Any dispute regarding the interpretation or enforcement of these Mass Arbitration Procedures shall be decided by the Process Arbitrator or, in cases that have been released to merits proceedings, the Merits Arbitrator. Their decisions regarding the Mass Arbitration Procedures shall be considered interlocutory in nature and not subject to immediate judicial review. If any terms of these Mass Arbitration Procedures are found to be legally unenforceable for any reason, then the proceedings shall otherwise continue in arbitration in accordance with AAA's Mass Arbitration Supplementary Rules, or any equivalent AAA rule then in effect.

**Survival and Severability of Terms**
These arbitration provisions shall survive changes in this Agreement and termination of the account or the relationship between you and us, including the bankruptcy of any party and any sale or assignment of your account, or amounts owed on your account, to another person or entity. If any part of this Agreement is deemed invalid or unenforceable, the other terms shall remain in force, except that there can be no arbitration of a class or representative Claim. This arbitration provision may not be amended, severed or waived, except as provided in this Agreement or in a written agreement between you and us.

**Effect of Arbitration Award; Appeal**
The arbitration ruling will be considered final and binding, and enforceable by any court having jurisdiction. No party may seek an appeal of the arbitration ruling, except as provided under the FAA.

**Jurisdiction and Venue**
Any action or proceeding regarding a personal or business account or this Agreement must be brought in the state in which the financial center that maintains your account is located. You submit to the personal jurisdiction of that state. Note that any action or proceeding will be governed by and interpreted in accordance with the Governing Law section of this Agreement.

If a Claim is submitted to arbitration and the state where that financial center is located is not reasonably convenient for you, then you and we will attempt to agree on another location. If you and we are unable to agree on another location, then the location will be determined by the Administrator or arbitrator.

This page intentionally left blank

11:24 AM

04/08/26

# Smart Communications
## Reconciliation Summary
### Truist Holdings Inc.DIP Act4729, Period Ending 03/31/2026

|  | Mar 31, 26 |
|---|---|
| **Beginning Balance** | 9,000.00 |
| **Cleared Balance** | 9,000.00 |
| **Register Balance as of 03/31/2026** | 9,000.00 |
| **Ending Balance** | 9,000.00 |

11:24 AM

04/08/26

# Smart Communications
## Reconciliation Detail
### Truist Holdings Inc.DIP Act4729, Period Ending 03/31/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 9,000.00 |
| Cleared Balance | | | | | | 9,000.00 |
| Register Balance as of 03/31/2026 | | | | | | 9,000.00 |
| **Ending Balance** | | | | | | **9,000.00** |

**TRUIST** ⊞

881-39-20-15 20367  0 C 001 30    50 004
SMART COMMUNICATIONS HOLDING INC
CASE 825-BK-09473-RCT
10491 72ND ST
SEMINOLE FL  33777-1500

# Your account statement
For 03/31/2026

## Contact us
 Truist.com

---

▪ **TRUIST DYNAMIC BUSINESS CHECKING - PLUS TIER** ▇▇▇▇4729

**Account summary**

| | |
|---|---|
| Your previous balance as of 02/27/2026 | $9,000.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| **Your new balance as of 03/31/2026** | **= $9,000.00** |

0141135

Case 8:25-bk-09473-RCT    Doc 212    Filed 04/22/26    Page 88 of 88

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at ▮▮▮▮▮▮▮▮ 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call ▮▮▮▮▮▮ or write to:

> Fraud Management
> P.O. Box 1014
> Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

> Truist Ready Now Credit Line Disputed Payments
> PO Box 849
> Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

> Central Processing
> MC:306-40-04-25
> P.O. Box 27572
> Richmond, VA 23261-7572

**Change of address**

If you need to change your address, please visit your local Truist branch or call Truist Care Center at ▮▮▮▮▮▮▮▮ ).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at ▮▮▮▮▮▮ MEMBER FDIC

0141135