UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| | Chapter 11 |
| SMART COMMUNICATIONS HOLDING, INC., | Case No. 8:25-bk-09473-RCT |
| | *Jointly Administered with* |
| SMART COMMUNICATIONS COLLIER, INC., | Case No. 8:26-bk-00146-RCT |
| Debtors. | |

_____/

| | |
|---|---|
| SMART COMMUNICATIONS HOLDING, INC., | Case No. 8:25-bk-09473-RCT |
| Applicable Debtor. | |

_____/

**FIRST INTERIM APPLICATION FOR COMPENSATION TO GA BIBIKOS LLC, AS GENERAL AND LOCAL PENNSYLVANIA COUNSEL FOR THE DEBTOR FOR THE PERIOD DECEMBER 16, 2025, THROUGH APRIL 30, 2026**

**NOTICE OF APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AND
OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

GA BIBIKOS LLC and George A. Bibikos, Esq. ("Applicant"), general and local Pennsylvania counsel for the Debtor, has filed an application for compensation in the amount of $39,897.00 and reimbursement of expenses in the amount of $273.33 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to the Debtor's bankruptcy counsel, Eric D. Jacobs, Esq., at (813) 439-3100 or ejacobs@venable.com.

If you object to the Application, you must file an objection with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

**SUMMARY OF FIRST INTERIM APPLICATION
FOR COMPENSATION TO GA BIBIKOS LLC**

1.  Name of Applicant:                          GA BIBIKOS LLC and George A. Bibikos

2.  Services Provided to:                       Smart Communications Holding, Inc.

3.  Date of Retention:                          December 16, 2025 [ECF No. 160]

4.  Period for this Application:                December 16, 2025 to April 30, 2026

5.  Amount of Compensation Sought:              $39,897.00

6.  Amount of Expense Reimbursement:            $273.33

7.  Amount of Original Retainer:                N/A

8.  Current Balance of Retainer Remaining:      N/A

9.  Hourly Rate for this Application:           $495.00              Cumulative: N/A

10. This is an:                                 _x_ interim ____ final application

11. Disclosure of prior applications:          N/A (First Application)

| Period Covered | Requested | | Awarded | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses | |
| N/A | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

|  |  |
|---|---|
| | Chapter 11 |
| SMART COMMUNICATIONS HOLDING, INC., | Case No. 8:25-bk-09473-RCT |
| | |
| | *Jointly Administered with* |
| SMART COMMUNICATIONS COLLIER, INC., | Case No. 8:26-bk-00146-RCT |
| Debtors. | |
| _____/ | |
| | |
| SMART COMMUNICATIONS HOLDING, INC., | Case No. 8:25-bk-09473-RCT |
| Applicable Debtor. | |
| _____/ | |

**FIRST INTERIM APPLICATION FOR COMPENSATION TO GA BIBIKOS LLC, AS GENERAL AND LOCAL PENNSYLVANIA COUNSEL FOR THE DEBTOR, FOR THE PERIOD DECEMBER 16, 2025, THROUGH APRIL 30, 2026**

The Applicant, George A. Bibikos, Esq. and the law firm of GA BIBIKOS LLC (collectively "Bibikos"), having been approved by this Court as attorneys for the Debtor, Smart Communications Holding, Inc. (the "Debtor"), files this first application for interim allowance of compensation for professional services rendered and reimbursement of the necessary expenses pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rule of Bankruptcy Procedure, and the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(2). The exhibits attached to this Application, pursuant to the Guidelines, are:

Exhibit "1":   Summary of Professional Time.

Exhibit "2":   Summary of Requested Reimbursements of Expenses.

Exhibit "3":   The applicant's complete time records, in chronological order, by activity code category (if applicable), for the time period covered by this application. The requested fees are itemized to the tenth of an hour. Expense invoices are also included.

Bibikos submits that the requested fee in the amount of $39,897.00 for 80.60 hours worked is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America,* 544 F.2d 1291 (5th Cir. 1977).

I.      <u>**RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD**</u>

On March 13, 2026, this Court entered an Order authorizing the employment of George A. Bibikos and the firm of GA BIBIKOS LLC as General and Local Pennsylvania Counsel for the Debtor-in-Possession [ECF No. 160]. This Application is for fees and costs incurred from December 16, 2025, through April 30, 2026 (the "Application Period"). In connection herewith, Bibikos seeks its first interim award of $39,897.00 in fees for services rendered and $273.33 for reimbursement of expenses incurred during the period covered during the Application Period.

