UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

Chapter 11
Case No. 8:25-bk-09473-RCT

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

SMART COMMUNICATIONS COLLIER, INC.,

    Debtors.

_____/

**FIRST INTERIM APPLICATION FOR COMPENSATION TO ALSTON & BIRD LLP,
AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION
<u>FOR THE PERIOD JANUARY 2, 2026 THROUGH APRIL 30, 2026</u>**

**NOTICE OF APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AND
<u>OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING</u>**

Alston & Bird LLP ("Applicant"), special counsel to the Debtors-in-Possession in connection with Protest Actions, has filed an application for compensation in the amount of $362,117.70 and reimbursement of expenses in the amount of $654.85 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to the Debtors' bankruptcy counsel, Eric D. Jacobs, Esq., at (813) 439-3100 or ejacobs@venable.com.

If you object to the Application, you must file an objection with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

**SUMMARY OF FIRST INTERIM APPLICATION
FOR COMPENSATION TO ALSTON & BIRD LLP**

1.  Name of Applicant:                                  Alston & Bird, LLP

2.  Services Provided to:                               Smart Communications Holding, Inc.
                                                        and Smart Communications Collier, Inc.

3.  Date of Retention:                                  April 2, 2026, effective as of
                                                        January 2, 2026 [ECF No. 187]

4.  Period for this Application:                        January 2, 2026 – April 30, 2026

5.  Amount of Compensation Sought:                      $362,117.70[1]

6.  Amount of Expense Reimbursement:                    $654.85

7.  Amount of Original Retainer:                        N/A

8.  Current Balance of Retainer Remaining:              N/A

9.  Blended Hourly Rate for this Application:  $1,291.89                Cumulative: N/A

10. This is an:                                          _x_  interim  _____  final application

11. Disclosure of prior applications:          N/A (First Application)

| Period Covered | Requested | | Awarded | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|
| | **Fees** | **Expenses** | **Fees** | **Expenses** | **Fees** | **Expenses** | |
| N/A | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

---

[1] This amount includes an aggregate courtesy discount in the amount of $40,235.30 representing discounted hourly rates provided by Alston & Bird LLP.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

Chapter 11
Case No. 8:25-bk-09473-RCT

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

SMART COMMUNICATIONS COLLIER, INC.,

Debtors.

_____/

**FIRST INTERIM APPLICATION FOR COMPENSATION TO
ALSTON & BIRD LLP, AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION
FOR THE PERIOD JANUARY 2, 2026 THROUGH APRIL 30, 2026**

The Applicant, Alston & Bird, LLP ("**Alston**"), having been approved by this Court as

attorneys for the Debtors, Smart Communications Holding, Inc. and Smart Communications

Collier, Inc. (the "**Debtors**"), applies for its first interim allowance of compensation for

professional services rendered and reimbursement of the necessary expenses pursuant to 11 U.S.C.

§ 330 and Rule 2016, Federal Rule of Bankruptcy Procedure, and the requirements set forth in the

Guidelines incorporated in Local Rule 2016-1(2).   The exhibits attached to this Application,

pursuant to the Guidelines, are:

| | |
|---|---|
| Exhibit "1" – | Summary of Professional and Paraprofessional Time. |
| Exhibit "2" – | Summary of Requested Reimbursement of Expenses. |
| Exhibits "3A","3B", "3C", "3D, and "3E" – | The Applicant's complete time records, in chronological order, indexed by matter, for the time period covered by this application. The requested fees are itemized to the tenth of an hour. |

Alston submits that the requested fee in the amount of $362,117.70 for 280.3 hours

worked[2] is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America,* 554 F.2d 1291 (5th Circuit 1977).

## I.    RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD

On April 2, 2026, this Court entered an Order (the "**Retention Order**") approving the *Application to Employ Alston & Bird LLP as Special Litigation Counsel to the Debtors-in-Possession in Connection With Protest Actions Retroactive to January 2, 2026* [ECF No. 159] (the "**Retention Application**") and authorizing the employment of Alston & Bird, LLP as special counsel to the Debtors-in-Possession in connection with the Protest Actions [ECF No. 187].[3]  This Application is for fees and costs incurred from January 2, 2026 through April 30, 2026 (the "**Application Period**"). In connection herewith, Alston seeks its first interim award of $362,117.70 in fees for services rendered and $654.85 for reimbursement of expenses incurred during the period covered during the Application Period.

## II.    DESCRIPTION AND SUMMARY OF SERVICES PERFORMED DURING THE APPLICATION PERIOD

During the Application Period, Alston performed a multitude of legal services which were necessary to effectively represent the Debtors in the Protest Actions, and which provided benefit to the estates. A summary of the services and matters that Alston was required to address, itemized by matter, are set forth below.  As set forth in the Exhibits to this Application, the Application has organized its time records into five separate matters: (1) the PADOC RFP Protest, (2) the Philadelphia RFP Protest, (3) the Ector County RFP Protest, (4) the Securus RFP Protest, and (5)

---

[2] A 10% discount was applied to services rendered in each matter described herein for which Alston was retained as lead counsel for the Debtors.

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to such term in the Retention Application [ECF No. 159].

the Webb County RFP Protest. The Applicant was retained as special litigation counsel to the Debtors for the specific purpose of representing the Debtors in various protest actions. Any time incurred by the Applicant was incurred with that specific purpose in mind. As a result, the specific project categories set out in the Guidelines were not practical and not utilized. Each of the time entries of the attorneys and paralegals of the Application have been indexed into three separate matters, as noted below. The time spent for each category is itemized on the attached Exhibit 1.

**PADOC RFP Protest**

This category includes time spent by Alston professionals protesting the notice of award given to Global Tel-Link d/b/a ViaPath Technologies in connection with the Debtors' bid to the Pennsylvania Department of Corrections for Request for Proposal No. 6100051834.

Prior to the Petition Date, in approximately March 2025, the Debtors were notified that its bid to the Pennsylvania Department of Corrections for RFP No. 6100051834 – "Combined Services" (the "**PADOC**" and "**RFP**," respectively) was not selected, and that competitor Global Tel-Link d/b/a ViaPath Technologies would be given the award. Since 2018, the Debtors have been providing certain services for the PADOC, which is one of its most important contracts. The RFP consolidated all inmate communications and technology services, including those currently provided by the Debtors.

