UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| SMART COMMUNICATIONS HOLDING, INC., | Chapter 11<br>Case No. 8:25-bk-09473-RCT |
| SMART COMMUNICATIONS COLLIER, INC., | *Jointly Administered with*<br>Case No. 8:26-bk-00146-RCT |
| Debtors. | |

_____/

**FIRST INTERIM APPLICATION FOR COMPENSATION
TO SHANE VOGT AND VOGT LAW AS SPECIAL LITIGATION COUNSEL
TO THE DEBTORS-IN-POSSESSION AND AFFILIATES OF THE
DEBTORS-IN-POSSESSION IN THE ENGELKE ACTIONS
FOR THE PERIOD DECEMBER 16, 2025 THROUGH APRIL 30, 2026**

**NOTICE OF APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AND
OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Shane Vogt and Vogt Law, counsel for the Debtors-in-Possession, ("Applicant") has filed an application for compensation in the amount of $82,900.00 and reimbursement of expenses in the amount of $750.00 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to the Debtor's bankruptcy counsel, Eric D. Jacobs, Esq., at (813) 439-3100 or ejacobs@venable.com.

If you object to the Application, you must file an objection with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

**SUMMARY OF FIRST INTERIM APPLICATION FOR COMPENSATION
TO VOGT LAW, AS SPECIAL LITIGATION COUNSEL TO
THE DEBTORS-IN-POSSESSION AND AFFILIATES OF
THE DEBTORS-IN-POSSESSION IN THE ENGELKE ACTIONS**

1. Name of Applicant:                    Shane Vogt/Vogt Law

2. Services Provided to:             Debtors-in-Possession, Smart Communications Holding, Inc. and Smart Communications Collier, Inc.

3. Date of Retention:               December 16, 2025 [ECF No. 223]

4. Period for this Application:       December 16, 2025 – April 30, 2026

5. Amount of Compensation Sought:   $82,900.00

6. Amount of Expense Reimbursement:  $750.00

7. Amount of Original Retainer:       N/A

8. Current Balance of Retainer Remaining:  N/A

9. Hourly Rate for this Application:    $500.00         Cumulative: N/A

10. This is an:                    x  interim    ____ final application

11. Disclosure of prior applications:   N/A (First Application)

| Period Covered | Requested | | Awarded | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses | |
| N/A | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

SMART COMMUNICATIONS COLLIER, INC.,

Debtors.
_____/

Chapter 11
Case No. 8:25-bk-09473-RCT

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

**FIRST INTERIM APPLICATION FOR COMPENSATION
TO SHANE VOGT AND VOGT LAW AS SPECIAL LITIGATION COUNSEL
TO THE DEBTORS-IN-POSSESSION AND AFFILIATES OF THE
DEBTORS-IN-POSSESSION IN THE ENGELKE ACTIONS
<u>FOR THE PERIOD DECEMBER 16, 2025 THROUGH APRIL 30, 2026</u>**

The Applicant, Shane B. Vogt, Esq. and VOGT LAW ("**Vogt**"), having been approved by this Court as special litigation counsel for the Debtors-in-Possession, Smart Communications Holding, Inc. and Smart Communications Collier, Inc. (the "**Debtors-in-Possession**") and affiliates of the Debtors-in-Possession in the Engelke Actions, applies for its first interim allowance of compensation for professional services rendered and reimbursement of the necessary expenses pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rule of Bankruptcy Procedure, and the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(2). The exhibits attached to this Application, pursuant to the Guidelines, are:

Exhibits "1" -   Summary of Professional Time.

Exhibit "2" -   Summary of Requested Reimbursements of Expenses.

Exhibit "3" -   The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

Vogt submits that the requested fee in the amount of $82,900.00 for 165.8 hours worked is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express,*

3

*Inc.,* 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America,* 554 F.2d 1291 (5th Circuit 1977).

**I.     RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD**

On May 2, 2026, this Court entered an Order authorizing the employment of Vogt as special litigation counsel for the Debtors-in-Possession [ECF No. 223] (the "**Employment Order**") retroactive to December 16, 2025.  This Application is for fees and costs incurred from December 16, 2025, through April 30, 2026 (the "**Application Period**"). In connection herewith, Vogt seeks its first interim award of $82,900.00 in fees for services rendered and $750.00 for reimbursement of expenses incurred during the Application Period.

