**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| SMART COMMUNICATIONS HOLDING, INC. | Case No. 8:25-bk-09473 |
| | *Jointly Administered with* |
| SMART COMMUNICATIONS COLLIER, INC. | Case No. 8:26-bk-00146 |
| **Debtors.** | |
| _____/ | |

**CREDITOR JANICE LOGAN'S LIMITED OBJECTION TO
FIRST INTERIM APPLICATION FOR COMPENSATION TO GA BIBIKOS LC,
AS GENERAL AND LOCAL PENNSYLVANIA COUNSEL FOR THE DEBTOR FOR
THE PERIOD DECEMBER 16, 2025, THROUGH APRIL 30, 2026**

Janice Logan, as Trustee of the James Logan Family Trust, dated February 10, 2021 (the "Trust"), and as former 50% shareholder of Smart Communications Holding, Inc. ("Smart Comm"), by and through undersigned counsel, hereby files this Limited Objection to Smart Comm's First Interim Application for Compensation to GA BIBIKOS LLC, as General and Local Counsel for the Debtor for the Period of December 16 2025 to April 30, 2026 (the "Application") [ECF No. 233] and in support states as follows:

1.     The Trust objects to the Application as it fails to disclose clearly the work performed for the benefit of the estate.

2.     As a preliminary matter, Smart Comm refers to work GA BIBIKOS LLC performed in the "Talbert litigation," but it does not define or provide a case number or jurisdiction to identify the same.  Application at 5.  So too, Smart Comm does not define this litigation in its application to employ GA BIBIKOS LLC.  Doc. 127.

3.      The Application fails to comply with Local Rule 2016-1(c)(2)(iv) which provides:

All applications must include complete and detailed activity descriptions billed in tenths of an hour (six minutes). Each activity description must include the type of activity (e.g., phone call, research) and the subject matter (e.g., cash collateral motion, § 341 meeting, etc.). Activity descriptions may not be lumped – each activity must have a separate description and time allotment.

4.      Specifically, GA BIBIKOS LLC's time sheets fail to list the subject matter on which counsel worked, making it impossible to determine whether the fees sought are reasonable. In other words, the time sheets are redacted so that no reader could adequately determine the work performed on behalf of the estate.

5.      While the Trust does not object to redactions that would be subject to a privilege, like the substance of communications with Smart Comm itself, it appears that several redactions go beyond what would be.  For example, one entry for work performed on March 23, 2026, does not reveal what product counsel worked on or who counsel was communicating with:

| 3/23/2026 | GAB | continue review emails from ████ regarding ████ ; review research regarding ████ ; review, analyze, revise, and further revisions to ████ ; review follow-up questions from ████ regarding ████ ; review and revise draft ████ ; follow up email with client team regarding ████ ; review ████ ; review ████ ; email ████ regarding same | 7.90 | $495.00 | $3,910.50 |

6.      The identities of who GA BIBIKOS LLC spoke with are not privileged information, and thus these time sheets should be refiled without these redactions.

7.      So too, the time sheets should adequately reveal the subject matter at issue pursuant to Local Rule 2016-1(c)(2)(iv).  Without the disclosure of what counsel worked on, no reader could be expected to determine whether the time spent on the same was reasonable.

2

**WHEREFORE**, the Trust respectfully requests that this Court deny the Application without prejudice so that the Debtor may amend their Application to seek the Court's approval to pay GA BIBIKOS LLC for the work performed to the benefit of the estate.

DATED:  June 4, 2026.

/s/ Edward J. Peterson
Edward J. Peterson
Florida Bar No. 0014612
BERGER SINGERMAN LLP
101 E. Kennedy Boulevard, Suite 1165
Tampa, FL 33602
813.498.3400
epeterson@bergersingerman.com
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Response* was served on June 4, 2026, by the Court's CM/ECF system upon all parties registered to receive electronic noticing as noted below:

John A Anthony on behalf of Creditor Melvin Engelke
janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;cfosdick@anthonyandpartners.com;eleith@anthonyandpartners.com

Brad F. Barrios on behalf of Debtor Smart Communications Holding, Inc.
bbarrios@tcb-law.com

Paul J Battista on behalf of Debtor Smart Communications Holding, Inc.
pjbattista@venable.com,
cascavone@venable.com;IMalcolm@venable.com;jnunez@venable.com;hburke@venable.com

Eyal Berger on behalf of Debtor Smart Communications Holding, Inc.
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Teresa Marie Dorr on behalf of U.S. Trustee United States Trustee - TPA
teresa.dorr@usdoj.gov,
brandy.gasaway@usdoj.gov;Dionne.Rumper@usdoj.gov;Juanita.Diaz@usdoj.gov

Michael J. Harwin on behalf of Debtor Smart Communications Holding, Inc.
mharwin@stearnsweaver.com

Eric D Jacobs on behalf of Debtor Smart Communications Holding, Inc.
edjacobs@venable.com,
btraina@venable.com;bmtraina@venable.com;bmtraina@ecf.courtdrive.com;ipmalcolm@venable.com;tmpetrie@venable.com;imalcolm@ecf.courtdrive.com;brhand@venable.com

Anne Krache on behalf of Creditor Janice Logan
akrache@shb.com, anne-krache-9629@ecf.pacerpro.com;rdevaney@shb.com

John W Landkammer on behalf of Creditor Melvin Engelke
jlandkammer@anthonyandpartners.com,
efilings@anthonyandpartners.com,crodriguez@anthonyandpartners.com

Marc L. Levine on behalf of Creditor Janice Logan
mlevine@bergersingerman.com

Anthony P. Marzocca on behalf of Creditor Florida Custom Mold, Inc.
amarzocca@trenam.com,
amarzocca@ecf.courtdrive.com;cminott@trenam.com;amatos@ecf.courtdrive.com;mmosbach@trenam.com;mmosbach@ecf.courtdrive.com;cminott@ecf.courtdrive.com

Megan Wilson Murray on behalf of Creditor Swank Motion Pictures, Inc.
mmurray@underwoodmurray.com,
dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com;euzonwanne@underwoodmurray.com;vburbano@underwoodmurray.com;jpatterson@underwoodmurray.com

Peter Francis O'Neill on behalf of Creditor Janice Logan
pfoneill@shb.com

Todd Ruskamp on behalf of Creditor Janice Logan
truskamp@shb.com, tpistora@shb.com;todd-ruskamp-9657@ecf.pacerpro.com

R Scott Shuker on behalf of Interested Party Jon Logan
rshuker@shukerdorris.com,
mfranklin@shukerdorris.com;lstricker@shukerdorris.com;mdorris@shukerdorris.com;atillman@shukerdorris.com;wtownsend@shukerdorris.com

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

Kimberly A Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-kwalsh@oag.texas.gov, sherri.Simpson@oag.texas.gov


/s/ Edward J. Peterson
Edward J. Peterson