**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| SMART COMMUNICATIONS HOLDING, INC. | Case No. 8:25-bk-09473 |
| SMART COMMUNICATIONS COLLIER, INC. | *Jointly Administered with* Case No. 8:26-bk-00146 |
| **Debtors.** | |
| _____/ | |

**CREDITOR JANICE LOGAN'S LIMITED OBJECTION TO**
**FIRST INTERIM APPLICATION FOR COMPENSATION TO ALSTON & BIRD LLP,**
**AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD**
**JANUARY 2, 2026 THROUGH APRIL 30, 2026**

Janice Logan, as Trustee of the James Logan Family Trust, dated February 10, 2021 (the "Trust"), and as former 50% shareholder of Smart Communications Holding, Inc. ("Smart Comm"), by and through undersigned counsel, hereby files this Limited Objection to the Debtors' First Interim Application for Compensation to Alston & Bird LLP (the "Application") [ECF No. 238] and in support states as follows:

1. The Trust objects to the Application because the Debtors have failed to establish how these fees and costs have or will benefit their estates. Moreover, to the extent that Alston represents the interests of HLFIP Holding, LLC – Jon Logan's solely-owned, non-debtor entity – the Trust requests that Alston's fees and expenses be assessed to HLFIP appropriately.

2. Alston seeks payment of $362,117.70 in fees and $654.85 in expenses for just under four months of work representing the Debtors in the Protest Actions.

3. The Trust understands that the Debtors are protesting the facts concerning contracts awarded to their competitors.

4.      Upon information and belief, the Debtors have not been successful in these kinds of actions.  While the Debtors note that the "Applicant believes that given the results obtained thus far, Alston has obtained substantially beneficial results for the estate and its creditors," they fail to outline those alleged "beneficial results."  Application at 11.  Indeed, other than noting the denial of a temporary restraining order, the Application does not reference results.  *Id*. at 8.

5.      As fiduciaries of their estate, the Debtors have "a duty not to waste, or in any way improperly deplete, the estate's assets."  *In re Eddy*, 304 B.R. 591, 599 (Bankr. D.Mass. 2004) (internal citations omitted).

6.      The Debtors continue to seek approval to spend vast amounts of the estate's funds on legal efforts that, based on the information provided, may not be beneficial to the estates. Smart Comm's petition was filed just about six months ago, but as of the date of this filing, the Debtors have asked this Court to approve no less than $2,346,391.95 in legal fees for their several special counsel.

7.      Moreover, the Trust objects to the estates' continued funding of legal fees and expenses to the benefit of non-debtor HLFIP.  Upon information and belief, the Debtors paid all fees and expenses on behalf of HLFIP prepetition.  To the extent the Court is inclined to grant the Application, the Trust respectfully requests it do so only to extent the services were provided to the estates  so that Alston may seek directly from HFLIP any amounts owed by HLFIP.

**WHEREFORE**, the Trust respectfully requests that this Court sustain the limited objection and grant further relief as it deems just and proper.

DATED:  June 8, 2026.

/s/ Edward J. Peterson
Edward J. Peterson
Florida Bar No. 0014612
BERGER SINGERMAN LLP
101 E. Kennedy Boulevard, Suite 1165
Tampa, FL 33602
813.498.3400
epeterson@bergersingerman.com
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Limited Objection* was served on June 8, 2026, by the Court's CM/ECF system upon all parties registered to receive electronic noticing as noted below:

John A Anthony on behalf of Creditor Melvin Engelke
janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;cfosdick@anthonyandpartners.com;eleith@anthonyandpartners.com

Brad F. Barrios on behalf of Debtor Smart Communications Holding, Inc.
bbarrios@tcb-law.com

Paul J Battista on behalf of Debtor Smart Communications Holding, Inc.
pjbattista@venable.com,
cascavone@venable.com;IMalcolm@venable.com;jnunez@venable.com;hburke@venable.com

Eyal Berger on behalf of Debtor Smart Communications Holding, Inc.
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Teresa Marie Dorr on behalf of U.S. Trustee United States Trustee - TPA
teresa.dorr@usdoj.gov,
brandy.gasaway@usdoj.gov;Dionne.Rumper@usdoj.gov;Juanita.Diaz@usdoj.gov

Michael J. Harwin on behalf of Debtor Smart Communications Holding, Inc.
mharwin@stearnsweaver.com

Eric D Jacobs on behalf of Debtor Smart Communications Holding, Inc.
edjacobs@venable.com, btraina@venable.com;b mtraina@venable.com;
bmtraina@ecf.courtdrive.com;ipmalcolm@venable.com;tmpetrie@venable.com;imalcolm@ecf.
courtdrive.com;brhand@venable.com

Anne Krache on behalf of Creditor Janice Logan
akrache@shb.com, anne-krache-9629@ecf.pacerpro.com;rdevaney@shb.com

John W Landkammer on behalf of Creditor Melvin Engelke
jlandkammer@anthonyandpartners.com,
efilings@anthonyandpartners.com,crodriguez@anthonyandpartners.com

Marc L. Levine on behalf of Creditor Janice Logan
mlevine@bergersingerman.com

Anthony P. Marzocca on behalf of Creditor Florida Custom Mold, Inc.
amarzocca@trenam.com,
amarzocca@ecf.courtdrive.com;cminott@trenam.com;amatos@ecf.courtdrive.com;mmosbach@
trenam.com;mmosbach@ecf.courtdrive.com;cminott@ecf.courtdrive.com

Megan Wilson Murray on behalf of Creditor Swank Motion Pictures, Inc.
mmurray@underwoodmurray.com,
dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com;euzonwanne@underwoo
dmurray.com;vburbano@underwoodmurray.com;jpatterson@underwoodmurray.com

Peter Francis O'Neill on behalf of Creditor Janice Logan
pfoneill@shb.com

Todd Ruskamp on behalf of Creditor Janice Logan
truskamp@shb.com, tpistora@shb.com;todd-ruskamp-9657@ecf.pacerpro.com

R Scott Shuker on behalf of Interested Party Jon Logan
rshuker@shukerdorris.com,
mfranklin@shukerdorris.com;lstricker@shukerdorris.com;mdorris@shukerdorris.com;atillman
@shukerdorris.com;wtownsend@shukerdorris.com

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

Kimberly A Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-kwalsh@oag.texas.gov, sherri.Simpson@oag.texas.gov

/s/ Edward J. Peterson
Edward J. Peterson