ORDERED.

**Dated: June 09, 2026**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

SMART COMMUNICATIONS COLLIER, INC.,

    Debtors.

_____/

SMART COMMUNICATIONS COLLIER, INC.,

    Applicable Debtor.

_____/

Chapter 11
Case No. 8:25-bk-09473-RCT

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

Case No. 8:26-bk-00146-RCT

### ORDER DENYING APPLICATION TO EMPLOY AND RETAIN JOHN DUFFY AS INDEPENDENT DIRECTOR FOR SMART COMMUNICATIONS COLLIER, INC.

**THIS MATTER** came before the Court for hearing on May 27, 2026, at 2:00 P.M., upon the (1) *Application to Employ and Retain John Duffy as Independent Director for Smart Communications Collier, Inc.* [ECF No. 214] (the "Application") filed by Smart Communications Collier, Inc. ("Smart Collier"); and (2) *Credit Janice Logan's Response in Opposition to the Debtor's Application to Employ and Retain John Duffy as Independent Director for Smart Communications Collier, Inc.* [ECF No. 227] (the "Opposition") filed by Janice Logan, as Trustee of the James Logan Family Trust, dated February 10, 2021 (the "Trust"). The Court having

reviewed the Application and the Opposition, having heard argument of counsel, finds that it is

**ORDERED** as follows:

1. The Application is denied without prejudice.

\*\*\*

*Eric D. Jacobs, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*