UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Smart Communications Holdings, Inc.,                    Case No.: 8:25-bk-9473-RCT
                                                        Chapter 7

      Debtor.

_____/

**MOTION TO LIFT AUTOMATIC STAY TO PROCEED AGAINST AVAILABLE LIMITS
OF DEBTOR'S INSURANCE COVERAGE**

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, FL 33602 and, McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A., 1228 E. 7th Ave, STE 100, Tampa, FL 33605 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

Doreen M. Lindahl and Timothy W. Webb, by and through their undersigned counsel, file this Motion to Lift Stay pursuant to 11 U.S.C. 362(d)(1) and (d)(2) of the Bankruptcy Code, requesting permission to proceed against all available liability insurance of Smart Communications Holdings, Inc., Debtor in this action, and state:

1. Movants are Plaintiffs in a personal injury action filed in the Circuit Court of Hernando County, Florida against the Debtor, titled *DOREEN M. LINDAHL and TIMOTHY W. WEBB v. MATTHEW S. SAYLOR, SMART COMMUNICATIONS HOLDING, INC., a Florida*

*Profit Corporation, SMART COMMUNICATIONS HOLDING FLORIDA, LLC AKA SMART COMMUNICATIONS HOLDING, LLC, a Foreign Limited Liability Company, and PROGRESSIVE AMERICAN INSURANCE CO.,* Case Number 2025-CA-1208 (the "State Court Case").

2.       Movant has been made aware that liability insurance exists to pay all or a portion of its claims. Movant seeks relief and lifting of the stay in the State Court Case to the extent of the Debtor's liability insurance.

3.       Cause for granting this motion includes adequately protecting Movant's interest in the insurance proceeds. Debtor does not have an interest in the insurance proceeds, and/or the insurance proceeds are not necessary for an effective reorganization.

4.       Movant does not seek to reduce the assets of the Debtor, but as intended beneficiaries of liability insurance purchased by the Debtor, seeks permission from the Court to allow them to continue their claims against Debtor so that they may collect any judgment obtained from the insurance purchased from the Debtor prior to this bankruptcy action.

5.       Granting this motion will not reduce the funds accumulated by the Trustee or against which the creditors may make a claim. The granting of the relief requested herein will not prejudice the Debtor or the estate but will greatly prejudice Movant should this Motion be denied.

WHEREFORE, Movant respectfully requests that this Honorable Court enter an order lifting the stay to permit Movant to continue to prosecute the State Court Case to final judgment and to pursue all insurance proceeds up to the limit of all available coverage and grant such other and further relief as the Court deems proper.

Dated: June 10th, 2026                     Respectfully submitted,


                                           /s/ *James W. Elliott*

James W. Elliott, Esq.
Florida Bar No. 0040961
james@mcintyrefirm.com
McIntyre Thanasides Bringgold
Elliott Grimaldi & Guito, P.A.
1228 E. 7th Ave., Suite 100
Tampa, Florida 33605
Phone: (813) 223-0000
Facsimile: (813) 899-6069
*Attorney for Doreen Lindahl and Timothy Webb*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of June 2026, a true and correct copy of the foregoing was electronically filed and served via the Court's CM/ECF system and/or U.S. Mail to: all parties on the attached mailing matrix.

Label Matrix for local noticing
113A-8
Case 8:25-bk-09473-RCT
Middle District of Florida
Tampa
Wed Jun 10 11:51:04 EDT 2026

Alston & Bird LLP
Attn Clare H Draper IV
1201 W Peachtree Street
Atlanta, GA 30309-3424

Alston & Bird LLP
Attn Jeffrey A. Belken, Esq.
1201 W Peachtree Street
Atlanta, GA 30309-3424

George A. Bibikos
5901 Jonestown Rd., #6330
Harrisburg, PA 17112-7021

Roberta A. Colton
Tampa
, FL

Melvin Engelke
Anthony & Partners, LLC
100 S. Ashley Dr., Suite 1600
Tampa, FL 33602-5318

C Ryan Germany
Gilbert Harrell Sumerford & Martin P.C.
657 Ponce de Leon Avenue, NE, Suite 8500
Atlanta, GA 30308

