**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| SMART COMMUNICATIONS HOLDING, INC. | Case No. 8:25-bk-09473 |
| SMART COMMUNICATIONS COLLIER, INC. | *Jointly Administered with* Case No. 8:26-bk-00146 |
| **Debtors.** | |

_____/

**CREDITOR JANICE LOGAN'S LIMITED OBJECTION TO**
**FIRST INTERIM APPLICATION FOR ALLOWANCE**
**AND REIMBURSEMENT OF EXPENSES FOR AKERMAN, LLP**

Janice Logan, as Trustee of the James Logan Family Trust, dated February 10, 2021 (the "Trust"), and as former 50% shareholder of Smart Communications Holding, Inc. ("Smart Comm"), by and through undersigned counsel, hereby files this Limited Objection to the Debtors' First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for Akerman, LLP as Special Counsel to the Debtors for the Period of December 16 2025 to April 30, 2026 (the "Application") [ECF No. 248] and in support states as follows:

1. The Trust objects to the Application insofar as it seeks to approve the estate's funding of legal work performed on behalf of non-debtors.

2. In the State Court Action, Akerman represents Debtor Smart Comm along with non-debtors Jonathan Logan ("Jon") and Smart Communications Holding, LLC (whose sole member is Smart Comm), Smart Communications Yacht Holding, LLC, and Loco Florida, LLC.

3. Akerman's time entries at Exhibit 4 are redacted such that a reader cannot determine which services were provided and to which client. For example:

| 2/23/2026 | Correspondence with client re [Redacted] [Bankruptcy Proceeding]. | DBH | 0.20 | 180.00 |
|---|---|---|---|---|
| 2/25/2026 | Strategy conference with client re [Redacted] [State Court Action]. | DBH | 1.00 | 900.00 |
| 2/25/2026 | Strategy conference and correspondence with client re [Redacted] [State Court Action]. | DBH | 1.20 | 1,080.00 |
| 2/25/2026 | Prepare for and attend conference with client and bankruptcy counsel. | AJH | 0.90 | 724.95 |
| 2/4/2026 | Strategy conference with [Redacted] [State Court Action]. | DBH | 1.30 | 1,170.00 |

4.     To the extent Akerman has performed legal work for Jon individually or entities other than the Debtors, the Trust objects to the estate's payment of those fees and expenses.

5.     So too, to the extent Akerman has performed any work for HLFIP Holding, LLC, which Jon solely owns, the Trust objects to the estate's payment as to those fees and expenses as well.

6.     Thus, the Trust seeks an apportionment of fees and expenses assessed against the appropriate client parties.  *In re Ogden Modulars, Inc.*, 207 B.R. 198, 200 (Bankr. E.D. Mo. 1997) (internal citation omitted) ("[S]ervices that benefit other entities such as the debtor's officers, directors, principals, or shareholders are not compensable from estate assets … Fees for these services are payable by the entity that received the benefit.").

**WHEREFORE**, the Trust respectfully requests that this Court deny the Application without prejudice so that the Debtors may amend their Application to seek the Court's approval to pay Akerman for only the work performed to the benefit of the estate.

DATED: June 12, 2026

/s/ Anne C. Krache

Anne C. Krache Esq. (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON LLP
One Federal Street, Suite 2620
Boston, Massachusetts 02110
(617) 275-8760
akrache@shb.com
*Attorney for Creditor Janice Logan, as Trustee of the James Logan Family Trust, dated February 10, 2021*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Limited Objection* was

served on June 12, 2026, by the Court's CM/ECF system upon all parties registered to receive

electronic noticing as noted below:

John A Anthony on behalf of Creditor Melvin Engelke
janthony@anthonyandpartners.com,
efilings@anthonyandpartners.com;cfosdick@anthonyandpartners.com;eleith@anthonyandpartners.com

Brad F. Barrios on behalf of Debtor Smart Communications Holding, Inc.
bbarrios@tcb-law.com

Paul J Battista on behalf of Debtor Smart Communications Holding, Inc.
pjbattista@venable.com,
cascavone@venable.com;IMalcolm@venable.com;jnunez@venable.com;hburke@venable.com

Eyal Berger on behalf of Debtor Smart Communications Holding, Inc.
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Teresa Marie Dorr on behalf of U.S. Trustee United States Trustee - TPA
teresa.dorr@usdoj.gov,
brandy.gasaway@usdoj.gov;Dionne.Rumper@usdoj.gov;Juanita.Diaz@usdoj.gov

Michael J. Harwin on behalf of Debtor Smart Communications Holding, Inc.
mharwin@stearnsweaver.com

Eric D Jacobs on behalf of Debtor Smart Communications Holding, Inc.
edjacobs@venable.com, btraina@venable.com;b mtraina@venable.com;
bmtraina@ecf.courtdrive.com;ipmalcolm@venable.com;tmpetrie@venable.com;imalcolm@ecf.courtdrive.com;brhand@venable.com

Edward Peterson on behalf of Creditor Janice Logan
epeterson@bergersingerman.com

John W Landkammer on behalf of Creditor Melvin Engelke
jlandkammer@anthonyandpartners.com,
efilings@anthonyandpartners.com,crodriguez@anthonyandpartners.com

Marc L. Levine on behalf of Creditor Janice Logan
mlevine@bergersingerman.com

3

Anthony P. Marzocca on behalf of Creditor Florida Custom Mold, Inc.
amarzocca@trenam.com,
amarzocca@ecf.courtdrive.com;cminott@trenam.com;amatos@ecf.courtdrive.com;mmosbach@
trenam.com;mmosbach@ecf.courtdrive.com;cminott@ecf.courtdrive.com

Megan Wilson Murray on behalf of Creditor Swank Motion Pictures, Inc.
mmurray@underwoodmurray.com,
dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com;euzonwanne@underwoo
dmurray.com;vburbano@underwoodmurray.com;jpatterson@underwoodmurray.com

Peter Francis O'Neill on behalf of Creditor Janice Logan
pfoneill@shb.com

Todd Ruskamp on behalf of Creditor Janice Logan
truskamp@shb.com, tpistora@shb.com;todd-ruskamp-9657@ecf.pacerpro.com

R Scott Shuker on behalf of Interested Party Jon Logan
rshuker@shukerdorris.com,
mfranklin@shukerdorris.com;lstricker@shukerdorris.com;mdorris@shukerdorris.com;atillman
@shukerdorris.com;wtownsend@shukerdorris.com

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

Kimberly A Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue
Accounting Division
bk-kwalsh@oag.texas.gov, sherri.Simpson@oag.texas.gov

*/s/ Anne C. Krache*
Anne C. Krache