UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

SMART COMMUNICATIONS COLLIER, INC.,

           Debtors.

_____/

Chapter 11
Case No. 8:25-bk-09473-RCT

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

**FIRST INTERIM APPLICATION FOR COMPENSATION TO
GILBERT HARRELL SUMERFORD & MARTIN, P.C.,
AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION
FOR THE PERIOD FEBRUARY 18, 2026 THROUGH MAY 31, 2026**

**NOTICE OF APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AND
OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Gilbert Harrell Sumerford & Martin, P.C., as special counsel to the Debtors, ("Applicant") has filed an application for compensation in the amount of $136,750.00 and reimbursement of expenses in the amount of $250.02 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to the Debtor's bankruptcy counsel, Eric D. Jacobs, Esq., at (813) 439-3100 or ejacobs@venable.com.

If you object to the Application, you must file an objection with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

**SUMMARY OF FIRST INTERIM APPLICATION FOR COMPENSATION
TO GILBERT HARRELL SUMERFORD & MARTIN, P.C.,
AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION**

1. Name of Applicant:      Gilbert Harrell Sumerford & Martin, P.C.

2. Services Provided to:      Smart Communications Holding, Inc. and Smart Communications Collier, Inc.

3. Date of Retention:      February 18, 2026 [ECF No. 140, 216]

4. Period for this Application:      February 18, 2026 – May 31, 2026

5. Amount of Compensation Sought:      $136,750.00

6. Amount of Expense Reimbursement:      $250.02

7. Amount of Original Retainer:      $10,000.00

8. Current Balance of Retainer Remaining:      $10,000.00

9. Blended Hourly Rate for this Application:      $702.72      Cumulative: N/A

10. This is an:      _x_ interim      ____ final application

11. Disclosure of prior applications:      N/A (First Application)

| Period Covered | Requested | | Awarded | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|
| | **Fees** | **Expenses** | **Fees** | **Expenses** | **Fees** | **Expenses** | |
| N/A | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

SMART COMMUNICATIONS COLLIER, INC.,

Debtors.

_____ /

Chapter 11
Case No. 8:25-bk-09473-RCT

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

**FIRST INTERIM APPLICATION FOR COMPENSATION TO
GILBERT HARRELL SUMERFORD & MARTIN, P.C.,
AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION
FOR THE PERIOD FEBRUARY 18, 2026 THROUGH MAY 31, 2026**

The Applicant, C. Ryan Germany, Esq. and the law firm of Gilbert Harrell Sumerford &

Martin, P.C. ("**GHSM**"), having been approved by this Court as special counsel to the Debtors-

in-Possession, Smart Communications Holding, Inc. and Smart Communications Collier, Inc. (the

"**Debtors**"), applies for its first interim allowance of compensation for professional services

rendered and reimbursement of the necessary expenses pursuant to 11 U.S.C. § 330 and Rule 2016,

Federal Rule of Bankruptcy Procedure, and the requirements set forth in the Guidelines

incorporated in Local Rule 2016-1(2).  The exhibits attached to this Application, pursuant to the

Guidelines, are:

Exhibit "1"    Summary of Professional and Paraprofessional Time.

Exhibit "2"    Summary of Requested Reimbursement of Expenses.

Exhibit "3"    The applicant's complete time records, in chronological order for the time
period covered by this application. The requested fees are itemized to the
tenth of an hour.

GHSM submits that the requested fee in the amount of $136,750.00 for 194.60 hours

worked is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway*

*Express, Inc.,* 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In*

3

*re First Colonial Corp. of America,* 554 F.2d 1291 (5th Circuit 1977).

**I. RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD**

On March 3, 2026, this Court entered the Order Approving in Part the Expedited Application to Employ Gilbert, Harrell, Sumerford & Martin, P.C. as Special Counsel to the Debtors-In-Possession in an Appeal Relative to a Pre-Bid Protest Effective as of February 18, 2026 [ECF No. 140] (the "**First Employment Order**"). Upon GHSM's supplemental application [ECF No. 191], on April 23, 2026, this Court entered the Order Approving Supplemental Application to Employ Gilbert, Harrell, Sumerford & Martin, P.C. as Special Counsel to the Debtors-In-Possession in an Appeal Relative to a Pre-Bid Protest Effective as of February 18, 2026 [ECF No. 216] (the "**Supplemental Employment Order**"). Consistent with the First Employment Order, GHSM holds a $10,000.00 retainer (the "**Retainer**") for GHSM's representation of the Debtors in the Protest Appeal.

