UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| | Chapter 11 |
| SMART COMMUNICATIONS HOLDING, INC., | Case No. 8:25-bk-09473-RCT |
| | *Jointly Administered with* |
| SMART COMMUNICATIONS COLLIER, INC., | Case No. 8:26-bk-00146-RCT |
| Debtors. | |

_____/

| | |
|---|---|
| SMART COMMUNICATIONS HOLDING, INC., | Case No. 8:25-bk-09473-RCT |
| Applicable Debtor. | |

_____/

**FIRST INTERIM APPLICATION FOR COMPENSATION TO TURKEL • CUVA • BARRIOS • GUERRA, AS SPECIAL COUNSEL TO DEBTOR-IN-POSSESSION <u>FOR THE PERIOD DECEMBER 16, 2025, THROUGH MAY 31, 2026</u>**

---

**NOTICE OF APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AND
<u>OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING</u>**

Turkel • Cuva • Barrios • Guerra, as special counsel to Debtor-in-Possession, ("Applicant") has filed an application for compensation in the amount of $8,203.50 and reimbursement of expenses in the amount of $1,440.25 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to the Debtor's bankruptcy counsel, Eric D. Jacobs, Esq., at (813) 439-3100 or ejacobs@venable.com.

If you object to the Application, you must file an objection with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

**SUMMARY OF FIRST INTERIM APPLICATION FOR COMPENSATION TO TURKEL • CUVA • BARRIOS • GUERRA, AS SPECIAL COUNSEL TO DEBTOR-IN-POSSESSION FOR THE PERIOD DECEMBER 16, 2025, THROUGH MAY 31, 2026**

1.  Name of Applicant:                                    Turkel • Cuva • Barrios • Guerra

2.  Services Provided to:                                 Smart Communications Holding, Inc.

3.  Date of Retention:                                    December 16, 2025 [ECF No. 210]

4.  Period for this Application:                          December 16, 2025 to May 31, 2026

5.  Amount of Compensation Sought:                        $8,203.50

6.  Amount of Expense Reimbursement:                      $1,440.25

7.  Amount of Original Retainer:                          N/A

8.  Current Balance of Retainer Remaining:                N/A

9.  Blended Hourly Rate for this Application:    $367.87              Cumulative: N/A

10. This is an:                                           _x_ interim      ____ final application

11. Disclosure of prior applications:                    N/A (First Application)

| Period Covered | Requested | | Awarded | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|
| | **Fees** | **Expenses** | **Fees** | **Expenses** | **Fees** | **Expenses** | |
| N/A | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

SMART COMMUNICATIONS COLLIER, INC.,

    Debtors.

_____/

SMART COMMUNICATIONS HOLDING, INC.,

    Applicable Debtor.

_____/

Chapter 11
Case No. 8:25-bk-09473-RCT

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

Case No. 8:25-bk-09473-RCT

**FIRST INTERIM APPLICATION FOR COMPENSATION TO TURKEL • CUVA • BARRIOS • GUERRA, AS SPECIAL COUNSEL TO DEBTOR-IN-POSSESSION FOR THE PERIOD DECEMBER 16, 2025, THROUGH MAY 31, 2026**

The Applicant, the law firm of Turkel • Cuva • Barrios • Guerra ("TCBG"), having been approved by this Court as attorneys for the Debtor, Smart Communications Holding, Inc. (the "**Debtor**"), files this first application for interim allowance of compensation for professional services rendered and reimbursement of the necessary expenses pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rule of Bankruptcy Procedure, and the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(2). The exhibits attached to this Application, pursuant to the Guidelines, are:

    Exhibit "1":    Summary of Professional Time.

    Exhibit "2":    Summary of Requested Reimbursements of Expenses.

    Exhibit "3":    The applicant's complete time records, in chronological order, by activity code category (if applicable), for the time period covered by this application. The requested fees are itemized to the tenth of an hour. Expense invoices are also included.

3

TCBG submits that the requested fee in the amount of $8,203.50 for 22.30 hours worked is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America,* 544 F.2d 1291 (5th Cir. 1977).

**I.      RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD**

On April 20, 2026, this Court entered an Order authorizing the employment of the law firm of Turkel • Cuva • Barrios • Guerra as Special Counsel for the Debtor-in-Possession [ECF No. 210].   This Application is for fees and costs incurred from December 16, 2025, through May 31, 2026 (the "**Application Period**"). In connection herewith, TCBG seeks its first interim award of $8,203.50 in fees for services rendered and $1,440.25 for reimbursement of expenses incurred during the period covered during the Application Period.

**II.     DESCRIPTION AND SUMMARY OF SERVICES PERFORMED DURING THE APPLICATION PERIOD**

During the Application Period, TCBG performed a multitude of legal services which were necessary to effectively represent the Debtor in various cases. A summary of the services and matters that TCBG performed are set forth below and reflected in the attached exhibits.

TCBG worked with Debtor's counsel (Venable LLP) to prepare employment applications and this first interim fee application, inclusive of reviewing and analyzing draft applications and declarations supporting employment applications; conflict checks against the debtor list; communications with the Debtor and the Debtor's counsel; finalizing and executing the application, proposed order, and declaration for filing; reviewing the order approving employment; and reviewing bankruptcy and local rules for preparing fee applications.

TCBG performed a variety of services in connection with local matters, including responding to subpoenas on behalf of Smart as a non-party and researching contractual issues. TCBG also assisted the Debtor with garnishment proceedings filed against a current employee, with a breach of contract case against a former employee, and with a contractual dispute with a former customer. TCBG also prepared administrative filings including a motion to stay related to the Debtor's pending bankruptcy in a false advertising lawsuit against a competitor pending in Florida. TCBG also assisted with filings including preparation and delivery of physical copies, in connection with an ongoing shareholder dispute pending in Hillsborough Circuit Court. TCBG also assisted the Debtor with serving several public records requests.

