**[noftrns]** [Notice Regarding Filing of Transcript]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                    Case No. 8:25–bk–09473–RCT
                                                          Chapter 11

Smart Communications Holding, Inc.
Smart Communications Collier, Inc.,
8:26–bk–00146–RCT (Jointly Administered)
10491 72nd Street
Seminole, FL 33777



_____Debtor(s)_____/


<u>NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT TO
REQUEST REDACTION OF TRANSCRIPT</u>

    Notice is hereby given that an official transcript of a proceeding held on March 27, 2026 has been filed on April 2,
2026 , by the court reporter in the above captioned matter.

    Pursuant to Local Rule 5077–1, within seven (7) calendar days of the date of service of this notice, the parties
shall file with the court a local form "Notice of lntent to Request Redaction of Transcript." Parties timely filing the
local form "Notice of lntent to Request Redaction of Transcript" shall, within 21 calendar days of the date the
transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction
Request" which shall indicate, by page and line number, the location of the personal data identifiers for which
redaction is being requested. Since the "Statement" once filed, will appear as a public document on the docket, the
"Statement" should be worded so as not to contain unredacted personal identifiers.

    Parties to the case who are (or represent) persons whose personal data identifier may appear in the transcript and
who wish to review the unredacted transcript may either purchase a copy of the transcript from the court reporter or
view a copy of the transcript at no charge in any of the clerk's three divisional offices.

    If a "Notice of Intent to Request Redaction of Transcript" has not been filed by the deadline indicated above,
absent further order of the court, the transcript will be made available on the docket as a publicly accessible
document, subject to applicable access charges.

        DATED on July 9, 2026 .

                        FOR THE COURT
                        Jose A Rodriguez , Clerk of Court
                        Sam M. Gibbons United States Courthouse
                        801 North Florida Avenue
                        Suite 555
                        Tampa, FL 33602


Copies Furnished to All Parties to the Hearing