ORDERED.

Dated: **July 25, 2026**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

SMART COMMUNICATIONS COLLIER, INC.,

    Debtors.
_____/

SMART COMMUNICATIONS HOLDING, INC.,

    Applicable Debtor.
_____/

Chapter 11
Case No. 8:25-bk-09473-RCT

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

Case No. 8:25-bk-09473-RCT

**ORDER APPROVING FIRST INTERIM APPLICATION FOR COMPENSATION TO GA BIBIKOS LLC, AS GENERAL AND LOCAL PENNSYLVANIA COUNSEL FOR THE DEBTOR FOR THE PERIOD DECEMBER 16, 2025, THROUGH APRIL 30, 2026**

THIS CASE came before the Court for hearing on July 9, 2026, at 10:00 A.M. upon the (1) *First Interim Application for Compensation to GA Bibikos LLC, as General and Local Pennsylvania Counsel for the Debtor for the Period December 16, 2025 Through April 30, 2026* [ECF No. 233] (the "Application"), and (2) *Creditor Janice Logan's Limited Objection to First Interim Application for Compensation to GA Bibikos LLC, as General and Local Pennsylvania Counsel for the Debtor for the Period December 16, 2025 Through April 30, 2026* [ECF No. 257] (the "Objection").

In the Application, GA Bibikos LLC (the "Firm") seeks an award of fees in the amount of $39,897.00 for services rendered and reimbursement of expenses in the amount of $273.33 for the period December 16, 2025 through April 30, 2026 (the "Application Period"). The Court having reviewed the Application and the Objection, having heard arguments of counsel, and being otherwise advised in the premises finds that cause exists to approve the Application. Therefore, it is **ORDERED** as follows:

1. The Application is APPROVED with a 20% holdback on fees.

2. Any objections are preserved for final fee applications.

3. The Firm is awarded: (a) 80% of fees in the amount of $31,917.60; and (b) 100% of expenses in the amount of $273.33, for the period December 16, 2025 through April 30, 2026, for a total award of $32,190.93 (the "Award"). The 20% holdback on fees amounts to $7,979.40 (the "Holdback").

4. At this time, the Debtors are authorized and directed to pay GA Bibikos LLC $31,917.60 in fees and $273.33 in expenses, for a total amount of $32,190.93.

5. In allowing the foregoing fees, the Court has considered the criteria in 11 U.S.C. §§ 330 and 331 and the requirements of Bankruptcy Rule 2016 in light of the principles stated in *Norman v. Housing Authority of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988); *Pennsylvania v. Delaware Valley Citizen's Council for Clean Air*, 478 U.S. 546 (1986); *Blum v. Stenson*, 465 U.S. 886, 897 (1984); *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983); each of the factors that govern the reasonableness of fees as set forth in *Matter of First Colonial Corp. of America*, (5th Cir. 1977), 544 F.2d. 1291 and *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974).

\* \* \*

*Eric D. Jacobs, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.*