ORDERED.

**Dated: August 20, 2026**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

Chapter 11
Case No. 8:25-bk-09473-RCT

SMART COMMUNICATIONS COLLIER, INC.,

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

Debtors.
_______________________________________/

**ORDER APPROVING FIRST INTERIM APPLICATION FOR COMPENSATION TO GILBERT HARRELL SUMERFORD & MARTIN, P.C., AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FEBRUARY 18, 2026 THROUGH MAY 31, 2026**

THIS CASE came before the Court for hearing on August 6, 2026, at 9:30 A.M. upon the (1) *First Interim Application for Compensation to Gilbert Harrell Sumerford & Martin, P.C., as Special Counsel to the Debtors-In-Possession for the Period February 18, 2026 Through May 31, 2026* [ECF No. 270] (the "Application"), and (2) *Creditor Janice Logan's Limited Objection to the First Interim Application for Compensation to Gilbert Harrell Sumerford & Martin, P.C., as Special Counsel to the Debtors-In-Possession for the Period February 18, 2026 Through May 31, 2026* [ECF No. 294] (the "Objection").

In the Application, Gilbert Harrell Sumerford & Martin, P.C. (the "Firm") seeks an award of fees in the amount of $136,750.00 for services rendered and reimbursement of expenses in the

amount of $250.02 for the period February 18, 2026 through May 31, 2026 (the "Application Period"). The Court having reviewed the Application and the Objection, having heard arguments of counsel, and being otherwise advised in the premises finds that cause exists to approve the Application. Therefore, it is

**ORDERED** as follows:

1. The Application is APPROVED on an interim basis.

2. The Objection is OVERRULED, and all objections are preserved for final fee applications.

3. The Firm is awarded: (a) 100% of fees in the amount of $136,750.00; and (b) 100% of expenses in the amount of $250.02, for the period February 18, 2026 through May 31, 2026, for a total award of $137,000.02 (the "Award").

4. At this time, the Debtors are authorized and directed to pay Gilbert Harrell Sumerford & Martin, P.C. $136,750.00 in fees and $250.02 in expenses, for a total amount of $137,000.02.

5. In allowing the foregoing fees, the Court has considered the criteria in 11 U.S.C. §§ 330 and 331 and the requirements of Bankruptcy Rule 2016 in light of the principles stated in *Norman v. Housing Authority of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988); *Pennsylvania v. Delaware Valley Citizen's Council for Clean Air*, 478 U.S. 546 (1986); *Blum v. Stenson*, 465 U.S. 886, 897 (1984); *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983); each of the factors that govern the reasonableness of fees as set forth in *Matter of First Colonial Corp. of America*, (5th Cir. 1977), 544 F.2d. 1291 and *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974).

6. All interim fees and costs authorized by this Order are subject to adjustment by the Court upon final fee application under 11 U.S.C. § 330 and therefore are subject to disgorgement.

* * *

*Eric D. Jacobs, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.*