ORDERED.

**Dated: September 17, 2026**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

SMART COMMUNICATIONS HOLDING, INC.,

Chapter 11
Case No. 8:25-bk-09473-RCT

SMART COMMUNICATIONS COLLIER, INC.,

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

Debtors.
______________________________________/

SMART COMMUNICATIONS COLLIER, INC.,

Case No. 8:26-bk-00146-RCT

Applicable Debtor.
______________________________________/

**ORDER GRANTING IN PART DEBTOR'S MOTION FOR AUTHORITY TO PAY OFFICER SALARY AND TO APPROVE COMPROMISE OF CONTROVERSY**

THIS PROCEEDING came before the Court for hearing on September 1, 2026, at 3:30 P.M., upon the (1) *Debtor's Motion for Authority to Pay Officer Salary and to Approve Compromise of Controversy* [ECF No. 304] (the "Motion") filed by Smart Communications Collier, Inc. (the "Debtor"); (2) *United States Trustee Objection to (I) Motion for Authority to Pay Officer Salary and to Approve Compromise or Controversy (Doc. 304) and (II) Motion to Approve Compromise Between the Debtor and LOCO Florida, LLC or, in the Alternative, Motion for Authority to Enter Into Lease Agreement With LOCO Florida LLC Retroactive to January 8, 2026*

*(Doc. 305)* [ECF No. 334] (the "UST Objection") filed by Guy A. Van Baalen, the Acting United States Trustee for Region 21 (the "UST"); and (3) *Omnibus Objection to Motions to Approve Settlement* [ECF No. 352] (the "Trust Objection") filed by Janice Logan, as Trustee of the James Logan Family Trust dated February 10, 2021 (the "Trust").

The Court having reviewed the Motion, the UST Objection and the Trust Objection, having heard argument from counsel, and being otherwise duly advised in the premises, it is

**ORDERED**:

1. The Motion is **GRANTED IN PART** as set forth herein.

2. Jon Logan, as CEO of the above-referenced Debtors, shall receive an annual salary of $120,000.00 per year retroactive from December 16, 2025 through September 1, 2026.

3. Effective as of September 2, 2026, Jon Logan, as CEO of the above-referenced Debtors, shall receive an annual salary of $850,000.00 per year.

4. The Debtor is authorized to pay Jon Logan the salaries awarded herein; provided however, that there is sufficient cash remaining after payment of current operating expenses in any pay period, to pay said compensation. In the event that the Debtors are unable to pay the compensation of Mr. Logan during any pay period, the unpaid amounts shall not accrue and shall not constitute an administrative expense in this Chapter 11 case, unless further ordered by this Court.

5. The Debtor is authorized to withhold and remit all applicable payroll taxes and deductions in connection with the salaries awarded.

6. All banks and payroll processors are authorized to honor payments made pursuant to this Order.

7. Except as set forth herein, the Settlement Agreement set forth in the Motion is otherwise denied.

8. The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

*Eric D. Jacobs, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.*