UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC., Chapter 11
Case No. 8:25-bk-09473-RCT

SMART COMMUNICATIONS COLLIER, INC., *Jointly Administered with*
Case No. 8:26-bk-00146-RCT

Debtors.
_______________________________________/

**SECOND INTERIM APPLICATION FOR COMPENSATION TO SHANE VOGT AND VOGT LAW AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS-IN-POSSESSION IN THE ENGELKE ACTIONS FOR THE PERIOD MAY 1, 2026 THROUGH JULY 31, 2026**

**NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Shane Vogt and Vogt Law, as special litigation counsel for the Debtors-in-Possession, ("Applicant") has filed an application for compensation in the amount of $114,000.00 and reimbursement of expenses in the amount of $3,488.14 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to the Debtors' general bankruptcy counsel at (813) 439-3100 or ejacobs@venable.com.

If you object to the Application, you must file an objection with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

**SUMMARY OF SECOND INTERIM APPLICATION FOR COMPENSATION**
**TO VOGT LAW, AS SPECIAL LITIGATION COUNSEL**

| | |
|---|---|
| 1. Name of Applicant: | Vogt Law |
| 2. Services Provided to: | Smart Communications Holding, Inc. and Smart Communications Collier, Inc. |
| 3. Date of Retention: | December 16, 2025 [ECF No. 223] |
| 4. Period for this Application: | May 1, 2026 – July 31, 2026 |
| 5. Amount of Compensation Sought: | $114,000.00 |
| 6. Amount of Expense Reimbursement: | $3,488.14 |
| 7. Amount of Original Retainer: | N/A |
| 8. Current Balance of Retainer Remaining: | N/A |
| 9. Hourly Rate for this Application: | $500 Cumulative: N/A |
| 10. This is an: | _x_ interim ____ final application |

11. Disclosure of prior applications:

| Period Covered | Requested | | Awarded | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses | |
| December 16, 2025 through April 30, 2026 [ECF 284] | $82,900.00 | $750.00 | $82,900.00 | $750.00 | $82,900.00 | $750.00 | N/A |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC., — Chapter 11, Case No. 8:25-bk-09473-RCT

SMART COMMUNICATIONS COLLIER, INC., — *Jointly Administered with* Case No. 8:26-bk-00146-RCT

Debtors.
_____________________________________________/

**SECOND INTERIM APPLICATION FOR COMPENSATION TO SHANE VOGT AND VOGT LAW AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS-IN-POSSESSION IN THE ENGELKE ACTIONS FOR THE PERIOD MAY 1, 2026 THROUGH JULY 31, 2026**

The Applicant, Shane Vogt, Esq. and Vogt Law ("**Vogt**"), having been approved by this Court as special litigation counsel to the Debtors-in-Possession, Smart Communications Holding, Inc. and Smart Communications Collier, Inc. (together, the "**Debtors-in-Possession**"), applies for its second interim allowance of compensation for professional services rendered and reimbursement of the necessary expenses pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rule of Bankruptcy Procedure, and the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(2). The exhibits attached to this Application, pursuant to the Guidelines, are:

Exhibits "1" - Summary of Professional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses.

Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

Vogt submits that the requested fee in the amount of $114,000.00 for 228.00 hours worked is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First*

*Colonial Corp. of America,* 554 F.2d 1291 (5th Circuit 1977).

## I. RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD

On May 2, 2026, this Court entered an Order authorizing the employment of Vogt as special litigation counsel for the Debtors-in-Possession effective as of December 16, 2025 [ECF No. 223].

On May 22, 2026, Vogt filed its first interim application for the period of December 15, 2025, to April 30, 2026 [ECF No. 242]. The Court awarded: (a) 100% of fees in the amount of $82,900.00; and (b) 100% of expenses in the amount of $750.00, for the period December 16, 2025, through April 30, 2026, for a total award of $83,650.00 (the "**Award**").

This Application is for fees and costs incurred from May 1, 2026, through July 31, 2026 (the "**Application Period**"). In connection herewith, Vogt seeks its second interim award of $114,000.00 in fees for services rendered and $3,488.14 for reimbursement of expenses incurred during the period covered during the Application Period.

