ORDERED.

**Dated: September 25, 2026**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

Chapter 11
Case No. 8:25-bk-09473-RCT

SMART COMMUNICATIONS COLLIER, INC.,

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

Debtors.
_____________________________________/

SMART COMMUNICATIONS HOLDING, INC.,

Case No. 8:25-bk-09473-RCT

Applicable Debtor.
_____________________________________/

**ORDER APPROVING EXPEDITED APPLICATION TO EMPLOY VALLS & MARROQUIN LLP AS LOCAL COUNSEL TO THE DEBTOR-IN-POSSESSION IN THE TEXAS DISTRICT COURT ACTION RETROACTIVE TO SEPTEMBER 16, 2026**

**THIS CAUSE** came before the Court for hearing on September 25, 2026, at 1:30 P.M., upon the *Expedited Application to Employ Valls & Marroquin LLP as Local Counsel to the Debtor-In-Possession in the Texas District Court Action Retroactive to September 16, 2026* [ECF No. 370] (the "Application") filed by Smart Communications Holding, Inc. ("Smart Holding").

The Court finding that good, adequate and sufficient cause has been shown to justify the entry of this Order; and the Court having reviewed the Application and the Declaration of Kenneth

A. Valls [ECF No. 370 p. 11] (the "Declaration"); and the Court being satisfied based on the representations made in the Application and the Declaration that (a) Valls & Marroquin LLP (the "Firm") does not hold or represent an interest adverse to the Debtors' estate, and (b) the Firm is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code and as required by Section 327(e) of the Bankruptcy Code; and due and proper notice of the Application having been provided, it is

**ORDERED**:

1. The Application is APPROVED retroactive to September 16, 2026.

2. Smart Holding is authorized to employ and retain the Firm as local counsel pursuant to 11 U.S.C. § 327(e), in accordance with the terms and conditions set forth in the Application.

3. The Debtors are authorized to pay the Retainer to the Firm in accordance with the terms and conditions set forth in the Application.

4. The Firm is authorized to render professional services to Smart Holding as described in the Application.

5. The Firm shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's Chapter 11 case in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any guidelines established by the Office of the United States Trustee for the Middle District of Florida and any other applicable procedures and orders of the Court.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

*Eric D. Jacobs, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*