UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

Chapter 11
Case No. 8:25-bk-09473-RCT

SMART COMMUNICATIONS COLLIER, INC.,

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

Debtors
_______________________________________/

**LIMITED OBJECTION TO APPLICATION TO EMPLOY M.L. SHREVE CPA, P.C.**

Janice Logan, as Trustee of the James Logan Family Trust, dated February 10, 2021 (the “Trust”) respectfully objects to the Debtors’ Application to Employ M.L. Shreve CPA, P.C. (Dkt. No. 382, the “Application”) on a limited basis.

The Trust understands that M.L. Shreve CPA, P.C. (the “Applicant”) has served as the Debtors’ – as well as HLFIP’s – outside accountant for many years. The Trust understands from conversations with opposing counsel that the Applicant assisted the Debtors and HLFIP with tax returns which may have been inaccurate at the time they were filed. Indeed, the Debtors make clear in their Disclosure Statement that they expect to amend their returns to reconcile significant disparities:

> The Debtors expect to amend their tax returns for certain prior years, which the Debtors expect will give rise to the IRS and the State of Florida asserting additional Priority Tax Claims in an amount estimated to be between $1,500,000.00 and $5,000,000.00, including interest (at the current federal judgment interest rate) and penalties.

Doc. 391 at 19.

As the Application makes no reference to claims the estate may hold against the Applicant, the Trust requests that the Debtors make clear that they expressly reserve the right to seek recovery

for any potential damages (including tax interests and penalties) from the Applicant or its insurance arising from or related to these or any other tax-related issues.

WHEREFORE the Trust respectfully requests that this Application be denied unless or until the Debtors make clear that they reserve any claims they may have against the Applicant or his insurance.

DATED: October 15, 2026.

*/s/ Edward J. Peterson*
Edward J. Peterson (FBN 014612)
BERGER SINGERMAN, LLP
101 E Kennedy Boulevard, Suite 1165
Tampa, FL 33602-5147
(813) 498-3400
epeterson@bergersingerman.com
*Attorney for Janice Logan, as Trustee of the James Logan Family Trust, dated February 10, 2021*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on October 15, 2026, by the Court's CM/ECF system to all parties receiving electronic noticing as noted below:

Sasha Aliakbar-Amid on behalf of Creditor April Nieto
samid@nvfirm.com

John A Anthony on behalf of Creditor Melvin Engelke
janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;
cfosdick@anthonyandpartners.com;eleith@anthonyandpartners.com

Brad F. Barrios on behalf of Debtor Smart Communications Holding, Inc.
bbarrios@tcb-law.com

Paul J Battista on behalf of Debtor Smart Communications Holding, Inc.
pjbattista@venable.com, cascavone@venable.com;
IMalcolm@venable.com;jnunez@venable.com;hburke@venable.com

Eyal Berger on behalf of Debtor Smart Communications Holding, Inc.
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Teresa Marie Dorr on behalf of U.S. Trustee United States Trustee - TPA
teresa.dorr@usdoj.gov, brandy.gasaway@usdoj.gov;
Dionne.Rumper@usdoj.gov;Juanita.Diaz@usdoj.gov

James W Elliott on behalf of Creditor Timothy W. Webb
james@mcintyrefirm.com, rmaldonado@mcintyrefirm.com

Michael J. Harwin on behalf of Debtor Smart Communications Holding, Inc.
mharwin@stearnsweaver.com

Eric D Jacobs on behalf of Debtor Smart Communications Holding, Inc.
edjacobs@venable.com, btraina@venable.com; bmtraina@venable.com;
bmtraina@ecf.courtdrive.com;ipmalcolm@venable.com;tmpetrie@venable.com;
imalcolm@ecf.courtdrive.com;brhand@venable.com

Anne Krache on behalf of Creditor Janice Logan
akrache@shb.com, anne-krache-9629@ecf.pacerpro.com;rdevaney@shb.com

John W Landkammer on behalf of Creditor Melvin Engelke
jlandkammer@anthonyandpartners.com, efilings@anthonyandpartners.com,
crodriguez@anthonyandpartners.com

Marc L. Levine on behalf of Plaintiff Janice Logan, as Trustee of the James Logan Family Trust, dated February 10, 2021
mlevine@bergersingerman.com, efile@bergersingerman.com;
efile@ecf.courtdrive.com;LMonteagudo@bergersingerman.com

Anthony P. Marzocca on behalf of Creditor Florida Custom Mold, Inc.
amarzocca@trenam.com, amarzocca@ecf.courtdrive.com;
nramirez@trenam.com;amatos@ecf.courtdrive.com;mmosbach@trenam.com;
mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com

Megan Wilson Murray on behalf of Creditor Swank Motion Pictures, Inc.
mmurray@underwoodmurray.com, mmurray@ecf.courtdrive.com;
vburbano@underwoodmurray.com;jpatterson@underwoodmurray.com

Delaney O'Neill on behalf of Creditor Janice Logan
doneill@shb.com

Peter Francis O'Neill on behalf of Creditor Janice Logan
pfoneill@shb.com

Todd Ruskamp on behalf of Creditor Janice Logan
truskamp@shb.com, tpistora@shb.com;todd-ruskamp-9657@ecf.pacerpro.com

Samuel A Schwartz on behalf of Creditor April Nieto
ecf@nvfirm.com

R Scott Shuker on behalf of Interested Party Jon Logan
rshuker@shukerdorris.com, mfranklin@shukerdorris.com;
lstricker@shukerdorris.com;mdorris@shukerdorris.com;atillman@shukerdorris.com;
wtownsend@shukerdorris.com

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

Kimberly A Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-kwalsh@oag.texas.gov, sherri.Simpson@oag.texas.gov

*/s/ Edward J. Peterson*
Edward J. Peterson