II.      <u>**DESCRIPTION AND SUMMARY OF SERVICES PERFORMED DURING THE APPLICATION PERIOD**</u>

During the Application Period, Bibikos performed a multitude of legal services which were necessary to effectively represent the Debtor in various cases. A summary of the services and matters that Bibikos performed are set forth below and reflected in the attached exhibits.

<u>General Counsel - Fee / Employment Applications</u>

In the category of fee and employment application, Bibikos worked with Debtor's bankruptcy counsel (Venable LLP) to prepare employment applications and this first interim fee application, inclusive of reviewing and analyzing draft applications and declarations supporting employment applications; conflict checks against the debtor list; communications with Debtor and Debtor's counsel; finalizing and executing the application, proposed order, and declaration for

filing; reviewing the order approving employment; and reviewing bankruptcy and local rules for preparing fee applications.

Talbert Litigation

Bibikos performed a variety of services in connection with the Talbert litigation, inclusive of reviewing case-transfer orders; monitoring dockets in both the pending litigation and this bankruptcy case; drafting and e-filing a notice of bankruptcy in the state court litigation; coordinating with the Debtor's bankruptcy counsel on notices and related filings; corresponding with court staff regarding bankruptcy notices; and reviewing additional filings.

Government Contracting Matters and Bid Protest Litigation

Bibikos performed a variety of extensive services in connection with the ViaPath bid protest pending in Commonwealth Court and a renewed protest filed in late March, including preparation of the Debtor's opening brief and reply brief in response to opposition briefs; outlining and researching responsive arguments; drafting the reply brief; multiple rounds of revisions incorporating the Debtor and co-counsel's comments; and finalizing and e-filing the reply brief. Following resolution of the appeal, work shifted to a new bid protest proceeding, including reviewing a non-award letter; strategizing with the Debtor's team and co-counsel on records requests and appeals; researching bid protest issues and Pennsylvania legal requirements; drafting and revising the bid protest filing and supporting declaration; conferencing with counsel; conducting additional research on procurement issues; reviewing statutory provisions and prior protest files; and coordinating on a supplemental filing. In addition, Bibikos assisted the Debtor with a potential contract dispute requiring an analysis of terms and application of Pennsylvania law.

5

The specific services rendered by Bibikos are detailed in the firm's billing records attached hereto as Exhibit 3.

### III.   EVALUATION OF SERVICES RENDERED: FIRST COLONIAL CONSIDERATIONS

This Application presents the nature and extent of the professional services rendered by the Applicant in connection with its representation of the Debtor. The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent. A mere reading of the time summary annexed hereto cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with this case.

American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees. First Colonial remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code. Grant v. George Schuman Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990); 2 Collier on Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); See also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981). The twelve factors are: the time and labor required; the novelty and difficulty of the services rendered; the skill requisite to perform the services properly; the preclusion of other employment by the professional due to the acceptance of the case; the customary fee; whether the fee is fixed or contingent; the time limitations imposed by the client or other circumstances; the experience, reputation, and ability of the professional; the undesirability of the case; the nature and length of the professional relationship of the client; and awards in similar cases. First Colonial, 544 F.2d at 1298-99.

Based on the standards set forth in section 330 of the Bankruptcy Code and <u>First Colonial</u>, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is in the amount of $39,897.00.

**A.  Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors.**

The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services the Applicant provided during the period covered by this Application, including in particular extensive appellate work and additional bid-protest work under considerable time constraints. The total number of hours expended (80.60 hours) reveals the extensive time devoted to these matters by the Applicant at an hourly rate of $495.00.

**B.  Novelty and Difficulty of Questions Presented.**

In providing services to the Debtor as described above, Applicant often faces novel questions of Pennsylvania administrative, procurement, and government contracting law that require additional consideration and effort but otherwise is able to rely primarily upon established Pennsylvania statutory authority, procedural rules, and recognized jurisprudential precedents to assist the Debtor with issues in Pennsylvania.