The Debtors employed Alston as lead counsel in the PADOC protest (the "**PADOC RFP Protest**") and Alston has been handling this matter on behalf of the Debtors for over a year to date. Alston represented the Debtors in timely protesting the notice of award based on, among other things, the non-responsibility of ViaPath and non-responsiveness of ViaPath's bid due to its blatant non-compliance with FCC regulations that went into effect prior to the award, in November 2024, and ViaPath's history of predatory consumer practices.

Services provided by Alston in this category include: (i) advising the Debtors with respect to strategy in connection with the PADOC RFP Protest, including analysis of the notice of award and potential bases for protest; (ii) preparing the initial protest, reply brief, and related submissions, including supporting declarations and exhibits; (iii) preparing supplemental and renewed protest filings, and participating in hearings and meetings related to the case; and (iv) conducting legal and factual research and analysis in support of the protest, including review of FCC regulations, Pennsylvania procurement law, and right to know law ("**RTKL**"), among others, as well as analysis of records received from the PADOC in response to RTKL requests, including ViaPath's proposal, scoring methodologies, and compliance with applicable requirements.

The specific services rendered by Alston are detailed in the firm's billing records attached hereto as Exhibit 3A.

### Philadelphia RFP Protest

This category includes time spent by Alston professionals protesting the notice of award given to ViaPath Technologies in connection with the Debtors' bid to the City of Philadelphia for Solicitation No. B2521165.

Prior to the Petition Date, in approximately December 2024, the Debtors were notified that its bid to the City of Philadelphia for Solicitation No. B2521165 was not selected, and that competitor ViaPath Technologies would be given the award.

The Debtors employed Alston as lead counsel in the Philadelphia protest (the "**Philadelphia RFP Protest**") and Alston has been handling this matter on behalf of the the Debtors for over a year to date. Alston represented the Debtors in timely protesting the award based on, among other things, the non-responsibility of ViaPath and non-responsiveness of

ViaPath's bid based on its blatant non-compliance with FCC regulations that went into effect prior to the award, in November 2024, and ViaPath's history of predatory consumer practices.

Services provided by Alston in this category include: (i) evaluating and pursuing post-award relief on behalf of the Debtors, including preparing requests for reconsideration; (ii) preparing requests for consideration and relating filings, including supporting declarations and materials; (iii) pursuing and analyzing information requests under Pennsylvania's RTKL, including drafting, revising and submitting RTKL requests; (iv) reviewing and analyzing contracts, bid materials, and document production from the City of Philadelphia; and (v) conducting legal research and analysis relating to procurement law, appeal and reconsideration procedures, and potential claims, as well as coordinating with the Debtors, local counsel, and other stakeholders regarding strategy.

The specific services rendered by Alston are detailed in the firm's billing records attached hereto as Exhibit 3B.

### Ector County RFP Protest

This category includes time spent by Alston professionals protesting the notice of award given to Prodigy Solutions in connection with the Debtors' bid to Ector County, Texas, for Solicitation No. 2025-RFP-103 Inmate Telephone Services.

Prior to the Petition Date, in approximately February 2026, the Debtors were notified that its bid to Ector County, Texas for inmate telephone services was not selected and that the award was instead given to Prodigy Solutions.

The Debtors employed Alston as lead counsel in the Ector County, Texas protest (the "**Ector County RFP Protest**") and Alston has been handling this matter on behalf of the Debtors for nearly 2 months. The services resulted in the cancellation of the RFP by the County. Services

provided by Alston in this category include: (i) preparing and prosecuting the Debtors' bid protest before Ector County; (ii) analyzing the county's response and advising the Debtors regarding strategy; (iii) preparing and presenting at applicable hearings; (iv) communicating with county representatives regarding scheduling and hearing logistics; and (v) conducting research regarding applicable protest rules and evidentiary requirements.

The specific services rendered by Alston are detailed in the firm's billing records attached hereto as Exhibit 3C.

### Securus RFP Protest

This category includes time spent by Alston professionals defending the notice of award given to the Debtors in connection with the Debtors' bid to Spartanburg County, South Carolina, for Solicitation No. 2026008.

The Debtors employed Alston as lead counsel in the Spartanburg County, South Carolina protest (the "**Securus RFP Protest**") and Alston has been handling this matter, along with local Spartanburg counsel, on behalf of the Debtors for nearly two months.  The services resulted in a denial of a temporary restraining order sought by Securus in the South Carolina Court of Common Pleas.  Services provided by Alston in this category include: (i) preparing and prosecuting the Debtors' response to Securus's bid protest before the Court of Common Pleas; (ii) evaluating potential strategies in connection with the protest; (iii) reviewing and analyzing various key documents in connection with the protest; (iv) developing response and hearing strategy relating to potential relief; and (v) conducting legal research relating to protest procedures, applicable South Carolina law, and evidentiary and procedural requirements.

The specific services rendered by Alston are detailed in the firm's billing records attached hereto as Exhibit 3D.

**<u>Webb County RFP Protest</u>**

This category includes time spent by Alston professionals protesting the notice of award given to Inmate Calling Solutions in connection with the Debtors' bid to Webb County, Texas, for Solicitation No. 2026-006.

The Debtors employed Alston as lead counsel in the Webb County, Texas protest (the "**Webb County RFP Protest**") and Alston has been handling this matter on behalf of the Debtors for nearly a month, currently before the Webb County Commissioners' Court.  Services provided by Alston in this category include: (i) analyzing applicable procurement guidelines related to the Webb County procurement process; (ii) preparing and revising protest materials and related public information requests; (iii) conducting legal research relating to protest procedures and applicable Texas law in support of the Debtors' protest position; (iv) reviewing and analyzing protest-related documents, correspondence, and other materials; and (v) communicating with Webb County representatives and the Debtors regarding the protest and related procedures.

The specific services rendered by Alston are detailed in the firm's billing records attached hereto as Exhibit 3E.

### III.   <u>EVALUATION OF SERVICES RENDERED:</u><br><u>FIRST COLONIAL CONSIDERATIONS</u>

This Application presents the nature and extent of the professional services rendered by the Applicant in connection with its representation of the Debtors.  The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent.  A mere reading of the time summary annexed hereto cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with this case.

<u>American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.)</u>, 544 F.2d 1291 (5th

Cir.), cert. denied, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees. First Colonial remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code. Grant v. George Schuman Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990); 2 Collier on Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); See also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981). The twelve factors are: the time and labor required; the novelty and difficulty of the services rendered; the skill requisite to perform the services properly; the preclusion of other employment by the professional due to the acceptance of the case; the customary fee; whether the fee is fixed or contingent; the time limitations imposed by the client or other circumstances; the experience, reputation, and ability of the professional; the undesirability of the case; the nature and length of the professional relationship of the client; and awards in similar cases. First Colonial, 544 F.2d at 1298-99.