**II.     DESCRIPTION AND SUMMARY OF SERVICES PERFORMED DURING THE APPLICATION PERIOD**

During the Application Period, Vogt performed a multitude of legal services which were necessary to effectively represent the interests of the Debtors-in-Possession and non-debtor affiliates in several pending state court actions, including:  (1) a statutory stock appraisal action against Melvin W. Engelke, III ("Engelke"), styled *Smart Communications US, Inc. v. Melvin Engelke, III*, bearing Hillsborough County Case No. 16-CA-010972 (the "Appraisal Action"), (2) an action against Smart Communications US, Inc. ("Smart Comm US") for inspection of Smart US' corporate records, styled *Melvin Engelke, III v. Smart Communications US, Inc.*, bearing Hillsborough County Case No. 16-CA-000491 (the "Records Action"); and (3) Engelke's action against James Logan, Jonathan Logan, Debtors-in-Possession, other non-debtor subsidiaries, styled *Melvin W. Engelke, III v. James Logan, et al.,* pending in Hillsborough County, Florida bearing Case No. 19-CA-002628 (the "Dec Action").   The legal services Vogt rendered in the Appraisal Action, Records Action, and Dec Action provided benefit to the estate. A summary of

4

the legal services Vogt performed in each of these actions is set forth below and reflected in the attached exhibits.

### Employment Applications

Vogt worked with Debtor's bankruptcy counsel (Venable LLP) to prepare an employment application and supporting declaration, inclusive of preparing, reviewing, and editing drafts thereof, communicating with Venable about the drafts, and finalizing the application and supporting declaration.

### Appraisal & Records Actions

Vogt performed various services in connection with the Appraisal and Records Actions, which are consolidated and set for trial in mid-June 2026.  The work Vogt performed on these cases includes: preparing filings and proposed orders and reports to comply with case management and pretrial deadlines and pretrial and case management orders; written discovery and document productions; completing and reviewing expert disclosures; preparing for expert depositions; preparing trial witness and exhibit lists and trial exhibits; attending a final case management conference; preparing and filing potentially case dispositive motions in accordance with pretrial deadlines; conducting settlement negotiations and drafting potential settlement documents; and preparing the cases for trial.

### Dec Action

Vogt performed various services in connection to help bring the Dec Action to a conclusion at the trial level.  The work Vogt performed includes: preparing filings and proposed orders and reports to comply with case management and pretrial deadlines; written discovery and document productions; preparing for and presenting argument at a hearing on a motion to dismiss that resulted in the dismissal of all remaining claims, preparing and finalizing a proposed final

judgment memorializing the dismissal; preparing and filing a motion seeking attorneys' fees, costs, and sanctions against Engelke; and beginning work on Engelke's appeal of the final judgment entered in favor of the remaining defendants.

### III. EVALUATION OF SERVICES RENDERED: FIRST COLONIAL CONSIDERATIONS

This Application presents the nature and extent of the professional services rendered by the Applicant in connection with its representation of the Debtor. The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent. A mere reading of the time summary annexed hereto does not completely reflect the full range of services the Applicant rendered and the complexity of the litigation involved, which spans over a decade across several actions.

American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees. First Colonial remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code. Grant v. George Schuman Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990); 2 Collier on Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); See also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981). The twelve factors are: the time and labor required; the novelty and difficulty of the services rendered; the skill requisite to perform the services properly; the preclusion of other employment by the professional due to the acceptance of the case; the customary fee; whether the fee is fixed or contingent; the time limitations imposed by the client or other circumstances; the experience, reputation, and ability of the professional; the undesirability of the case; the nature and length of the professional relationship of the client; and awards in similar cases. First Colonial, 544 F.2d at 1298-99.

Based on the standards set forth in section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is in the amount of $82,900.00.

**A. Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors.**

The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services the Applicant rendered for the benefit of the estate during the period covered by this Application. The total number of hours expended (165.8 hours) reveals the extensive time devoted to these matters by the Applicant at an hourly attorney rate of $500.00. In addition to the activities specified herein, the Applicant has dealt with various legal issues which have arisen in the Appraisal Action, Records Action, and Dec Action during the period covered by this Application. Accordingly, based upon these criteria, the Applicant believes that given the results obtained thus far, Vogt has obtained substantially beneficial results for the estate and its creditors.

**B. Novelty and Difficulty of Questions Presented.**

In providing services to the Debtors-in-Possession, Applicant has dealt with several novel legal issues in the context of the factually and procedurally complex history of the Appraisal Action, Records Action, and Dec Action.

**C. Skill Requisite to Perform Services Properly.**

In rendering services to the estate, the Applicant demonstrated substantial legal skill and expertise in complex business litigation.