Matthew M Haar
Saul Ewing LLP
2 North Second Street
7th Floor
Harrisburg, PA 17101-1619

Dustin Hillsley
100 N. Tampa Street #2600
Tampa, FL 33602-5810

Janice Logan
c/o David E. Schoenfeld, Esq.
100 N. Tampa Street #2900
Tampa, FL 33602-5810

Jon Logan
10491 72nd Street
Seminole, FL 33777-1500

Aaron L Peskin
Kang Haggerty LLC
123 S Broad St #1950
Philadelphia, PA 19109-1041

D. Gregory Placone
Hudson Lambert Parrott, LLC
201 McBee Ave.
Suite 450
Greenville, SC 29601-5205

Patrick Ryan
Law Firm of Bartko Pavia LLP
1100 Sansome Street
San Francisco, CA 94111-1205

William N. Sinclair
Silverman Thompson Slutkin White
400 E. Pratt Street, Suite 900
Baltimore, MD 21202-3127

Smart Communications Collier, Inc.
10491 72nd Street
Seminole, FL 33777-1500

Smart Communications Holding, Inc.
 Smart Communications Collier, Inc.,
8:26-bk-00146-RCT (Jointly Administered)
10491 72nd Street
Seminole, FL 33777-1500

Charles Talbert
Riverside- PPN 810247
8151 State Road
Philadelphia, PA 19136-2910

Texas Comptroller of Public Accounts, Revenu
Kimberly Walsh
PO Box 12548
Austin, TX 78711-2548

Texas Department of Revenue
Office of the Attorney General
Bankruptcy & Collections Div MC-008
P.O. Box 12548
Austin, TX 78711-2548

Shane Vogt
Vogt Law
625 E. Twiggs Street, Suite 1090
Tampa, FL 33602-3910

ATTN: Bankruptcy (SOP)
28 Liberty Street
New York, NY 10005-1400

Akerman LLP
P.O. Box 4906
Orlando, FL 32802-4906

Alexis Logan
1660 Ranch Club Blvd
Sarasota, FL 34240-7841

April D. Nieto, Admin. & PR of the
Estate of Hailey Briana Nieto
c/o Sean K. Claggett, Esq.
4101 Meadows Lane, #100
Las Vegas, NV 89107-3121

Assets America, Inc.
800 5th Avenue #101
Seattle, WA 98104-3102

Baker & Hostetler LLP
312 Walnut Street
Suite 3200
Cincinnati, OH 45202-4074

Baker Hostetler LLP
312 Walnut Street
Suite 3200
Cincinnati, OH 45202-4074

Bartko Pavia
1100 Sansome Street
San Francisco, CA 94111-1205

CML Security
1785 West 160th Avenue
Suite 700
Broomfield, CO 80023-8981

CML Security, LLC
1785 W. 160th Avenue
Suite 700
Broomfield, CO 80023-8981

California Department of Tax
and Fee Administration
PO Box 942879
Sacramento, CA 94279-0001

Cents LLC
663 Buckskin Road
Dayton, NV 89403-6410


Charles Talbert
Riverside - 810247
8151 State Road
Philadelphia, PA 19136-2910

Charles Talbert, QA-4727
SCI Fayette
P.O. Box 33028
St. Petersburg, FL 33733-8028

Compliance Solutions, Inc.
242 Rangeline Road
Longwood, FL 32750-4035


County of Fairfax
Dept of Tax Administration
PO Box 10203
Fairfax, VA 22035-0203

CypherWorx, Inc.
3400 Monroe Avenue
Suite 119
Rochester, NY 14618-4725

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668


Donna Hill
1110 Steuben Street
Apt. 213
Pittsburgh, PA 15220-4745

Doreen M. Lindahl
12004 Cavern Road
Spring Hill, FL 34609-1903

Eric Seiken
1785 W. 160th Avenue
Suite 700
Broomfield, CO 80023-8981


Everest Discovery LLC
Sue Pellegrino
1500 Walnut Street, Suite 1010
Philadelphia, PA 19102-3529