This Application is for fees and costs incurred from February 18, 2026 through May 31, 2026 (the "**Application Period**"). In connection herewith, GHSM seeks its first interim award of $136,750.00 in fees for services rendered and $250.02 for reimbursement of expenses incurred during the period covered during the Application Period. Additionally, GHSM seeks authorization from this Court to apply the Retainer to the fees incurred during this Application Period.

**II. DESCRIPTION AND SUMMARY OF SERVICES PERFORMED DURING THE APPLICATION PERIOD**

During the Application Period, GHSM performed a multitude of legal services which were necessary to effectively represent the Debtors, and which provided benefit to the estates. A summary of the services and matters that GHSM was required to address is set forth below.

GHSM was retained to assist Debtors in protesting the overly restrictive qualifications of a Georgia Department of Corrections Request for Proposals. On February 19, 2026, following the administrative procedures of the Georgia Department of Administrative Services ("**DOAS**"), GHSM prepared and filed a Request for Formal Review of an initial denial of Debtor's protest. DOAS held a hearing on March 9, 2026, where GHSM presented arguments in favor of Debtors' position. That hearing led to an April 9, 2026, order that amended the qualification requirements of the RFP and allowed Debtors to file an amended protest if desired. GHSM prepared and filed an amended protest with DOAS on April 17, 2026. DOAS denied the Debtors' amended protest on April 30, 2026, and GHSM prepared and filed a Request for Formal Review of that decision on May 4, 2026. DOAS held a hearing on that amended protest on May 18, 2026, where GHSM presented arguments in favor of Debtors' position. DOAS denied the Debtors' requested relief on May 20, 2026. GHSM then prepared and filed a Petition for Judicial Review of DOAS's decision, along with a Motion for TRO and Preliminary Injunction seeking to ensure that DOAS does not award a contract until Debtors' protest has been decided by the court.

The time spent on specific tasks is itemized in chronological order by the billing records attached as **Exhibit 3**.

### III.   EVALUATION OF SERVICES RENDERED: FIRST COLONIAL CONSIDERATIONS

This Application presents the nature and extent of the professional services rendered by the Applicant in connection with its representation of the Debtors. The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent. A mere reading of the time summary annexed hereto cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with this case.

American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees. First Colonial remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code. Grant v. George Schuman Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990); 2 Collier on Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); See also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981). The twelve factors are: the time and labor required; the novelty and difficulty of the services rendered; the skill requisite to perform the services properly; the preclusion of other employment by the professional due to the acceptance of the case; the customary fee; whether the fee is fixed or contingent; the time limitations imposed by the client or other circumstances; the experience, reputation, and ability of the professional; the undesirability of the case; the nature and length of the professional relationship of the client; and awards in similar cases. First Colonial, 544 F.2d at 1298-99.

Based on the standards set forth in section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is in the amount of $136,750.00.

**A. Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors.**

The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services the Applicant rendered for the benefit of the Debtors' estates during the period covered by this Application. The total number of hours expended (194.60 hours) reveals the extensive time devoted to these matters by the Applicant at the blended hourly attorney rate of $702.72 per hour. In addition to the activities specified herein above, the Applicant has dealt with various legal issues which have arisen in this case during the period covered by this

Application.  Accordingly, based upon these criteria, the Applicant believes that given the results obtained thus far, GHSM has obtained substantially beneficial results for the estates and their creditors.

**B.      Novelty and Difficulty of Questions Presented.**

In providing services to the Debtors, Applicant was able to rely primarily upon established statutory authority and recognized jurisprudential precedents.

**C.      Skill Requisite to Perform Services Properly.**

In rendering services to the Debtors, the Applicant demonstrated substantial legal skill and expertise in the areas of Georgia procurement law and procedure.

**D.      Preclusion from Other Employment by Attorney Due to Acceptance of Case.**

The Applicant's representation in this case did not preclude it from accepting other employment.

**E.      Customary Fee.**

The attorney hourly rates of the Applicant set forth in the attached exhibits reflect a blended rate of $702.72 per hour.  The fees charged are of a kind well within the range approved by courts within and outside of this District in other bankruptcy matters in which the Applicant and other counsel of like reputation and experience have been involved.

**F.      Whether Fee is Fixed or Contingent.**

The Applicant's compensation in this matter is subject to approval of the Court and is therefore contingent.  The amount requested is consistent with the fee which the Applicant would charge its clients in other non-contingent procurement related cases.

**G.      Time Limitations Imposed by Client or Other Circumstances.**

The circumstances of this case did not impose certain time constraints on the Applicant.

7

**H.**     **Experience, Reputation and Ability of Attorneys.**

The attorneys of GHSM are experienced in matters of this kind and are well known to the applicable state agencies and courts in Georgia.