The specific services rendered by TCBG are detailed in the firm's billing records attached hereto as Exhibit 3.

### III.   EVALUATION OF SERVICES RENDERED: FIRST COLONIAL CONSIDERATIONS

This Application presents the nature and extent of the professional services rendered by the Applicant in connection with its representation of the Debtor. The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent. A mere reading of the time summary annexed hereto cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with this case.

American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees. First Colonial remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code. Grant v. George Schuman Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990); 2 Collier on

Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); See also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981).  The twelve factors are: the time and labor required; the novelty and difficulty of the services rendered; the skill requisite to perform the services properly; the preclusion of other employment by the professional due to the acceptance of the case; the customary fee; whether the fee is fixed or contingent; the time limitations imposed by the client or other circumstances; the experience, reputation, and ability of the professional; the undesirability of the case; the nature and length of the professional relationship of the client; and awards in similar cases. First Colonial, 544 F.2d at 1298-99.

Based on the standards set forth in section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is in the amount of $8,203.50.

A.      **Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors.**

The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services the Applicant during the period covered by this Application, including in particular extensive appellate work and additional bid-protest work under considerable time constraints. The total number of hours expended (22.30 hours) reveals the extensive time devoted to these matters by the Applicant at the blended hourly rate of $367.87 (Partners $415/hour; Associates $365/hour; and Paralegal & Litigation Support $220/hour).

B.      **Novelty and Difficulty of Questions Presented.**

In providing services to the Debtor as described above, Applicant often faces novel questions of Florida contract interpretation and procedural and substantive rules governing litigation in Florida. In doing so, TCBG relies primarily upon established Florida statutory

6

authority, procedural rules, and recognized jurisprudential precedents to assist Debtor with issues in Florida.

**C.      Skill Requisite to Perform Services Properly.**

In rendering services to the Debtor, the Applicant demonstrated substantial legal skill and expertise in the areas of Florida trial practice and procedure, Florida law contract interpretation and general issues involving the Debtor.

**D.      Preclusion from Other Employment by Attorney Due to Acceptance of Case.**

The Applicant's representation of the Debtor in the matters described above did not preclude it from accepting other employment.

**E.      Customary Fee.**

The attorney hourly rates of the Applicant set forth in the attached exhibits reflect a blended hourly rate of $367.87. The fees charged are of a kind well within the range approved by courts within and outside of this District in other bankruptcy matters.

**F.      Whether Fee is Fixed or Contingent.**

The Applicant is compensated by the hour but the fees charged here are now subject to approval of the Court and therefore contingent in that respect.  The amount requested is consistent with the fee which the Applicant charges other clients.

**G.      Time Limitations Imposed by Client or Other Circumstances.**

Other than the press of court deadlines for litigation matters, the circumstances of this case did not impose certain time constraints on the Applicant.

**H.    Experience, Reputation and Ability of Attorneys.**

TCBG is experienced in matters of this kind involving Florida trial practice and procedure, Florida law contract interpretation and general issues, and complex litigation matters and is well known in Florida as a trial practitioner experienced in these and other areas of law.

**I.    "Undesirability" of Case.**

The cases in which Applicant represents the Debtor are not undesirable.  The Applicant is privileged to have the opportunity to represent the Debtor as general and local Florida counsel in various matters.

**J.    Nature and Length of Professional Relationship with Client.**

The Applicant has represented the Debtor in a professional capacity since 2018.

**K.    Awards in Similar Cases.**

The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity. The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community.  Considering the results obtained in light of the nature of the Applicant's employment, the lack of a retainer and the complexity of the issues addressed during the period covered by this Application, this rate is entirely appropriate. Likewise, as with all law firms, the Applicant's overhead expenses are absorbed in the hourly rate. A portion of any fee which the Court awards the Applicant will defray any overhead expenses already incurred and paid during the pendency of this case.

**IV.    REIMBURSEMENT OF EXPENSES**

Consistent with Local Rule 2016-1(e), Bankruptcy Rule 2016, and the Expense Reimbursement Guidelines, attached hereto as Exhibit 2 is a detailed list of expenses incurred.

8

TCBG seeks reimbursement of out-of-pocket expenses totaling $1,440.25 for costs incurred, which are described on the invoices.

## V.      CONCLUSION

The Applicant has provided valuable services to the Debtor in this case.  For this reason and all of the reasons set forth in this Application, the Applicant seeks a first interim award of $8,203.50 in fees for services rendered and $1,440.25 for reimbursement of expenses incurred during the period covered by this Application.

**WHEREFORE**, the Applicant, the law firm of Turkel • Cuva • Barrios • Guerra respectfully requests the Court enter an Order approving the Application and granting such other and further relief as the Court deems appropriate.

Dated:  June 26, 2026.                                    Respectfully submitted,

**VENABLE LLP**
*Attorneys for Debtors*
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Telephone: (813) 439-3100

By:   */s/ Eric D. Jacobs*
    Eric D. Jacobs, Esq.
    Florida Bar No. 85992
    Email: ejacobs@venable.com

**TURKEL • CUVA • BARRIOS • GUERRA**
100 North Tampa Street, Suite 1900
Tampa, FL  33602

By:   */s/ Brad F. Barrios*
    Brad F. Barrios, Esq.
    Florida Bar No. 035293
    Email: bbarrios@tcb-law.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that, on June 26, 2026, a true and correct copy of the foregoing document has been furnished via electronic mail by virtue of the Court's CM/ECF System to all parties registered to receive notice in this action.

By: ___*/s/ Eric D. Jacobs*___
Eric D. Jacobs, Esq.