## II. DESCRIPTION AND SUMMARY OF SERVICES PERFORMED DURING THE APPLICATION PERIOD

During the Application Period, Vogt performed a multitude of legal services which were necessary to effectively represent the interests of the Debtors-in-Possession and non-debtor subsidiaries in two pending state court actions, including: (1) a statutory stock appraisal action against Melvin W. Engelke, III ("**Engelke**"), styled *Smart Communications US, Inc. v. Melvin Engelke, III*, bearing Hillsborough County Case No. 16-CA-010972 (the "**Appraisal Action**"); and (2) an action against Smart Communications US, Inc. ("**Smart Comm US**") for inspection of Smart US' corporate records, styled *Melvin Engelke, III v. Smart Communications US, Inc.*, bearing Hillsborough County Case No. 16-CA-000491 (the "**Records Action**").

The legal services Vogt rendered in the Appraisal Action and Records Action provided benefit to the estate. A summary of the legal services Vogt performed in each of these actions is set forth below and reflected in the attached exhibits.

Fee Applications

Vogt worked with Debtor's bankruptcy counsel (Venable LLP) to prepare a First Interim Application for Compensation and supporting documentation, inclusive of preparing, reviewing, and editing drafts thereof, communicating with Venable about the drafts, and finalizing the application and supporting documents.

Appraisal & Records Action

As more specifically set forth in the time records in Exhibit 3, Vogt performed extensive services in connection with the Appraisal and Records Actions, which are consolidated, including preparing for and presenting argument at summary judgment and pretrial hearings and preparing for and conducting the non-jury trial of the Appraisal Action on June 15-17, 2026. The work Vogt performed on these consolidated cases includes: preparing numerous dispositive, summary judgment, and pretrial motions and filings; presenting argument at hearings and preparing proposed orders on multiple dispositive and summary judgment motions; preparing for and defending/conducting expert witness depositions; preparing trial witness and exhibit lists; preparing trial exhibit binders; organizing and preparing trial notebooks; preparing and filing deposition designations and objections to deposition designations and counter-designations thereto; preparing and filing objections to trial exhibits; preparing and filing a final Uniform Pretrial Order; preparing for and attending final pretrial conferences; preparing witnesses for examination and cross-examination at trial; preparing opening statement and closing arguments; preparing witness examination and cross-examination outlines for trial; and representing Smart

Comm US at a non-jury trial held before the Honorable Darren Farfante, Circuit Court Judge, in Tampa on June 15-17, 2026. This work resulted in the entry of a final summary judgment in favor of Smart Comm US in the Records Action and a partial summary judgment in favor of Smart Comm US in the Appraisal Action, which limited what could be included in the June 15-17, 2026 trial.

## III. EVALUATION OF SERVICES RENDERED: FIRST COLONIAL CONSIDERATIONS

This Application presents the nature and extent of the professional services rendered by the Applicant in connection with its representation of the interests of the estate. The recitals set forth in the exhibits attached hereto constitute only a summary of the time spent. A mere reading of the time summary annexed hereto does not completely reflect the full range of services the Applicant rendered and the complexity of the litigation involved, which spans over a decade across several related actions involving multiple entities.

American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees. First Colonial remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code. Grant v. George Schuman Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990); 2 Collier on Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); See also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981). The twelve factors are: the time and labor required; the novelty and difficulty of the services rendered; the skill requisite to perform the services properly; the preclusion of other employment by the professional due to the acceptance of the case; the customary fee; whether the fee is fixed or contingent; the time limitations imposed by the client or other circumstances; the experience, reputation, and ability of the professional; the

undesirability of the case; the nature and length of the professional relationship of the client; and awards in similar cases. First Colonial, 544 F.2d at 1298-99.

Based on the standards set forth in section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is in the amount of $114,000.00.