**C.  Skill Requisite to Perform Services Properly.**

In rendering services to the Debtor, the Applicant demonstrated substantial legal skill and expertise in the areas of Pennsylvania appellate practice and procedure, government contracting, procurement law, and general litigation involving the Debtor.

**D.  Preclusion from Other Employment by Attorney Due to Acceptance of Case.**

The Applicant's representation of the Debtor in the matters described above did not preclude it from accepting other employment.

**E.    Customary Fee.**

The attorney hourly rates of the Applicant set forth in the attached exhibits reflect a rate of $495.00 per hour.  The fees charged are of a kind well within the range approved by courts within and outside of this District in other bankruptcy matters.

**F.    Whether Fee is Fixed or Contingent.**

The Applicant is compensated by the hour, but the fees charged here are now subject to approval of the Court and therefore contingent in that respect.  The amount requested is consistent with the fee which the Applicant charges other clients.

**G.    Time Limitations Imposed by Client or Other Circumstances.**

Other than the press of court deadlines for litigation matters, the circumstances of this case did not impose certain time constraints on the Applicant.

**H.    Experience, Reputation and Ability of Attorneys.**

Bibikos is experienced in matters of this kind involving administrative law, government contracting and procurement, and complex litigation matters and is well known in Pennsylvania as an appellate practitioner experienced in these and other areas of law.

**I.    "Undesirability" of Case.**

The cases in which Applicant represents the Debtor are not undesirable. The Applicant is privileged to have the opportunity to represent the Debtor as general and local Pennsylvania counsel in various matters.

**J.    Nature and Length of Professional Relationship with Client.**

The Applicant has represented the Debtor in a professional capacity since May 2021.

8

**K.      Awards in Similar Cases.**

The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity. The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community.  Considering the results obtained in light of the nature of the Applicant's employment, the lack of a retainer and the complexity of the issues addressed during the period covered by this Application, this rate is entirely appropriate. Likewise, as with all law firms, the Applicant's overhead expenses are absorbed in the hourly rate. A portion of any fee which the Court awards the Applicant will defray any overhead expenses already incurred and paid during the pendency of this case.

## IV.  REIMBURSEMENT OF EXPENSES

Consistent with Local Rule 2016-1(e), Bankruptcy Rule 2016, and the Expense Reimbursement Guidelines, attached hereto as Exhibit 2 is a detailed list of expenses incurred. Bibikos seeks reimbursement of out-of-pocket expenses totaling $273.33 for photocopies of documents for appellate and other filings and related courier fees in connection with bid protest litigation described above.

## V.  CONCLUSION

The Applicant has provided valuable services to the Debtor in this case.  For this reason and all of the reasons set forth in this Application, the Applicant seeks a first interim award of $39,897.00 in fees for services rendered and $273.33 for reimbursement of expenses incurred during the period covered by this Application. Consistent with the Debtor's filings in these Chapter 11 cases and the payment of the Debtor's pre-petition fees to Bibikos, these services and any fees

awarded to Bibikos may be paid by Smart Communications Collier, Inc., subject to approval by this Court.

WHEREFORE, the Applicant, George A. Bibikos, Esq. and the law firm of GA BIBIKOS LLC, respectfully requests the Court enter an Order approving the Application and granting such other and further relief as the Court deems appropriate.

Dated:  May 15, 2026.                                   Respectfully submitted,

**VENABLE LLP**
*Attorneys for Debtors*
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Telephone: (813) 439-3100

By:    */s/ Eric D. Jacobs*
     Eric D. Jacobs, Esq.
     Florida Bar No. 85992
     Email: ejacobs@venable.com

- and -

**GA BIBIKOS LLC**
5901 Jonestown Rd. # 6330
Harrisburg, PA 17111

By:    */s/ George A. Bibikos*
     George A. Bibikos, Esq.
     Pennsylvania Bar No. 91249
     Email: gbibikos@gabibikos.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 15, 2026, a true and correct copy of the foregoing document has been furnished via electronic mail by virtue of the Court's CM/ECF System to all parties registered to receive notice in this action.

By:    */s/ Eric D. Jacobs*
     Eric D. Jacobs, Esq.