Based on the standards set forth in section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is in the amount of $362,117.70.

A. **Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors.**

The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services the Applicant rendered for the benefit of the Debtors' estate during the period covered by this Application. The total number of hours expended (280.3 hours) reveals the extensive time devoted to these matters by the Applicant at the blended hourly attorney rate of $1,291.90 per hour. In addition to the activities specified hereinabove, the Applicant has dealt with various legal issues which have arisen in this case during the period covered by this

Application.  Accordingly, based upon these criteria, the Applicant believes that given the results obtained thus far, Alston has obtained substantially beneficial results for the estate and its creditors.

**B.     Novelty and Difficulty of Questions Presented.**

In providing services to the Debtors, Applicant was able to rely primarily upon established statutory authority and recognized jurisprudential precedents.

**C.     Skill Requisite to Perform Services Properly.**

In rendering services to the estate, the Applicant demonstrated substantial legal skills and expertise in the areas of litigation.

**D.     Preclusion from Other Employment by Attorney Due to Acceptance of Case.**

The Applicant's representation in this case did not preclude it from accepting other employment.

**E.     Customary Fee.**

The attorney hourly rates of the Applicant set forth in the attached exhibits reflect a blended rate of $1,291.90 per hour.  The fees charges are of a kind well within the range approved by courts within and outside of this District in other bankruptcy matters in which the Applicant and other counsel of like reputation and experience have been involved.

**F.     Whether Fee is Fixed or Contingent.**

The Applicant's compensation in this matter is subject to approval of the Court and is therefore contingent.  The amount requested is consistent with the fee which the Applicant would charge its clients in other non-contingent bankruptcy cases.

**G.     Time Limitations Imposed by Client or Other Circumstances.**

The circumstances of this case did not impose certain time constraints on the Applicant.

**H.**     **Experience, Reputation and Ability of Attorneys.**

The attorneys of Alston are experienced in matters of this kind and are well known to courts throughout the country.

**I.**     **"Undesirability" of Case.**

This case is not undesirable. The Applicant is privileged to have the opportunity to represent the Debtors and appear before the Court in this proceeding.

**J.**     **Nature and Length of Professional Relationship with Client.**

The Applicant's professional relationship with the Debtors is limited to the Applicant's representation of the Debtors in the Protest Actions.  Therefore, this factor is not relevant in the circumstances of this case.

**K.**     **Awards in Similar Cases.**

The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity.  The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community.  Considering the results obtained in light of the nature of the Applicant's employment, the lack of a retainer and the complexity of the issues addressed during the period covered by this Application, this rate is entirely appropriate. Likewise, as with all law firms, the Applicant's overhead expenses are absorbed in the hourly rate.

**IV.    REIMBURSEMENT OF EXPENSES**

 Consistent with Local Rule 2016-1(e), Bankruptcy Rule 2016, and the Expense Reimbursement Guidelines, attached hereto as Exhibit 2 is a detailed list of expenses incurred. Alston seeks reimbursement of out-of-pocket expenses totaling $654.85. The categories of expenses are briefly summarized as follows:

a. **Out of Middle District of Florida Travel**:  In connection with the Ector County RFP Protest, Alston attended the bid protest hearing at the Ector County Commissioners' Court and incurred certain minimal costs relating to lodging and transportation.

## V.    CONCLUSION

The Applicant has provided valuable services to the Debtors in the Protest Actions.  For this reason and all of the reasons set forth in this Application, the Applicant seeks a first interim award of $362,117.70 in fees for services rendered and $654.85 for reimbursement of expenses incurred during the period covered by this Application.

**WHEREFORE**, the Applicant, Alston & Bird, LLP, respectfully requests the Court enter an Order approving the Application and granting such other and further relief as the Court deems appropriate.

Dated:  May 18, 2026.                    Respectfully submitted,

**VENABLE LLP**
*Attorneys for Debtors*
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Telephone: (813) 439-3100

By:  */s/ Eric D. Jacobs*
     Eric D. Jacobs, Esq.
     Florida Bar No. 85992
     Email: ejacobs@venable.com

- and -

**ALSTON & BIRD, LLP**
90 Park Avenue
New York, NY 10016

By:  */s/ Brian M. Laine*
     Brian M. Laine, Esq.
     New York Bar No. 6155618
     Email: Brian.Laine@alston.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 18, 2026, a true and correct copy of the foregoing document has been furnished via electronic mail by virtue of the Court's CM/ECF System to all parties registered to receive notice in this action.

By:   */s/ Eric D. Jacobs*
　　　Eric D. Jacobs, Esq.

# EXHIBIT "1"

### Summary of Professional and Paraprofessional Time by Matter Category for this Time Period Only

### ACTIVITY CODE:  PADOC RFP Protest

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Jeffrey Belkin | $1,765 | 67.1 | $118,431.50 |
| Arabella Okwara | $1,165 | 69.4 | $80,851.00 |
| William Sugden | $1,630 | 1 | $1,630.00 |
| David Ridnell | $595 | 2.4 | $1,428.00 |
| Asher Quesenberry | $775 | 2.2 | $1,705.00 |
| Jan Curry | $575 | 3.4 | $1,955.00 |
| **MATTER TOTAL** | | **145.5** | **$206,000.50** |
| | | | |
| **LESS 10% DISCOUNT** | | | **($20,600.05)** |
| **TOTAL FEES BILLED** | | | **$185,400.45** |

### ACTIVITY CODE: Philadelphia RFP Protest

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Jeffrey Belkin | $1,765 | 29.8 | $52,597.00 |
| Arabella Okwara | $1,165 | 25.3 | $29,474.50 |
| Samantha Skolnick | $1,195 | 14.7 | $17,566.50 |
| David Ridnell | $595 | .9 | $535.50 |
| **MATTER TOTAL** | | **70.7** | **$100,173.50** |
| | | | |
| **LESS 10% DISCOUNT** | | | **($10,017.35)** |
| **TOTAL FEES BILLED** | | | **$90,156.15** |