**D. Preclusion from Other Employment by Attorney Due to Acceptance of Case.**

The Applicant's representation of the estate in the Appraisal Action, Records Action, and Dec Action does not preclude it from accepting other employment. These actions, all of which

7

are/were scheduled for trial in June 2026, have become time-intensive and Vogt is a solo practitioner unable to take on additional cases and perform work on other matters because of the work performed for the estate.

### E.      Customary Fee.

Vogt's hourly rate of $500.00 is well within the range approved by courts within and outside this District for services performed in complex business litigation matters by other counsel of like reputation and experience.

### F.      Whether Fee is Fixed or Contingent.

The Applicant's compensation in this matter is subject to approval of the Court and is therefore contingent. The amount requested is consistent with the fee which the Applicant would charge its clients in other non-contingent complex business litigation cases.

### G.      Time Limitations Imposed by Client or Other Circumstances.

The Applicant's representation of the estate in the Appraisal Action, Records Action, and Dec Action, all of which are/were scheduled for trial in June 2026 and had numerous corresponding trial and pretrial deadlines have become time-intensive and imposed certain time constraints on the Applicant.

### H.      Experience, Reputation and Ability of Attorneys.

Vogt is well-experienced in matters of this kind and Board Certified in Business Litigation Law and Civil Trial Law.

### I.      "Undesirability" of Case.

The Appraisal Action, Records Action, and Dec Action are somewhat undesirable given their extensive and complicated procedural history. Engelke has been represented by several different law firms throughout these actions.

**J.**      **Nature and Length of Professional Relationship with Client.**

The Applicant's professional relationship with the Debtors-in-Possession dates back approximately eight years, when Vogt began working on the Records Action and Valuation Action, as well as related litigation, while working as a shareholder at the Turkel, Cuva, Barrios law firm.

**K.**      **Awards in Similar Cases.**

The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity. The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community. Considering the results obtained in light of the nature of the Applicant's employment, the lack of a retainer and the complexity of the issues addressed during the period covered by this Application, this rate is entirely appropriate. Likewise, Applicant's overhead expenses are absorbed in the hourly rate. A large portion of any fee which the Court awards the Applicant will merely defray such significant overhead expenses already incurred and paid during the pendency of this case.

**IV.  REIMBURSEMENT OF EXPENSES**

Consistent with Local Rule 2016-1(e), Bankruptcy Rule 2016, and the Expense Reimbursement Guidelines, attached hereto as Exhibit 2 is a detailed list of expenses incurred. Vogt seeks reimbursement of out-of-pocket expenses totaling $750.00 during the application period. This expense is the mediator's fee for a court-ordered mediation

**V.  CONCLUSION**

The Applicant has provided valuable services in the representation of the estates and their interests in the Appraisal Action, Records Action, and Dec Action. For this reason and all of the

9

reasons set forth in this Application, the Applicant seeks a first interim award of $82,900.00 in fees for services rendered and $750.00 for reimbursement of expenses incurred during the period covered by this Application.  Consistent with the Debtors' filings in these Chapter 11 cases and the Employment Order, the services and any fees awarded to Vogt may be paid by Smart Communications Collier, Inc., subject to approval by this Court.

WHEREFORE, the Applicant, Shane Vogt and VOGT LAW, respectfully request the Court enter an Order approving the Application and granting such other and further relief as the Court deems appropriate.

Dated:  May 22, 2026.                    Respectfully submitted,

**VENABLE LLP**
*Attorneys for Smart Communications Holding, Inc.*
 *and Smart Communications Collier, Inc.*
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Telephone: (813) 439-3100

By:   */s/ Eric D. Jacobs*
      Eric D. Jacobs, Esq.
      Florida Bar No. 85992
      Email: ejacobs@venable.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 22, 2026, a true and correct copy of the foregoing document has been furnished via electronic mail by virtue of the Court's CM/ECF System to all parties registered to receive notice in this action.

By:   */s/ Eric D. Jacobs*
      Eric D. Jacobs, Esq.