FAST RESPOND RESTORATION INC
12080 SW 127TH AVE
STE B-1, #228
MIAMI, FL 33186-6454

FLORIDA POWER & LIGHT
4200 W FLAGLER ST
BANKRUPTCY A3B/LFO
CORAL GABLES, FL 33134-1606


Florida Custom Mold Inc.
c/o Anthony P. Marzocca, Esq.
Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill & Mullis, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602-5150

Florida Custom Mold, Inc.
1806 Gunn Hwy
Odessa, FL 33556-3524

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952


HLFIP HOLDING, LLC
10491 72nd Street
Seminole, FL 33777-1500

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Welding
1939 Sherwood Street
Clearwater, FL 33765-1932


JAM Communications LLC
107 Clarendon Place
Hendersonville, TN 37075-5252

Janice Logan, Trustee of the James Logan Fam
Trust dated February 10, 2021
c/o Edward J. Peterson, Esq.
Berger Singerman LLP
101 E. Kennedy Blvd., Suite 1165
Tampa, FL 33602-5147

Janice Logan, as Trustee of the
James Logan Family Trust
c/o David E. Schoenfeld, Esq.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602-5810


Janice Logan, as Trustee of the James Logan
c/o Marc L. Levine
BERGER SINGERMAN LLP
111 N. Magnolia Avenue, Suite 1450
Orlando, FL 32801-2376

Jerome Anderson
814 1st Street N.
Apt 305
Jacksonville Beach, FL 32250-7154

Jon Logan
c/o R. Scott Shuker Esq.,
121 South Orange Avenue, Suite 1120
Orlando, Florida 32801-3238


Jonathan Logan
c/o R. Scott Shuker, Esq.
121 S. Orange Ave., Ste. 1120
Orlando, FL 32801-3238

Justin S. Peterson
1660 Ranch Club Blvd.
Sarasota, FL 34240-7841

Kimberly A. Walsh
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

LOCO FLORIDA, LLC
10491 72nd Street
Seminole, FL 33777-1500

Lattice Incorporated
7150 N. Park Drive #500
Pennsauken, NJ 08109-4203

Massachusetts Department of Revenue
Resolution/Bankruptcy Unit
P.O. Box 7090 Boston, MA 02204

McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17101-1288

Melvin Trey Engelke
c/o John A. Anthony, Esq.
Anthony & Partners, PLLC
100 S. Ashley Dr., Suite 1600
Tampa, FL 33602-5318

Melvin Trey Engelke
c/o John W. Landkammer, Esq.
Anthony & Partners, PLLC
100 S. Ashley Dr., Suite 1600
Tampa, FL 33602-5318

Middle River Regional
Jail Authority
350 Technology Dr
Staunton, VA 24401-3574

Mountain View Industrial Plaza LLC
Attn: Richard Jones
Fourth Plain Industrial Plaza, LLC
P.O. Box 821048
Vancouver, WA 98682-0024

PSE&G
ATTN: BANKRUPTCY DEPT.
PO BOX 709
NEWARK, NJ 07101-0709

Pennsylvania Department of Revenue
Department 280946
Harrisburg, PA 17128-0001

ShenZhen Meridian Technology Co. Ltd.
Room 2809, West Building, Qui Shi Bldg.
Zhu Zi Ling, Fu Tian District
Shenzhen, CHINA 51804

ShenZhen Meridian Technology Co. Ltd.
c/o Estone
2900 Carskaddon Ave. #200
Toledo, OH 43606-1601

Silverman Thompson Slutkin & White
400 East Pratt Street
Suite 900
Baltimore, MD 21202-3127

Smart Communications/PA DOC
Vito K. Pelino, #KP-4339
SCI-Greene
PO Box 33028
St. Petersburg, FL 33733-8028

State of Florida Depart of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

Stearns Weaver Miller
150 W. Flagler Street, Suite 2200
Miami, FL 33130-1545

Stearns Weaver Miller, et al.
200 East Las Olas Blvd.
Penthouse A
Fort Lauderdale, FL 33301-2299