**I.**     **"Undesirability" of Case.**

This case is not undesirable. The Applicant is privileged to have the opportunity to represent the Debtors and appear before the governing bodies in the Protest Appeal.

**J.**     **Nature and Length of Professional Relationship with Client.**

The Applicant's professional relationship with the Debtors is limited to the professional services provided thus far. Therefore, this factor is not relevant in the circumstances of this case.

**K.**     **Awards in Similar Cases.**

The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity. The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community.  Considering the results obtained in light of the nature of the Applicant's employment and the complexity of the issues addressed during the period covered by this Application, this rate is entirely appropriate.  Likewise, as with all law firms, the Applicant's overhead expenses are absorbed in the hourly rate.  A large portion of any fee which the Court awards the Applicant will merely defray such significant overhead expenses already incurred and paid during the pendency of this case.

**IV.  REIMBURSEMENT OF EXPENSES**

Consistent with Local Rule 2016-1(e), Bankruptcy Rule 2016, and the Expense Reimbursement Guidelines, the Applicant seeks reimbursement of expenses of $250.02 which

was for filing fees, specifically the Petition for Judicial Review. A summary of requested reimbursement for expenses is attached as **Exhibit 2**.

## V.   CONCLUSION

The Applicant has provided valuable services to the Debtors in the Protest Appeal. For this reason and all of the reasons set forth in this Application, the Applicant seeks a first interim award of $136,750.00 in fees for services rendered and $250.02 for reimbursement of expenses during the period covered by this Application. In connection with the request for award of fees, GHSM seeks authorization from this Court to apply the Retainer to the fees incurred during this Application Period.

**WHEREFORE**, the Applicant, C. Ryan Germany, Esq. and the law firm of Gilbert Harrell respectfully requests the Court enter an Order approving the Application and granting such other and further relief as the Court deems appropriate.

Dated:  June 15, 2026.          Respectfully submitted,

**VENABLE LLP**
*Attorneys for Smart Communications Holding, Inc.*
*  and Smart Communications Collier, Inc.*
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Telephone : (813) 439-3100

By:  */s/ Eric D. Jacobs*
Eric. D. Jacobs, Esq.
Florida Bar No. 85992
Email: ejacobs@venable.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 15, 2026, a true and correct copy of the foregoing document has been furnished via electronic mail by virtue of the Court's CM/ECF System to all parties registered to receive notice in this action.

By: */s/ Eric D. Jacobs*
Eric D. Jacobs, Esq.

10

# EXHIBIT "1"

### Summary of Professional and Paraprofessional Time
### for this Time Period Only

**FEBRUARY 2026**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| C. Ryan Germany | $750.00 | 26.00 | $19,500.00 |
| Mark D. Johnson | $750.00 | | |
| Amber M. Carter | $450.00 | | |
| **MONTHLY TOTAL** | | **26.00** | **$19,500.00** |

**MARCH 2026**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| C. Ryan Germany | $750.00 | 45.10 | $33,825.00 |
| Mark D. Johnson | $750.00 | .6 | $450.00 |
| Amber M. Carter | $450.00 | 3.30 | $1,485.00 |
| **MONTHLY TOTAL** | | **49.00** | **$35,760.00** |

**APRIL 2026**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| C. Ryan Germany | $750.00 | 36.8 | $27,600.00 |
| Mark D. Johnson | $750.00 | .8 | $600.00 |
| Amber M. Carter | $450.00 | 7.2 | $3,240.00 |
| **MONTHLY TOTAL** | | **44.80** | **$31,440.00** |

**MAY 2026**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| C. Ryan Germany | $750.00 | 56.4 | $42,300.00 |
| Mark D. Johnson | $750.00 | 2.9 | $2,175.00 |
| Amber M. Carter | $450.00 | 8.5 | $3,825.00 |
| Kim Kroscavage | $250.00 | 7 | $1,750.00 |
| **MONTHLY TOTAL** | | **74.80** | **$50,050.00** |