10

**Summary of Professional Time**
**Total per Individual for this Period Only**
**(EXHIBIT "1-A")**

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well]

| Name | Partner Associate or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|------|------|------|------|------|------|
| Brad F. Barrios | Partner | 2007 | 11.4 | $425.00 | $5,113.00 |
| Kimbrell J. Hines | Associate | | 6.1 | $357.50 | $2,184.50 |
| Gayla Arnold | Legal Assistant | | 2 | $145.00 | $290.00 |
| Lesli Harm | Paralegal | | 2.8 | $220.00 | $616.00 |
| **TOTAL** | | | 22.3 | | $8,203.50 |

**Summary of Requested Reimbursement of Expenses**
**for this Time Period Only**
**(EXHIBIT 2)**

| DISBURSEMENTS | AMOUNT |
|---|---|
| 1.   Filing Fees | |
| 2.   Process Service Fees | |
| 3.   Witness Fees | |
| 4.   Court Reporter & Transcripts | |
| 5.   Lien and Title Searches | |
| 6.   Photocopies (in-house copies) | $5.25 |
| 7.   Photocopies (outside copies) | |
| 8.   Postage | |
| 9.   Overnight Delivery Charges (FedEx) | |
| 10.  Outside Courier/Messenger Services | |
| 11a.  Long Distance (a) Telephone Charges | |
| 11b.  Long Distance (b) Conference Calls/Court Call | |
| 12.  Long Distance Fax Transmission @ $1.00/pg. | |
| 13.  Computerized Research | |
| 14.  Out of Southern District of Florida Travel<br>   A.     Transportation/Airfare<br>   B.     Lodging<br>   C.     Meals<br>   D.     Parking | |
| 15.  Other (Not specifically disallowed; must specify and justify) –<br>   Outside Counsel<br>   Logikcull E-Discovery Storage | $185.00<br>$1250.00 |
| **TOTAL AMOUNT OF EXPENSES** | $1,440.25 |

12

**EXHIBIT "3"**

[The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour. NOTE: Invoices for expenses incurred and paid are also included.]

| | Smart Communications | | |
|---|---|---|---|
| | Fee Application - Task Code Summary | | |
| | December 16, 2025 - April 30, 2026 | | |
| **Task** | **Task Description** | **Work Hours** | **Work Amount** |
| L110 | Fact Investigation/Development | 0.4 | $ 76.00 |
| L120 | Analysis/Strategy | 3.8 | $ 1,551.00 |
| L130 | Experts/Consultants | | |
| L140 | Document/File Management | 3.6 | $ 1,270.50 |
| L160 | Settlement/Non-Binding ADR | | |
| L190 | Other Case Assessment, Development, & Administration | 8.7 | $ 3,309.50 |
| L210 | Pleadings/Motions | 2.8 | $ 1,040.00 |
| L230 | Court Mandated Conferences | 0.8 | $ 332.00 |
| L240 | Dispositive Motions | | |
| L250 | Other Written Motions and Submissions | 2.2 | $ 624.50 |
| L310 | Written Discovery | | |
| L320 | Document Production | | |
| L330 | Depositions | | |
| L340 | Expert Discovery | | |
| L390 | Other Discovery | | |
| L420 | Expert Witnesses | | |
| L430 | Written Motions and Submissions | | |
| L440 | Other Trial Preparation and Support | | |
| L450 | Trial and Hearing Attendance | | |
| L460 | Post-Trial Motions and Submissions | | |
| L510 | Appellate Motions and Submissions | | |
| L520 | Appellate Briefs | | |
| | **Totals** | **22.3** | **$ 8,203.50** |

13

**General Representation/Corporate Matters - Florida**



**Turkel • Cuva • Barrios • Guerra**

100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
(813) 834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
10491 72nd Avenue
Seminole, FL 33777

**Issue Date :**    2/9/2026

**Bill # :**    06944

**Due Date :**  Upon Receipt

**RE :** General Representation

**Fees**

| Date | Staff | Code | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/28/2026 | BFB | | Receipt and review of subpoena in criminal matter; email to D. Gann regarding same. | 0.20 | $415.00 | $83.00 |
| **Fees Subtotal** | | | | **0.20** | | **$83.00** |

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/4/2025 | | Legal Research-3rd Party Vendor | $29.75 |
| **Expenses Subtotal** | | | **$29.75** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BFB | 0.20 | $415.00 | $83.00 |

**Total**    **$112.75**

**Previous Balance**  **$9,003.30**

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 11/11/2025 | Payment | #26887 | -$4,337.25 |
| 11/19/2025 | Payment | #26935 | -$146.55 |
| 12/22/2025 | Payment | #27225 | -$4,519.50 |

**Payments & Credits** **-$9,003.30**

**Balance Due**    **$112.75**

**We appreciate your prompt payment.**

# Matter Statement of Account

## RE: SMART COMMUNICATIONS - General Representation - 001667-000000

## Balance as of 5/26/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|------|---------|--------|------|---------|
| 5/8/2026 | 7366 | $731.50 | $0.00 | $731.50 |
| 4/9/2026 | 7197 | $1,230.50 | $0.00 | $1,230.50 |
| 3/6/2026 | 7115 | $56.00 | $0.00 | $56.00 |
| 2/9/2026 | 6944 | $112.75 | $0.00 | $112.75 |
| | | | **Balance Due** | **$2,130.75** |



**Turkel • Cuva • Barrios • Guerra**

100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
(813) 834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
10491 72nd Avenue
Seminole, FL 33777