**A. Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors.**

The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services the Applicant rendered for the benefit of the estate during the period covered by this Application. The total number of hours expended (228.00 hours) reveals the extensive time devoted to these matters by the Applicant at an hourly attorney rate of $500.00. In addition to the activities specified herein, the Applicant has dealt with various legal issues which have arisen in the Appraisal Action, Records Action, and other related litigation during the period covered by this Application. Accordingly, based upon these criteria, the Applicant believes that given the results obtained thus far, Vogt has obtained substantially beneficial results for the estate and its creditors. The services provided by the Applicant resulted in a final summary judgment in Smart Comm US's favor in the Records Action and a partial summary judgment in Smart Comm US's favor in the Appraisal Action that limited what could be included in the trial held June 15-16, 2026. At trial, Applicant individually and effectively represented Smart Comm US against Engelke's team of lawyers, thus providing additional value to the services rendered.

**B. Novelty and Difficulty of Questions Presented.**

In providing services for the benefit of the estate, Applicant has dealt with several novel legal issues in the context of the factually and procedurally complex history of the Appraisal Action and Records Action, including during the non-jury trial held June 15-17, 2026; specifically

including the statutory valuation of Smart Comm US stock as of September 2016 under the unique factual circumstances and procedural history presented at trial.

**C. <u>Skill Requisite to Perform Services Properly.</u>**

In rendering services to the estate, the Applicant demonstrated substantial legal skill and expertise in complex business litigation in a case tried in the Thirteenth Judicial Circuit's Complex Business Litigation Division court.

**D. <u>Preclusion from Other Employment by Attorney Due to Acceptance of Case.</u>**

This factor is significant, as the Applicant is a solo practitioner and the demands of these matters largely precluded the Applicant from working on other pending matters and precluded the Applicant from accepting several potential new cases during the Application Period. Due to the amount of time necessary to effectively represent the benefits of the estate during the Application Period (including at trial), Vogt was unable to take on additional cases and perform work on other matters because of the amount of work performed for the benefit of estate.

**E. <u>Customary Fee</u>.**

Vogt's hourly rate of $500.00 is well within the range approved by courts within and outside this District for services performed in complex business litigation matters by other counsel of like reputation and experience.

**F. <u>Whether Fee is Fixed or Contingent</u>.**

The Applicant's compensation in this matter is subject to approval of the Court and is therefore contingent. The amount requested is consistent with the fee which the Applicant would charge its clients in other non-contingent complex business litigation cases.

**G. <u>Time Limitations Imposed by Client or Other Circumstances</u>.**

The Applicant's representation of the estate in the Appraisal Action and Records Action, during the Application Period was time-intensive and imposed strict time constraints on the Applicant arising from numerous pretrial and trial deadlines associated with the June 15-17, 2026 non-jury trial.

**H. <u>Experience, Reputation and Ability of Attorneys.</u>**

Vogt is well-experienced in matters of this kind and Board Certified in Business Litigation Law and Civil Trial Law.

**I. <u>"Undesirability" of Case</u>.**

The Appraisal Action and Records Action are somewhat undesirable given their extensive and complicated procedural history. Engelke has been represented by several different law firms throughout these actions.

**J. <u>Nature and Length of Professional Relationship with Client</u>.**

The Applicant's professional relationship with the Debtors-in-Possession dates back approximately eight years, when Vogt began working on the Records Action and Appraisal Action, as well as related litigation, while working as a shareholder at the Turkel, Cuva, Barrios law firm.

**K. <u>Awards in Similar Cases</u>.**

The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity. The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community. Considering the results obtained in light of the nature of the Applicant's employment, the lack of a retainer and the complexity of the issues addressed during the period covered by this Application, this rate is entirely appropriate.

Likewise, Applicant's overhead expenses are largely absorbed in the hourly rate. A large portion of any fee which the Court awards the Applicant will merely defray such significant overhead expenses already incurred and paid during the pendency of this case.

## IV. REIMBURSEMENT OF EXPENSES

Consistent with Local Rule 2016-1(e), Bankruptcy Rule 2016, and the Expense Reimbursement Guidelines, attached hereto as Exhibit 2 is a detailed list of expenses incurred. Vogt seeks reimbursement of out-of-pocket expenses totaling $3,488.14 during the Application Period. These expenses include court reporter fees for transcripts, costs associated with the preparation of numerous sets of voluminous trial exhibit binders as required by the trial court in the Appraisal Action for the June 15-17, 2026 non-jury trial, courier charges, and parking charges for the trial and pretrial hearings.