10

# EXHIBIT "1"

### Summary of Professional Time
### Total per Individual for this Period Only

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well]

| Name | Partner Associate or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|------|---------------------------------------|---------------|-------------|---------------------|-----|
| George A. Bibikos | Partner | 2003 | 80.60 | $495.00 | $39,897.00 |
| **TOTAL** | | | | | $39,897.00 |

11

# EXHIBIT "2"

### Summary of Requested Reimbursement of Expenses
### for this Time Period Only

| DISBURSEMENTS | AMOUNT |
|---|---|
| 1.    Filing Fees | |
| 2.    Process Service Fees | |
| 3.    Witness Fees | |
| 4.    Court Reporter & Transcripts | |
| 5.    Lien and Title Searches | |
| 6.    Photocopies (in-house copies) | |
| 7.    Photocopies (outside copies) | $205.83 (including sales tax) |
| 8.    Postage | |
| 9.    Overnight Delivery Charges (FedEx) | |
| 10.    Outside Courier/Messenger Services | $67.50 |
| 11a.    Long Distance (a) Telephone Charges | |
| 11b.    Long Distance (b) Conference Calls/Court Call | |
| 12.    Long Distance Fax Transmission @ $1.00/pg. | |
| 13.    Computerized Research | |
| 14.    Out of Southern District of Florida Travel<br>A.    Transportation/Airfare<br>B.    Lodging<br>C.    Meals<br>D.    Parking | |
| 15.    Other (Not specifically disallowed; must specify and justify) | |
| **TOTAL AMOUNT OF EXPENSES** | **$273.33** |

# EXHIBIT "3"

[The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour. NOTE: Invoices for expenses incurred and paid are also included.]

13

# General Legal Matters



George A. Bibikos | Managing Member
5901 Jonestown Rd. #6330 | Harrisburg, PA 17112
(717) 580-5305 | gbibikos@gabibikos.com
www.gabibikos.com | At the Well Weekly

# INVOICE

David Gann, Esq.
General Counsel
Smart Communications, Inc.
10491 72nd St.
Seminole , FL 33777

INVOICE NUMBER: 100049.00001-10
INVOICE DATE: 3/1/2026

PAYMENT TERMS: DUE ON RECEIPT

100049.00001 (Smart | General Legal)

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| 2/9/2026 | GAB | review and analyze ▮▮▮▮ for input and approval; email exchanges with ▮▮ ▮▮▮▮ regarding ▮▮▮▮; review debtor list ▮▮▮ | 1.50 | $495.00 | $742.50 |
| 2/18/2026 | GAB | review and approve ▮▮▮▮; execute ▮▮▮; emails with ▮▮▮ regarding ▮▮ | 0.60 | $495.00 | $297.00 |
| | | EXPENSES | | | |
| | | No expenses for this billing period. | | | |
| | | SUMMARY | | | |
| | | Total amount of services | | | $1,039.50 |
| | | Total amount of expenses | | | $0.00 |
| | | Total hours for this invoice | 2.10 | | |

## INVOICE BALANCE INFORMATION

| | |
|---|---|
| Total amount of this invoice | $1,039.50 |
| Current invoice balance | $1,039.50 |

## AMOUNT DUE ON THIS INVOICE: $1,039.50



George A. Bibikos | Managing Member
5901 Jonestown Rd. #6330 | Harrisburg, PA 17112
(717) 580-5305 | gbibikos@gabibikos.com
www.gabibikos.com | At the Well Weekly

# INVOICE

**INVOICE NUMBER:** 100049.00001-11
**INVOICE DATE:** 4/1/2026

David Gann, Esq.
General Counsel
Smart Communications, Inc.
10491 72nd St.
Seminole , FL 33777

**PAYMENT TERMS:** DUE ON RECEIPT

100049.00001 (Smart | General Legal)

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| 3/17/2026 | GAB | review ██████████████ ; research and review rules ██████████████ ; emails with ███████ regarding ████████ | 1.00 | $495.00 | $495.00 |
| | | EXPENSES | | | |
| | | No expenses for this billing period. | | | |
| | | SUMMARY | | | |
| | | Total amount of services | | | $495.00 |
| | | Total amount of expenses | | | $0.00 |
| | | Total hours for this invoice | 1.00 | | |

**INVOICE BALANCE INFORMATION**

| | |
|---|---|
| Total amount of this invoice | $495.00 |
| Current invoice balance | $495.00 |

## AMOUNT DUE ON THIS INVOICE: $495.00


GA BIBIKOS LLC
An oil + gas (etc.) law firm.