**ACTIVITY CODE: Ector County RFP Protest**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Jeffrey Belkin | $1,765 | 4.8 | $8,472.00 |
| Arabella Okwara | $1,165 | 9.10 | $10,601.50 |
| Nathan Sinning | $1,530 | 16 | $24,480.00 |
| **MATTER TOTAL** | | **29.9** | **$43,553.50** |
| | | | |
| **LESS 10% DISCOUNT** | | | **($4,355.35)** |
| **TOTAL FEES BILLED** | | | **$39,198.15** |

**ACTIVITY CODE: Securus RFP Protest**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Jeffrey Belkin | $1,765 | 10.5 | $18,532.50 |
| Arabella Okwara | $1,165 | .6 | $699.00 |
| Kyle Hair | $1,165 | 4 | $4,660.00 |
| **MATTER TOTAL** | | **15.1** | **$23,891.50** |
| | | | |
| **LESS 10% DISCOUNT** | | | **($2,389.15)** |
| **TOTAL FEES BILLED** | | | **$21,502.35** |

**ACTIVITY CODE: Webb County RFP Protest**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Jeffrey Belkin | $1,765 | 5.6 | $9,884.00 |
| Sidney Webb | $1,055 | 3.8 | $4,009.00 |
| Nathan Sinning | $1,530 | 9.7 | $14,841.00 |
| **MATTER TOTAL** | | **19.1** | **$28,734.00** |
| | | | |
| **LESS 10% DISCOUNT** | | | **($2,873.40)** |
| **TOTAL FEES BILLED** | | | **$25,860.60** |

# EXHIBIT "2"

## Summary of Requested Reimbursement of Expenses for this Time Period Only

| DISBURSEMENTS | AMOUNT |
|---|---|
| 1.  Filing Fees | |
| 2.  Process Service Fees | |
| 3.  Witness Fees | |
| 4.  Court Reporter & Transcripts | |
| 5.  Lien and Title Searches | |
| 6.  Photocopies (in-house copies) | |
| 7.  Photocopies (outside copies) | |
| 8.  Postage | |
| 9.  Overnight Delivery Charges (FedEx) | |
| 10. Outside Courier/Messenger Services | |
| 11. Long Distance (a) Telephone Charges | |
| 12.  Long Distance (b) Conference Calls/Court Call | |
| 13.  Long Distance Fax Transmission | |
| 14. Computerized Research | |
| 15. Out of Middle District of Florida Travel<br>     A.  Transportation/Airfare<br>     B.  Lodging<br>     C.  Meals<br>     D.  Parking | $654.85 |
| 16. Other (Not specifically disallowed; must specify and justify) | |
| **TOTAL AMOUNT OF EXPENSES** | **$654.85** |

# EXHIBIT "3A"

**Professional and Paraprofessional Time Record for the PADOC RFP Protest**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

May 6, 2026

Invoice No. 11752855
Nick Tsui
Client.Matter: 072979.630344
Pennsylvania Protest

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/22/2026 | Arabella Okwara | 0.50 | Call with J. Belkin, S. Skolnick, A. Peskin and R. Wolfe to discuss case strategy. |
| 01/22/2026 | Arabella Okwara | 1.20 | Review case background documents (RFP, agreements, OOR appeal). |
| 01/23/2026 | Arabella Okwara | 1.60 | Research OOR appeal process. |
| 01/26/2026 | Arabella Okwara | 2.50 | Revise factual and procedural background chronology. |
| 01/27/2026 | Jeffrey Belkin | 1.80 | Analyze opposition brief for reply. |
| 01/27/2026 | Arabella Okwara | 1.90 | Analyze contracts and Request for Proposal. |
| 01/29/2026 | Jeffrey Belkin | 1.00 | Correspondence with local counsel regarding claims and timing. |
| 02/02/2026 | Jeffrey Belkin | 2.00 | Analyze FCC regulations history. |
| 02/03/2026 | Jeffrey Belkin | 2.00 | Revise reply brief. |
| 02/04/2026 | Jeffrey Belkin | 1.80 | Revise reply brief. |
| 02/06/2026 | Jeffrey Belkin | 2.30 | Final review and revision of reply brief. |
| 02/06/2026 | Arabella Okwara | 1.40 | Review Smart's Opening Brief and DOC/Viapath Response Briefs. |
| 02/06/2026 | Arabella Okwara | 1.60 | Revise Reply Brief. |
| 02/10/2026 | William Sugden | 1.00 | Call with bankruptcy counsel regarding protest support. |
| 03/17/2026 | Jeffrey Belkin | 0.70 | Analyze notice from PADOC regarding award. |
| 03/17/2026 | Jeffrey Belkin | 0.70 | Correspondence with D. Gann, G. Bibikos, A. Okwara regarding renewed RTKL and protest of PADOC decision, and request to stay performance. |
| 03/17/2026 | Jeffrey Belkin | 0.60 | Conference with D. Gann re: Ector County supplement to PADOC case. |
| 03/17/2026 | Arabella Okwara | 0.30 | Review Non-award Letter and correspondence regarding same. |
| 03/18/2026 | Jeffrey Belkin | 0.90 | Correspondence with A. Okwara regarding renewed RTKL and protest of PADOC decision. |
| 03/18/2026 | Jeffrey Belkin | 0.90 | Research PA Commonwealth procurement code stay procedures and right to know law. |