# EXHIBIT "1"

## Summary of Professional and Paraprofessional Time
## Total per Individual for this Period Only

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well]

| Name | Partner Associate or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|------|------|------|------|------|------|
| Shane Vogt | Partner | 2000 | 165.80 | $500.00 | $82,900.00 |
| **TOTAL** | | | 165.80 | | $82,900.00 |

11

# EXHIBIT "2"

### Summary of Requested Reimbursement of Expenses
### for this Time Period Only

| DISBURSEMENTS | AMOUNT |
|---|---|
| 1.    Filing Fees | |
| 2.    Process Service Fees | |
| 3.    Witness Fees | |
| 4.    Court Reporter & Transcripts | |
| 5.    Lien and Title Searches | |
| 6.    Photocopies (in-house copies)<br>    A.    Color copies (8,779 at $0.25 each)<br>    B.    Black & White copies (4914 at $0.10 each) | |
| 7.    Photocopies (outside copies) | |
| 8.    Postage | |
| 9.    Overnight Delivery Charges (FedEx) | |
| 10.    Outside Courier/Messenger Services | |
| 11a.    Long Distance (a) Telephone Charges | |
| 11b.    Long Distance (b) Conference Calls/Court Call | |
| 12.    Long Distance Fax Transmission @ $1.00/pg. | |
| 13.    Computerized Research | |
| 14.    Out of Southern District of Florida Travel<br>    A.    Transportation/Airfare<br>    B.    Lodging<br>    C.    Meals<br>    D.    Parking | |
| 15.    Other (Not specifically disallowed; must specify and justify)<br><br>Mediator's Fee for Court Ordered mediation on April 2, 2026 | $750.00 |
| **TOTAL AMOUNT OF EXPENSES** | **$750.00** |

12

# EXHIBIT "3"

[The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.]



### VOGT LAW

625 E. Twiggs St. Suite 1090
Tampa, Florida 33602
svogtlaw.com

## INVOICE

Invoice # 1086
Date: 05/19/2026
Due Upon Receipt

Smart Communications US, Inc.
10491 72nd Street
Seminole, FL 33777
United States of America

## 01003-Smart Communications US, Inc.

## Melvin Engelke; Business Records Inspection [Case 16-CA-000491] & Stock Valuation [Case 16-CA-010972]

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 12/17/2025 | Review, revise and finalize Response and Objection to Engelke's Second Request for Production to Smart Comm US, including review and incorporation of case law in support of Objections therein and review of prior productions | 3.50 | $500.00 | $1,750.00 |
| Service | 12/18/2025 | Review and analyze Engelke's Response to Third Request for Production; Provide client status update concerning ███████████████ | 1.20 | $500.00 | $600.00 |
| Service | 12/19/2025 | Extended conference with E. Jacobs re. ███████████████ ; Follow-up work on issues discussed with E. Jacobs | 0.90 | $500.00 | $450.00 |
| Service | 01/05/2026 | Prepare and respond to several emails with J. Landkammer regarding potential deposition dates and other upcoming case management deadlines, and prepare status update to client regarding ███████████████ | 0.70 | $500.00 | $350.00 |