Swank Motion Pictures, Inc.
10795 Watson Road
Saint Louis, MO 63127-1012

Swank Motion Pictures, Inc.
c/o Megan Murray, Esq.
Underwood Murray, P.A.
100 N Tampa Street, Suite 2325
Tampa, Florida 33602-5891

Swank Motion Pictures, Inc.
c/o Megan W. Murray, Esquire
Underwood Murray, P.A.
100 N. Tampa Street, Suite 2325
Tampa, Florida 33602-5891

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Timothy W. Webb
12004 Cavern Rd.
Spring Hill, FL 34609-1903

Turkel Cuva Barrios, P.A.
100 North Tampa Street, Suite 1900
Tampa, FL 33602-5853

VLEX - Fastcase, Inc.
729 15th Street NW
Suite 500
Washington, DC 20005-2129

Virginia Dept. of Revenue
Office of Customer Service
POB 1115
Richmond, VA 23218-1115

Watson Realty Corp.
7821 Deercreek Club Rd
Suite 200
Jacksonville, FL 32256-3698

c/o Megan W. Murray, Esquire
Underwood Murray, P.A.
100 N. Tampa Street, Suite 2325
Tampa, Florida 33602-5891

Paul J Battista +
Venable LLP
801 Brickell Avenue, Suite 1500
Miami, FL 33131-4901

R Scott Shuker +
Shuker & Dorris, P.A.
121 South Orange Avenue, Suite 1120
Orlando, FL 32801-3238

Todd Ruskamp +
Shook, Hardy & Bacon L. L. P.
2555 Grand Blvd.
Kansas City, MO 64108-2613

United States Trustee - TPA +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

John A Anthony +
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Edward J. Peterson III+
Berger Singerman LLP
101 East Kennedy Blvd
Suite 1165
Tampa, FL 33602-5147

Eyal Berger +
Akerman LLP
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

John W Landkammer +
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602-5318

Megan Wilson Murray +
Underwood Murray, P.A.
100 N. Tampa Avenue
Suite 2325
Tampa, FL 33602-5891

Eric D Jacobs +
Venable LLP
100 N. Tampa Street
Suite 2600
Tampa, FL 33602-5810

Kimberly A Walsh +
State of Texas
Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548

Teresa Marie Dorr +
Office of the United States Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602-3945

Marc L. Levine +
Berger Singerman LLP
111 N. Magnolia Avenue
Suite 1450
Orlando, FL 32801-2376

Michael J. Harwin +
Stearns Weaver Miller Weissler Alhadeff
401 East Jackson Street
Suite 2100
Tampa, FL 33602-5232

Anthony P. Marzocca +
Trenam Law
101 E Kennedy Blvd
Suite 2700
Tampa, FL 33602-5150

Anne Krache +
Shook, Hardy & Bacon L. L. P.
One Federal Street
Suite 2620
Boston, MA 02110-2012

Brad F. Barrios +
Turkel Cuva Barrios, P.A.
100 N. Tampa Street
Ste 1900
Tampa, FL 33602-5853

Peter Francis O'Neill +
Shook, Hardy & Bacon L. L. P.
111 S. Wacker Dr.
Ste 4700
Chicago, IL 60606-4719

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accts.
PO Box 149348
Austin, TX 78714

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Florida Custom Mold, Inc.

(u)Swank Motion Pictures, Inc.

(d)Alexis Logan
1660 Ranch Club Blvd.
Sarasota, FL 34240-7841

(d)Janice Logan
c/o David E. Schoenfeld, Esq.
100 N. Tampa Street #2900
Tampa, FL 33602-5810

(d)Janice Logan
c/o David E. Schoenfeld, Esq.
100 N. Tampa Street #2900
Tampa, FL 33602-5810

(d)Jon Logan
10491 72nd Street
Seminole FL 33777-1500

(d)Jon Logan
10491 72nd Street
Seminole, FL 33777-1500

(d)Watson Realty Corp.
7821 Deercreek Club Road
Suite 200
Jacksonville, FL 32256-3698

End of Label Matrix
Mailable recipients   105
Bypassed recipients     8
Total                 113