# EXHIBIT "2"

### Summary of Requested Reimbursement of Expenses
### for this Time Period Only

| DISBURSEMENTS | AMOUNT |
|---|---|
| 1.   Filing Fees | $250.02 |
| 2.   Process Service Fees | |
| 3.   Witness Fees | |
| 4.   Court Reporter & Transcripts | |
| 5.   Lien and Title Searches | |
| 6.   Photocopies (in-house copies)<br>A.   Color copies (8,779 at $0.25 each)<br>B.   Black & White copies (4914 at $0.10 each) | |
| 7.   Photocopies (outside copies) | |
| 8.   Postage | |
| 9.   Overnight Delivery Charges (FedEx) | |
| 10.   Outside Courier/Messenger Services | |
| 11a.   Long Distance (a) Telephone Charges | |
| 11b.   Long Distance (b) Conference Calls/Court Call | |
| 12.   Long Distance Fax Transmission @ $1.00/pg. | |
| 13.   Computerized Research | |
| 14.   Out of Southern District of Florida Travel<br>A.   Transportation/Airfare<br>B.   Lodging<br>C.   Meals<br>D.   Parking | |
| 15.   Other (Not specifically disallowed; must specify and justify) | |
| **TOTAL AMOUNT OF EXPENSES** | **$250.02** |

13

# EXHIBIT "3"

[The applicant's complete time records, in chronological order, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.]

# GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

Smart Communications

| | |
|---|---|
| Statement Date: | March 4, 2026 |
| Statement No. | 1 |
| Account No. | 20498.71003 |
| Page: | 1 |

Protest of Georgia Department of Corrections Solicitation

| | | | HOURS |
|---|---|---|---|
| **02/18/2026** | | | |
| | CRG | Conf. w/ J. Logan, D. Gann, etc. re. ███████. | 0.70 |
| | CRG | Research ████████████████████████ ████; review studies re. downsides of limiting competition in public solicitations. | 3.30 |
| | CRG | Review ███████████████████████████ ████████████████ | 2.50 |
| **02/19/2026** | | | |
| | CRG | Conf. w/ J. Logan and D. Gann re. ████████████████████. | 0.60 |
| | CRG | Research ████████████████████ ████████████████, and review research on effects of limiting competition in inmate communication services RFP | 3.30 |
| | CRG | Review GPM, RFP, Initial Protest, and Initial Decision. | 1.00 |
| | CRG | Outline, draft, and revise Request for Formal Review | 5.20 |
| | CRG | Draft corr. to DOAS re. request for Formal Review. | 0.20 |
| **02/20/2026** | | | |
| | CRG | t/c w/ DOAS re. stay of solicitation closing pending appeal and ████████████████████ | 0.20 |
| | CRG | Review Emergency Application for Employment of Gilbert Harrell, creditor list, and corr. re. same. | 0.80 |
| **02/23/2026** | | | |
| | CRG | Review and revise Declaration of Ryan Germany in support of Emergency Application and corr. re. same. | 0.70 |
| **02/25/2026** | | | |
| | CRG | t/c w/ A. Cole at DOAS re. scheduling hearing and corr. re. same. | 0.40 |
| **02/26/2026** | | | |
| | CRG | Review edits to Application to Employ Gilbert Harrell, review corr. from DOAS setting hearing, and ████████ ████████████████ | 0.60 |

Smart Communications

Protest of Georgia Department of Corrections Solicitation

Page: 2
03/04/2026
ACCOUNT NO:    20498-71003
1

HOURS

02/27/2026
    CRG    Conf. w/ D. Gann, J. Logan, ██████████████

    ██████                              0.90

    CRG    Teleconference ███████████████████.    0.10

    CRG    Research and corr. re.████████████    1.00

02/28/2026
    CRG    Research for █████████████████

    ████████████████                          4.50

    For Current Services Rendered             26.00    19,500.00

## RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| C. RYAN GERMANY | 26.00 | $750.00 | $19,500.00 |

Total Current Work                       19,500.00

03/04/2026    Payment from retainer                 -10,000.00

**BALANCE DUE**                      $9,500.00

# GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

| | |
|---|---|
| Smart Communications | Statement Date: April 3, 2026 |
| | Statement No. 2 |
| | Account No. 20498.71003 |
| | Page: 1 |

Protest of Georgia Department of Corrections Solicitation

HOURS

**03/01/2026**
CRG  Research inmate communication contracts in CA, TX, FL, OH, PA, BOP, and ICE for determinations of who meets Georgia requirements.  3.90

**03/02/2026**
CRG  Teleconference ███████████████████████.  0.40
CRG  Teleconference ███████████████████████  0.60
CRG  Teleconference ███████████████████████  0.30
CRG  Work on ███████████████ for 3/9 hearing.  4.30

**03/03/2026**
CRG  Teleconference ███████████████████████  0.40
CRG  Draft and review corr. w/ D. Gann and J. Logan re. ████  0.40
CRG  Work on ███████████████  2.50
CRG  Conf w/ D. Gann, J. Logan, ███████████  0.80