**Issue Date :**  3/6/2026

**Bill # :**  07115

**Due Date :**  Upon Receipt

**RE :** General Representation

**Fees**

| Date | Staff Code | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/9/2026 | BFB | Review satisfaction of judgment in garnishment case and email to D. Gann. | 0.10 | $415.00 | $41.50 |
| 2/24/2026 | GMA | ▉▉▉▉▉▉▉▉▉▉▉ | 0.10 | $145.00 | $14.50 |
| **Fees Subtotal** | | | **0.20** | | **$56.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BFB | 0.10 | $415.00 | $41.50 |
| GMA | 0.10 | $145.00 | $14.50 |

**Total  $56.00**

**Previous Balance  $112.75**

**Balance Due  $168.75**

**We appreciate your prompt payment.**

# Matter Statement of Account

## RE: SMART COMMUNICATIONS - General Representation - 001667-000000

## Balance as of 5/26/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 5/8/2026 | 7366 | $731.50 | $0.00 | $731.50 |
| 4/9/2026 | 7197 | $1,230.50 | $0.00 | $1,230.50 |
| 3/6/2026 | 7115 | $56.00 | $0.00 | $56.00 |
| 2/9/2026 | 6944 | $112.75 | $0.00 | $112.75 |
| | | | **Balance Due** | **$2,130.75** |



**Turkel • Cuva • Barrios • Guerra**

100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
(813) 834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
10491 72nd Avenue
Seminole, FL 33777

**Issue Date :**     4/9/2026

**Bill # :**     07197

**Due Date :**  Upon Receipt

**RE :** General Representation

**Fees**

| Date | Staff | Code | Description | Billable Hours | Rate | Amount |
|------|-------|------|-------------|----------------|------|--------|
| 3/5/2026 | KJH | | Begin research and analysis Louisiana law regarding acceptance by performance, ratification, and related theories concerning validity of contract addendum extending agreement where counterparty accepted benefits despite later challenging authority of signatory. | 0.60 | $365.00 | $219.00 |
| 3/27/2026 | BFB | | Review subpoenas; call and email to P. Canny | 0.50 | $465.00 | $232.50 |
| 3/30/2026 | BFB | | Emails with P. Canny regarding subpoenas. | 0.20 | $465.00 | $93.00 |
| 3/31/2026 | BFB | | Telephone conference with P. Canny; email D. Gann. | 0.40 | $465.00 | $186.00 |
| **Fees Subtotal** | | | | **1.70** | | **$730.50** |

**Expenses**

| Date | Code | Description | | | Amount |
|------|------|-------------|--|--|--------|
| 1/31/2026 | | Logikcull E-Discovery platform data storage fee - January 2026 | | | $250.00 |
| 2/28/2026 | | Logikcull E-Discovery platform data storage fee - February 2026 | | | $250.00 |
| **Expenses Subtotal** | | | | | **$500.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| BFB | 1.10 | $465.00 | $511.50 |
| KJH | 0.60 | $365.00 | $219.00 |

**Total $1,230.50**

**Previous Balance   $168.75**

**Balance Due $1,399.25**

We appreciate your prompt payment.

# Matter Statement of Account

## RE: SMART COMMUNICATIONS - General Representation - 001667-000000

## Balance as of 5/26/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 5/8/2026 | 7366 | $731.50 | $0.00 | $731.50 |
| 4/9/2026 | 7197 | $1,230.50 | $0.00 | $1,230.50 |
| 3/6/2026 | 7115 | $56.00 | $0.00 | $56.00 |
| 2/9/2026 | 6944 | $112.75 | $0.00 | $112.75 |
| | | | **Balance Due** | **$2,130.75** |



**Turkel • Cuva • Barrios • Guerra**

100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
(813) 834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
10491 72nd Avenue
Seminole, FL 33777

**Issue Date :**    5/8/2026

**Bill # :**    07366

**Due Date :** Upon Receipt

**RE :** General Representation

**Fees**

| Date | Staff Code | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/8/2026 | BFB | Review email from D. Gann regarding subpoena response; emails with opposing counsel regarding same. | 0.20 | $465.00 | $93.00 |
| 4/15/2026 | BFB | Review documents in response to Garrett subpoena; emails regarding same. | 0.40 | $465.00 | $186.00 |
| 4/16/2026 | BFB | Email defense counsel for Garrett regarding confidentiality concerns. | 0.10 | $465.00 | $46.50 |
| 4/22/2026 | BFB | Review email from D. Gann regarding public records requests; prepare same. | 0.40 | $465.00 | $186.00 |
| 4/22/2026 | LMH | Prepare and submit public records requests ███████████████████████ ████████████████████. | 0.50 | $220.00 | $110.00 |
| 4/24/2026 | LMH | Receipt and review correspondence ██ ███████████ with additional instructions related to submission of public records requests; Review ████████ ████████████ procedures regarding public records requests; Prepare request █ ████████████████████████ for inmate communications contracts. | 0.50 | $220.00 | $110.00 |

**Fees Subtotal**    2.10    **$731.50**

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BFB | 1.10 | $465.00 | $511.50 |
| LMH | 1.00 | $220.00 | $220.00 |

**Total    $731.50**

**Previous Balance $1,399.25**

**Balance Due $2,130.75**

We appreciate your prompt payment.