## V. CONCLUSION

The Applicant has provided valuable services in the representation of the estate in the Appraisal Action and Records Action. For this reason and all of the reasons set forth in this Application, the Applicant seeks a second interim award of $114,000.00 in fees for services rendered and $3,488.14 for reimbursement of expenses incurred during the period covered by this Application.

**WHEREFORE**, the Applicant, Shane Vogt and Vogt Law, respectfully request the Court enter an Order approving the Application and granting such other and further relief as the Court deems appropriate.

Dated: September 21, 2026.

Respectfully submitted,

**VENABLE LLP**
*Attorneys for Smart Communications Holding, Inc. and Smart Communications Collier, Inc.*

By: */s/ Eric D. Jacobs*
Eric D. Jacobs, Esq.
Florida Bar No. 85992
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Phone: 813.439.3100
Email: ejacobs@venable.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 21, 2026, a true and correct copy of the foregoing document has been furnished via electronic mail by virtue of the Court's CM/ECF System to all parties registered to receive notice in this action.

By: */s/ Eric D. Jacobs*
Eric D. Jacobs, Esq.

# EXHIBIT "1"

**Summary of Professional and Paraprofessional Time**
**Total per Individual for this Period Only**

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well]

| Name | Partner Associate or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|---|---|---|---|---|---|
| Shane Vogt | Partner | 2000 | 228.00 | $500.00 | $114,000.00 |
| **TOTAL** | | | 228.00 | | $114,000.00 |

# EXHIBIT "2"

**Summary of Requested Reimbursement of Expenses for this Time Period Only**

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| 1. | Filing Fees | |
| 2. | Process Service Fees | |
| 3. | Witness Fees | |
| 4. | Court Reporter & Transcripts | $2,437.76 |
| 5. | Lien and Title Searches | |
| 6. | Photocopies (in-house copies)<br>* Supplies for Trial Exhibit Binders | $355.89 |
| 7. | Photocopies (outside copies) (Labor) | $500.00 |
| 8. | Postage | |
| 9. | Overnight Delivery Charges (FedEx) | |
| 10. | Outside Courier/Messenger Services | $50.00 |
| 11a. | Long Distance (a) Telephone Charges | |
| 11b. | Long Distance (b) Conference Calls/Court Call | |
| 12. | Long Distance Fax Transmission @ $1.00/pg. | |
| 13. | Computerized Research | |
| 14. | Out of Southern District of Florida Travel<br>A. Transportation/Airfare<br>B. Lodging<br>C. Meals<br>D. Parking | |
| 15. | Other (Not specifically disallowed; must specify and justify)<br>Parking charges for In-Person Trial and Pretrial Hearings | $144.49 |
| **TOTAL AMOUNT OF EXPENSES** | | **$3,488.14** |

# EXHIBIT "3"

[The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.]