George A. Bibikos | Managing Member
5901 Jonestown Rd. #6330 | Harrisburg, PA 17112
(717) 580-5305 | gbibikos@gabibikos.com
www.gabibikos.com | At the Well Weekly

# INVOICE

David Gann, Esq.
General Counsel
Smart Communications, Inc.
10491 72nd St.
Seminole , FL 33777

INVOICE NUMBER:  100049.00001-12
INVOICE DATE: 5/1/2026

PAYMENT TERMS:  DUE ON RECEIPT

100049.00001 (Smart | General Legal)

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | **SERVICES** | | | |
| 4/1/2026 | GAB | continue review of rules ████ ████ ; begin draft ████ ; correspondence with debtor's counsel regarding ████ ; complete draft ████ ; follow-up correspondence with counsel for debtor regarding ████ ████ | 3.50 | $495.00 | $1,732.50 |
| 4/2/2026 | GAB | review and analyze ████ ████ ; emails with client team regarding ████ ; draft summary of ████ ████ ; review ████ | 2.10 | $495.00 | $1,039.50 |
| 4/3/2026 | GAB | revise and finalize ████ ; emails with client team regarding ████ ; follow-up emails with client team regarding ████ | 2.00 | $495.00 | $990.00 |
| 4/7/2026 | GAB | email exchanges with client team regarding ████ ████ | 0.30 | $495.00 | $148.50 |
| 4/8/2026 | GAB | emails with ████ regarding ████ | 0.10 | $495.00 | $49.50 |
| 4/9/2026 | GAB | review and revise draft ████ ; ████ ████ for fee application | 1.00 | $495.00 | $495.00 |
| 4/15/2026 | GAB | revise ████ ; emails with ████ regarding ████ | 0.50 | $495.00 | $247.50 |
| 4/21/2026 | GAB | emails with client team regarding ████ ████ | 0.20 | $495.00 | $99.00 |
| | | **EXPENSES** | | | |
| | | No expenses for this billing period. | | | |

**SUMMARY**

| | | |
|---|---|---|
| Total amount of services | | $4,801.50 |
| Total amount of expenses | | $0.00 |
| Total hours for this invoice | 9.70 | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $4,801.50 |
| Current invoice balance | $4,801.50 |

## AMOUNT DUE ON THIS INVOICE: $4,801.50

# Talbert Litigation



**George A. Bibikos | Managing Member**
5901 Jonestown Rd. #6330 | Harrisburg, PA 17112
(717) 580-5305 | gbibikos@gabibikos.com
www.gabibikos.com | At the Well Weekly

# INVOICE

David Gann, Esq.
General Counsel
Smart Communications, Inc.
10491 72nd St.
Seminole , FL 33777

INVOICE NUMBER: 100049.00006-18
INVOICE DATE: 2/1/2026

PAYMENT TERMS: DUE ON RECEIPT

100049.00006 (Smart | Talbert)

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| 1/13/2026 | GAB | emails with client team regarding ▉▉▉ ▉▉▉ ; review ▉▉▉ ▉▉▉ ; draft and send email to D. Gann regarding ▉▉ | 0.50 | $495.00 | $247.50 |
| 1/14/2026 | GAB | follow up emails with client BK team regarding ▉▉▉ ; review ▉▉▉ ; review ▉▉▉ ; draft ▉▉▉ for filing; attend to e-filing ▉▉ ; emails with client team regarding ▉▉▉ | 1.00 | $495.00 | $495.00 |
| 1/16/2026 | GAB | review and analyze ▉▉▉ ; email client team regarding same | 0.30 | $495.00 | $148.50 |
| | | EXPENSES | | | |
| | | No expenses for this billing period. | | | |
| | | SUMMARY | | | |
| | | Total amount of services | | | $891.00 |
| | | Total amount of expenses | | | $0.00 |
| | | Total hours for this invoice | 1.80 | | |

INVOICE BALANCE INFORMATION

| | |
|---|---|
| Total amount of this invoice | $891.00 |
| Current invoice balance | $891.00 |