# ALSTON & BIRD

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/18/2026 | Arabella Okwara | 1.70 | Draft RTKL Request. |
| 03/19/2026 | Jeffrey Belkin | 2.50 | Revise protest. |
| 03/19/2026 | Arabella Okwara | 0.70 | Finalize RTKL Request. |
| 03/19/2026 | Arabella Okwara | 1.80 | Call with J. Belkin, D. Gann and J. Logan to discuss debrief and award documents. |
| 03/19/2026 | Arabella Okwara | 2.00 | Research for renewed protest argument. |
| 03/20/2026 | Jeffrey Belkin | 1.65 | Research PA Commonwealth procurement code stay procedures. |
| 03/20/2026 | Jeffrey Belkin | 1.65 | Correspondence with A. Okwara regarding protest draft. |
| 03/20/2026 | Arabella Okwara | 3.00 | Draft renewed protest. |
| 03/21/2026 | Jeffrey Belkin | 1.90 | Revise protest and declaration draft. |
| 03/21/2026 | Jeffrey Belkin | 1.90 | Research competitive sealed proposal evaluation committee procedures. |
| 03/23/2026 | Jeffrey Belkin | 1.90 | Revise protest. |
| 03/23/2026 | Jeffrey Belkin | 1.90 | Incorporate edits into protest and declaration; research procurement manual and Code. |
| 03/23/2026 | Jeffrey Belkin | 1.80 | Research procurement manual and Code. |
| 03/23/2026 | Arabella Okwara | 0.60 | Review correspondence regarding Renewed Protest arguments. |
| 03/23/2026 | David Ridnell | 2.40 | Check legal citations in renewed protest. |
| 03/24/2026 | Jeffrey Belkin | 2.35 | Final review and revision of protest. |
| 03/24/2026 | Jeffrey Belkin | 2.35 | Analyze financial scoring. |
| 03/24/2026 | Jeffrey Belkin | 0.90 | Participate in debrief and conference following debrief. |
| 03/24/2026 | Arabella Okwara | 3.10 | Revise Renewed Protest. |
| 03/24/2026 | Arabella Okwara | 0.40 | Attend Debrief with Department of Corrections. |
| 03/24/2026 | Arabella Okwara | 0.50 | Attend Debrief follow up call with client. |
| 03/24/2026 | Arabella Okwara | 2.00 | Research for Renewed Protest. |
| 03/25/2026 | Jeffrey Belkin | 1.40 | Correspondence with client representatives and A. Okwara regarding supplementing the protest. |
| 03/25/2026 | Jeffrey Belkin | 1.30 | Analyze VP technical proposal and circulate. |
| 03/25/2026 | Jeffrey Belkin | 1.30 | Analyze proposals for revised scoring without commissions; correspondence with client representatives and A. Okwara regarding supplementing the protest; analyze VP technical proposal and circulate. |
| 03/25/2026 | Arabella Okwara | 2.20 | Analyze arguments for Supplement to Renewed Protest. |
| 03/26/2026 | Jeffrey Belkin | 2.20 | Analyze technical proposal. |
| 03/26/2026 | Arabella Okwara | 2.40 | Draft Supplement to Renewed Protest. |
| 03/27/2026 | Jeffrey Belkin | 1.55 | Conference with client regarding supplementing protest. |

Client: 072979
Matter: 630344

**ALSTON & BIRD**

Page: 3
Invoice #: 11752855
May 6, 2026

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/27/2026 | Jeffrey Belkin | 1.55 | Analyze user fee provisions of technical proposal and circulate. |
| 03/27/2026 | Arabella Okwara | 1.10 | Call with client to discuss Supplement to Renewed Protest arguments. |
| 03/27/2026 | Arabella Okwara | 0.30 | Call with J. Belkin to discuss Supplement to Renewed Protest arguments. |
| 03/27/2026 | Arabella Okwara | 1.20 | Draft Supplement to Renewed Protest. |
| 03/28/2026 | Jeffrey Belkin | 3.50 | Revise supplemental declaration and supplement to protest. |
| 03/28/2026 | Arabella Okwara | 6.10 | Draft Supplement to Renewed Protest. |
| 03/29/2026 | Arabella Okwara | 1.10 | Revise Supplement to Renewed Protest. |
| 03/30/2026 | Jeffrey Belkin | 1.90 | Revise supplement to protest. |
| 03/30/2026 | Jeffrey Belkin | 0.30 | Correspondence with A. Okwara regarding supplemental exhibits and service. |
| 03/30/2026 | Arabella Okwara | 0.50 | Call with J. Belkin to discuss revisions to Supplement to Renewed Protest. |
| 03/30/2026 | Arabella Okwara | 4.80 | Revise Supplement to Renewed Protest. |
| 03/31/2026 | Jeffrey Belkin | 1.50 | Analyze Securus filing and RTKL status. |
| 03/31/2026 | Arabella Okwara | 0.50 | Review Securus' Protest. |
| 03/31/2026 | Arabella Okwara | 1.10 | Draft RTKL Request. |
| 03/31/2026 | Arabella Okwara | 0.20 | Calendar deadlines for protest responses. |
| 04/01/2026 | Arabella Okwara | 0.70 | Revise RTKL Request based on client feedback. |
| 04/02/2026 | Jeffrey Belkin | 1.10 | Revise RTKL based on client feedback. |
| 04/02/2026 | Arabella Okwara | 0.60 | Revise RTKL Request based on client feedback. |
| 04/03/2026 | Jeffrey Belkin | 2.50 | Analyze ViaPath response to protest. |
| 04/03/2026 | Arabella Okwara | 0.20 | Revise RTKL Request based on client feedback. |
| 04/06/2026 | Arabella Okwara | 0.50 | Finalize and submit RTKL Request. |
| 04/07/2026 | Arabella Okwara | 0.80 | Review Agency Report and clarifications documents. |
| 04/07/2026 | Arabella Okwara | 1.00 | Review ViaPath's protest responses. |
| 04/07/2026 | Arabella Okwara | 0.30 | Correspond with PADOC regarding RTKL request parameters. |
| 04/09/2026 | Jeffrey Belkin | 0.30 | Correspondence with G. Bibikos regarding additional authority. |
| 04/14/2026 | Jeffrey Belkin | 1.00 | Analyze draft complaint and revisions. |
| 04/15/2026 | Jeffrey Belkin | 0.60 | Analyze PADOC response to Securus bid protest. |
| 04/17/2026 | Jeffrey Belkin | 1.00 | Reply brief outline. |
| 04/17/2026 | Arabella Okwara | 3.50 | Draft Reply in Support of Renewed Protest. |
| 04/17/2026 | Arabella Okwara | 0.50 | Review Contracting Officer's Protest Response. |
| 04/21/2026 | Jeffrey Belkin | 1.60 | Revise reply. |

# ALSTON & BIRD

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/21/2026 | Asher Quesenberry | 0.30 | Research case law regarding pending appeal decision. |
| 04/21/2026 | Arabella Okwara | 5.60 | Draft Reply in Support of Renewed Protest. |
| 04/21/2026 | Arabella Okwara | 0.20 | Call with A. Quesenberry regarding research request for Smart Protest Reply. |
| 04/22/2026 | Asher Quesenberry | 1.90 | Research case law regarding pending appeal decision. |
| 04/22/2026 | Arabella Okwara | 1.50 | Revise Reply in Support of Renewed Protest. |
| 04/23/2026 | Jeffrey Belkin | 1.80 | Final revisions of reply brief. |
| 04/23/2026 | Arabella Okwara | 0.90 | Finalize and file Reply in Support of Renewed Protest. |
| 04/23/2026 | Jan Curry | 3.40 | Cite check and revise brief for A. Okwara. |
| 04/28/2026 | Jeffrey Belkin | 0.80 | Analyze record production. |
| 04/29/2026 | Jeffrey Belkin | 1.50 | Outline protest supplement. |
| 04/29/2026 | Jeffrey Belkin | 0.50 | Correspondence with A. Okwara regarding protest supplement. |
| 04/29/2026 | Arabella Okwara | 4.80 | Review and analyze Department's RTKL production. |
| 04/30/2026 | Jeffrey Belkin | 1.80 | Analyze RTKL production and revise supplement. |
| 04/30/2026 | Jeffrey Belkin | 0.60 | Correspondence with A. Okwara regarding protest supplement. |