| Service | 01/06/2026 | Review and respond to emails from J. Landkammer and attached proposed motion and order regarding agreed extension of fact discovery deadline and follow-up on same | 0.50 | $500.00 | $250.00 |
|---|---|---|---|---|---|
| Service | 01/13/2026 | Review request from opposing J. Landkammer regarding extension of time for Engelke'sexpert report and follow-up on same | 0.20 | $500.00 | $100.00 |
| Service | 01/27/2026 | Client status conference to discuss ███████, including review of underlying orders and case file materials related to same | 0.40 | $500.00 | $200.00 |
| Service | 02/06/2026 | Review and analysis of Engelke Expert Disclosure and Sorren Business Valuation Report, conduct follow-up research regarding same, and analyze S. Urso expert report and opinions in connection with same | 4.80 | $500.00 | $2,400.00 |
| Service | 02/25/2026 | Review email from J. Landkammer re: upcoming Case Management Conference, need for Joint Report under governing procedural rules, and review and identification of deadlines and critical tasks associated with same | 0.50 | $500.00 | $250.00 |
| Service | 02/26/2026 | Telephone conference with E. Jacobs re. ████████ | 0.50 | $500.00 | $250.00 |
| Service | 03/02/2026 | Review Order granting extension of time to complete mediation; Telephone call with J. Landkammer re. case status, upcoming deadlines, mediation, and potential for settlement; Work on identifying and outlining potential dispositive and pretrial motions to be filed prior to case management/pretrial deadlines and analysis of pleadings, depositions, and discovery materials in connection with same | 5.30 | $500.00 | $2,650.00 |
| Service | 03/09/2026 | Preparation of draft Joint Case Management Report and review of file materials in connection with same; Work on preparation of Smart Comm US Trial Witness and Exhibit Lists and review of document productions and depositions in connection with same | 6.50 | $500.00 | $3,250.00 |
| Service | 03/10/2026 | Complete preparation of draft Joint Final Case Management Report and circulate same to J. Landkammer for review and approval; Analyze J. Landkammer proposed edits to same; Finalize Joint Case Management Report; Complete preparation of Smart Comm US Trial Witness and Exhibit Lists and review of file materials, critical documents, deposition testimony, and expert | 5.90 | $500.00 | $2,950.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | reports in connection with same; Review Engelke Trial Witness and Exhibit Lists | | | |
| Service | 03/11/2026 | Preparation for Final Case Management Conference on March 12, 2026; Continue preparation of Motions for Summary Judgment/ Judgment on the Pleadings for stock valuation and business records cases, including legal and factual research and review of supporting pleadings and discovery materials supporting same; Prepare client status update concerning ██████████████████████ | 4.90 | $500.00 | $2,450.00 |
| Service | 03/12/2026 | Attend Final Case Management Conference before Judge Farfante; Telephone call with E. Jacobs re: same; Provide client status update re: ████████████████████ | 2.70 | $500.00 | $1,350.00 |
| Service | 03/16/2026 | Telephone conference with Sal Urso (valuation expert) concerning role as expert witness, case overview, background, and status, and next steps going forward; Rveiew and analyze Urso report in connection with same; Email J. Landkammer re: mediation and deposition scheduling; Research applicable provisions of valuation statutes addressing ███████████████ ████████████ Prepare and respond to several emails from client and J. Landkammer re: same; Continue working on preparation of Motions for Summary Judgment/Judgment on the Pleadings and incorporated memoranda of law, including factual and legal research in support of same; Prepare initial draft of Request for Judicial Notice ion support of Motions for Summary Judgment | 6.60 | $500.00 | $3,300.00 |
| Service | 03/17/2026 | Prepare legal and procedural overview of issues surrounding ████████████████ ████████████████ nd strategies related to same; Several emails with client ██████ ██████ ; Review, preparation, and organization of ██████████ | 1.80 | $500.00 | $900.00 |
| Service | 03/19/2026 | Complete preparation of Case Summary and Overview and identification of key attachments to include in same for Sal Urso and transmit same; Work on preparation of Motions for Summary Judgment/Judgment on the Pleadings and research in support of same | 2.00 | $500.00 | $1,000.00 |
| Service | 03/20/2026 | Prepare and respond to several emails with Sal Urso re: stock valuation issues, Sorren | 1.00 | $500.00 | $500.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | valuationreport, and related matters; Review Notice of Mediation; Follow-up on issues raised by client in recent status emails | | | |
| Service | 03/23/2026 | Emails with J. Landkammer re. expert depositions and status call; Continue working on draft Motions for Judgment on the Pleadings and/or Summary Judgment in Records Case and Stock Valuation Case | 3.70 | $500.00 | $1,850.00 |
| Service | 03/24/2026 | Prepare and respond to numerous emails with J. Landkammer re: scheduling valuation expert depositions and other case management issues | 0.30 | $500.00 | $150.00 |
| Service | 03/25/2026 | Prepare detailed client status update, including ███████████████████ Follow-up with valuation expert, S. Urso, re: scheduling deposition and preparation for same | 1.00 | $500.00 | $500.00 |
| Service | 03/26/2026 | Telephone call with J. Landkammer re: case status, ability to pay issues, and expert discovery and depositions; Complete research re: ████ ███████; Client conference re: same; Work on preparation of and revisions to Motions for Judgment on Pleadings/Summary Judgment in Records Case and Stock Valuation case, including additional factual and legal research in support of same | 4.50 | $500.00 | $2,250.00 |
| Service | 03/27/2026 | Prepare and respond to several emails with J. Lankammer re: expert depositions, upcoming case management deadlines and related issues and complete follow-up work on same | 0.30 | $500.00 | $150.00 |
| Service | 03/28/2026 | Complete initial draft of and work on revisions to Motions for Judgment on the Pleadings or Summary Judgment in Business Records Action [16-CA-00491] and Stock Appraisal Action [16-CA-10972], including factual and legal research in support of same; Review and analysis of prior pleadings, motions, hearing transcripts, and record evidence in support of summary judgment and judgment on the pleadings arguments for same | 5.30 | $500.00 | $2,650.00 |
| Service | 03/30/2026 | Continue working on revisions to Motions for Judgment on Pleadings/Summary Judgment in Records Case and Stock Valuation Case and legal research in support of same; Complete initial draft of Request for Judicial Notice and identification of records to include in same; Review initial draft of Application to Employ and Declaration in Support of Same | 3.80 | $500.00 | $1,900.00 |