**03/04/2026**
CRG  Work on ███████████████████████ , and research ███████████  9.00

**03/05/2026**
CRG  Continued work on ███████████ corr. w/ D. Gann and J. Logan, ███████████  3.70

**03/06/2026**
CRG  Work on ███████████████ including research on ███████████ and drafting ███████████ ; research ████

Page: 2
04/03/2026
Smart Communications          ACCOUNT NO:    20498-71003
2

Protest of Georgia Department of Corrections Solicitation

| | | | HOURS |
|---|---|---|---|
| | | ██████████████████████████████ and draft ████████████ and revise ████████ and corr. ████████ D. Gann, and J. Logan re. ████, | 6.60 |
| | CRG | Research, draft, and edit slide presentation for DOAS hearing. | 1.00 |
| 03/07/2026 | CRG | Review and revise presentation to DOAS. | 0.50 |
| 03/08/2026 | CRG | Draft and review corr. w/ D. Gann and J. Logan re. ██████ ██████ | 0.20 |
| 03/09/2026 | CRG | Prepare for, attend, and debrief from hearing, including preparing hearing outline, reviewing presentation and declarations, attend hearing, and conf. ████████ J, Logan, and D. Gann re. ████████████. | 5.20 |
| 03/11/2026 | CRG | Teleconference with L. Winkles (AG's office) re. formal review hearing. | 0.50 |
| 03/12/2026 | CRG | Draft corr. to J. Logan and D. Gann re. update █ ████████████ | 0.50 |
| 03/23/2026 | CRG | Draft and review corr. w/ D. Dann re. ████████ ████████████ | 0.10 |
| 03/24/2026 | CRG | Teleconference ████████████████ ████ | 0.20 |
| | CRG | Research and draft corr. to D. Gann and J. Logan re. ████████████ | 1.50 |
| | CRG | Teleconference with A. Carter re. ████████ ████. | 0.20 |
| 03/25/2026 | MDJ | Review of bid protest materials; read/respond to emails with Ryan re: same | 0.60 |
| | CRG | Draft and review corr. w/ D. Gann re. ████████████ | |

Smart Communications

Page: 3
04/03/2026
ACCOUNT NO:   20498-71003
2

Protest of Georgia Department of Corrections Solicitation

| | | HOURS |
|---|---|---|
| | | 0.10 |
| CRG | Draft corr. to A. Carter re. ███████████. | 0.40 |
| CRG | Draft letter to DOAS requesting extension of solicitation close date. | 1.00 |

03/26/2026
| CRG | Teleconference with A. Cole re. extension of closing date. | 0.20 |
| CRG | Draft and review corr. w/ D. Gann and J. Logan re. ████████ | 0.20 |

03/27/2026
| AMC | Reviewed update from DOAS delay of solicitation | 0.20 |
| AMC | Reviewed bid protest documents; research ████████ | 1.90 |
| CRG | Draft corr. to D. Gan and J. Logan re. ██████████ | 0.20 |
| CRG | Draft corr. to A. Carter re. █████████████ | 0.20 |

03/31/2026
| AMC | Petition for judicial review research | 1.20 |
| | For Current Services Rendered | 49.00   35,760.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark D. Johnson | 0.60 | $750.00 | $450.00 |
| AMBER CARTER | 3.30 | 450.00 | 1,485.00 |
| C. RYAN GERMANY | 45.10 | 750.00 | 33,825.00 |

| | |
|---|---|
| Total Current Work | 35,760.00 |
| Previous Balance Due | $9,500.00 |
| **BALANCE DUE** | $45,260.00 |

OUTSTANDING AMOUNTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/04/2026 | 1 | 19,500.00 | 9,500.00 |
| | | | 9,500.00 |

# GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

Smart Communications

| | |
|---|---|
| Statement Date: | May 4, 2026 |
| Statement No. | 3 |
| Account No. | 20498.71003 |
| Page: | 1 |