# Matter Statement of Account

## RE: SMART COMMUNICATIONS - General Representation - 001667-000000

## Balance as of 5/26/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
| --- | --- | --- | --- | --- |
| 5/8/2026 | 7366 | $731.50 | $0.00 | $731.50 |
| 4/9/2026 | 7197 | $1,230.50 | $0.00 | $1,230.50 |
| 3/6/2026 | 7115 | $56.00 | $0.00 | $56.00 |
| 2/9/2026 | 6944 | $112.75 | $0.00 | $112.75 |
| | | | **Balance Due** | **$2,130.75** |

**Garnishment Matters**



**Turkel Cuva Barrios, PA**

100 North Tampa Street
Suite 1900
Tampa, Florida 33602
813-834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**

| | |
|---|---|
| **Issue Date :** | 5/8/2026 |
| **Bill # :** | 07364 |
| **Due Date :** | Upon Receipt |

**RE :** Garnishment Matters

**Fees**

| Date | Staff Code | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/21/2026 | KJH | Review and analysis of Motion of Final Judgment of Continuing Writ of Garnishment. | 0.20 | $365.00 | $73.00 |
| 4/21/2026 | BFB | Review motion for final judgment. | 0.20 | $465.00 | $93.00 |
| **Fees Subtotal** | | | **0.40** | | **$166.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BFB | 0.20 | $465.00 | $93.00 |
| KJH | 0.20 | $365.00 | $73.00 |

| | |
|---|---|
| **Total** | **$166.00** |
| **Previous Balance** | **$1,057.50** |
| **Balance Due** | **$1,223.50** |

**We appreciate your prompt payment.**

# Matter Statement of Account

## RE: SMART COMMUNICATIONS - Garnishment Matters - 001667-000036

## Balance as of 6/24/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 5/8/2026 | 7364 | $166.00 | $0.00 | $166.00 |
| 4/9/2026 | 7196 | $182.50 | $0.00 | $182.50 |
| 3/6/2026 | 7114 | $875.00 | $0.00 | $875.00 |
| | | | **Balance Due** | **$1,223.50** |



**Turkel Cuva Barrios, PA**

100 North Tampa Street
Suite 1900
Tampa, Florida 33602
813-834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**

| | |
|---|---|
| **Issue Date :** | 4/9/2026 |
| **Bill # :** | 07196 |
| **Due Date :** | Upon Receipt |

**RE :** Garnishment Matters

**Fees**

| Date | Staff Code | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/2/2026 | KJH | Communications with client and opposing counsel regarding answer to writ of garnishment; revise answer to writ of garnishment. | 0.50 | $365.00 | $182.50 |
| **Fees Subtotal** | | | **0.50** | | **$182.50** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| KJH | 0.50 | $365.00 | $182.50 |

| | |
|---|---|
| **Total** | **$182.50** |
| **Previous Balance** | **$875.00** |
| **Balance Due** | **$1,057.50** |

**We appreciate your prompt payment.**

# Matter Statement of Account

## RE: SMART COMMUNICATIONS - Garnishment Matters - 001667-000036

## Balance as of 6/24/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 5/8/2026 | 7364 | $166.00 | $0.00 | $166.00 |
| 4/9/2026 | 7196 | $182.50 | $0.00 | $182.50 |
| 3/6/2026 | 7114 | $875.00 | $0.00 | $875.00 |
| | | | **Balance Due** | **$1,223.50** |



**Turkel Cuva Barrios, PA**

100 North Tampa Street
Suite 1900
Tampa, Florida 33602
813-834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**

| | |
|---|---|
| **Issue Date :** | 3/6/2026 |
| **Bill # :** | 07114 |
| **Due Date :** | Upon Receipt |

**RE :** Garnishment Matters

**Fees**

| Date | Staff | Code | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/12/2026 | KJH | | Review materials related to garnishment; analysis of next steps; preparation of answer; communication with client regarding information needed for complaint. | 1.40 | $350.00 | $490.00 |
| 2/19/2026 | KJH | | Email correspondence with client re information needed for answer to writ of garnishment. | 0.10 | $350.00 | $35.00 |
| 2/23/2026 | KJH | | Communications with client regarding information needed for answer to writ of garnishment. | 0.10 | $350.00 | $35.00 |
| 2/24/2026 | KJH | | Review information provided by Ms. Conyers and revise the answer to the writ of garnismnent. | 0.90 | $350.00 | $315.00 |
| **Fees Subtotal** | | | | **2.50** | | **$875.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| KJH | 2.50 | $350.00 | $875.00 |

| | |
|---|---|
| **Total** | **$875.00** |
| **Previous Balance** | **$0.00** |
| **Balance Due** | **$875.00** |

**We appreciate your prompt payment.**

# Matter Statement of Account

## RE: SMART COMMUNICATIONS - Garnishment Matters - 001667-000036

### Balance as of 6/24/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 5/8/2026 | 7364 | $166.00 | $0.00 | $166.00 |
| 4/9/2026 | 7196 | $182.50 | $0.00 | $182.50 |
| 3/6/2026 | 7114 | $875.00 | $0.00 | $875.00 |
| | | | **Balance Due** | **$1,223.50** |

**Former Employee Matters**



**Turkel Cuva Barrios, PA**

100 North Tampa Street
Suite 1900
Tampa, Florida 33602
813-834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
Smart Communications

| | |
|---|---|
| **Issue Date :** | 6/5/2026 |
| **Bill # :** | 07436 |
| **Due Date :** | Upon Receipt |

**RE :** Former Employee Matters

**Fees**

| Date | Staff | Code | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/4/2026 | BFB | | Emails with client regarding settlement and resolution of matter. | 0.20 | $465.00 | $93.00 |
| 5/4/2026 | KJH | | Review and analysis of communications re settlement strategy; draft settlement agreement. | 1.80 | $365.00 | $657.00 |
| 5/9/2026 | BFB | | Draft settlement agreement. | 0.90 | $465.00 | $418.50 |
| 5/22/2026 | BFB | | Follow up email regarding settlement agreement. | 0.10 | $465.00 | $46.50 |
| **Fees Subtotal** | | | | **3.00** | | **$1,215.00** |

**Expenses**

| Date | Code | Description | | | Amount |
|---|---|---|---|---|---|
| 5/31/2026 | | Photocopies | | | $1.00 |
| **Expenses Subtotal** | | | | | **$1.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BFB | 1.20 | $465.00 | $558.00 |
| KJH | 1.80 | $365.00 | $657.00 |