VOGT LAW

625 E. Twiggs St. Suite 1090
Tampa, Florida 33602
svogtlaw.com

# INVOICE

Invoice # 1108
Date: 09/21/2026
Due On: 10/05/2026

Smart Communications US, Inc.
10491 72nd Street
Seminole, FL 33777

## 01003-Smart Communications US, Inc.

## Melvin Engelke; Business Records Inspection [Case 16-CA-000491] & Stock Valuation [Case 16-CA-010972]

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/01/2026 | Review and revise draft Pretrial Order; Telephone conference with J. Lankammer re: same; Prepare motion for extension to submit proposed Pretrial Order; Work on identification and organization of Smart Comm US potential trial exhibits and Exhibit List; Work on preparation of settlement proposal and revisions thereto and update to Smart Comm US re: same; Review Engelke proposed Motion to amend or determine of pleadings already include other Smart Comm entities in valuation of Smart Comm US; Complete follow-up factual and legal research on same | 6.20 | $500.00 | $3,100.00 |
| Service | 05/04/2026 | Prepare for final Pretrial Conference on 5/5/2026, including review of issues enumerated in Rule 1.200 and Business Litigation Division Procedures/Administrative Order; Review and revisions to proposed Pretrial Order; Numerous emails with Smart Comm US and opposing counsel re: Pretrial Conference, Pretrial Order, and settlement negotiations and key terms; Work on revisions to settlement proposals and working drafts of agreement and related documents | 3.30 | $500.00 | $1,650.00 |
| Service | 05/05/2026 | Complete final preparation for and attend final | 4.50 | $500.00 | $2,250.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Pretrial Conference before Judge Farfante; Complete review and analysis of Engelke's Motion to clarify or amend pleadings concerning inclusion of other Smart Comm entities in valuation of Smart Comm US and prepare to address same at Pretrial Conference; Prepare and send preservation demand to Engelke re: evidence associated with publications about Smart Comm dispute and related legal proceedings; Settlement Conference with J. Logan, J. Landkammer, and M. Engelke following Pretrial Conference | | | |
| Service | 05/06/2026 | Prepare for deposition of Smart Comm US valuation expert, Sal Urso, including review and analysis of Valuation Report and supporting documents and positions taken by Engelke in recent filings; Conference with Sal Urso to prepare for his deposition on May 6, 2026; Prepare and serve Response and Objections to Engelke's list of documents requested in Urso Notice of Taking Deposition Duces Tecum; Prepare Notices for Continued Pretrial Conference and hearing on pending Motions for Judgment on the Pleadings, to Strike, and/or for Summary Judgment and Engelke's Motion to Clarify or Amend Pleadings; Complete revisions to Fee Application | 5.80 | $500.00 | $2,900.00 |
| Expense | 05/07/2026 | Travel Expenses: City of Tampa Parking Charges - May 5, 2026 Pretrial Conference | 1.00 | $21.00 | $21.00 |
| Service | 05/07/2026 | Complete preparation for and attend deposition of Sal Urso; Follow-up conference with Urso re: same; Prepare Response in Opposition to Engelke Motion to Clarify or Amend Pleadings and conduct legal research and analysis of procedural history of the case and supporting filings in support of same | 5.50 | $500.00 | $2,750.00 |
| Service | 05/11/2026 | Review, revise, and finalize Response in Opposition to Engelke Motion to Clarify or Amend Pleadings and organization and review of factual and legal support for same; Review and finalize Uniform Pretrial Order; Review and analysis of multiple James Logan and M. Engelke and Justin Scott deposition transcripts and work on preparation of Deposition Designations for use at trial; Receive and review Engelke Motion to permit testimony of Pam Bondi; Receive, review, and analyze Engelke's Oppositions to Motions for Judgment on the Pleadings, Summary Judgment, and to Strike | 6.90 | $500.00 | $3,450.00 |
| Service | 05/12/2026 | Review and respond to emails with J. Landkammer re: confidentiality of Urso deposition testimony and prepare draft Motion to Determine | 5.30 | $500.00 | $2,650.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Confidentiality associated with same; Review and analyze Engelke Responses in Opposition to Motions for Judgment on the Pleadings, to Strike, and/or for Summary Judgment and evidence and case law cited therein; Outline Replies to same; Conference with Sal Urso re: preparation for and issues to address at Engelke's valuation expert's deposition and work on preparation for same, including preparation of examination outline, review and organization of deposition exhibits, and factual research concerning supporting materials and authorities for Mendez's opinions | | | |