## AMOUNT DUE ON THIS INVOICE: $891.00

# Government Contract and Bid Protest Matters



# INVOICE

David Gann, Esq.
General Counsel
Smart Communications, Inc.
10491 72nd St.
Seminole , FL 33777

INVOICE NUMBER:  100049.00008-11
INVOICE DATE:  2/1/2026

PAYMENT TERMS:  DUE ON RECEIPT

100049.00008 (Smart | ViaPath Bid Protest)

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| 1/7/2026 | GAB | review order ▓▓▓▓▓▓▓; draft and send email to client team regarding ▓▓▓ | 0.20 | $495.00 | $99.00 |
| 1/22/2026 | GAB | begin review and analysis of ▓▓▓▓▓ ▓▓▓▓▓▓▓; begin outline ▓▓▓▓ ▓▓▓ | 2.00 | $495.00 | $990.00 |
| 1/26/2026 | GAB | begin review and analysis of ▓▓▓▓▓ ▓▓; email client team regarding ▓▓; continue review and analysis of ▓▓; continue review of ▓▓▓▓▓▓; continue outline of ▓▓▓ ▓▓▓ | 3.60 | $495.00 | $1,782.00 |
| 1/28/2026 | GAB | continue review and analysis of ▓▓▓▓ ▓▓▓▓▓; continue outline and draft of ▓▓▓ | 2.50 | $495.00 | $1,237.50 |
| 1/29/2026 | GAB | continue outline ▓▓▓; conduct associated research of ▓▓▓▓▓▓; continue draft ▓▓ | 8.80 | $495.00 | $4,356.00 |
| | | EXPENSES | | | |
| | | No expenses for this billing period. | | | |
| | | SUMMARY | | | |
| | | Total amount of services | | | $8,464.50 |
| | | Total amount of expenses | | | $0.00 |
| | | Total hours for this invoice | 17.10 | | |

---

INVOICE BALANCE INFORMATION

| | |
|---|---|
| Total amount of this invoice | $8,464.50 |
| Current invoice balance | $8,464.50 |

## AMOUNT DUE ON THIS INVOICE: $8,464.50



**GA BIBIKOS LLC**
*An oil + gas (etc.) law firm.*

George A. Bibikos | Managing Member
5901 Jonestown Rd. #6330 | Harrisburg, PA 17112
(717) 580-5305 | gbibikos@gabibikos.com
www.gabibikos.com | At the Well Weekly

# INVOICE

David Gann, Esq.
General Counsel
Smart Communications, Inc.
10491 72nd St.
Seminole , FL 33777

INVOICE NUMBER:  100049.00008-12
INVOICE DATE:  3/1/2026

PAYMENT TERMS:  DUE ON RECEIPT

100049.00008 (Smart | ViaPath Bid Protest)

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| 2/1/2026 | GAB | continue draft ██████ | 5.50 | $495.00 | $2,722.50 |
| 2/2/2026 | GAB | continue and complete draft ████; begin review███████████████ ██ | 8.60 | $495.00 | $4,257.00 |
| 2/3/2026 | GAB | begin review, analysis, and revisions to ██ ████; revise and finalize ███████; email client team for input, review, and approval of ████ ████ along with summary of ██████████ ████ | 6.60 | $495.00 | $3,267.00 |
| 2/6/2026 | GAB | review and revise ██████████; review and analyze ██████████████████ ; review and incorporate changes to ██████████; continue and complete ████████████████; revise ██████████; begin finalizing ███████ | 2.90 | $495.00 | $1,435.50 |
| 2/9/2026 | GAB | review, analyze, and incorporate ████████ ██████████████ regarding ██████f; finalize ████████ for filing; attend to ████████ | 3.50 | $495.00 | $1,732.50 |
| | | EXPENSES | | | |
| | | No expenses for this billing period. | | | |
| | | SUMMARY | | | |
| | | Total amount of services | | | $13,414.50 |
| | | Total amount of expenses | | | $0.00 |
| | | Total hours for this invoice | 27.10 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $13,414.50 |
| Current invoice balance | $13,414.50 |

## AMOUNT DUE ON THIS INVOICE: $13,414.50



**GA BIBIKOS LLC**
*An oil + gas (etc.) law firm.*

George A. Bibikos | Managing Member
5901 Jonestown Rd. #6330 | Harrisburg, PA 17112
(717) 580-5305 | gbibikos@gabibikos.com
www.gabibikos.com | At the Well Weekly