## Summary of Services

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| William Sugden | 1.00 | 1,630.00 | 1,630.00 |
| Jeffrey Belkin | 1.90 | 1,765.00 | 3,353.50 |
| Jeffrey Belkin | 65.20 | 1,765.00 | 115,078.00 |
| Arabella Okwara | 69.40 | 1,165.00 | 80,851.00 |
| Asher Quesenberry | 2.20 | 775.00 | 1,705.00 |
| Jan Curry | 3.40 | 575.00 | 1,955.00 |
| David Ridnell | 2.40 | 595.00 | 1,428.00 |
| **Totals** | **145.50** | | **206,000.50** |

**Services Rendered:** 206,000.50

**Less 10.00% Discount:** (20,600.05)

**Services Billed:** 185,400.45

**Invoice Total** 185,400.45

# EXHIBIT "3B"

**Professional and Paraprofessional Time Record for the Philadelphia RFP Protest**

**ATLANTA**
**BRUSSELS**
**CENTURY CITY**
**CHARLOTTE**
**CHICAGO**
**DALLAS**
**LONDON**
**LOS ANGELES**
**NEW YORK**
**RALEIGH**
**SAN FRANCISCO**
**SILICON VALLEY**
**WASHINGTON, DC**

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

May 6, 2026

Invoice No. 11752856
Nick Tsui
Client.Matter:
072979.630457
Philadelphia Protest

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/02/2026 | Jeffrey Belkin | 2.70 | Review City of Philadelphia production, and correspondence regarding production extension and litigation impact. |
| 01/02/2026 | Samantha Skolnick | 2.30 | Review of produced documents and communication with RTKL. |
| 01/05/2026 | Jeffrey Belkin | 1.30 | Review City of Philadelphia production. |
| 01/12/2026 | Jeffrey Belkin | 0.60 | Conference with S. Skolnick regarding Philadelphia RTKL communications. |
| 01/13/2026 | Jeffrey Belkin | 1.20 | Revise chronology for potential action. |
| 01/14/2026 | Jeffrey Belkin | 0.80 | Revise correspondence with Philadelphia RTKL official, draft update to D. Gann on potential action. |
| 01/14/2026 | Samantha Skolnick | 5.20 | Review all documents in file and generate comprehensive chronology for filing of complaint. |
| 01/15/2026 | Jeffrey Belkin | 0.60 | Correspondence regarding City of Philadelphia communications. |
| 01/16/2026 | Jeffrey Belkin | 1.80 | Revise chronology for complaint. |
| 01/16/2026 | Samantha Skolnick | 2.00 | Review all documents in file and generate comprehensive chronology for filing of complaint. |
| 01/20/2026 | Jeffrey Belkin | 0.70 | Correspondence regarding City of Philadelphia communications. |
| 01/20/2026 | Samantha Skolnick | 2.70 | Strategy and analysis for OOR appeal and review of contract. |
| 01/21/2026 | Jeffrey Belkin | 2.20 | Revise chronology and analyze new contract. |
| 01/22/2026 | Jeffrey Belkin | 0.70 | Conference with local counsel regarding litigation options. |
| 01/22/2026 | Samantha Skolnick | 0.50 | Strategy and analysis with local counsel. |
| 01/23/2026 | Jeffrey Belkin | 1.50 | Analyze OOR decision and motion to reopen denial. |
| 01/26/2026 | Jeffrey Belkin | 0.50 | Conference with A. Okwara regarding motion to reopen OOR decision. |
| 01/26/2026 | Arabella Okwara | 1.00 | Compile documents mentioned in chronology for Kang Haggerty's review. |

Client: 072979
Matter: 630457

Page: 2
Invoice #: 11752856
May 6, 2026

# ALSTON & BIRD

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/26/2026 | Arabella Okwara | 0.20 | Review correspondence from A. Peskin regarding potential causes of action. |
| 01/26/2026 | Samantha Skolnick | 0.40 | Strategy and analysis regarding OOR appeal. |
| 01/27/2026 | Jeffrey Belkin | 0.30 | Correspondence regarding missing contract attachments from City of Philadelphia. |
| 01/27/2026 | Arabella Okwara | 0.40 | Correspond with the City to request missing appendices to 2025 Agreement. |
| 01/27/2026 | Samantha Skolnick | 1.60 | Draft fact section and preliminary research for motion for reconsideration. |
| 01/31/2026 | Arabella Okwara | 5.60 | Research cases for Request for Reconsideration. |
| 02/03/2026 | Jeffrey Belkin | 0.50 | Conference with A. Okwara regarding motion to reopen OOR decision. |
| 02/03/2026 | Arabella Okwara | 4.10 | Draft Request for Reconsideration. |
| 02/04/2026 | Jeffrey Belkin | 1.40 | Analyze memorandum on court claims from local counsel. |
| 02/04/2026 | Jeffrey Belkin | 1.40 | Revise motion to reopen OOR. |
| 02/04/2026 | Arabella Okwara | 0.80 | Revise Request for Reconsideration. |
| 02/04/2026 | Arabella Okwara | 0.20 | Send follow-up email to City regarding request for Agreement appendices. |
| 02/05/2026 | Jeffrey Belkin | 2.40 | Final review and revision of OOR motion and declaration. |
| 02/05/2026 | Arabella Okwara | 2.20 | Draft declaration for Request for Reconsideration. |
| 02/05/2026 | Arabella Okwara | 0.70 | Revise Request for Reconsideration. |
| 02/05/2026 | Arabella Okwara | 0.50 | Review Kang Haggerty's memo on potential causes of action. |
| 02/06/2026 | Arabella Okwara | 1.80 | Finalize and file Request for Reconsideration and attached Declaration. |
| 02/06/2026 | David Ridnell | 0.90 | Check legal citations in request for reconsideration of OOR determination. |
| 02/09/2026 | Jeffrey Belkin | 0.80 | Analyze ORR decision and RTKL. |
| 02/09/2026 | Arabella Okwara | 0.60 | Research ability to seek attorney's fees for Request for Reconsideration. |
| 02/09/2026 | Arabella Okwara | 0.20 | Review OOR Request for Reconsideration docketing notice. |
| 02/10/2026 | Jeffrey Belkin | 1.50 | Revise RTKL and chronology. |
| 02/10/2026 | Arabella Okwara | 0.50 | Review OOR decision on Request for Reconsideration and add to case chronology. |
| 02/10/2026 | Arabella Okwara | 1.20 | Draft RTKL request. |
| 02/11/2026 | Arabella Okwara | 0.30 | Circulate OOR decision and draft RTKL request to client and Kang Haggerty. |
| 02/12/2026 | Jeffrey Belkin | 0.90 | Review and revise RTKL. |
| 02/12/2026 | Arabella Okwara | 0.70 | Finalize and submit RTKL request. |