| Service | 03/31/2026 | Review and revise Application to Employ and | 1.50 | $500.00 | $750.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | supporting Declaration and circulate same for review and comment; Review proposed Joint Motion for Extension of Expert Discovery deadline, complete revisions to same, and circulate to J. Landkammer; Review S. Urso Notice of Taking Deposition and update Urso re: same | | | |
| Service | 04/01/2026 | Continue working on reparation of and revisions to Motions for Judgment on the Pleadings or Summary Judgment in Business Records Action [16-CA-00491] and Stock Appraisal Action [16-CA-10972], including factual and legal research in support of same; Preparation of draft Request for Judicial Notice in support of summary judgment motions; Review and revise draft Application for Employment and supporting Declaration | 6.30 | $500.00 | $3,150.00 |
| Service | 04/02/2026 | Review, revise, and finalize Motion for Judgment on the Pleadings or Summary Judgment in Corporate Records case [16-CA-00491] and Stock Valuation Case [16-CA-010972] and complete legal research in support of same; Review, revise, and finalize Request for Judicial Notice and review and organization of Court filings for same | 6.50 | $500.00 | $3,250.00 |
| Service | 04/06/2026 | Prepare Mediation Summary for April 8, 2026, Mediation and review and organize materials to prepare for Mediation; Continue working on Application for Employment; Outline potential case dispositive pre-trial motions and review and analyze file materials and research re: same | 4.10 | $500.00 | $2,050.00 |
| Expense | 04/08/2026 | Reimbursable expenses: Mediation of multi-party dispute in Melvin W. Engelke, III V. Smart Communications US, Inc., Case No. 16-CA-000491 (consolidated with Case No. 16-CA-010972), conducted via Zoom on April 8, 2026. Preparation for and participation in mediation session involving multiple parties and counsel, including facilitation of negotiations, evaluation of claims and defenses, and continued settlement discussions. Session concluded in impasse after good faith negotiations. | 1.00 | $750.00 | $750.00 |
| Service | 04/08/2026 | Complete preparation for and attend Mediation; Follow-up on results of same; Prepare request for extended hearing time on Smart Comm US's Motions for Judgment on Pleadings/Summary Judgment per Judge Farfante's Practices/ Procedures; Complete corrected filings per Clerk instructions; Review file materials re: valuation expert, Sal Urso, to begin preparation for upcoming expert depositions | 5.30 | $500.00 | $2,650.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 04/09/2026 | Finalize Request for extended hearing on Smart Comm US Motions for Judgment on Pleadings and Summary Judgment and Request for Judicial Notice and submit same to Judge Farfante; Review Mediator's Report | 0.60 | $500.00 | $300.00 |
| Service | 04/09/2026 | Prepare for and conduct deposition preparation call with Sal Urso (Smart Comm US valuation expert) and follow-up on same; Review and analysis of valuation expert reports in preparation for upcoming depositions; Work on preparation of and revisions to Employment Application and supporting Declaration; Review and identify upcoming deadlines associated with trial and pretrial conference and organize file materials to perform work needed for same | 4.80 | $500.00 | $2,400.00 |
| Service | 04/10/2026 | Complete revisions to Employment Application and supporting Declaration and review and follow-up on additional edits and comments on same; Begin working on preparation of Uniform Order Setting Trial and Pretrial, as well as review and organization of potential trial exhibits and deposition designations needed for same | 4.00 | $500.00 | $2,000.00 |
| Service | 04/13/2026 | Confirm hearing on Smart Comm US Motions for Judgment on Pleadings/Summary Judgment and prepare Notice of Hearing for same; Prepare correspondence to Judge Farfante with courtesy copies of Notice of Hearing and Motions scheduled to be heard, per his Practices/Procedures; Prepare Notice of Taking Deposition for George Mendez, Engelke valuation expert | 1.10 | $500.00 | $550.00 |
| Service | 04/20/2026 | Prepare and respond to numerous emails and conduct telephone conference with client re: settlement negotiations and proposal; Telephone conference with J. Landkammer re: settlement; Email S. Urso re: duces tecum document request in deposition notice and documents needed; Review response from S. Urso to same, including requested documents provided | 2.00 | $500.00 | $1,000.00 |
| Service | 04/21/2026 | Outline potential settlement terms with J. Landkammer and begin preparing draft Settlement Agreement; Email E. Jacobs re: ██████████████████████ Confirm agreement to continuation of expert depositions with J. Landkammer | 1.50 | $500.00 | $750.00 |
| Service | 04/23/2026 | Complete initial draft of potential Settlement Agreement | 1.00 | $500.00 | $500.00 |
| Service | 04/24/2026 | Client conference re: ████████ ████████ Review court filings, | 2.30 | $500.00 | $1,150.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | testimony, ███████████ ███████████ | | | |
| Service | 04/27/2026 | Follow-up client call re: ████████ ████████; Complete revisions to draft agreement and circulate same to J. Landkammer for review | 0.50 | $500.00 | $250.00 |
| Service | 04/28/2026 | Complete preparation of updated draft of proposed Settlement Agreement and circulate for review and comment; Review and incorporate ████████████ re: same; Work on draft Uniform Pretrial Order and related tasks, including deposition designations and organization of potential trial exhibits; Call with J. Landkammer re: status of settlement negotiations and upcoming Pretrial deadlines and Conference | 2.40 | $500.00 | $1,200.00 |
| Service | 04/29/2026 | Prepare Amended Notice of Taking Deposition for George Mendez; Continue work on proposed Settlement Agreement and review of Engelke's prior testimony, statements, and court filings in connection with same; Numerous emails with client re: same | 2.50 | $500.00 | $1,250.00 |
| Service | 04/30/2026 | Receive and review proposed Settlement Agreement revisions from J. Landkammer and follow-up on same; Work on preparation of Uniform Pretrial Order and supporting filings in preparation for attorney conference with J. Landkammer on May 1, 2026 | 2.00 | $500.00 | $1,000.00 |
| | | | | **Total** | **$59,350.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1086 | 05/19/2026 | $59,350.00 | $0.00 | $59,350.00 |
| | | | **Outstanding Balance** | **$59,350.00** |
| | | | **Total Amount Outstanding** | **$59,350.00** |