Protest of Georgia Department of Corrections Solicitation

| | | | HOURS |
|---|---|---|---|
| **04/01/2026** | | | |
| | AMC | Continued petition for judicial review research and drafting | 1.60 |
| **04/02/2026** | | | |
| | CRG | Draft and review corr. w/ E. Jacobs re. ▮▮▮ | 0.20 |
| **04/03/2026** | | | |
| | CRG | Review Supplemental Application to employ Gilbert Harrell and draft declaration and corr. w/ E. Jacobs, B. Traina, and D. Gann re. ▮▮. | 0.50 |
| **04/09/2026** | | | |
| | AMC | Reviewed Addendum; prepared redline and informal memo referring to same | 0.80 |
| | CRG | Review ▮▮▮▮▮ and draft corr. to D. Gann. J. Logan, ▮▮▮ | 1.50 |
| | CRG | Review Remand Order from DOAS and corr. re. same. | 0.50 |
| **04/13/2026** | | | |
| | CRG | Conf. ▮▮▮▮▮. | 0.50 |
| | CRG | Draft and review corr. ▮▮▮▮▮. | 0.40 |
| **04/14/2026** | | | |
| | CRG | Research ▮▮▮▮▮ | 2.00 |
| **04/15/2026** | | | |
| | CRG | Additional research and outlining re. ▮▮▮ | 2.00 |
| | CRG | Teleconference with A. Carter re. ▮▮▮. | 0.30 |
| | AMC | Conf with RG regarding ▮▮▮▮▮ | 0.50 |
| **04/16/2026** | | | |
| | AMC | Read and Reviewed emails with client regarding ▮▮▮▮▮ | 0.20 |
| | CRG | Outline, draft, and revise Amended Protest, including | |

Smart Communications
ACCOUNT NO:

Protest of Georgia Department of Corrections Solicitation

| | | | HOURS |
|---|---|---|---|
| | additional research ███████████████████████ | | 7.50 |
| MDJ | Review of letter re: ████████████████████████<br>read/respond to email with Ryan and Amber re: ██████ | | 0.40 |
| **04/17/2026** | | | |
| AMC | Reviewed draft amended protest and Read and Reviewed emails with clients regarding ████████████<br>redlined protest; research/began draft ██████ | | 3.60 |
| CRG | Review and revise Amended Protest, corr. w/ D. Gann, J. Logan.██████████████████████.██████████ . | | 3.90 |
| MDJ | Review of Amended Bid Protest; read/respond to emails with Ryan et al re: ███████████████ | | 0.40 |
| **04/20/2026** | | | |
| CRG | Teleconference with A. Carter re. ██████████████.██ . | | 0.40 |
| CRG | Draft and review corr. w/ DOAS re. extension of closing date. | | 0.20 |
| AMC | Conf with RG re: ████████████████████████████ | | 0.30 |
| **04/21/2026** | | | |
| CRG | Research ██████████████████████████ | | 2.50 |
| **04/22/2026** | | | |
| CRG | Research ████████████████████████████ | | 5.50 |
| CRG | Draft, edit, and revise amended pre-bid protest and corr. to D. Gann re. ████ . | | 4.50 |
| **04/23/2026** | | | |
| CRG | Research ███████████████████<br>and corr. w/ D. Gann re. ███████████ | | 0.60 |
| **04/24/2026** | | | |
| CRG | Review order granting Supplemental Application for Employment of Gilbert Harrell and corr. re. same. | | 0.20 |
| **04/27/2026** | | | |
| CRG | Research requirements for bankruptcy court filing and corr. | | |

Smart Communications

Protest of Georgia Department of Corrections Solicitation

|  |  | HOURS |
|---|---|---|
| re. same. | | 1.20 |

**04/29/2026**

| CRG | Research GA closing date and ███████████████ | 0.60 |
|---|---|---|
| CRG | Draft memo to D. Gann and J. Logan re. ██████████████ | 0.60 |
| CRG | Draft and review corr. w/ A. Carter re. ████████ ████████ | 0.20 |

**04/30/2026**

| AMC | Read and responded to emails with Ryan re: ████ ████ | 0.20 |
|---|---|---|
| CRG | Review and annotate DOAS decision denying amended protest. | 0.70 |
| CRG | Draft corr. to D. Gann and J. Logan re. ████████ | 0.20 |
| CRG | Telephone conference ████████████████ ████ | 0.10 |
| | For Current Services Rendered | 44.80 | 31,440.00 |

## RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark D. Johnson | 0.80 | $750.00 | $600.00 |
| AMBER CARTER | 7.20 | 450.00 | 3,240.00 |
| C. RYAN GERMANY | 36.80 | 750.00 | 27,600.00 |

| Total Current Work | 31,440.00 |
|---|---|
| Previous Balance Due | $45,260.00 |
| **BALANCE DUE** | $76,700.00 |

## OUTSTANDING AMOUNTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/04/2026 | 1 | 19,500.00 | 9,500.00 |
| 04/03/2026 | 2 | 35,760.00 | 35,760.00 |
| | | | 45,260.00 |

# GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

Smart Communications

| | |
|---|---|
| Statement Date: | June 3, 2026 |
| Statement No. | 4 |
| Account No. | 20498.71003 |
| Page: | 1 |