**Total $1,216.00**

**Previous Balance $5,623.65**

**Balance Due $6,839.65**

**We appreciate your prompt payment.**

# Matter Statement of Account

**RE: SMART COMMUNICATIONS - Former Employee Matters - 001667-000033**

**Balance as of 6/24/2026**

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 6/5/2026 | 7436 | $1,216.00 | $0.00 | $1,216.00 |
| 5/8/2026 | 7365 | $166.00 | $0.00 | $166.00 |
| 3/6/2026 | 7116 | $1.75 | $0.00 | $1.75 |
| 2/9/2026 | 6943 | $1,007.50 | $0.00 | $1,007.50 |
| 1/12/2026 | 6767 | $140.00 | $0.00 | $140.00 |
| 12/9/2025 | 6681 | $4,308.40 | $0.00 | $4,308.40 |
| | | | **Balance Due** | **$6,839.65** |



**Turkel Cuva Barrios, PA**

100 North Tampa Street
Suite 1900
Tampa, Florida 33602
813-834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
Smart Communications

| | |
|---|---|
| **Issue Date :** | 5/8/2026 |
| **Bill # :** | 07365 |
| **Due Date :** | Upon Receipt |

**RE :** Former Employee Matters

**Fees**

| Date | Staff Code | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/30/2026 | BFB | Review order; email D. Gann. | 0.20 | $465.00 | $93.00 |
| 4/30/2026 | KJH | Review and analysis of communications with client regarding pretrial conference, discovery, and overall litigation strategy. | 0.20 | $365.00 | $73.00 |
| **Fees Subtotal** | | | **0.40** | | **$166.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BFB | 0.20 | $465.00 | $93.00 |
| KJH | 0.20 | $365.00 | $73.00 |

| | |
|---|---|
| **Total** | **$166.00** |
| **Previous Balance** | **$5,457.65** |
| **Balance Due** | **$5,623.65** |

**We appreciate your prompt payment.**

# Matter Statement of Account

## RE: SMART COMMUNICATIONS - Former Employee Matters - 001667-000033

### Balance as of 6/24/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|------|---------|--------|------|---------|
| 6/5/2026 | 7436 | $1,216.00 | $0.00 | $1,216.00 |
| 5/8/2026 | 7365 | $166.00 | $0.00 | $166.00 |
| 3/6/2026 | 7116 | $1.75 | $0.00 | $1.75 |
| 2/9/2026 | 6943 | $1,007.50 | $0.00 | $1,007.50 |
| 1/12/2026 | 6767 | $140.00 | $0.00 | $140.00 |
| 12/9/2025 | 6681 | $4,308.40 | $0.00 | $4,308.40 |
| | | | **Balance Due** | **$6,839.65** |



**Turkel Cuva Barrios, PA**

100 North Tampa Street
Suite 1900
Tampa, Florida 33602
813-834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
Smart Communications

| | |
|---|---|
| **Issue Date :** | 3/6/2026 |
| **Bill # :** | 07116 |
| **Due Date :** | Upon Receipt |

**RE :** Former Employee Matters

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 1/31/2026 | | Photocopies | $1.50 |
| 2/28/2026 | | Photocopies | $0.25 |
| **Expenses Subtotal** | | | **$1.75** |

| | |
|---|---|
| **Total** | **$1.75** |
| **Previous Balance** | **$5,455.90** |
| **Balance Due** | **$5,457.65** |

**We appreciate your prompt payment.**

# Matter Statement of Account

## RE: SMART COMMUNICATIONS - Former Employee Matters - 001667-000033

## Balance as of 6/24/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 6/5/2026 | 7436 | $1,216.00 | $0.00 | $1,216.00 |
| 5/8/2026 | 7365 | $166.00 | $0.00 | $166.00 |
| 3/6/2026 | 7116 | $1.75 | $0.00 | $1.75 |
| 2/9/2026 | 6943 | $1,007.50 | $0.00 | $1,007.50 |
| 1/12/2026 | 6767 | $140.00 | $0.00 | $140.00 |
| 12/9/2025 | 6681 | $4,308.40 | $0.00 | $4,308.40 |
| | | | **Balance Due** | **$6,839.65** |



**Turkel Cuva Barrios, PA**

100 North Tampa Street
Suite 1900
Tampa, Florida 33602
813-834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
Smart Communications

| | |
|---|---|
| **Issue Date :** | 2/9/2026 |
| **Bill # :** | 06943 |
| **Due Date :** | Upon Receipt |

**RE :** Former Employee Matters

**Fees**

| Date | Staff | Code | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/14/2026 | BFB | | Follow up with D. Gann regarding status. | 0.60 | $415.00 | $249.00 |
| 1/14/2026 | KJH | | Review notice of case management conference; review communications with client regarding litigation strategy and ██████████████████ ██████████████ | 0.10 | $350.00 | $35.00 |
| 1/22/2026 | BFB | | Prepare for and attend case management hearing. | 0.80 | $415.00 | $332.00 |
| 1/22/2026 | GMA | | Calculate pre-trial and case management deadlines pursuant to the 1/22/26 Case Management Conference to provide amended trial and case management orders. | 0.50 | $145.00 | $72.50 |
| 1/25/2026 | BFB | | Review and revise amended case management order. | 0.30 | $415.00 | $124.50 |
| 1/26/2026 | KJH | | Review and analysis of email communications regrading case management conference. | 0.10 | $350.00 | $35.00 |
| 1/27/2026 | KJH | | Review and analysis of correspondence to Judge Oster 1/26/26 and proposed Amended Differentiated Case Management Order. | 0.10 | $350.00 | $35.00 |
| 1/28/2026 | BFB | | Review amended case management order; email D. Gann regarding same. | 0.30 | $415.00 | $124.50 |
| **Fees Subtotal** | | | | **2.80** | | **$1,007.50** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| BFB | 2.00 | $415.00 | $830.00 |
| GMA | 0.50 | $145.00 | $72.50 |
| KJH | 0.30 | $350.00 | $105.00 |