| Service | 05/13/2026 | Complete preparation for and conduct deposition of G. Mendez, Engelke valuation expert; Conference with Sal Urso re: Mendez deposition; Continue working on preparation of Smart Comm US deposition designation for use at trial; Legal research in support of Reply to Engelke's Oppositions to Motions for Judgment on the Pleadings and Summary Judgment and complete revisions to Reply Memorandum to incorporate same | 7.30 | $500.00 | $3,650.00 |
| Service | 05/14/2026 | Continue working on preparation of and revisions to draft Uniform Pretrial Order and supporting filings; numerous emails with Smart Comm US and J. Landkammer relating to same and preparation for upcoming hearings and trial; Continue working on preparation of deposition designations for use at trial and review and analysis of Engelke deposition designations and proposed trial exhibits for potential objections to same | 5.50 | $500.00 | $2,750.00 |
| Service | 05/15/2026 | Attorney conference with J. Landkammer re: draft Uniform Pretrial Order and revisions thereto; Review revised Uniform Pretrial Order drafts; Review and finalize Witness and Exhibit lists to be attached thereto; Conference with Sal Urso re: deposition testimony, preparation and availability for upcoming trial, and related issues; Finalize Motion to Determine Confidentiality re: Urso deposition filing; Call with D. Gann re: upcoming hearings and trial, related strategies, and related issues; Prepare hearing binders for May 20, 2026, Hearing on pending motions and continued final Pretrial Conference; Receive and review Engelke Opposition to Request for Judicial Notice | 6.00 | $500.00 | $3,000.00 |
| Service | 05/18/2026 | Review, revise, and finalize Replies to Engelke's Oppositions to Motions for Judgment on the Pleadings and for Summary Judgment and organization of factual and legal support for same; Work on preparation for May 20, 2026, Hearing on Motions to Strike and for Summary Judgment, Request for Judicial Notice, and Engelke Motion | 5.40 | $500.00 | $2,700.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | to Clarify or Amend Pleadings and organization of materials and case law needed for same; Prepare for continued final Pretrial Conference on May 20, 2026, including outline of issues to be addressed | | | |
| Service | 05/19/2026 | Preparation for May 20, 2026 Hearing and continued Pretrial Conference; review as-entered Uniform Pretrial Order; Review and revise Fee Application | 3.60 | $500.00 | $1,800.00 |
| Service | 05/20/2026 | Complete final preparation for and attend May 20, 2026, Hearing on Motions for Judgment on Pleadings and Summary Judgment, Request for Judicial Notice, and Engelke Motion to Clarify or Amend Pleadings and continued Pretrial Conference and follow-up on results of same; provide client status update re: same | 6.80 | $500.00 | $3,400.00 |
| Expense | 05/20/2026 | Reimbursable expenses: City of Tampa Parking Charges - May 20, 2026 Hearing and Pretrial Conference | 1.00 | $42.99 | $42.99 |
| Service | 05/21/2026 | Complete final review of and revisions to Fee Application and review and organize supporting exhibits for same; Emails with E. Jacobs re: same | 2.00 | $500.00 | $1,000.00 |
| Service | 05/26/2026 | Review proposed Order allowing remote testimony of certain witnesses and follow-up on same; Review and respond to client emails re: May 20, 2026 hearing and results of same; Start preparing proposed Orders on May 20, 2026 rulings and review of hearing transcript in connection with same; Review and outline critical tasks and deadlines associated with June 2026 trial and preparation needed for same | 3.90 | $500.00 | $1,950.00 |
| Service | 05/27/2026 | Continue working on deposition designations for multiple James Logan depositions, M. Engelke depositions, and J. Scott deposition for use at trial; Review and analysis of Engelke deposition designations for James Logan, Jon Logan, J. Scott, and A. Logan for potential objections to same | 4.00 | $500.00 | $2,000.00 |
| Service | 05/28/2026 | Receive and complete preliminary review of deposition transcript of G. Mendez, Engelke valuation expert, and forward same to Sal Urso for review and comment | 1.50 | $500.00 | $750.00 |
| Service | 05/29/2026 | Work on review and analysis of Engelke deposition designations for James Logan, Jon Logan, J. Scott, and A. Logan, and preparation of objections to same; Review and analysis ofEngelke trial exhibits and identification and preparation of Objections to same | 4.30 | $500.00 | $2,150.00 |