# INVOICE

David Gann, Esq.
General Counsel
Smart Communications, Inc.
10491 72nd St.
Seminole , FL 33777

INVOICE NUMBER: 100049.00008-13
INVOICE DATE: 4/1/2026

PAYMENT TERMS: DUE ON RECEIPT

100049.00008 (Smart | ViaPath Bid Protest)

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| | | SERVICES | | | |
| 3/17/2026 | GAB | review ███████████; email exchanges with client team regarding ██████████████ for ████████ | 1.40 | $495.00 | $693.00 |
| 3/18/2026 | GAB | emails with co-counsel regarding █████████ | 0.30 | $495.00 | $148.50 |
| 3/19/2026 | GAB | email exchanges with client team regarding █ █████████ | 0.40 | $495.00 | $198.00 |
| 3/20/2026 | GAB | review and analyze ███████████ regarding ██████████████; ████ | 0.90 | $495.00 | $445.50 |
| 3/23/2026 | GAB | continue review emails from ████████ regarding ██████████████; review research regarding ██████████; review, analyze, revise, and further revisions to █████ ████████████████; review follow-up questions from ███████ regarding ████████████; review and revise draft ████████; follow up email with client team regarding ████; review ██████; review ██████████; email regarding same | 7.90 | $495.00 | $3,910.50 |
| 3/24/2026 | GAB | review █████████████ in revised bid protest; emails with █████ regarding ██████████████; conference with █ ██████ regarding ██████████████; final edits to ████████████; emails with ████ regarding █████ | 1.50 | $495.00 | $742.50 |
| 3/25/2026 | GAB | review and analyze follow-up emails from ████████ regarding ██████████████; email exchanges with counsel team regarding ████; research and review cases on ██████████████; emails with █████ regarding █████ | 2.10 | $495.00 | $1,039.50 |
| 3/26/2026 | GAB | review █████████████████; review emails from █████ regarding █████ ████████████; email client team regarding ████████████████; email client team regarding ████████ | 1.30 | $495.00 | $643.50 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| 3/27/2026 | GAB | review and analyze emails from client team regarding ██████████████; review and analyze ██████; follow up emails with client regarding ██████████████ | 1.10 | $495.00 | $544.50 |
| | | EXPENSES | | | |
| 3/24/2026 | | Copy and Courier Fees - ViaPath Bid Protest 2.0 | | | $273.33 |
| | | SUMMARY | | | |
| | | Total amount of services | | | $8,365.50 |
| | | Total amount of expenses | | | $273.33 |
| | | Total hours for this invoice | 16.90 | | |

### INVOICE BALANCE INFORMATION

| | |
|---|---|
| Total amount of this invoice | $8,638.83 |
| Current invoice balance | $8,638.83 |

## AMOUNT DUE ON THIS INVOICE: $8,638.83



**GA BIBIKOS LLC**
*An oil + gas (etc.) law firm.*

George A. Bibikos | Managing Member
5901 Jonestown Rd. #6330 | Harrisburg, PA 17112
(717) 580-5305 | gbibikos@gabibikos.com
www.gabibikos.com | At the Well Weekly

# INVOICE

David Gann, Esq.
General Counsel
Smart Communications, Inc.
10491 72nd St.
Seminole , FL 33777

INVOICE NUMBER: 100049.00008-14
INVOICE DATE: 5/1/2026

PAYMENT TERMS: DUE ON RECEIPT

100049.00008 (Smart | ViaPath Bid Protest)

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| 4/3/2026 | GAB | begin review and analyze ███████ ███████ | 0.80 | $495.00 | $396.00 |
| 4/7/2026 | GAB | review ██████████████████; emails with ████████ regarding ████; review rules regarding ███████████████; review ████████████████████ | 1.70 | $495.00 | $841.50 |
| 4/8/2026 | GAB | emails with client team regarding ████████ ██████ | 0.20 | $495.00 | $99.00 |
| 4/21/2026 | GAB | emails with co-counsel regarding ████████ ██████ | 0.20 | $495.00 | $99.00 |
| 4/23/2026 | GAB | review, revise, and comment on ████████ ████████t; email ████████ regarding ████; follow-up emails regarding ████████ ██████ | 1.00 | $495.00 | $495.00 |
| | | EXPENSES | | | |
| | | No expenses for this billing period. | | | |
| | | SUMMARY | | | |
| | | Total amount of services | | | $1,930.50 |
| | | Total amount of expenses | | | $0.00 |
| | | Total hours for this invoice | 3.90 | | |