# ALSTON & BIRD

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/20/2026 | Jeffrey Belkin | 1.50 | Analyze updated strategy summary. |
| 02/23/2026 | Jeffrey Belkin | 1.50 | Analyze RTKL response. |
| 02/24/2026 | Jeffrey Belkin | 1.50 | Analyze updated strategy summary. |
| 02/24/2026 | Arabella Okwara | 0.50 | Review ViaPath Agreement Appendices E-G. |
| 02/25/2026 | Jeffrey Belkin | 1.50 | Analyze updated strategy summary. |
| 02/25/2026 | Arabella Okwara | 0.30 | Draft email to client and Kang Haggerty regarding updated RTKL documents provided by City. |
| 03/19/2026 | Arabella Okwara | 0.40 | Review draft pleading. |
| 03/25/2026 | Arabella Okwara | 0.50 | Review City's RTKL Response and correspond with client regarding same. |
| 04/15/2026 | Arabella Okwara | 2.40 | Revise pleading. |
| 04/17/2026 | Arabella Okwara | 0.20 | Review A. Peskin's revisions to draft pleading. |

## Summary of Services

| Timekeeper | Hours | Rate | Amount (USD) |
|------------|-------|------|--------------|
| Jeffrey Belkin | 29.80 | 1,765.00 | 52,597.00 |
| Arabella Okwara | 25.30 | 1,165.00 | 29,474.50 |
| Samantha Skolnick | 14.70 | 1,195.00 | 17,566.50 |
| David Ridnell | 0.90 | 595.00 | 535.50 |
| **Totals** | **70.70** | | **100,173.50** |

| | |
|---|---|
| **Services Rendered:** | **100,173.50** |
| **Less 10.00% Discount:** | **(10,017.35)** |
| **Services Billed:** | **90,156.15** |
| **Invoice Total** | **90,156.15** |

# EXHIBIT "3C"

**Professional and Paraprofessional Time Record for the Ector County RFP Protest**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124
Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

May 6, 2026

Invoice No. 11752857
Nick Tsui
Client.Matter: 072979.646808
Ector County,TX Protest

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/19/2026 | Arabella Okwara | 0.30 | Correspond with client regarding Protest. |
| 02/19/2026 | Arabella Okwara | 0.40 | Call with client representatives to discuss Declaration. |
| 02/19/2026 | Arabella Okwara | 1.60 | Revise Protest. |
| 02/19/2026 | Arabella Okwara | 0.50 | Research Protest rules and deadlines. |
| 02/20/2026 | Jeffrey Belkin | 1.30 | Analyze and revise Protest and Declaration. |
| 02/20/2026 | Arabella Okwara | 1.10 | Draft client Declaration in Support of Protest. |
| 02/20/2026 | Arabella Okwara | 0.80 | Revise Protest. |
| 02/20/2026 | Arabella Okwara | 0.30 | Research Texas declaration requirements. |
| 02/20/2026 | Arabella Okwara | 0.60 | Prepare Protest for submission. |
| 02/24/2026 | Arabella Okwara | 0.30 | Analyze County's Response to Protest. |
| 02/25/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding CO action to Commissioner's court. |
| 02/25/2026 | Arabella Okwara | 0.70 | Draft email to Purchasing Agent regarding protest procedure. |
| 03/02/2026 | Arabella Okwara | 0.30 | Correspond with client regarding Contracting Officer's decision. |
| 03/09/2026 | Nathan Sinning | 0.30 | Communicate with legal team regarding upcoming protest hearing. |
| 03/11/2026 | Nathan Sinning | 0.90 | Review protest documents in preparation for upcoming hearing and communications related to same. |
| 03/12/2026 | Nathan Sinning | 0.20 | Communications to set up meeting to discuss upcoming hearing. |
| 03/12/2026 | Jeffrey Belkin | 0.60 | Correspondence with N. Sinning regarding hearing. |
| 03/13/2026 | Nathan Sinning | 0.80 | Attend meeting with Smart team regarding protest hearing. |
| 03/13/2026 | Nathan Sinning | 1.30 | Communicate with the County regarding upcoming hearing and plan/prepare for same. |
| 03/13/2026 | Jeffrey Belkin | 0.70 | Conference with D. Gann, J.Logan, N.Sinning, A. Okwara regarding protest hearing. |

Client: 072979
Matter: 646808

# ALSTON & BIRD

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/13/2026 | Arabella Okwara | 0.80 | Call with client to discuss Protest Argument. |
| 03/15/2026 | Nathan Sinning | 1.10 | Draft/revise oral argument for protest hearing. |
| 03/16/2026 | Nathan Sinning | 4.60 | Prepare for/travel to Commissioners Board hearing and communicate with County and Smart related to same. |
| 03/16/2026 | Jeffrey Belkin | 0.50 | Revise summary of oral argument. |
| 03/16/2026 | Jeffrey Belkin | 0.50 | Conference with N. Sinning, D. Gann regarding Commissioner's Court. |
| 03/16/2026 | Arabella Okwara | 1.20 | Draft argument for Protest hearing. |
| 03/17/2026 | Nathan Sinning | 6.60 | Attend Commissioners Board hearing and communications related to same. |
| 03/17/2026 | Jeffrey Belkin | 0.80 | Conference with N. Sinning and D. Gann regarding Commissioner's Court decision. |
| 04/01/2026 | Nathan Sinning | 0.20 | Review Ector County Commissioner's Court meeting minutes from protest hearing. |
| 04/01/2026 | Arabella Okwara | 0.20 | Provide update to client regarding Commissioners' Court meeting minutes. |