Please make all amounts payable to: Vogt Law

Payment is due upon receipt.

625 E. Twiggs St. Suite 1090
Tampa, Florida 33602
svogtlaw.com

# INVOICE

Invoice # 1086
Date: 05/19/2026
Due Upon Receipt



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.



625 E. Twiggs St. Suite 1090
Tampa, Florida 33602
svogtlaw.com

# INVOICE

Invoice # 1087
Date: 05/19/2026
Due Upon Receipt

Smart Communications Holding, Inc., et al.

10491 72nd Street
Seminole, FL 33777

Jonathan Logan
10491 72nd Street
Seminole, FL 33777

## 01002-Logan

## Melvin Engelke; Declaratory Relief & Fraud [19-CA-002628]

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 12/17/2025 | Review, revise and finalize Remaining Defendants' Responses and Objections to Engelke's Second Requests for Production and review underlying case law in support of Objections included in same | 4.10 | $500.00 | $2,050.00 |
| Service | 12/19/2025 | Review Engelke Responses and Objections to Remaining Defendants' Third Request for Production | 1.20 | $500.00 | $600.00 |
| Service | 01/05/2026 | Prepare and respond to numerous emails with J. Landkammer regarding potential deposition dates and other upcoming case management deadlines; Prepare status update to client regarding ▬▬▬▬▬▬▬▬▬▬ | 0.70 | $500.00 | $350.00 |