Protest of Georgia Department of Corrections Solicitation

|  |  | HOURS |
|---|---|---|
| **05/01/2026** | | |
| AMC | Reviewed amended protest decision; Read and responded to emails with client/co-counsel regarding ███ | 0.60 |
| **05/02/2026** | | |
| CRG | Research and outline for ████████ ████████ | 3.50 |
| **05/03/2026** | | |
| CRG | Draft, edit, and revise Request for Formal Review of Amended Protest. | 8.50 |
| **05/04/2026** | | |
| CRG | Review and revise Request for Formal Review of Amended Protest | 1.00 |
| CRG | Draft corr. to DOAS re. Request for Formal Review of Amended Protest | 0.20 |
| CRG | Research ████████ and draft corr. to D. Gann and J. Logan re. ███ | 0.20 |
| CRG | Teleconference with A. Carter re. ████ ███ | |
| MDJ | Review of draft protest letter; read/respond to emails with Ryan et al re: same | 0.30 |
| AMC | Reviewed draft request for formal review ████ ████████ ████████ conf with RG ████ ; reviewed final request for formal review and Read and responded to emails regarding ████ | 1.10 |
| **05/05/2026** | | |
| CRG | Conf. w/ J. Logan, D. Gann, ████████ | 0.60 |
| CRG | Draft and review corr. w/ DOAS re. status of Request for Formal Review | 0.20 |
| CRG | Draft and review corr. w/ E. Jacobs re. ████ | 0.10 |
| **05/06/2026** | | |
| MDJ | Read and respond to emails with Ryan et al re: ███ | 0.20 |
| CRG | Review corr. from DOAS re. hearing date and evidence submission deadline, draft corr. to J. Logan and D. Gann | |

Smart Communications

Protest of Georgia Department of Corrections Solicitation

| | | | HOURS |
|---|---|---|---|
| | re. ███████████████████████████████ | | 0.50 |
| AMC | Reviewed hearing scheduling order and Read and responded to emails regarding ████ | | 0.20 |
| **05/07/2026** | | | |
| KK | Prepare draft interim fee application; draft ████████ ██████████████████████ ; emails with Amber re: ███ | | 1.20 |
| MDJ | Read and respond to emails with Ryan et al re: ███████████████████████████████ | | 0.20 |
| CRG | Review ██████████████████████████████ ████ | | 0.50 |
| **05/11/2026** | | | |
| CRG | Research, draft, and revise ███████████ ██████████████████. | | 4.00 |
| CRG | Research and prepare presentation for DOAS hearing. | | 3.20 |
| MDJ | Review of supplemental declaration ████████ ; read/respond to emails with Ryan re: ██████ | | 0.30 |
| AMC | Reviewed supplemental declaration and Read and responded to emails with client ████████████ ; reviewed updated hearing powerpoint | | 0.60 |
| **05/12/2026** | | | |
| KK | Edit interim fee application to include outline of legal services performed by GHSM and make redactions to exhibit 2 (GHSM billing narratives) | | 1.20 |
| AMC | Updated draft TRO ██████████████████ ████ | | 0.30 |
| CRG | Review corr. from A. Carter re. █████████. | | 0.10 |
| **05/14/2026** | | | |
| CRG | Teleconference ████████████ ██████████ ████ | | 0.30 |
| **05/15/2026** | | | |
| CRG | Draft and review corr. w/ G. Middleton re. confirmation of time change for hearing. | | 0.20 |
| CRG | Draft corr. to D. Gann, J. Logan, ████████████ ██████████████ | | 0.10 |
| **05/18/2026** | | | |
| CRG | Prepare for and attend DOAS hearing. | | 2.50 |

Smart Communications

ACCOUNT NO:   20498-71003
4

Protest of Georgia Department of Corrections Solicitation

|  |  | HOURS |
|---|---|---|
| CRG | Teleconference with D. Gann ███████████ ███ ████████████████████ | 0.40 |

05/19/2026
| CRG | Draft and review corr. w/ D. Gann re. ███████ | 0.10 |

05/20/2026
| CRG | Review final decision from DOAS denying appeal and corr. re. same. | 0.50 |
| AMC | Reviewed correspondence denying appeal; Read and respond to emails with client re: ███ | 0.60 |

05/21/2026
| CRG | Teleconference ███████████████████ ████████ | 0.40 |
| CRG | Additional review of Final DOAS decision for ██████████ | 1.00 |
| CRG | Research ████████████████████ and ████████ | 2.50 |
| CRG | Research ████████████████████████████ and research ██████████ | 2.50 |
| CRG | Draft, edit, and revise Petition for Review. | 6.50 |
| MDJ | Review of Commission's decision denying appeal; read/respond to emails with Ryan re: ████████████████████████ conference ████████████████████ with Amber re: ██████ | 0.90 |
| AMC | Read and respond to emails with client re: ██████████ t; initial research re: ██████ Read and respond to emails re: ██████████████ ; research re: ████████ ; conf with Ryan re: ██████ reviewed Ryan's edits to petition | 2.30 |