**Total $1,007.50**

**Previous Balance $4,448.40**

**Balance Due $5,455.90**

**We appreciate your prompt payment.**

# Matter Statement of Account

## RE: SMART COMMUNICATIONS - Former Employee Matters - 001667-000033

## Balance as of 6/24/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|------|---------|--------|------|---------|
| 6/5/2026 | 7436 | $1,216.00 | $0.00 | $1,216.00 |
| 5/8/2026 | 7365 | $166.00 | $0.00 | $166.00 |
| 3/6/2026 | 7116 | $1.75 | $0.00 | $1.75 |
| 2/9/2026 | 6943 | $1,007.50 | $0.00 | $1,007.50 |
| 1/12/2026 | 6767 | $140.00 | $0.00 | $140.00 |
| 12/9/2025 | 6681 | $4,308.40 | $0.00 | $4,308.40 |
| | | | **Balance Due** | **$6,839.65** |

**<u>Melvin Engelke, III</u>**



**Turkel • Cuva • Barrios • Guerra**

100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
(813) 834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
Smart Communications
10491 72nd Avenue
Seminole, FL 33777

**Issue Date :**     3/6/2026

**Bill # :**      07120

**Due Date :**  Upon Receipt

**RE :** Melvin Engelke (Business Records)

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 1/31/2026 | | Photocopies | $0.75 |
| **Expenses Subtotal** | | | **$0.75** |

| | | |
|---|---|---|
| **Total** | | **$0.75** |
| **Previous Balance** | | **$53.39** |
| **Balance Due** | | **$54.14** |

**We appreciate your prompt payment.**

# Matter Statement of Account

**RE: SMART COMMUNICATIONS - Melvin Engelke (Business Records) - 001667-000002**

**Balance as of 5/26/2026**

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|------|---------|--------|------|---------|
| 3/6/2026 | 7120 | $0.75 | $0.00 | $0.75 |
| 2/9/2026 | 6945 | $53.39 | $0.00 | $53.39 |
| | | | **Balance Due** | **$54.14** |



**Turkel Cuva Barrios, PA**

100 North Tampa Street
Suite 1900
Tampa, Florida 33602
813-834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
Smart Communications
10491 72nd Avenue
Seminole, FL 33777

| | |
|---|---|
| **Issue Date :** | 3/6/2026 |
| **Bill # :** | 07117 |
| **Due Date :** | Upon Receipt |

**RE :** Engelke (Declaratory Action)

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 1/31/2026 | | Photocopies | $0.75 |
| **Expenses Subtotal** | | | **$0.75** |

| | |
|---|---|
| **Total** | **$0.75** |
| **Previous Balance** | **$220.00** |

**Payments & Credits**

| Date | Type | Notes | Amount |
|---|---|---|---|
| 11/19/2025 | Payment | #26935 | -$220.00 |
| | | **Payments & Credits** | **-$220.00** |
| | | **Balance Due** | **$0.75** |

**We appreciate your prompt payment.**



**Turkel • Cuva • Barrios • Guerra**

100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
(813) 834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
Smart Communications
10491 72nd Avenue
Seminole, FL 33777

**Issue Date :**    3/6/2026

**Bill # :**    07121

**Due Date :**  Upon Receipt

**RE :** Melvin Engelke (Loan Case)

**Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 1/31/2026 | | Photocopies | $1.00 |
| **Expenses Subtotal** | | | **$1.00** |

| | |
|---|---|
| **Total** | **$1.00** |
| **Previous Balance** | **$8.75** |
| **Balance Due** | **$9.75** |

**We appreciate your prompt payment.**

# Matter Statement of Account

**RE: SMART COMMUNICATIONS - Melvin Engelke (Loan Case) - 001667-000003**

**Balance as of 5/26/2026**

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 3/6/2026 | 7121 | $1.00 | $0.00 | $1.00 |
| 2/9/2026 | 6946 | $8.75 | $0.00 | $8.75 |
| | | | **Balance Due** | **$9.75** |

**Customer Contract Dispute**



**Turkel Cuva Barrios, PA**

100 North Tampa Street
Suite 1900
Tampa, Florida 33602
813-834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
Smart Communications

**Issue Date :**    6/17/2026

**Bill # :**    07516

**Due Date :**  Upon Receipt

**RE :** Customer Contract Dispute

**Fees**

| Date | Staff | Code | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/7/2026 | BFB | | Review statuts of litigation; emails with D. Gann regarding same. | 0.30 | $415.00 | $124.50 |
| 4/30/2026 | BFB | | Review email and complaint from D. Gann; email to local counsel. | 0.20 | $465.00 | $93.00 |
| 5/4/2026 | BFB | | Strategy conference with S. Craighead and J. Wyley regarding complaint; review timeline of receipt of original complaint. | 0.80 | $465.00 | $372.00 |
| 5/9/2026 | BFB | | Review emails regarding potential dismissal. | 0.20 | $465.00 | $93.00 |
| 5/22/2026 | BFB | | Review and revise draft settlement agreement; emails with co-counsel and D. Gann. | 0.50 | $465.00 | $232.50 |
| 5/26/2026 | BFB | | Review D. Gann edits to release; revise and finalize same. | 0.20 | $465.00 | $93.00 |
| **Fees Subtotal** | | | | **2.20** | | **$1,008.00** |