| Service | 06/01/2026 | Complete preparation of proposed Orders for May | 3.90 | $500.00 | $1,950.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | 20, 2026, rulings on Motions for Judgment on the Pleadings and Summary Judgment and request for Judicial Notice and review transcript in connection with same; Review and respond to numerous emails re: Jon Logan trial subpoena and acceptance of service of same; Review email from Court regarding requirements for trial exhibits and evidence data sheets and follow-up on same; Continue working on review of and identification of Objections to Engelke's proposed trial exhibits and deposition designations | | | |
| Service | 06/02/2026 | Telephone conference with Sal Urso re: trial preparation and materials to be reviewed for same; Organize and send trial preparation materials to Sal Urso; Additional emails with client and opposing counsel re: trial subpoenas; Client status conference to discuss trial and preparation for same; Receive and review Order allowing remote testimony of certain Engelke trial witnesses and review and organize materials to prepare cross-examinations of same; Continue working on review and identification of objections to Engelke proposed trial exhibits and deposition designations | 5.20 | $500.00 | $2,600.00 |
| Service | 06/03/2026 | Review and revise proposed Orders on rulings made at May 20, 2026 hearing and email same to opposing counsel for review and comment; Work on preparation for trial, including development of outlines for opening statement and in-person witness examinations and review and organization of exhibits needed during same; Emails with Smart Comm US re: trial subpoena served on Justin Scott and potential responses for same | 4.30 | $500.00 | $2,150.00 |
| Service | 06/04/2026 | Continue working on trial preparation, including review and organization of potential trial exhibits for required trial notebooks, deposition designations, objections, and counter-designations, and research in support of same; Follow-up with J. Logan re: results of May 20, 2026 hearing and proposed Orders related to same | 3.60 | $500.00 | $1,800.00 |
| Service | 06/05/2026 | Review and analysis of Engelke deposition designations and preparation of objections and counter-designations thereto; Preparation of Objections to Engelke proposed trial Exhibits and incorporated legal grounds in support thereof | 4.90 | $500.00 | $2,450.00 |
| Service | 06/08/2026 | Review and analyze J. Landkammer proposed edits to May 20, 2026, hearing Orders and provide follow-up comments and edits re: same; Follow-up emails with Smart Comm US re: J. Scott trial subpoena and strategy for dealing with | 6.60 | $500.00 | $3,300.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | same; Receive and review J. Landkammer additional edits and comments on proposed May 20, 2026 Orders and follow-up on same; Prepare letter to Judge Farfante re: submission of competing May 20, 2026 Hearing Orders and submit proposed orders for consideration; Continue working on trial preparation, including objections to exhibits and deposition designations and development of witness examination outlines and cross-examination outlines | | | |
| Service | 06/09/2026 | Complete initial drafts of Objections and Counter-designations to Engelke trial deposition designations; Compete draft Objections to Engelke proposed Trial Exhibits; Receive and review section 341 Transcripts for analysis of Engelke's designations of J. Logan testimony and objections to same; Prepare status update to Smart Comm US re: remote testimony order and associated witnesses and June 10 Hearing on competing orders and final logistics for trial | 5.70 | $500.00 | $2,850.00 |
| Service | 06/10/2026 | Numerous client emails re: strategies and preparation for trial and follow-up work on same; Emails with J. Landkammer re: trial schedule and expected witness testimony; Prepare for and attend hearing on competing Orders from May 20, 2026 hearing and final trial schedule and issues related thereto; Receive and review as-entered orders from May 20, 2026 hearing and update client re: same; Prepare, review, and organize materials to assist J. Logan with preparation for and testifying at trial and transmit same; Work on identifying materials needed for and organizing trial notebooks and exhibit notebooks and evidence data sheet required by Court for trial | 6.50 | $500.00 | $3,250.00 |
| Service | 06/11/2026 | Complete preparation of Exhibit Data Sheet and proposed trial exhibit notebooks for submission to Court in advance of trial; Complete review and organization of trial notebooks; Finalize and file Objections to Engelke Trial Exhibits; Complete Deposition Designations, Objections, and Counter-Designations and circulate same with opposing counsel for review and comment; Continued trial preparation of J. Logan | 7.60 | $500.00 | $3,800.00 |