### INVOICE BALANCE INFORMATION

| | |
|---|---|
| Total amount of this invoice | $1,930.50 |
| Current invoice balance | $1,930.50 |

## AMOUNT DUE ON THIS INVOICE: $1,930.50



**GA BIBIKOS LLC**
*An oil + gas (etc.) law firm.*

George A. Bibikos | Managing Member
5901 Jonestown Rd. #6330 | Harrisburg, PA 17112
(717) 580-5305 | gbibikos@gabibikos.com
www.gabibikos.com | At the Well Weekly

# INVOICE

David Gann, Esq.
General Counsel
Smart Communications, Inc.
10491 72nd St.
Seminole , FL 33777

INVOICE NUMBER:  100049.00009-1
INVOICE DATE:  3/1/2026

PAYMENT TERMS:  DUE ON RECEIPT

100049.00009 (Smart | ███████)

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| 2/6/2026 | GAB | review and analyze ████████ ████ regarding ████████ ; revise ██████ ; email exchanges with ██████ regarding ████ | 1.00 | $495.00 | $495.00 |
| | | EXPENSES | | | |
| | | No expenses for this billing period. | | | |
| | | SUMMARY | | | |
| | | Total amount of services | | | $495.00 |
| | | Total amount of expenses | | | $0.00 |
| | | Total hours for this invoice | 1.00 | | |

| INVOICE BALANCE INFORMATION | |
|---|---|
| Total amount of this invoice | $495.00 |
| Current invoice balance | $495.00 |

## AMOUNT DUE ON THIS INVOICE: $495.00

# Invoice(s) for Expenses



*Supporting the Community Since 1993*

# CAPITOL SUPPORT SERVICE

A DIVISION OF BUSINESS RECORD MGMT. SERVICES, INC.

1043 Mumma Road, Lemoyne, PA 17043
Please Remit To: PO Box 1225 Camp Hill, PA 17001-1225
Phone:  (717) 233-2250
Web:  capitolsupport.net
Email:  hbg@capitolsupport.net

George A. Bibikos

GA BIBIKOS LLC
5901 JONESTOWN RD #6330
HARRISBURG, PA 17112

| | |
|---|---|
| Invoice # | 00274613 |
| Invoice Date: | 03/24/26 |
| Case/File # | |
| Reference: | Petition |
| Terms: | Net 30 |

Beatrice Rios

Fed Tax ID # 25-1713765  PUC License A-00122425

| QTY. | DESCRIPTION | COST | TOTAL |
|---|---|---|---|
| 1 | Charge for Project & Print Set-up / Print-Ready PDF Provided | $6.50 | $6.50 |
| 1 | Charge for 276 - 8.5x11 Color Prints on 20# Paper / Single-Sided/ Four Sets Printed | $132.48 | $132.48 |
| 1 | Charge for 368 - 8.5x11 B/W Images on 20#, Single-Sided / Four Sets Printed | $55.20 | $55.20 |
| 1 | To Secure Documents via Email and Delivered to: 1. Dr. Laurel R. Harry Secretary Pennsylvania Department of Corrections 1920 Technology Parkway Mechanicsburg, PA 17050<br><br>2. Robert Ilgenfritz Procurement Specialist Pennsylvania Department of Corrections 1920 Technology Parkway Mechanicsburg, PA 17050<br><br>3.  Amanda Wasko Chief of Administrative Services Pennsylvania Department of Corrections 1920 Technology Parkway Mechanicsburg, PA 17050 | $67.50 | $67.50 |

**Accepting On-Line Payments at Capitolsupport.net**

Invoices outstanding more than 30 days will be subject to a 3% monthly late fee. All costs, including legal fees incurred in the recovery of unpaid balances, will be the responsibility of the client.

| | |
|---|---|
| Total | $261.68 |
| Sales Tax | $11.65 |
| TOTAL | $273.33 |