## Summary of Services

| Timekeeper | Hours | Rate | Amount (USD) |
|-----------|-------|------|--------------|
| Nathan Sinning | 16.00 | 1,530.00 | 24,480.00 |
| Jeffrey Belkin | 4.80 | 1,765.00 | 8,472.00 |
| Arabella Okwara | 9.10 | 1,165.00 | 10,601.50 |
| **Totals** | **29.90** | | **43,553.50** |

| | |
|---|---|
| **Services Rendered:** | **43,553.50** |
| **Less 10.00% Discount:** | **(4,355.35)** |
| **Services Billed:** | **39,198.15** |

## DISBURSEMENTS

| Date | Activity | Amount |
|------|----------|--------|
| 04/10/2026 | Nathan Sinning - Attend bid protest hearing at the Ector County Commissioners Court - 03/16/2026 - 03/17/2026 - Lodging, Mileage-Personal Car | 654.85 |

| | |
|---|---|
| **Total Disbursements** | **654.85** |

| | |
|---|---|
| **Invoice Total** | **39,853.00** |

# EXHIBIT "3D"

**Professional and Paraprofessional Time Record for the Securus RFP Protest**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD
**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

May 6, 2026

Invoice No. 11758859
Nick Tsui
Client.Matter: 072979.651050
Spartanburg County

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/17/2026 | Jeffrey Belkin | 0.80 | Review and analyze documents related to Securus protest. |
| 04/18/2026 | Jeffrey Belkin | 1.10 | Conference w/ J Logan, D. Gann regarding Securus protest. |
| 04/19/2026 | Arabella Okwara | 0.60 | Review Complaint. |
| 04/20/2026 | Jeffrey Belkin | 1.10 | Conference w/ J Logan, D. Gann regarding Securus protest. |
| 04/20/2026 | Kyle Hair | 0.60 | Analyze complaint, strategy regarding response. |
| 04/21/2026 | Jeffrey Belkin | 1.00 | Conference w/ J Logan, D. Gann K. Hair regarding Securus protest and TRO strategy. |
| 04/21/2026 | Kyle Hair | 1.40 | Analyze complaint, strategy regarding response. |
| 04/22/2026 | Jeffrey Belkin | 1.60 | Analyze TRO. |
| 04/22/2026 | Jeffrey Belkin | 0.60 | Conference with D. Gann. |
| 04/22/2026 | Jeffrey Belkin | 0.40 | Conference with K. Hair. |
| 04/23/2026 | Jeffrey Belkin | 1.50 | Analyze draft response and SC research. |
| 04/23/2026 | Jeffrey Belkin | 1.00 | Telephone conference with G. Placone, D. Gann. |
| 04/23/2026 | Kyle Hair | 1.10 | Analyze motion for TRO, strategy and outlining for response. |
| 04/23/2026 | Kyle Hair | 0.30 | Analysis and correspondence regarding potential for hearing, procedures. |
| 04/24/2026 | Jeffrey Belkin | 1.00 | Telephone conference with G. Placone, D. Gann, and K. Hair. |
| 04/24/2026 | Kyle Hair | 0.60 | Planning and strategy regarding motion for TRO. |
| 04/28/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding TRO status and records requests. |

# ALSTON & BIRD

### Summary of Services

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Jeffrey Belkin | 10.50 | 1,765.00 | 18,532.50 |
| Kyle Hair | 4.00 | 1,165.00 | 4,660.00 |
| Arabella Okwara | 0.60 | 1,165.00 | 699.00 |
| **Totals** | **15.10** | | **23,891.50** |

| | |
|---|---|
| **Services Rendered:** | **23,891.50** |
| **Less 10.00% Discount:** | **(2,389.15)** |
| **Services Billed:** | **21,502.35** |
| | |
| **Invoice Total** | **21,502.35** |

# EXHIBIT "3E"

**Professional and Paraprofessional Time Record for the Webb County RFP Protest**

**ATLANTA**
**BRUSSELS**
**CENTURY CITY**
**CHARLOTTE**
**CHICAGO**
**DALLAS**
**LONDON**
**LOS ANGELES**
**NEW YORK**
**RALEIGH**
**SAN FRANCISCO**
**SILICON VALLEY**
**WASHINGTON, DC**

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

May 6, 2026

Invoice No. 11758860
Nick Tsui
Client.Matter: 072979.651688
Webb County Protest

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/28/2026 | Nathan Sinning | 1.40 | Review various protest related documents and various communications regarding potential protest. |
| 04/28/2026 | Jeffrey Belkin | 1.00 | Analyze RFP. |
| 04/28/2026 | Jeffrey Belkin | 0.70 | Correspondence with J.Logan, D.Gann, and N. Sinning. |
| 04/29/2026 | Nathan Sinning | 2.20 | Review and analyze various protest related documents and County procurement guidelines. |
| 04/29/2026 | Jeffrey Belkin | 1.00 | Analyze correspondence for protest issues. |
| 04/29/2026 | Jeffrey Belkin | 0.90 | Conference with J. Logan, D. Gann, N. Sinning re: history and protest issues. |
| 04/30/2026 | Nathan Sinning | 3.10 | Draft/revise protest, draft/revise public records act request, research law regarding disqualification and protest procedures. |
| 04/30/2026 | Nathan Sinning | 3.00 | Communicate with the County, the Smart team and legal team regarding same. |
| 04/30/2026 | Jeffrey Belkin | 2.00 | Revise protest, public records request. |
| 04/30/2026 | Sidney Webb | 1.20 | Analyze Webb county requirements for filing public information request and submit. |
| 04/30/2026 | Sidney Webb | 1.40 | Analyze and compile contact information for sending protest |
| 04/30/2026 | Sidney Webb | 1.20 | Analyze and compile Texas case law supporting protest response. |

# ALSTON & BIRD

## Summary of Services

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Nathan Sinning | 9.70 | 1,530.00 | 14,841.00 |
| Jeffrey Belkin | 5.60 | 1,765.00 | 9,884.00 |
| Sidney Webb | 3.80 | 1,055.00 | 4,009.00 |
| **Totals** | **19.10** | | **28,734.00** |

| | |
|---|---|
| **Services Rendered:** | 28,734.00 |
| **Less 10.00% Discount:** | (2,873.40) |
| **Services Billed:** | 25,860.60 |
| **Invoice Total** | 25,860.60 |