| Service | 01/06/2026 | Review and respond to emails from J. Landkammer, including proposed filings regarding agreed extension of fact discovery deadline and follow-up on same | 0.50 | $500.00 | $250.00 |
|---|---|---|---|---|---|
| Service | 01/12/2026 | Review Order Setting Case Management Conference and Landkammer email concerning same; Follow-up on same | 0.30 | $500.00 | $150.00 |
| Service | 01/14/2026 | Review and respond to emails and draft filings related to extensions of expert disclosure and mediation deadlines and need for Order Setting Trial and Pretrial and respond to same; Prepare initial draft of Order Setting Trial and Pretrial | 2.50 | $500.00 | $1,250.00 |
| Service | 01/19/2026 | Review proposed edits to draft Uniform Order Setting Trial and Pretrial from J. landkammer and follow-up on same | 0.20 | $500.00 | $100.00 |
| Service | 01/20/2026 | Receive and review as-filed Order Setting Trial and Pretrial Conference and incorporated pretrial deadlines and identify critical tasks related to same | 1.00 | $500.00 | $500.00 |
| Service | 01/26/2026 | Begin preparation for Feb. 3, 2026 hearing on Remaining Defendants' Motion to Strike and Dismiss and review and analysis of critical case law and authorities to prepare for same; Start to identify key materials to include in hearing binder for Judge Ellison | 2.10 | $500.00 | $1,050.00 |
| Service | 01/27/2026 | Client status conference to discuss ▮▮▮▮▮ | 0.40 | $500.00 | $200.00 |
| Service | 01/28/2026 | Receive, review, and analyze Engelke Response in Opposition to Motion to Strike/Dismiss Second Amended Complaint; Conduct legal research concerning authorities cited therein; Prepare hearing binder for Judge Ellison for 2/3/2026 hearing | 4.30 | $500.00 | $2,150.00 |
| Service | 02/02/2026 | Prepare for 2/3/2026 Hearing on Motion to Dismiss or Strike Engelke Second Amended Complaint; Review pleadings, memoranda of law, and case law in conjunction with same | 5.30 | $500.00 | $2,650.00 |
| Service | 02/03/2026 | Complete final preparation for and present argument at Hearing on Motion to Dismiss/Strike Engelke Second Amended Complaint | 3.50 | $500.00 | $1,750.00 |
| Service | 02/04/2026 | Prepare proposed Order Granting Motion to Dismiss and circulate same to opposing counsel for review and comment | 0.90 | $500.00 | $450.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/05/2026 | Review J. Landkammer proposed edits to proposed Order Dismissing Second Amended Complaint and follow-up on same; Finalize proposed Order and prepare transmittal letter for submission to Court; Prepare Client status update re: same | 1.80 | $500.00 | $900.00 |
| Service | 02/20/2026 | Conference call with J. Anthony and J. Landkammer re. Engelke settlement proposal | 0.50 | $500.00 | $250.00 |
| Service | 02/25/2026 | Review and analyze Engelke Proof of Claim and supporting Affidavit and documents in connection with potential third amended complaint; Review draft Motion to Extend Mediation deadline and follow-up on same | 1.70 | $500.00 | $850.00 |
| Service | 03/03/2026 | Provide client status update re: ███████ ████████<br><br>Outline, review, and identify potential grounds for attorneys' fees and start to prepare Motion for Attorney's Fees and Costs, including review and incorporation of pleadings and prior filings and legal research in support of same | 4.70 | $500.00 | $2,350.00 |
| Service | 03/04/2026 | Legal Research re: potential grounds for attorneys' fees and costs against Engelke in support of Motion for Attorneys' Fees | 2.20 | $500.00 | $1,100.00 |
| Service | 03/11/2026 | Review Engelke Notice of Appeal and update client re: same | 0.20 | $500.00 | $100.00 |
| Service | 03/17/2026 | Receive and review Second DCA's Letters of Acknowledgement for Engelke's new appeal and Order to Show Cause re: facial non-final nature of Order Engelke seeks to review | 0.50 | $500.00 | $250.00 |
| Service | 03/26/2026 | Work on preparation of Motion for Attorneys' Fees, Costs, and Sanctions and complete legal research for same | 2.30 | $500.00 | $1,150.00 |
| Service | 03/31/2026 | Review and revise Motion for Attorneys' Fees and Costs and Sanctions and complete factual and legal research in support of same | 3.60 | $500.00 | $1,800.00 |
| Service | 04/02/2026 | Review correspondence from J. Landkammer and suggested edits to proposed Final Judgment and respond to same; Revise and finalize Motion for Sanctions and Attorneys' Fees and complete final legal and factual research in support of same | 2.50 | $500.00 | $1,250.00 |
| Service | 04/06/2026 | Review correspondence from J. Landkammer re: Order to Show Cause issued by Second DCA and proposed response to same; Respond to J. Landkammer and provide as-entered Final Judgment for Remaining Defendants | 0.60 | $500.00 | $300.00 |
| Service | 04/10/2026 | Follow-up with J. Landkammer on hearing on | 0.80 | $500.00 | $400.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Motion for Attorneys' Fees, Costs, and Sanctions and finalize request for extended hearing to Judge Ellison pursuant to her Procedures/ Preferences; Review Engelke Amended Notice of Appeal | | | |
| Service | 04/17/2026 | Review Engelke Motion to Clarify Date Initial Brief is Due; Review Second DCA Order discharging Order to Show Cause re: jurisdictional issue on appeal | 0.20 | $500.00 | $100.00 |

| | |
|---|---|
| **Total** | **$24,300.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1087 | 05/19/2026 | $24,300.00 | $0.00 | $24,300.00 |
| | | | **Outstanding Balance** | **$24,300.00** |
| | | | **Total Amount Outstanding** | **$24,300.00** |

Please make all amounts payable to: Vogt Law

Payment is due upon receipt.

625 E. Twiggs St. Suite 1090
Tampa, Florida 33602
svogtlaw.com

# INVOICE

Invoice # 1087
Date: 05/19/2026
Due Upon Receipt



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.