05/22/2026
| KK | Emails with Ryan and Amber re: ██████████ ; prepare and file summons for DOAS and GDC; prepare and file Case Filing Information Form; finalize/file petition and exhibits; prepare service package for each respondent; prepare ██████████████████████████████ █████████████ telephone conference ██████████ |  |

Smart Communications

Protest of Georgia Department of Corrections Solicitation

| | | HOURS |
|---|---|---|
| | ████ emails ████ ████ prepare ████ ; prepare Case Filing Information Form to accompany TRO filing; prepare summonses to accompany TRO; finalize and file TRO documents; update correspondence ████ ████ | 4.30 |
| CRG | Draft, edit, and revise Petition for Review and corr. re. same. | 1.80 |
| CRG | Research for ████ | 2.00 |
| CRG | Draft, edit, and revise ████ | 2.50 |
| CRG | Corr. and telephone calls w/ DOAS and AG's office re. whether they will agree to stay closing, Petition for Review, and Emergency TRO/Preliminary Injunction. | 1.50 |
| MDJ | Review of draft petition for judicial review and draft TRO petition; read/respond to emails with Ryan, Amber et al re: | 1.00 |
| AMC | Reviewed ████ ; Read and respond to emails re: ████ ; coordinated filing; updated ████ ████ reviewed ████ ; reviewed final documents and assisted with filing | 1.80 |

05/25/2026
| | | |
|---|---|---|
| CRG | Research Georgia law re. ████ . | 2.00 |

05/26/2026
| | | |
|---|---|---|
| CRG | Conf. ████ ████ | 1.00 |
| CRG | Teleconference with A. Carter re. ████ | 0.50 |
| CRG | Review corr. from clerk's office re. status of filings. | 0.50 |
| AMC | Prep for service of complaint; reviewed filing notices from clerk's office; conf with CRG re: ████ | 0.60 |

05/27/2026
| | | |
|---|---|---|
| CRG | Draft and review corr. w/ A. Carter and K. Kroscavage re. ████ | 0.50 |
| AMC | Read and respond to emails re: file-stamped copies of petition; updated and re-filed TRO | 0.40 |

Smart Communications

Protest of Georgia Department of Corrections Solicitation

Page: 5
06/03/2026
ACCOUNT NO:    20498-71003
4

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/28/2026 |  |  |  |  |
| CRG | Research ███████████████ |  | 0.50 |  |
| CRG | Review and revise Interim Fee application. |  | 0.50 |  |
| 05/29/2026 |  |  |  |  |
| KK | Telephone conference ██████████ ████████ emails with R. Germany and A. Carter re: █████ |  | 0.30 |  |
| CRG | Corr. and telephone calls w/. A. Carter and K. Kroscagave re. ████████ |  | 0.50 |  |
| CRG | Draft and review corr. w/ DOAS, GDC, and AG's office re. status of service and ability to waive service. |  | 0.70 |  |
| CRG | Research and revise Acknowledgement of Service document based on corr. w/ AG's office. |  | 1.60 |  |
| CRG | Draft corr ███████████████ |  | 0.70 |  |
|  | For Current Services Rendered |  | 74.80 | 50,050.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark D. Johnson | 2.90 | $750.00 | $2,175.00 |
| AMBER CARTER | 8.50 | 450.00 | 3,825.00 |
| KIM KROSCAVAGE | 7.00 | 250.00 | 1,750.00 |
| C. RYAN GERMANY | 56.40 | 750.00 | 42,300.00 |

| 05/22/2026 | GSCCCA - efiling fee for Petition to Review | 250.02 |
|---|---|---|
|  | Total Expenses | 250.02 |
|  | Total Current Work | 50,300.02 |
|  | Previous Balance Due | $76,700.00 |
|  | **BALANCE DUE** | $127,000.02 |

OUTSTANDING AMOUNTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 03/04/2026 | 1 | 19,500.00 | 9,500.00 |

Page: 6

Smart Communications

06/03/2026

ACCOUNT NO:    20498-71003
4

Protest of Georgia Department of Corrections Solicitation

| 04/03/2026 | 2 | 35,760.00 | 35,760.00 |
| 05/04/2026 | 3 | 31,440.00 | 31,440.00 |
| | | | 76,700.00 |