**Expenses**

| Date | | Code | Description | | | Amount |
|---|---|---|---|---|---|---|
| 12/16/2025 | | | Legal Services rendered | | | $185.00 |
| **Expenses Subtotal** | | | | | | **$185.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BFB | 0.30 | $415.00 | $124.50 |
| BFB | 1.90 | $465.00 | $883.50 |

**Total $1,193.00**

**Previous Balance    $375.00**

**Balance Due $1,568.00**

**We appreciate your prompt payment.**

# Matter Statement of Account

## RE: SMART COMMUNICATIONS - Customer Contract Dispute - 001667-000021

## Balance as of 6/24/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|------|---------|--------|------|---------|
| 6/17/2026 | 7516 | $1,193.00 | $0.00 | $1,193.00 |
| 2/9/2026 | 6947 | $375.00 | $0.00 | $375.00 |
| | | | **Balance Due** | **$1,568.00** |

# Textbehind, Inc.



**Turkel Cuva Barrios, PA**

100 North Tampa Street
Suite 1900
Tampa, Florida 33602
813-834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
ap@smartcommunications.us
10491 72nd Avenue
Seminole, FL 33777

**Issue Date :**    1/12/2026

**Bill # :**    06768

**Due Date :**  Upon Receipt

**RE :** TextBehind, Inc.

**Fees**

| Date | Staff | Code | Description | Billable Hours | Rate | Amount |
|------|-------|------|-------------|---------------|------|--------|
| 12/28/2025 | BFB | | Prepare suggestion of bankruptcy. | 0.20 | $395.00 | $79.00 |
| **Fees Subtotal** | | | | **0.20** | | **$79.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| BFB | 0.20 | $395.00 | $79.00 |

**Total**    **$79.00**
**Previous Balance**    **$1,436.00**

**Payments & Credits**

| Date | Type | Notes | Amount |
|------|------|-------|--------|
| 12/22/2025 | Payment | #27225 | -$1,199.00 |
| | **Payments & Credits** | | **-$1,199.00** |
| | **Balance Due** | | **$316.00** |

**We appreciate your prompt payment.**

# Matter Statement of Account

## RE: SMART COMMUNICATIONS - TextBehind, Inc. - 001667-000017

## Balance as of 6/24/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|------|---------|--------|------|---------|
| 1/12/2026 | 6768 | $79.00 | $0.00 | $79.00 |
| 12/9/2025 | 6682 | $237.00 | $0.00 | $237.00 |
| | | | **Balance Due** | **$316.00** |



**Turkel • Cuva • Barrios • Guerra**

100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
(813) 834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
ap@smartcommunications.us
10491 72nd Avenue
Seminole, FL 33777

**Issue Date :**    2/9/2026

**Bill # :**    06948

**Due Date :** Upon Receipt

**RE :** TextBehind, Inc.

**Fees**

| Date | Staff Code | Description | Billable Hours | Rate | Amount |
|------|-----------|-------------|---------------|------|--------|
| 1/5/2026 | BFB | Finalize motion to stay pending bankruptcy. | 0.70 | $415.00 | $290.50 |
| 1/6/2026 | GMA | Draft order staying case pending bankruptcy proceedings; draft letter to Judge Frayman regarding same. | 0.20 | $145.00 | $29.00 |
| 1/21/2026 | BFB | Review notice of lack of prosecution; review case status; email to D. Gann and co-counsel regarding same. | 0.30 | $415.00 | $124.50 |
| **Fees Subtotal** | | | **1.20** | | **$444.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| BFB | 1.00 | $415.00 | $415.00 |
| GMA | 0.20 | $145.00 | $29.00 |

**Total $444.00**

**Previous Balance $316.00**

**Balance Due $760.00**

**We appreciate your prompt payment.**

# Matter Statement of Account

**RE: SMART COMMUNICATIONS - TextBehind, Inc. - 001667-000017**

**Balance as of 5/26/2026**

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|------|---------|--------|------|---------|
| 4/9/2026 | 7198 | $93.00 | $0.00 | $93.00 |
| 2/9/2026 | 6948 | $444.00 | $0.00 | $444.00 |
| 1/12/2026 | 6768 | $79.00 | $0.00 | $79.00 |
| 12/9/2025 | 6682 | $237.00 | $0.00 | $237.00 |
| | | | **Balance Due** | **$853.00** |



**Turkel • Cuva • Barrios • Guerra**

100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
(813) 834-9191
accounts@tcb-law.com
www.tcb-law.com
86-3329581

**David Gann**
ap@smartcommunications.us
10491 72nd Avenue
Seminole, FL 33777

| | |
|---|---|
| **Issue Date :** | 4/9/2026 |
| **Bill # :** | 07198 |
| **Due Date :** | Upon Receipt |

**RE :** TextBehind, Inc.

**Fees**

| Date | Staff Code | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/19/2026 | BFB | Review status on lack of prosecution; email to team regarding same. | 0.20 | $465.00 | $93.00 |
| **Fees Subtotal** | | | **0.20** | | **$93.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| BFB | 0.20 | $465.00 | $93.00 |

| | |
|---|---|
| **Total** | **$93.00** |
| **Previous Balance** | **$760.00** |
| **Balance Due** | **$853.00** |

**We appreciate your prompt payment.**

# Matter Statement of Account

## RE: SMART COMMUNICATIONS - TextBehind, Inc. - 001667-000017

## Balance as of 5/26/2026

Open Bills

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 4/9/2026 | 7198 | $93.00 | $0.00 | $93.00 |
| 2/9/2026 | 6948 | $444.00 | $0.00 | $444.00 |
| 1/12/2026 | 6768 | $79.00 | $0.00 | $79.00 |
| 12/9/2025 | 6682 | $237.00 | $0.00 | $237.00 |
| | | | **Balance Due** | **$853.00** |