| Service | 06/12/2026 | Trial preparation session with J. Logan; Trial preparation session with Sal Urso; Call with J. Landkammer re: deposition designations and counter-designations and trial exhibits, logistics for trial, and required Court submissions; Review and finalize Deposition Designations, Objections, and Counter-Designations for trial and file same; Review and analyze Engelke Objections to Smart Comm US Trial Exhibits; work on Opening Statement and Examination Outlines for Sal Urso | 8.50 | $500.00 | $4,250.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | and J. Logan, as well as cross-examination outline for M. Engelke and identification and review of key exhibits needed for same | | | |
| Expense | 06/12/2026 | Courier Fee: Courier fee for hand delivery of Trial Exhibit Binders to Courthouse | 1.00 | $50.00 | $50.00 |
| Expense | 06/12/2026 | Reimbursable expenses: Labor for Printing and Preparing Trial Exhibit Notebooks and Trial Notebooks | 1.00 | $500.00 | $500.00 |
| Expense | 06/12/2026 | Supplies - Trial & Hearing Notebooks: Three-Ring Binders; Numbered Tabs; Paper & Copying Supplies for 18 Trial Binders | 1.00 | $355.89 | $355.89 |
| Service | 06/13/2026 | Continue working on preparation of Opening Statement and Examination Outlines for Sal Urso and J. Logan, as well as cross-examination outlines for M. Engelke and other Engelke potential trial witnesses and identification and review of exhibits needed for same; Legal research in support of case theories and evidentiary objections and organize same for easy access at trial | 10.50 | $500.00 | $5,250.00 |
| Service | 06/14/2026 | Final trial preparation sessions with J. Logan and Sal Urso; Revise and refine Opening Statement and Examination Outlines for Sal Urso and J. Logan, as well as cross-examination outline for M. Engelke and identification of exhibits needed for same; Prepare arguments and supporting authorities for objections to Engelke trial exhibits and deposition designations; Complete final review and organization of file for trial | 14.80 | $500.00 | $7,400.00 |
| Service | 06/15/2026 | Attend and conduct first day of non-jury trial; Prepare for second day of trial, including witness cross-emanation outlines and review and organization of supporting exhibits and materials needed to address evidentiary and confidentiality issues associated with testimony and documentary exhibits; Conferences with Smart Comm US re: same | 18.50 | $500.00 | $9,250.00 |
| Expense | 06/15/2026 | City of Tampa - Parking: Parking Charges | 1.00 | $32.00 | $32.00 |
| Service | 06/16/2026 | Attend and conduct second day of non-jury trial; Prepare for closing arguments on June 17, 2026 | 13.60 | $500.00 | $6,800.00 |
| Expense | 06/16/2026 | City of Tampa - Parking: Parking Charges | 1.00 | $35.00 | $35.00 |
| Expense | 06/17/2026 | Reimbursable expenses: Trial before Judge Farfante - Opening Statement (Rough) | 1.00 | $366.08 | $366.08 |
| Service | 06/17/2026 | Complete preparation for and present closing argument at final day of non-jury trial; Follow-up conference with Smart Comm US re: same | 7.50 | $500.00 | $3,750.00 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 06/17/2026 | City of Tampa - Parking: Parking Charges | 1.00 | $13.50 | $13.50 |
| Expense | 06/25/2026 | Court Reporter Fees: Trial Transcripts | 1.00 | $2,071.68 | $2,071.68 |
| Service | 07/07/2026 | Begin drafting proposed Findings of Fact and Conclusions of Law for submission to Judge Farfante per instructions at conclusion of non-jury trial, including review, organization, and analysis of notes from trial, trial exhibits, witness testimony, arguments presented, and research files | 4.50 | $500.00 | $2,250.00 |
| Service | 07/10/2026 | Continue working on preparation of proposed Findings of Fact and Conclusions of Law, including examination and evaluation of potential factual findings associated with stock value, expert testimony related thereto, and related issues, and research related thereto | 3.30 | $500.00 | $1,650.00 |
| Service | 07/15/2026 | Continue working on preparation and refinement of proposed Findings of Fact and Conclusions of Law; Review and analysis of Trial transcripts in connection with same | 4.10 | $500.00 | $2,050.00 |
| Service | 07/16/2026 | Complete final review and analysis of Trial transcripts and Trial exhibits; Review, revise, and finalize proposed Findings of Fact and Conclusions of Law; Prepare transmittal for same | 5.60 | $500.00 | $2,800.00 |
| Service | 07/21/2026 | Review and analyze Engelke proposed Findings of Fact and Conclusions of Law | 1.00 | $500.00 | $500.00 |

**Total** **$117,488.14**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1108 | 10/05/2026 | $117,488.14 | $0.00 | $117,488.14 |

**Outstanding Balance** **$117,488.14**

**Total Amount Outstanding** **$117,488.14**

Please make all amounts payable to: Vogt Law

625 E. Twiggs St. Suite 1090
Tampa, Florida 33602
svogtlaw.com

# INVOICE

Invoice # 1108
Date: 09/21/2026
Due On: 10/05/2026

## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.