UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC., Chapter 11
Case No. 8:25-bk-09473-RCT

SMART COMMUNICATIONS COLLIER, INC., *Jointly Administered with*
Case No. 8:26-bk-00146-RCT

Debtors.
_______________________________________/

**SECOND INTERIM APPLICATION FOR COMPENSATION TO ALSTON & BIRD LLP, AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION IN CONNECTION WITH PROTEST ACTIONS FOR THE PERIOD MAY 1, 2026 THROUGH SEPTEMBER 30, 2026**

**NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Alston & Bird LLP, special counsel to the Debtors-in-Possession in connection with Protest Actions, ("**Applicant**") has filed an application for compensation in the amount of $672,674.85 and reimbursement of expenses in the amount of $5,681.32 (the "**Application**"). A copy of the Application may be viewed on the case docket or may be obtained by request to Applicant at (813) 439-3100 or ejacobs@venable.com.

If you object to the Application, you must file an objection with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

**SUMMARY OF SECOND INTERIM APPLICATION FOR COMPENSATION TO ALSTON & BIRD LLP, AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION IN CONNECTION WITH PROTEST ACTIONS**

1. Name of Applicant: Alston & Bird, LLP
2. Services Provided to: Debtors, Smart Communications Holding, Inc. and Smart Communications Collier, Inc.
3. Date of Retention: April 2, 2026, effective as of January 2, 2026 [ECF No. 187]
4. Period for this Application: May 1, 2026 – September 30, 2026
5. Amount of Compensation Sought: $672,674.85[1]
6. Amount of Expense Reimbursement: $5,681.32
7. Amount of Original Retainer: N/A
8. Current Balance of Retainer Remaining: N/A
9. Blended Hourly Rate for this Application: $1,202.92 Cumulative: $1,232.63
10. This is an: _x_ interim ____ final application
11. Disclosure of prior applications:

| Period Covered | Requested | | Awarded | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses | |
| January 2, 2026 to April 30, 2026 | $362,117.70 | $645.85 | $289,694.16 | $654.85 | $289,694.16 | $654.85 | $72,423.54 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

[1] This amount includes an aggregate courtesy discount in the amount of $74,741.65 representing discounted hourly rates provided by Alston & Bird LLP.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| SMART COMMUNICATIONS HOLDING, INC., | Chapter 11<br>Case No. 8:25-bk-09473-RCT |
| SMART COMMUNICATIONS COLLIER, INC., | *Jointly Administered with*<br>Case No. 8:26-bk-00146-RCT |
| Debtors.<br>_____________________________________/ | |

**SECOND INTERIM APPLICATION FOR COMPENSATION TO ALSTON & BIRD LLP, AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION IN CONNECTION WITH PROTEST ACTIONS FOR THE PERIOD MAY 1, 2026 THROUGH SEPTEMBER 30, 2026**

The Applicant, Alston & Bird, LLP ("**Alston**"), having been approved by this Court as attorneys for the Debtors, Smart Communications Holding, Inc. and Smart Communications Collier, Inc. (the "**Debtors**"), applies for its second interim allowance of compensation for professional services rendered and reimbursement of the necessary expenses pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rule of Bankruptcy Procedure, and the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(2). The exhibits attached to this Application, pursuant to the Guidelines, are:

| | |
|---|---|
| Exhibit "1 | Summary of Professional and Paraprofessional Time. |
| Exhibit "2" | Summary of Requested Reimbursement of Expenses. |
| Exhibits "3A" – "3H" | The Applicant's complete time records, in chronological order, indexed by matter, for the time period covered by this application. The requested fees are itemized to the tenth of an hour. |

Alston submits that the requested fee in the amount of $672,674.85 for 559.2 hours

worked[2] is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America,* 554 F.2d 1291 (5th Circuit 1977).

## I. RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD

On April 2, 2026, this Court entered an Order (the "**Retention Order**") approving the *Application to Employ Alston & Bird LLP as Special Litigation Counsel to the Debtors-in-Possession in Connection With Protest Actions Retroactive to January 2, 2026* [ECF No. 159] (the "**Retention Application**") and authorizing the employment of Alston & Bird, LLP as special counsel to the Debtors-in-Possession in connection with the Protest Actions [ECF No. 187].[3] This Application is for fees and costs incurred from May 1, 2026 through September 30, 2026 (the "**Application Period**"). In connection herewith, Alston seeks its second interim award of $672,674.85 in fees for services rendered and $5,681.32 for reimbursement of expenses incurred during the period covered during the Application Period.

## II. DESCRIPTION AND SUMMARY OF SERVICES PERFORMED DURING THE APPLICATION PERIOD

During the Application Period, Alston performed a multitude of legal services which were necessary to effectively represent the Debtors in the Protest Actions, and which provided benefit to the estates. A summary of the services and matters that Alston was required to address, itemized by matter, are set forth below. As set forth in the Exhibits to this Application, the Applicant has organized its time records into eight separate matters: (1) the PADOC RFP Protest, (2) Non-Public

[2] A 10% discount was applied to services rendered in each matter described herein for which Alston was retained as lead counsel for the Debtors.

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to such term in the Retention Application [ECF No. 159]

Protest No. 1, (3) the Ector County RFP Protest, (4) the Securus RFP Protest, (5) the Webb County RFP Protest, (6) Non-Public Protest No. 2, (7) Non-Public Protest No. 3, and (8) Protest Investigation and Analysis. The Applicant was retained as special litigation counsel to the Debtors for the specific purpose of representing the Debtors in various protest actions. Any time incurred by the Applicant was incurred with that specific purpose in mind. As a result, the specific project categories set out in the Guidelines were not practical and not utilized. Each of the time entries of the attorneys and paralegals of the Application have been indexed into these separate matters, as noted below. The time spent for each category is itemized on the attached Exhibit 1.

**PADOC RFP Protest**

This category includes time spent by Alston professionals protesting the notice of award given to Global Tel-Link d/b/a ViaPath Technologies in connection with the Debtors' bid to the Pennsylvania Department of Corrections for Request for Proposal No. 6100051834.

Prior to the Petition Date, in approximately March 2025, the Debtors were notified that its bid to the Pennsylvania Department of Corrections for RFP No. 6100051834– "Combined Services" (the "**PADOC**" and "**RFP**," respectively) was not selected, and that competitor Global Tel-Link d/b/a ViaPath Technologies would be given the award. Since 2018, the Debtors have been providing certain services for the PADOC, which is one of its most important contracts. The RFP consolidated all inmate communications and technology services, including those currently provided by the Debtors.

The Debtors employed Alston as lead counsel in the PADOC protest (the "**PADOC RFP Protest**") and Alston has been handling this matter on behalf of the Debtors for well over a year to date. Alston represented the Debtors in timely protesting the notice of award, and the subsequent

execution of the contract with ViaPath, in two successive actions currently before the Commonwealth Court of Pennsylvania, along with local counsel.

Services provided by Alston in this category since the first application include: (i) advising the Debtors with respect to strategy in connection with the PADOC RFP Protest and Commonwealth Court litigation; (ii) preparing the court filings; (iii) participating in hearings and meetings related to the case; and (iv) conducting legal and factual research and analysis in support of the litigation, including review of FCC regulations, Pennsylvania procurement law, and right to know law ("**RTKL**"), among others, as well as analysis of records received from the PADOC in response to RTKL requests, including ViaPath's proposal, scoring methodologies, and compliance with applicable requirements.

The specific services rendered by Alston are detailed in the firm's billing records attached hereto as Exhibit 3A.

**Non-Public Protest No. 1**

This category includes time spent by Alston professionals in connection with a non-public protest ("**Non-Public Protest No. 1**") protesting a notice of intent to award in connection with the Debtors' bid to a state governmental Department.

On June 15, 2026, Smart received a NOIA stating that the Department intended to award the procurement to the awardee. Smart timely filed its protest on June 30, 2026, arguing that the Department's pricing evaluation was flawed for numerous reasons. After obtaining additional information through FOIA, Smart filed a supplemental protest on July 15, 2026.

The Debtors employed Alston as lead counsel in Non-Public Protest No. 1. Services provided by Alston in this category include: (i) advising the Debtors with respect to strategy in connection with Non-Public Protest No. 1, including analysis of the NOIA and potential bases for

protest; (ii) preparing and submitting the initial protest and supplemental protest, including supporting declarations, exhibits, and FOIA-related filings; and (iii) conducting legal and factual research and analysis in support of the protest, including review of the awardee's pricing proposals, the Department's evaluation summary, applicable state procurement law and protest procedures, and FCC regulations.

The specific services rendered by Alston are detailed in the firm's billing records attached hereto as Exhibit 3B.

**Ector County RFP Protest**

This category includes time spent by Alston professionals protesting the notice of award given to the awardee in connection with the Debtors' bid to Ector County, Texas, for Solicitation No. 2025-RFP-103 Inmate Telephone Services.

Prior to the Petition Date, in approximately February 2026, the Debtors were notified that its bid to Ector County, Texas for inmate telephone services was not selected and that the award was instead given to the awardee.

The Debtors employed Alston as lead counsel in the Ector County, Texas protest (the "**Ector County RFP Protest**"). During the Application Period, this matter involved two rounds of protest activity. In the first round, on February 10, 2026, the County awarded Solicitation No. 2025-RFP-103 for Inmate Telephone Services (the "2025 RFP") to the awardee. On February 20, 2026, Smart filed a protest demonstrating that the awardee continued to impose prohibited ancillary service charges in violation of FCC Rules §64.6020, which took effect on November 19, 2024. Following Smart's protest, the County cancelled the 2025 RFP and the award to the awardee.

On June 9, 2026, the County reissued the RFP as RFP No. 2026-RFP-114, titled "Inmate Communication, Commissary, and Mail Services (Including Tablet Solutions)" (the "2026 RFP").

The 2026 RFP materially expanded the procurement beyond telephone services to include commissary and mail services, changed the award standard from "lowest most responsible and responsive proposer" to "best value," assigned meaningful scoring weight to the newly added services, and removed the formal protest procedure that had appeared in Section 2.11 of the 2025 RFP. On August 27, 2026, the County again awarded the contract to the same awardee. Smart Communications is the incumbent tablet, messaging, and mail-services provider at the Ector County facility.

Alston submitted a Public Information Act request seeking records related to the procurement and award, and on September 4, 2026, Alston filed a timely protest of the award under the 2026 RFP on multiple grounds.

Services provided by Alston in this category include: (i) preparing and prosecuting the Debtors' initial bid protest under the 2025 RFP, including supporting declarations and exhibits documenting the awardee's fee practices; (ii) analyzing the County's response to the initial protest and advising the Debtors regarding strategy, which resulted in the cancellation of the 2025 RFP; (iii) advising the Debtors regarding the reissued 2026 RFP and changes to the procurement scope and evaluation criteria; (iv) preparing and filing the second protest under the 2026 RFP, including supporting declarations and exhibits; (v) conducting legal and factual research and analysis in support of both protests, including review of FCC regulations, applicable Texas procurement law, and evidentiary requirements; and (vi) submitting a Public Information Act request for relevant procurement records.

The specific services rendered by Alston are detailed in the firm's billing records attached hereto as Exhibit 3C.

**Securus RFP Protest**

This category includes time spent by Alston professionals defending the notice of award given to the Debtors in connection with the Debtors' bid to Spartanburg County, South Carolina, for Solicitation No. 2026008.

The Debtors employed Alston as lead counsel in the Spartanburg County, South Carolina protest (the "**Securus RFP Protest**") and Alston has been handling this matter, along with local Spartanburg counsel, on behalf of the Debtors several months. The services resulted in a denial of a temporary restraining order sought by Securus in the South Carolina Court of Common Pleas, and subsequently, a hearing on Securus' request for a permanent injunction. Services provided by Alston in this category include: (i) preparing and prosecuting the Debtors' response to Securus's bid protest before the Court of Common Pleas; (ii) evaluating potential strategies in connection with the protest; (iii) reviewing and analyzing various key documents in connection with the protest; (iv) developing response and hearing strategy relating to potential relief; and (v) conducting legal research relating to protest procedures, applicable South Carolina law, and evidentiary and procedural requirements.

The specific services rendered by Alston are detailed in the firm's billing records attached hereto as Exhibit 3D.

**Webb County RFP Protest**

This category includes time spent by Alston professionals prosecuting the Debtors' bid protest and related court proceedings concerning Webb County's administration of RFP 2026-006, which was a reissue of a previous RFP Debtors were awarded in February 2026 that the county subsequently cancelled in light of FCC rule changes. The county expressed its intent to incorporate the FCC rule changes into the revised and reissued RFP, but based on its apparent

misunderstanding of the rules, it improperly disqualified multiple bidders including Debtors, issued a notice of award on the RFP, and eventually sought to terminate Debtors' current contract to implement the new award.

The Debtors employed Alston as lead counsel in the Webb County, Texas protest (the "**Webb County RFP Protest**"), initially filed on May 1, 2026. Alston continued to pursue corrective action from May through September 2026 through additional correspondence to the Commissioners Court, County Attorney, and Contract Administrator, but none of the county's agents ever responded to the protest, or any subsequent correspondence or attempted communications. On September 17, 2026, Alston, with the assistance of local counsel, filed a Verified Original Petition and Application for Temporary Restraining Order in the District Court of Webb County, Texas, seeking declaratory and injunctive relief. The Court granted the TRO the same day, restraining Webb County from implementing the award under the RFP or giving effect to the purported termination of Smart Communications' existing agreement. In connection with entering the TRO, the Court set a temporary injunction hearing for October 1, 2026, which was subsequently extended by agreement.

Services provided by Alston in this category include: (i) preparing and filing the bid protest and follow-up demand letters; (ii) preparing and filing the Verified Original Petition and Application for TRO in the District Court of Webb County; (iii) preparing for the TRO hearing, including supporting affidavits and exhibits; (iv) analyzing applicable procurement law, including the Texas County Purchasing Act and Texas Local Government Code provisions; (v) conducting legal research relating to injunctive relief standards under Texas law; (vi) submitting public information requests under the Texas Public Information Act; (vii) engaging local counsel; and (viii) preparing for the temporary injunction hearing.

The specific services rendered by Alston are detailed in the firm's billing records attached hereto as Exhibit 3E.

**Non-Public Protest No. 2**

This category includes time spent by Alston professionals protesting the award given to the awardee in connection with the Debtors' bid to a governmental Agency ("**Non-Public Protest No. 2**"). Smart submitted its proposal on April 3, 2026, and on July 8, 2026, it received notification that the contract was awarded to the awardee.

The Debtors employed Alston as lead counsel in Non-Public Protest No.2. On July 20, 2026, Alston filed a bid protest with the relevant governmental unit, and on July 22, 2026, filed a Protest Supplement. The protest argued that the award to the awardee was contrary to the Solicitation and applicable law, arbitrary and capricious, and objectively flawed.

On August 25, 2026, the services resulted in the Agency's pending corrective action, which includes the Agency's stated intention to terminate the contract awarded to the awardee, reassess its requirements, amend the Solicitation if necessary, allow offerors to submit revised proposals, and make a new source selection decision.

Services provided by Alston in this category include: (i) advising the Debtors with respect to strategy in connection with Non-Public Protest No. 2, including analysis of the award notification, post-award debriefing materials, and potential bases for protest; (ii) preparing and filing the initial bid protest and Protest Supplement, including supporting declarations, exhibits, and a request for a protective order and hearing; (iii) conducting legal and factual research and analysis in support of the protest, including review of the Solicitation and amendments, FCC regulatory compliance issues, the awardee's past performance record, applicable procurement law, and bid protest procedures; (iv) analyzing the Agency's evaluation process, including the tradeoff

analysis, risk assessment, and a belatedly added evaluation factor; (v) obtaining and analyzing post-award debriefing materials; and (vi) communicating with the Agency regarding the protest and related proceedings.

The specific services rendered by Alston are detailed in the firm's billing records attached hereto as Exhibit 3F.

**Non-Public Protest No. 3**

This category includes time spent by Alston professionals protesting the notice of award given to the awardee connection with the Debtors' bid on a County RFP ("**Non-Public Protest No. 3**").

On July 29, 2026, Smart received notice that the County intended to award the contract to the awardee. Smart filed its protest on August 11, 2026, identifying numerous flaws, including that the awardee was not the lowest responsible bidder. Smart also submitted public record requests for relevant procurement records.

The Debtors employed Alston as lead counsel in Non-Public Protest No. 3. Services provided by Alston in this category include: (i) advising the Debtors with respect to strategy in connection with Non-Public Protest No. 3, including analysis of the NOIA and potential bases for protest; (ii) preparing and filing the protest, including supporting declarations and exhibits; (iii) conducting legal and factual research and analysis in support of the protest, including review of the awardee's pricing, the County's evaluation process, applicable procurement law and protest procedures, and FCC regulations; (iv) submitting a formal request for relevant procurement records; and (v) communicating with the County regarding the protest and related procedures.

The specific services rendered by Alston are detailed in the firm's billing records attached hereto as Exhibit 3G.

**Protest Investigation and Analysis**

This category includes time spent by Alston professionals in connection with the investigation and analysis of potential protests of awards or notices of intent to award in connection with Debtors' bids or competitors' bids for various government agency contracts.

The Debtors employed Alston as lead counsel in Protest Investigation and Analysis. Services provided by Alston in this category include: (i) advising the Debtors with respect to strategy in connection with Debtors' bids or competitors' bids to a variety of different government agency contracts; (ii) analysis of bids and bidding practices, including analysis of potential bases for protest; and (iii) conducting legal and factual research and analysis in support of potential protests or protest defenses, including review of the awardee's pricing proposals, the agencies' evaluation summary, applicable procurement law and protest procedures, and applicable FCC regulations related to RFP requirements.

The specific services rendered by Alston are detailed in the firm's billing records attached hereto as Exhibit 3H.

## III. EVALUATION OF SERVICES RENDERED: FIRST COLONIAL CONSIDERATIONS

This Application presents the nature and extent of the professional services rendered by the Applicant in connection with its representation of the Debtors. The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent. A mere reading of the time summary annexed hereto cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with these cases.

American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should

evaluate in awarding fees. First Colonial remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code. Grant v. George Schuman Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990); 2 Collier on Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); See also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981). The twelve factors are: the time and labor required; the novelty and difficulty of the services rendered; the skill requisite to perform the services properly; the preclusion of other employment by the professional due to the acceptance of the case; the customary fee; whether the fee is fixed or contingent; the time limitations imposed by the client or other circumstances; the experience, reputation, and ability of the professional; the undesirability of the case; the nature and length of the professional relationship of the client; and awards in similar cases. First Colonial, 544 F.2d at 1298-99.

Based on the standards set forth in section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is in the amount of $672,674.85.

**A. Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors.**

The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services the Applicant rendered for the benefit of the Debtors' estate during the period covered by this Application. The total number of hours expended (559.2 hours) reveals the extensive time devoted to these matters by the Applicant at the blended hourly attorney rate of $1,202.92 per hour. In addition to the activities specified hereinabove, the Applicant has dealt with various legal issues which have arisen in these cases during the period covered by this Application. Accordingly, based upon these criteria, the Applicant believes that given the results obtained thus far, Alston has obtained substantially beneficial results for the estate and its creditors.

**B. <u>Novelty and Difficulty of Questions Presented.</u>**

In providing services to the Debtors, Applicant was able to rely primarily upon established statutory authority and recognized jurisprudential precedents.

**C. <u>Skill Requisite to Perform Services Properly.</u>**

In rendering services to the estate, the Applicant demonstrated substantial legal skills and expertise in the areas of litigation, government contracting and procurement law.

**D. <u>Preclusion from Other Employment by Attorney Due to Acceptance of Case.</u>**

The Applicant's representation in these cases did not preclude it from accepting other employment.

**E. <u>Customary Fee</u>.**

The attorney hourly rates of the Applicant set forth in the attached exhibits reflect a blended rate of $1,202.92 per hour. The fees charges are of a kind well within the range approved by courts within and outside of this District in other bankruptcy matters in which the Applicant and other counsel of like reputation and experience have been involved.

**F. <u>Whether Fee is Fixed or Contingent</u>.**

The Applicant's compensation in this matter is subject to approval of the Court and is therefore contingent. The amount requested is consistent with the fee which the Applicant would charge its clients in other non-contingent bankruptcy cases.

**G. <u>Time Limitations Imposed by Client or Other Circumstances</u>.**

The circumstances of these cases did not impose certain time constraints on the Applicant.

**H. <u>Experience, Reputation and Ability of Attorneys.</u>**

The attorneys of Alston are experienced in matters of this kind and are well known to courts throughout the country.

**I. "Undesirability" of Case.**

These cases are not undesirable. The Applicant is privileged to have the opportunity to represent the Debtors and appear before the Court in this proceeding.

**J. Nature and Length of Professional Relationship with Client.**

The Applicant's professional relationship with the Debtors is limited to the Applicant's representation of the Debtors in the Protest Actions. Therefore, this factor is not relevant in the circumstances of these cases.

**K. Awards in Similar Cases.**

The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity. The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community. Considering the results obtained in light of the nature of the Applicant's employment, the lack of a retainer and the complexity of the issues addressed during the period covered by this Application, this rate is entirely appropriate. Likewise, as with all law firms, the Applicant's overhead expenses are absorbed in the hourly rate.

## IV. REIMBURSEMENT OF EXPENSES

Consistent with Local Rule 2016-1(e), Bankruptcy Rule 2016, and the Expense Reimbursement Guidelines, attached hereto as Exhibit 2 is a detailed list of expenses incurred. Alston seeks reimbursement of out-of-pocket expenses totaling $5,681.32. The categories of expenses are briefly summarized as follows:

- **a. Process Service Fees**: In connection with the Webb County RFP Protest, Alston incurred costs relating to the service of process.
- **b. Photocopies (in-house copies)**: In connection with the Ector County RFP Protest, Alston incurred costs relating to printing and photocopying documents.
- **c. Outside Courier Fees**: In connection with Non-Public Protest No. 3, Alston incurred fees relating to hand delivery.

**d.** **Public Document Request Fees**: In connection with Non-Public Protest No. 1 and the Securus Protest, Alston incurred minimal costs in connection with public document requests, including public record requests.

**e.** **Postage**: In connection with Non-Public Protest No. 2, Alston incurred minimal costs relating to the use of UPS shipping services.

**f.** **Filing Fees**: In connection with Non-Public Protest No. 2, Alston incurred customary filing fees.

## V. CONCLUSION

The Applicant has provided valuable services to the Debtors in the Protest Actions. For this reason and all of the reasons set forth in this Application, the Applicant seeks a first interim award of $672,674.85 in fees for services rendered and $5,681.32 for reimbursement of expenses incurred during the period covered by this Application.

[*Signature Page Follows*]

**WHEREFORE**, the Applicant, Alston & Bird, LLP, respectfully requests the Court enter an Order approving the Application and granting such other and further relief as the Court deems appropriate.

Dated: October 15, 2026.

Respectfully submitted,

**VENABLE LLP**
*Attorneys for Debtors*
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Telephone: (813) 439-3900

By: *_/s/ Eric D. Jacobs_*
Eric D. Jacobs, Esq.
Florida Bar No. 85992
Email: ejacobs@venable.com

-and-

**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400

By: *_/s/ Brian M. Laine_*
Brian M. Laine, Esq.
New York Bar No. 6155618
Email: Brian.Laine@alston.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on October 15, 2026, a true and correct copy of the foregoing document has been furnished via electronic mail by virtue of the Court's CM/ECF System to all parties registered to receive notice in this action.

By: *\/s/ Eric D. Jacobs*
Eric D. Jacobs, Esq.

**EXHIBIT "1"**

**Summary of Professional and Paraprofessional Time by Matter Category for this Time Period Only**

**ACTIVITY CODE: PADOC RFP Protest**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Jeffrey Belkin | $1,765.00 | 28.40 | $50,126.00 |
| Arabella Okwara | $1,165.00 | 56.30 | $65,589.50 |
| David Ridnell | $595.00 | 3.90 | $2,320.50 |
| **MATTER TOTAL** | | **88.60** | **$118,036.00** |
| | | | |
| **LESS 10% DISCOUNT** | | | **($11,803.60)** |
| **TOTAL FEES BILLED** | | | **$106,232.40** |

**ACTIVITY CODE: Non-Public Protest No. 1**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Adam Biegel | $1,705.00 | 0.80 | $1,364.00 |
| Andy Howard | $1,580.00 | 6.80 | $10,744.00 |
| Carolina Mares | $775.00 | 0.50 | $387.50 |
| Jeffrey Belkin | $1,765 | 19.30 | $34,064.50 |
| Arabella Okwara | $1,165 | 2.50 | $2,912.50 |
| Samantha Skolnick | $1,195 | 52.20 | $62,379.00 |
| **MATTER TOTAL** | | **82.10** | **$111,851.50** |
| | | | |
| **LESS 10% DISCOUNT** | | | **($11,185.15)** |
| **TOTAL FEES BILLED** | | | **$100,666.35** |

**ACTIVITY CODE: Ector County RFP Protest**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Nathan Sinning | $1,530.00 | 10.40 | $15,912.00 |
| Jeffrey Belkin | $1,765.00 | 5.00 | $8,825.00 |
| Samantha Skolnick | $1,195.00 | 20.80 | $24,856.00 |
| **MATTER TOTAL** | | **36.20** | **$49,593.00** |
| | | | |
| **LESS 10% DISCOUNT** | | | **($4,959.30)** |
| **TOTAL FEES BILLED** | | | **$44,633.70** |

**ACTIVITY CODE: Securus RFP Protest**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Jeffrey Belkin | $1,765.00 | 18.40 | $32,476.00 |
| Kyle Hair | $1,165.00 | 8.10 | $9,436.50 |
| **MATTER TOTAL** | | **26.50** | **$41,912.50** |
| | | | |
| **LESS 10% DISCOUNT** | | | **($4,191.25)** |
| **TOTAL FEES BILLED** | | | **$37,721.25** |

**ACTIVITY CODE: Webb County RFP Protest**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Andy Howard | $1,580.00 | 0.10 | $158.00 |
| Nathan Sinning | $1,530.00 | 79.80 | $122,094.00 |
| Jeffrey Belkin | $1,765.00 | 16.80 | $29,652.00 |
| Sidney Webb | $1,055.00 | 16.30 | $17,196.50 |
| Dan Seabolt | $1,215.00 | 29.00 | $35,235.00 |
| Jan Curry | $575.00 | 1.80 | $1,035.00 |

| | | | |
|---|---|---|---|
| Samantha Skolnick | $1,195.00 | 13.10 | $15,654.50 |
| Mark Gediman | $275.00 | 1.40 | $385.00 |
| **MATTER TOTAL** | | **158.30** | **$221,410.00** |
| | | | |
| **LESS 10% DISCOUNT** | | | **($22,141.00)** |
| **TOTAL FEES BILLED** | | | **$199,269.00** |

**ACTIVITY CODE: Non-Public Protest No. 2**

| **NAME** | **RATE** | **HOURS** | **TOTAL FEES** |
|---|---|---|---|
| Adam Biegel | $1,705.00 | 9.90 | $16,879.50 |
| Andy Howard | $1,580.00 | 2.90 | $4,582.00 |
| Jeffrey Belkin | $1,765.00 | 12.10 | $21,356.50 |
| Arabella Okwara | $1,165.00 | 36.90 | $42,988.50 |
| Samantha Skolnick | $1,195.00 | 9.80 | $11,711.00 |
| Drew Wilson | $855.00 | 9.20 | $7,866.00 |
| **MATTER TOTAL** | | **80.80** | **$105,383.50** |
| | | | |
| **LESS 10% DISCOUNT** | | | **($10,538.35)** |
| **TOTAL FEES BILLED** | | | **$94,845.15** |

**ACTIVITY CODE: Non-Public Protest No.3**

| **NAME** | **RATE** | **HOURS** | **TOTAL FEES** |
|---|---|---|---|
| Andy Howard | $1,580.00 | 5.40 | $8,532.00 |
| Meredith Kingsley | $1,485.00 | 0.70 | $1,039.50 |
| Jeffrey Belkin | $1,765.00 | 10.40 | $18,356.00 |
| Samantha Skolnick | $1,195.00 | 22.50 | $26,887.50 |
| **MATTER TOTAL** | | **39.00** | **$54,815.00** |
| | | | |

| | | | |
|---|---|---|---|
| **LESS 10% DISCOUNT** | | | **($5,481.50)** |
| **TOTAL FEES BILLED** | | | **$49,333.50** |

**ACTIVITY CODE: Protest Investigation and Analysis**

| **NAME** | **RATE** | **HOURS** | **TOTAL FEES** |
|---|---|---|---|
| Jeffrey Belkin | $1,765.00 | 3.80 | $6,707.00 |
| Samantha Skolnick | $1,195.00 | 8.20 | $9,799.00 |
| Sarah McGee | $775.00 | 2.50 | $1,937.50 |
| Mallory Plunkett | $775.00 | 10.20 | $7,905.00 |
| Andy Howard | $1,580.00 | 0.30 | $474.00 |
| Nate Hill | $775.00 | 22.70 | $17,592.50 |
| **MATTER TOTAL** | | **47.70** | **$44,415.00** |
| | | | |
| **LESS 10% DISCOUNT** | | | **($4,441.50)** |
| **TOTAL FEES BILLED** | | | **$39,973.50** |

**EXHIBIT "2"**

**Summary of Requested Reimbursement of Expenses for this Time Period Only**

| DISBURSEMENTS | AMOUNT |
|---|---|
| 1. Filing Fees | $500.00 |
| 2. Process Service Fees | $4,066.25 |
| 3. Witness Fees | |
| 4. Court Reporter & Transcripts | |
| 5. Lien and Title Searches | |
| 6. Photocopies (in-house copies) | $95.25 |
| 7. Photocopies (outside copies) | |
| 8. Postage | $138.56 |
| 9. Overnight Delivery Charges (FedEx) | |
| 10. Outside Courier/Messenger Services | $416.00 |
| 11. Long Distance (a) Telephone Charges | |
| 12. Long Distance (b) Conference Calls/Court Call | |
| 13. Long Distance Fax Transmission | |
| 14. Computerized Research | |
| 15. Out of Middle District of Florida Travel<br>A. Transportation/Airfare<br>B. Lodging<br>C. Meals<br>D. Parking | |
| 16. Other (Not specifically disallowed; must specify and justify) | $465.26 |
| **TOTAL AMOUNT OF EXPENSES** | **$5,681.32** |

# EXHIBIT "3A"

## Professional and Paraprofessional Time Record for the PADOC RFP Protest

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 630344
Invoice #: 11784997
Nick Tsui

## INVOICE SUMMARY

Re: Pennsylvania Protest

| | | |
|---|---|---|
| Services Rendered: | 80,175.00 | |
| Less 10.00% Discount: | (8,017.50) | |
| Services Billed: | 72,157.50 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **72,157.50** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 630344
Invoice #: 11784997
Nick Tsui

Re: Pennsylvania Protest

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/01/2026 | Arabella Okwara | 5.40 | Draft Second Supplement to Renewed Protest. |
| 05/02/2026 | Jeffrey Belkin | 2.00 | Revise protest supplement. |
| 05/02/2026 | Arabella Okwara | 1.50 | Draft Second Supplement to Renewed Protest. |
| 05/04/2026 | Jeffrey Belkin | 1.00 | Final revisions to second supplement. |
| 05/04/2026 | Arabella Okwara | 1.30 | Revise and file Second Protest Supplement. |
| 05/08/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding additional submissions. |
| 05/12/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding additional briefing. |
| 05/14/2026 | Jeffrey Belkin | 1.30 | Analyze supplemental brief and outline response. |
| 05/14/2026 | Arabella Okwara | 0.30 | Review Supplemental Protest. |
| 05/17/2026 | Arabella Okwara | 0.50 | Review Second Supplement to Renewed Protest Response. |
| 05/17/2026 | Arabella Okwara | 3.30 | Draft Reply to Second Supplement to Renewed Protest. |
| 05/18/2026 | Arabella Okwara | 4.10 | Draft Reply to Second Supplement to Renewed Protest. |
| 05/19/2026 | Jeffrey Belkin | 1.70 | Revise second supplement. |
| 05/19/2026 | Arabella Okwara | 1.00 | Finalize and file Second Supplement to Renewed Protest Reply. |
| 05/19/2026 | David Ridnell | 1.30 | Check legal citations in reply in support of second supplement to renewed protest. |
| 05/20/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding RTKL. |
| 05/21/2026 | Jeffrey Belkin | 0.70 | Correspondence regarding RTKL clarification. |
| 05/21/2026 | Arabella Okwara | 0.40 | Correspond with client regarding RTKL request. |
| 05/21/2026 | Arabella Okwara | 0.20 | Review Protest Supplement Reply. |
| 05/22/2026 | Jeffrey Belkin | 1.00 | Analyze protest decision. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/22/2026 | Jeffrey Belkin | 0.80 | Correspondence regarding RTKL and protest appeal options. |
| 05/22/2026 | Arabella Okwara | 0.20 | Respond to Department's RTKL inquiry. |
| 05/22/2026 | Arabella Okwara | 0.30 | Review Secretary's decision. |
| 05/26/2026 | Arabella Okwara | 0.20 | Calculate deadlines for OOR Appeal and Petition for Review. |
| 05/29/2026 | Jeffrey Belkin | 0.80 | Correspondence regarding RTKL appeal. |
| 05/29/2026 | Arabella Okwara | 1.50 | Draft letter to Secretary. |
| 06/01/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding RTKL and Commonwealth Court appeals. |
| 06/02/2026 | Jeffrey Belkin | 0.50 | Revise letter to Secretary. |
| 06/03/2026 | Jeffrey Belkin | 0.70 | Revise appeal petition. |
| 06/03/2026 | Arabella Okwara | 0.40 | Revise letter to Secretary. |
| 06/03/2026 | Arabella Okwara | 0.50 | Review records provided by the Department in response to RTKL request. |
| 06/04/2026 | Arabella Okwara | 2.60 | Revise Petition for Review. |
| 06/05/2026 | Jeffrey Belkin | 1.00 | Revise letter and RTKL materials. |
| 06/05/2026 | Arabella Okwara | 0.70 | Finalize and circulate Request for Supersedas and Petition for Review. |
| 06/08/2026 | Jeffrey Belkin | 1.00 | Revise letter and RTKL materials. |
| 06/09/2026 | Jeffrey Belkin | 1.00 | Revise letter and RTKL materials. |
| 06/10/2026 | Arabella Okwara | 0.20 | Review Secretary's response. |
| 06/11/2026 | Arabella Okwara | 2.20 | Draft OOR Appeal. |
| 06/11/2026 | Arabella Okwara | 0.20 | Review Notice of Appearance and Notice of Intervention filings with Commonwealth Court. |
| 06/12/2026 | Jeffrey Belkin | 0.90 | Revise OOR appeal. |
| 06/12/2026 | Arabella Okwara | 4.80 | Draft OOR Appeal. |
| 06/12/2026 | David Ridnell | 0.30 | Shepardize cases cited in appeal of denial of records request. |
| 06/14/2026 | David Ridnell | 1.20 | Check legal citations in appeal of denial of records request. |
| 06/15/2026 | Arabella Okwara | 3.30 | Revise and file OOR Appeals. |
| 06/15/2026 | David Ridnell | 1.10 | Check legal citations in appeal of denial of records request. |
| 06/16/2026 | Jeffrey Belkin | 1.30 | Revise appeal grounds. |
| 06/16/2026 | Arabella Okwara | 0.30 | Review OOR Appeal Acknowledgment. |
| 06/17/2026 | Jeffrey Belkin | 1.00 | Revise supersedeas. |
| 06/17/2026 | Arabella Okwara | 0.40 | Revise Docketing Statement. |
| 06/17/2026 | Arabella Okwara | 0.90 | Revise Supersedas Request. |
| 06/22/2026 | Jeffrey Belkin | 0.20 | Correspondence regarding supersedeas. |
| 06/23/2026 | Arabella Okwara | 0.50 | Review Supersedas Request for accuracy before filing. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/25/2026 | Arabella Okwara | 0.60 | File entries of appearance in OOR Appeal. |
| 06/26/2026 | Arabella Okwara | 0.30 | Review First RTKL Agency Position Statement. |
| 06/26/2026 | Arabella Okwara | 0.20 | Review Commonwealth Court's Consolidation Order. |
| 06/29/2026 | Arabella Okwara | 0.50 | Review Second RTKL Agency Position Statement. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Jeffrey Belkin | 18.50 | 1,765.00 | 32,652.50 |
| Arabella Okwara | 38.80 | 1,165.00 | 45,202.00 |
| David Ridnell | 3.90 | 595.00 | 2,320.50 |
| **Totals** | **61.20** | | **80,175.00** |

| | |
|---|---|
| **Services Rendered:** | **80,175.00** |
| **Less 10.00% Discount:** | **(8,017.50)** |
| **Services Billed:** | **72,157.50** |
| **Other Charges:** | **0.00** |
| **Invoice Total** | **72,157.50** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 630344
Invoice #: 11784997
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Pennsylvania Protest

| | | |
|---|---|---|
| Services Rendered: | 80,175.00 | |
| Less 10.00% Discount: | (8,017.50) | |
| Services Billed: | 72,157.50 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **72,157.50** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE |
|---|---|---|---|---|
| 04/03/26 | 11730073 | 12,521.25 | 0.00 | 12,521.25 |
| 04/20/26 | 11752855 | 123,475.50 | 0.00 | 123,475.50 |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

**OUTSTANDING INVOICES:**

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| 05/06/26 | 11758856 | 49,403.70 | 0.00 | 49,403.70 | |
| | **Total** | **185,400.45** | **0.00** | **185,400.45** | **USD** |

**Balance Due This Statement** **257,557.95** **USD**

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| Alston & Bird LLP<br>One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309-3424<br>F.E.I # 58-0137615<br>(404) 881-7000 | Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363<br>For the Account Of: Alston & Bird LLP<br>ROUTING: ACH: 061000227 WIRE: 121000248<br>Account #: [redacted]2111<br>Swift Code: WFBIUS6S<br>PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE<br><br>Remittance information can be e-mailed to ar@alston.com |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

August 10, 2026
Client: 072979
Matter: 630344
Invoice #: 11790196
Nick Tsui

## INVOICE SUMMARY

Re: Pennsylvania Protest

| | | |
|---|---|---|
| Services Rendered: | 14,269.00 | |
| Less 10.00% Discount: | (1,426.90) | |
| Services Billed: | 12,842.10 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **12,842.10** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD
PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

August 10, 2026
Client: 072979
Matter: 630344
Invoice #: 11790196
Nick Tsui

Re: Pennsylvania Protest

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/30/2026 | Arabella Okwara | 0.50 | Analyze Agency OOR Position Statements for need to reply. |
| 07/14/2026 | Jeffrey Belkin | 0.80 | Correspondence regarding supersedeas. |
| 07/14/2026 | Arabella Okwara | 0.80 | Research Reply deadline and requirements. |
| 07/14/2026 | Arabella Okwara | 1.00 | Review DOC Supersedeas Responses. |
| 07/15/2026 | Arabella Okwara | 0.40 | Review Agency Record and Court's Briefing Schedule. |
| 07/16/2026 | Jeffrey Belkin | 0.50 | Correspondence regarding OOR. |
| 07/16/2026 | Arabella Okwara | 0.20 | Review OOR Requests for Extension. |
| 07/22/2026 | Jeffrey Belkin | 0.30 | Correspondence regarding RTKL. |
| 07/22/2026 | Arabella Okwara | 1.50 | Draft Application for Leave to Reply to Supersedeas Request. |
| 07/22/2026 | Arabella Okwara | 0.30 | Review OOR Inquiry to Requester. |
| 07/23/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding supersedeas. |
| 07/24/2026 | Jeffrey Belkin | 0.30 | Correspondence regarding OOR order. |
| 07/24/2026 | Arabella Okwara | 1.50 | Revise Supersedeas Reply. |
| 07/24/2026 | Arabella Okwara | 0.40 | Reply to OOR extension request. |
| 07/29/2026 | Jeffrey Belkin | 0.50 | Correspondence regarding FCC rules. |
| 07/29/2026 | Arabella Okwara | 0.30 | Review OOR's Request to Agency. |
| 07/30/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding strategy |
| 07/31/2026 | Arabella Okwara | 0.50 | Review Reported Record for accuracy. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Jeffrey Belkin | 3.20 | 1,765.00 | 5,648.00 |
| Arabella Okwara | 7.40 | 1,165.00 | 8,621.00 |
| **Totals** | **10.60** | | **14,269.00** |

| | |
|---|---|
| **Services Rendered:** | **14,269.00** |
| **Less 10.00% Discount:** | **(1,426.90)** |
| **Services Billed:** | **12,842.10** |
| **Other Charges:** | **0.00** |
| **Invoice Total** | **12,842.10** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

August 10, 2026
Client: 072979
Matter: 630344
Invoice #: 11790196
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Pennsylvania Protest

| | | |
|---|---|---|
| Services Rendered: | 14,269.00 | |
| Less 10.00% Discount: | (1,426.90) | |
| Services Billed: | 12,842.10 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **12,842.10** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE |
|---|---|---|---|---|
| 04/03/26 | 11730073 | 12,521.25 | 10,017.00 | 2,504.25 |
| 04/20/26 | 11752855 | 123,475.50 | 98,780.40 | 24,695.10 |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| 05/06/26 | 11758856 | 49,403.70 | 39,522.96 | 9,880.74 | |
| 07/27/26 | 11784997 | 72,157.50 | 0.00 | 72,157.50 | |
| | **Total** | **257,557.95** | **148,320.36** | **109,237.59** | **USD** |

**Balance Due This Statement** **122,079.69 USD**

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 630344
Invoice #: 11800353
Nick Tsui

## INVOICE SUMMARY

Re: Pennsylvania Protest

| | | |
|---|---|---|
| Services Rendered: | 17,223.50 | |
| Less 10.00% Discount: | (1,722.35) | |
| Services Billed: | 15,501.15 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **15,501.15** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 630344
Invoice #: 11800353
Nick Tsui

Re: Pennsylvania Protest

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/06/2026 | Jeffrey Belkin | 0.20 | Correspondence re: strategy. |
| 08/06/2026 | Arabella Okwara | 1.00 | Draft OOR procedural history for Brief. |
| 08/10/2026 | Arabella Okwara | 0.40 | Review Agency Response to OOR's Request for Clarification. |
| 08/11/2026 | Jeffrey Belkin | 0.30 | Correspondence re: supersedeas. |
| 08/12/2026 | Jeffrey Belkin | 0.40 | Correspondence re: OOR request. |
| 08/12/2026 | Arabella Okwara | 0.50 | Review OOR request for extension. |
| 08/13/2026 | Arabella Okwara | 0.20 | Respond to OOR's request for extension. |
| 08/17/2026 | Arabella Okwara | 0.20 | Review OOR in camera order. |
| 08/18/2026 | Jeffrey Belkin | 2.30 | Revise brief. |
| 08/20/2026 | Jeffrey Belkin | 1.00 | Revise brief. |
| 08/21/2026 | Jeffrey Belkin | 0.90 | Revise brief. |
| 08/24/2026 | Jeffrey Belkin | 0.50 | Final review of brief. |
| 08/24/2026 | Arabella Okwara | 4.00 | Revise Brief. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Jeffrey Belkin | 5.60 | 1,765.00 | 9,884.00 |
| Arabella Okwara | 6.30 | 1,165.00 | 7,339.50 |
| **Totals** | **11.90** | | **17,223.50** |

**Services Rendered:** **17,223.50**

| | |
|---|---|
| **Less 10.00% Discount:** | **(1,722.35)** |
| **Services Billed:** | **15,501.15** |
| **Other Charges:** | **0.00** |
| **Invoice Total** | **15,501.15** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 630344
Invoice #: 11800353
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Pennsylvania Protest

| | | |
|---|---|---|
| Services Rendered: | 17,223.50 | |
| Less 10.00% Discount: | (1,722.35) | |
| Services Billed: | 15,501.15 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **15,501.15** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE |
|---|---|---|---|---|
| 04/03/26 | 11730073 | 12,521.25 | 10,017.00 | 2,504.25 |
| 04/20/26 | 11752855 | 123,475.50 | 98,780.40 | 24,695.10 |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| 05/06/26 | 11758856 | 49,403.70 | 39,522.96 | 9,880.74 | |
| 07/27/26 | 11784997 | 72,157.50 | 0.00 | 72,157.50 | |
| | **Total** | **257,557.95** | **148,320.36** | **109,237.59** | **USD** |

**Balance Due This Statement** **124,738.74 USD**

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 630344
Invoice #: 11810058
Nick Tsui

## INVOICE SUMMARY

Re: Pennsylvania Protest

| | | |
|---|---|---|
| Services Rendered: | 6,368.50 | |
| Less 10.00% Discount: | (636.85) | |
| Services Billed: | 5,731.65 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **5,731.65** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 630344
Invoice #: 11810058
Nick Tsui

Re: Pennsylvania Protest

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/17/2026 | Jeffrey Belkin | 0.30 | Correspond regarding supersedeas. |
| 09/17/2026 | Arabella Okwara | 0.40 | Correspond regarding PADOC's extension request. |
| 09/23/2026 | Jeffrey Belkin | 0.40 | Correspond regarding Securus motion. |
| 09/24/2026 | Jeffrey Belkin | 0.20 | Correspond regarding Securus motion. |
| 09/24/2026 | Arabella Okwara | 3.40 | Review executed contract and right-to-know-law production. |
| 09/29/2026 | Jeffrey Belkin | 0.20 | Correspond regarding supersedeas. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Jeffrey Belkin | 1.10 | 1,765.00 | 1,941.50 |
| Arabella Okwara | 3.80 | 1,165.00 | 4,427.00 |
| **Totals** | **4.90** | | **6,368.50** |

| | |
|---|---|
| **Services Rendered:** | **6,368.50** |
| **Less 10.00% Discount:** | **(636.85)** |
| **Services Billed:** | **5,731.65** |
| **Other Charges:** | **0.00** |

| | |
|---|---|
| **Invoice Total** | **5,731.65** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 630344
Invoice #: 11810058
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Pennsylvania Protest

| | | |
|---|---|---|
| Services Rendered: | 6,368.50 | |
| Less 10.00% Discount: | (636.85) | |
| Services Billed: | 5,731.65 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **5,731.65** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE |
|---|---|---|---|---|
| 04/03/26 | 11730073 | 12,521.25 | 10,017.00 | 2,504.25 |
| 04/20/26 | 11752855 | 123,475.50 | 98,780.40 | 24,695.10 |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| Alston & Bird LLP<br>One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309-3424<br>F.E.I # 58-0137615<br>(404) 881-7000 | Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363<br>For the Account Of: Alston & Bird LLP<br>ROUTING: ACH: 061000227 WIRE: 121000248<br>Account #: [redacted]2111<br>Swift Code: WFBIUS6S<br>PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE<br><br>Remittance information can be e-mailed to ar@alston.com |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| 05/06/26 | 11758856 | 49,403.70 | 39,522.96 | 9,880.74 | |
| 07/27/26 | 11784997 | 72,157.50 | 0.00 | 72,157.50 | |
| 08/10/26 | 11790196 | 12,842.10 | 0.00 | 12,842.10 | |
| 09/09/26 | 11800353 | 15,501.15 | 0.00 | 15,501.15 | |
| | **Total** | **285,901.20** | **148,320.36** | **137,580.84** | **USD** |

**Balance Due This Statement** **143,312.49** **USD**

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

**EXHIBIT "3B"**

**Professional and Paraprofessional Time Record for Non-Public Protest No. 1**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 654389
Invoice #: 11784998
Nick Tsui

## INVOICE SUMMARY

Re: Non-Public Protest No. 1

| | | |
|---|---|---|
| Services Rendered: | 55,000.00 | |
| Less 10.00% Discount: | (5,500.00) | |
| Services Billed: | 49,500.00 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **49,500.00** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 654389
Invoice #: 11784998
Nick Tsui

Re: Non-Public Protest No. 1

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/15/2026 | Jeffrey Belkin | 0.80 | Analyze RFP and award documents. |
| 06/16/2026 | Jeffrey Belkin | 0.70 | Revise public records request. |
| 06/16/2026 | Samantha Skolnick | 2.70 | Review procurement documents and draft records request. |
| 06/17/2026 | Samantha Skolnick | 1.20 | Review procurement documents and service of records request. |
| 06/18/2026 | Jeffrey Belkin | 0.70 | Revise public records request. |
| 06/18/2026 | Samantha Skolnick | 0.50 | Draft paragraph on protests. |
| 06/22/2026 | Samantha Skolnick | 2.50 | Continue to review documentation, research and draft protest. |
| 06/23/2026 | Jeffrey Belkin | 2.00 | Analyze RFP and scoring documents. |
| 06/23/2026 | Jeffrey Belkin | 1.00 | Conference regarding protest. |
| 06/23/2026 | Samantha Skolnick | 2.70 | Continue to review documentation, research and draft protest. |
| 06/24/2026 | Jeffrey Belkin | 0.70 | Outline protest. |
| 06/24/2026 | Samantha Skolnick | 3.00 | Continue to review documentation, research and draft protest. |
| 06/25/2026 | Jeffrey Belkin | 1.70 | Revise protest. |
| 06/25/2026 | Samantha Skolnick | 3.70 | Continue to review documentation, research and draft protest. |
| 06/26/2026 | Jeffrey Belkin | 2.50 | Analyze research and revise protest. |
| 06/26/2026 | Samantha Skolnick | 3.60 | Continue to review documentation, research and draft protest. |
| 06/29/2026 | Jeffrey Belkin | 1.40 | Revise declaration and review correspondence. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/29/2026 | Samantha Skolnick | 3.10 | Continue to review documentation, research and draft protest. |
| 06/30/2026 | Jeffrey Belkin | 1.50 | Final review and revision of declaration and protest. |
| 06/30/2026 | Carolina Mares | 0.50 | Analyze requirements for bidder protests. |
| 06/30/2026 | Samantha Skolnick | 3.50 | Continue to review documentation, research and draft protest. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Jeffrey Belkin | 13.00 | 1,765.00 | 22,945.00 |
| Carolina Mares | 0.50 | 775.00 | 387.50 |
| Samantha Skolnick | 26.50 | 1,195.00 | 31,667.50 |
| **Totals** | **40.00** | | **55,000.00** |

| | |
|---|---|
| **Services Rendered:** | **55,000.00** |
| **Less 10.00% Discount:** | **(5,500.00)** |
| **Services Billed:** | **49,500.00** |
| **Other Charges:** | **0.00** |
| **Invoice Total** | **49,500.00** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 654389
Invoice #: 11784998
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Non-Public Protest No. 1

| | | |
|---|---|---|
| Services Rendered: | 55,000.00 | |
| Less 10.00% Discount: | (5,500.00) | |
| Services Billed: | 49,500.00 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **49,500.00** | **USD** |

Remittance Page

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

August 10, 2026
Client: 072979
Matter: 654389
Invoice #: 11790193
Nick Tsui

## INVOICE SUMMARY

Re: Non-Public Protest No. 1

| | | |
|---|---|---|
| Services Rendered: | 56,693.50 | |
| Less 10.00% Discount: | (5,669.35) | |
| Services Billed: | 51,024.15 | |
| Other Charges: | 440.26 | |
| **Invoice Total:** | **51,464.41** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

August 10, 2026
Client: 072979
Matter: 654389
Invoice #: 11790193
Nick Tsui

Re: Non-Public Protest No. 1

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/08/2026 | Samantha Skolnick | 3.30 | Begin review of documents from pursuant to records request and determine if a supplement is needed to the protest. |
| 07/09/2026 | Samantha Skolnick | 4.20 | Review of documents pursuant to records request; outline supplemental protest. |
| 07/10/2026 | Andy Howard | 0.50 | Confer with S. Skolnick regarding matter background, current status, next steps and potential strategies; prepare for and participate in client meeting. |
| 07/10/2026 | Samantha Skolnick | 3.50 | Review of documents pursuant to records request; draft supplemental protest. |
| 07/10/2026 | Samantha Skolnick | 2.00 | Review preliminary documentation for protest and review federal rules for timing. |
| 07/11/2026 | Arabella Okwara | 0.50 | Utilize Harvey AI to analyze supplemental protest grounds. |
| 07/13/2026 | Andy Howard | 0.50 | Prepare for and participate in client call regarding pending bid protest; confer with S. Skolnick regarding next steps and strategies. |
| 07/13/2026 | Arabella Okwara | 0.60 | Call with client to discuss Supplemental Protest arguments. |
| 07/13/2026 | Arabella Okwara | 1.40 | Revise Supplemental Protest. |
| 07/13/2026 | Samantha Skolnick | 5.80 | Discussion with client; drafting of supplemental protest arguments that bolster original grounds and identify new arguments. |
| 07/14/2026 | Andy Howard | 1.50 | Review and revise supplemental bid protest; confer with S. Skolnick regarding finalization of same. |
| 07/14/2026 | Jeffrey Belkin | 2.70 | Revise supplemental protest. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/14/2026 | Samantha Skolnick | 2.90 | Discussion with client; drafting of supplemental protest arguments that bolster original grounds and identify new arguments. |
| 07/15/2026 | Andy Howard | 1.00 | Further review and revisions to supplemental bid protest; confer with S. Skolnick regarding finalization and client review of same. |
| 07/15/2026 | Samantha Skolnick | 1.40 | Finalizing and filing of supplemental protest. |
| 07/16/2026 | Andy Howard | 0.50 | Confer with S. Skolnick regarding bid protest, potential outcomes, and next steps and potential strategies. |
| 07/16/2026 | Jeffrey Belkin | 0.60 | Correspondence regarding strategy. |
| 07/17/2026 | Jeffrey Belkin | 0.80 | Outline protest. |
| 07/20/2026 | Andy Howard | 0.50 | Review decision; confer with S. Skolnick regarding next steps. |
| 07/20/2026 | Jeffrey Belkin | 0.90 | Analyze decision and options. |
| 07/20/2026 | Samantha Skolnick | 1.20 | Review decision and research next steps to present to client. |
| 07/21/2026 | Jeffrey Belkin | 0.50 | Analyze decision and options. |
| 07/22/2026 | Andy Howard | 1.10 | Meeting with A. Biegel, et al., regarding client and claims background, potential claims , other possible next steps and strategies. |
| 07/23/2026 | Jeffrey Belkin | 0.80 | Conference regarding appeal and other options. |
| 07/24/2026 | Adam Biegel | 0.80 | Review protest determinations. |
| 07/28/2026 | Andy Howard | 1.10 | Call with counsel regarding matter background, current status, potential next steps. |
| 07/28/2026 | Samantha Skolnick | 1.40 | Discussion with counsel; review case law; draft summary. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Adam Biegel | 0.80 | 1,705.00 | 1,364.00 |
| Andy Howard | 6.70 | 1,580.00 | 10,586.00 |
| Jeffrey Belkin | 6.30 | 1,765.00 | 11,119.50 |
| Arabella Okwara | 2.50 | 1,165.00 | 2,912.50 |
| Samantha Skolnick | 25.70 | 1,195.00 | 30,711.50 |
| **Totals** | **42.00** | | **56,693.50** |

| | |
|---|---|
| **Services Rendered:** | **56,693.50** |
| **Less 10.00% Discount:** | **(5,669.35)** |
| **Services Billed:** | **51,024.15** |

**Other Charges**

| Date | Description | Amount |
|---|---|---|
| 07/01/2026 | Samantha Skolnick - FOIA Document Request - 06/23/2026 - Copies/Fax | 215.92 |
| 07/01/2026 | Samantha Skolnick - FOIA Document Request - 06/23/2026 - Miscellaneous | 4.21 |
| 07/22/2026 | Samantha Skolnick - FOIA Records Request Fee - 07/08/2026 - Copies/Fax | 215.92 |
| 07/22/2026 | Samantha Skolnick - FOIA Records Request Fee - 07/08/2026 - Miscellaneous | 4.21 |

**Other Charges:** **440.26**

**Invoice Total** **51,464.41**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

August 10, 2026
Client: 072979
Matter: 654389
Invoice #: 11790193
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Non-Public Protest No. 1

| | | |
|---|---|---|
| Services Rendered: | 56,693.50 | |
| Less 10.00% Discount: | (5,669.35) | |
| Services Billed: | 51,024.15 | |
| Other Charges: | 440.26 | |
| **Invoice Total:** | **51,464.41** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| 07/27/26 | 11784998 | 49,500.00 | 0.00 | 49,500.00 | |
| | **Total** | **49,500.00** | **0.00** | **49,500.00** | **USD** |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

**Balance Due This Statement** **100,964.41 USD**

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| Alston & Bird LLP<br>One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309-3424<br>F.E.I # 58-0137615<br>(404) 881-7000 | Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363<br>For the Account Of: Alston & Bird LLP<br>ROUTING: ACH: 061000227 WIRE: 121000248<br>Account #: [redacted]2111<br>Swift Code: WFBIUS6S<br>PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE<br><br>Remittance information can be e-mailed to ar@alston.com |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 654389
Invoice #: 11800352
Nick Tsui

## INVOICE SUMMARY

Re: Non-Public Protest No. 1

| | | |
|---|---|---|
| Services Rendered: | 158.00 | |
| Less 10.00% Discount: | (15.80) | |
| Services Billed: | 142.20 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **142.20** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD
PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 654389
Invoice #: 11800352
Nick Tsui

Re: Non-Public Protest No. 1

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/27/2026 | Andy Howard | 0.10 | Review and respond to internal emails concerning bid protest, next steps. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Andy Howard | 0.10 | 1,580.00 | 158.00 |
| **Totals** | **0.10** | | **158.00** |

| | |
|---|---|
| **Services Rendered:** | **158.00** |
| **Less 10.00% Discount:** | **(15.80)** |
| **Services Billed:** | **142.20** |
| **Other Charges:** | **0.00** |
| **Invoice Total** | **142.20** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 654389
Invoice #: 11800352
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Non-Public Protest No. 1

| | | |
|---|---|---|
| Services Rendered: | 158.00 | |
| Less 10.00% Discount: | (15.80) | |
| Services Billed: | 142.20 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **142.20** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| 07/27/26 | 11784998 | 49,500.00 | 0.00 | 49,500.00 | |
| | **Total** | **49,500.00** | **0.00** | **49,500.00** | **USD** |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

**Balance Due This Statement** **49,642.20 USD**

Remittance Page

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| Alston & Bird LLP<br>One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309-3424<br>F.E.I # 58-0137615<br>(404) 881-7000 | Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363<br>For the Account Of: Alston & Bird LLP<br>ROUTING: ACH: 061000227 WIRE: 121000248<br>Account #: [redacted]2111<br>Swift Code: WFBIUS6S<br>PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE<br><br>Remittance information can be e-mailed to ar@alston.com |

Services or other charges, which either have not been received or processed, will appear on a later statement.

# EXHIBIT "3C"

**Professional and Paraprofessional Time Record for the Ector County RFP Protest**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 646808
Invoice #: 11800350
Nick Tsui

## INVOICE SUMMARY

Re: Ector County, TX Protest

| | | |
|---|---|---|
| Services Rendered: | 17,600.00 | |
| Less 10.00% Discount: | (1,760.00) | |
| Services Billed: | 15,840.00 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **15,840.00** | **USD** |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 646808
Invoice #: 11800350
Nick Tsui

Re: Ector County, TX Protest

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/27/2026 | Nathan Sinning | 1.40 | Review documents related to award. |
| 08/27/2026 | Jeffrey Belkin | 1.30 | Analyze correspondence and process research. |
| 08/27/2026 | Samantha Skolnick | 4.70 | Review prior protest, prior RFP, current RFP and outline arguments. |
| 08/28/2026 | Nathan Sinning | 1.80 | Research regarding potential petition. |
| 08/28/2026 | Jeffrey Belkin | 0.70 | Conference with S. Skolnick, N. Sinning. |
| 08/31/2026 | Jeffrey Belkin | 1.00 | Analyze strategy research and summary. |
| 08/31/2026 | Samantha Skolnick | 1.50 | Research procedural issues. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Nathan Sinning | 3.20 | 1,530.00 | 4,896.00 |
| Jeffrey Belkin | 3.00 | 1,765.00 | 5,295.00 |
| Samantha Skolnick | 6.20 | 1,195.00 | 7,409.00 |
| **Totals** | **12.40** | | **17,600.00** |

| | |
|---|---|
| **Services Rendered:** | **17,600.00** |
| **Less 10.00% Discount:** | **(1,760.00)** |
| **Services Billed:** | **15,840.00** |

| | |
|---|---|
| **Other Charges:** | **0.00** |
| **Invoice Total** | **15,840.00** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 646808
Invoice #: 11800350
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Ector County, TX Protest

| | | |
|---|---|---|
| Services Rendered: | 17,600.00 | |
| Less 10.00% Discount: | (1,760.00) | |
| Services Billed: | 15,840.00 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **15,840.00** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE |
|---|---|---|---|---|
| 05/06/26 | 11752857 | 38,713.05 | 30,970.44 | 7,742.61 |
| 05/06/26 | 11758858 | 1,139.95 | 1,042.93 | 97.02 |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| | **Total** | **39,853.00** | **32,013.37** | **7,839.63** | **USD** |

**Balance Due This Statement** **23,679.63 USD**

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 646808
Invoice #: 11810059
Nick Tsui

## INVOICE SUMMARY

Re: Ector County, TX Protest

| | | |
|---|---|---|
| Services Rendered: | 31,993.00 | |
| Less 10.00% Discount: | (3,199.30) | |
| Services Billed: | 28,793.70 | |
| Other Charges: | 155.54 | |
| **Invoice Total:** | **28,949.24** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 646808
Invoice #: 11810059
Nick Tsui

Re: Ector County, TX Protest

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/01/2026 | Nathan Sinning | 1.40 | Preview documents related to the previous and current RFP and attend meeting with Smart Comm team and legal team regarding drafting of protest letter. |
| 09/01/2026 | Jeffrey Belkin | 0.80 | Revise protest. |
| 09/01/2026 | Samantha Skolnick | 1.80 | Begin outlining protest after client call. |
| 09/02/2026 | Samantha Skolnick | 4.50 | Draft protest and discussion of declaration. |
| 09/03/2026 | Nathan Sinning | 1.10 | Review/revise Ector County bid protest letter and communications related to same. |
| 09/03/2026 | Samantha Skolnick | 2.70 | Continue drafting of protest. |
| 09/04/2026 | Nathan Sinning | 1.70 | Draft/revise bid protest letter, research and follow up communications related to same. |
| 09/04/2026 | Jeffrey Belkin | 0.80 | Revise protest. |
| 09/04/2026 | Samantha Skolnick | 1.30 | Client discussions and finalize and file. |
| 09/08/2026 | Nathan Sinning | 0.60 | Research regarding procurement and follow up communications related to same. |
| 09/08/2026 | Samantha Skolnick | 1.50 | Research case law related to petition. |
| 09/09/2026 | Nathan Sinning | 0.80 | Continue research regarding procurement and communications related to same. |
| 09/10/2026 | Samantha Skolnick | 0.90 | Research case law related to petition. |
| 09/17/2026 | Nathan Sinning | 1.10 | Review documents produced from Ector County and communicate with S. Skolnick regarding same. |
| 09/17/2026 | Jeffrey Belkin | 0.40 | Analyze public records from competition. |
| 09/17/2026 | Samantha Skolnick | 0.60 | Review records from the County and discuss strategy. |
| 09/21/2026 | Samantha Skolnick | 0.50 | Review public information related to procurement. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/23/2026 | Samantha Skolnick | 0.80 | Review additional documents and draft specific requests for PRA request. |
| 09/30/2026 | Nathan Sinning | 0.50 | Review documents produced by the County and communications regarding further handling. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Nathan Sinning | 7.20 | 1,530.00 | 11,016.00 |
| Jeffrey Belkin | 2.00 | 1,765.00 | 3,530.00 |
| Samantha Skolnick | 14.60 | 1,195.00 | 17,447.00 |
| **Totals** | **23.80** | | **31,993.00** |

| | |
|---|---|
| **Services Rendered:** | **31,993.00** |
| **Less 10.00% Discount:** | **(3,199.30)** |
| **Services Billed:** | **28,793.70** |

**Other Charges**

| Date | Description | Amount |
|---|---|---|
| | Document Production - Color Copies | 95.25 |
| 09/04/2026 | TO: ATTN: ANDREA MORALEZ FR: Samantha Skolnick TRK: 1Z3904260109954086 Service: UPS Shipping Charge | 60.29 |

| | |
|---|---|
| **Other Charges:** | **155.54** |
| **Invoice Total** | **28,949.24** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 646808
Invoice #: 11810059
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Ector County, TX Protest

| | | |
|---|---|---|
| Services Rendered: | 31,993.00 | |
| Less 10.00% Discount: | (3,199.30) | |
| Services Billed: | 28,793.70 | |
| Other Charges: | 155.54 | |
| **Invoice Total:** | **28,949.24** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE |
|---|---|---|---|---|
| 05/06/26 | 11752857 | 38,713.05 | 30,970.44 | 7,742.61 |
| 05/06/26 | 11758858 | 1,139.95 | 1,042.93 | 97.02 |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| Alston & Bird LLP<br>One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309-3424<br>F.E.I # 58-0137615<br>(404) 881-7000 | Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363<br>For the Account Of: Alston & Bird LLP<br>ROUTING: ACH: 061000227 WIRE: 121000248<br>Account #: [redacted]2111<br>Swift Code: WFBIUS6S<br>PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE<br><br>Remittance information can be e-mailed to ar@alston.com |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| 09/09/26 | 11800350 | 15,840.00 | 0.00 | 15,840.00 | |
| | **Total** | **55,693.00** | **32,013.37** | **23,679.63** | **USD** |

**Balance Due This Statement** **52,628.87** **USD**

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

**EXHIBIT "3D"**

**Professional and Paraprofessional Time Record for the Securus RFP Protest**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 651050
Invoice #: 11784996
Nick Tsui

## INVOICE SUMMARY

Re: Spartanburg County

| | |
|---|---|
| Services Rendered: | 41,912.50 |
| Less 10.00% Discount: | (4,191.25) |
| Services Billed: | 37,721.25 |
| Other Charges: | 25.00 |
| **Invoice Total:** | **37,746.25 USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP<br>One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309-3424<br>F.E.I # 58-0137615<br>(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363<br>For the Account Of: Alston & Bird LLP<br>ROUTING: ACH: 061000227 WIRE: 121000248<br>Account #: [redacted]2111<br>Swift Code: WFBIUS6S<br>PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE<br><br>Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 651050
Invoice #: 11784996
Nick Tsui

Re: Spartanburg County

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/14/2026 | Jeffrey Belkin | 0.80 | Analyze SC research and draft response to injunction motion. |
| 05/15/2026 | Jeffrey Belkin | 1.00 | Begin revisions of draft brief. |
| 05/22/2026 | Jeffrey Belkin | 0.50 | Correspondence regarding preliminary injunction application. |
| 05/24/2026 | Kyle Hair | 1.70 | Revise opposition to motion for preliminary injunction. |
| 05/25/2026 | Kyle Hair | 1.40 | Revise opposition to motion for preliminary injunction. |
| 05/26/2026 | Jeffrey Belkin | 0.30 | Correspondence regarding preliminary injunction application. |
| 05/26/2026 | Jeffrey Belkin | 1.50 | Correspondence regarding preliminary injunction application. |
| 05/26/2026 | Kyle Hair | 0.70 | Revise opposition to motion for preliminary injunction. |
| 05/27/2026 | Jeffrey Belkin | 3.30 | Revise PI opposition. |
| 05/27/2026 | Kyle Hair | 0.30 | Analyze materials to support opposition to motion for preliminary injunction. |
| 05/28/2026 | Jeffrey Belkin | 3.60 | Research and revise PI opposition. |
| 05/29/2026 | Jeffrey Belkin | 1.20 | Correspondence regarding mandamus research. |
| 06/01/2026 | Kyle Hair | 1.40 | Revise opposition to motion for preliminary injunction. |
| 06/02/2026 | Jeffrey Belkin | 0.80 | Final revisions to brief. |
| 06/02/2026 | Kyle Hair | 0.90 | Revise opposition to motion for preliminary injunction. |
| 06/04/2026 | Jeffrey Belkin | 0.70 | Revisions to answer. |
| 06/05/2026 | Kyle Hair | 0.50 | Revise answer to complaint. |
| 06/08/2026 | Jeffrey Belkin | 0.50 | Revisions to brief. |
| 06/08/2026 | Kyle Hair | 0.10 | Revise answer to complaint. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/09/2026 | Jeffrey Belkin | 0.70 | Conference with G. Placone, D. Gann, N. Nybo regarding strategy. |
| 06/09/2026 | Kyle Hair | 0.90 | Strategy regarding injunction briefing and hearing. |
| 06/12/2026 | Jeffrey Belkin | 1.00 | Revise motion opposition regarding dismissal grounds. |
| 06/15/2026 | Jeffrey Belkin | 0.60 | Correspondence regarding PI response. |
| 06/18/2026 | Jeffrey Belkin | 0.60 | Correspondence regarding hearing. |
| 06/22/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding hearing. |
| 06/24/2026 | Jeffrey Belkin | 0.50 | Correspondence regarding hearing. |
| 06/24/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding hearing. |
| 06/25/2026 | Kyle Hair | 0.20 | Analyze correspondence regarding injunction hearing. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Jeffrey Belkin | 18.40 | 1,765.00 | 32,476.00 |
| Kyle Hair | 8.10 | 1,165.00 | 9,436.50 |
| **Totals** | **26.50** | | **41,912.50** |

| | |
|---|---|
| **Services Rendered:** | **41,912.50** |
| **Less 10.00% Discount:** | **(4,191.25)** |
| **Services Billed:** | **37,721.25** |

**Other Charges**

| Date | Description | Amount |
|---|---|---|
| 06/10/2026 | Chilton County Commission - Invoice Number: 072979-651050 Dated: 06/09/26 - Public Records Request Fee | 25.00 |

| | |
|---|---|
| **Other Charges:** | **25.00** |
| **Invoice Total** | **37,746.25** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 651050
Invoice #: 11784996
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Spartanburg County

| | | |
|---|---|---|
| Services Rendered: | 41,912.50 | |
| Less 10.00% Discount: | (4,191.25) | |
| Services Billed: | 37,721.25 | |
| Other Charges: | 25.00 | |
| **Invoice Total:** | **37,746.25** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| 05/06/26 | 11758859 | 21,502.35 | 0.00 | 21,502.35 | |
| | **Total** | **21,502.35** | **0.00** | **21,502.35** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

| **Balance Due This Statement** | **59,248.60** | **USD** |
|---|---|---|

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

# EXHIBIT "3E"

**<u>Professional and Paraprofessional Time Record for the Webb County RFP Protest</u>**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 651688
Invoice #: 11800356
Nick Tsui

## INVOICE SUMMARY

Re: Webb County Protest

| | | |
|---|---|---|
| Services Rendered: | 29,184.00 | |
| Less 10.00% Discount: | (2,918.40) | |
| Services Billed: | 26,265.60 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **26,265.60** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 651688
Invoice #: 11800356
Nick Tsui

Re: Webb County Protest

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/24/2026 | Nathan Sinning | 0.60 | Review termination notice from the county and follow up communications with Smart team and legal team regarding same. |
| 08/24/2026 | Jeffrey Belkin | 1.00 | Analyze protest decision and petition. |
| 08/24/2026 | Jeffrey Belkin | 1.30 | Conference with D. Gann, J. Logan, N. Sinning regarding protest. |
| 08/25/2026 | Nathan Sinning | 2.10 | Review documents supporting court petition and follow up letter to the county and communicate with Mr. Seabolt regarding same. |
| 08/25/2026 | Dan Seabolt | 0.60 | Attend strategy conference regarding county protest matter and related issues. |
| 08/27/2026 | Andy Howard | 0.10 | Review and respond to team emails concerning bid protest, next steps. |
| 08/27/2026 | Nathan Sinning | 1.80 | Draft/revise letter to county regarding protest and termination letter and communications related to same. |
| 08/27/2026 | Dan Seabolt | 0.90 | Draft and revise demand letter. |
| 08/27/2026 | Dan Seabolt | 0.90 | Analyze factual timeline and potential claims. |
| 08/27/2026 | Dan Seabolt | 0.90 | Coordinate revisions with client and team regarding pre-suit strategy and filing considerations. |
| 08/28/2026 | Nathan Sinning | 1.70 | Draft/revise and finalize letter to county regarding protest and termination letter and communications related to same. |
| 08/28/2026 | Jeffrey Belkin | 1.00 | Analyze correspondence from D. Seabolt regarding demand. |
| 08/28/2026 | Dan Seabolt | 0.80 | Review and revise corrective-action demand and bid protest correspondence concerning county procurement dispute. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/28/2026 | Jan Curry | 0.50 | Assist and coordinate with Legal Process service to deliver letter notice to eight persons and correspondences with L. Aguirre regarding same. |
| 08/31/2026 | Nathan Sinning | 2.90 | Review factual support, research law, draft/revise petition and communicate with Alston team and Smart team regarding same. |
| 08/31/2026 | Jeffrey Belkin | 1.00 | Revise petition. |
| 08/31/2026 | Dan Seabolt | 1.80 | Analyze procedural issues relating to procurement challenge. |
| 08/31/2026 | Jan Curry | 0.10 | Correspondences with T. Bernado regarding status of service and correspondence to N. Sinning regarding same. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Andy Howard | 0.10 | 1,580.00 | 158.00 |
| Nathan Sinning | 9.10 | 1,530.00 | 13,923.00 |
| Jeffrey Belkin | 4.30 | 1,765.00 | 7,589.50 |
| Dan Seabolt | 5.90 | 1,215.00 | 7,168.50 |
| Jan Curry | 0.60 | 575.00 | 345.00 |
| **Totals** | **20.00** | | **29,184.00** |

| | |
|---|---|
| **Services Rendered:** | **29,184.00** |
| **Less 10.00% Discount:** | **(2,918.40)** |
| **Services Billed:** | **26,265.60** |
| **Other Charges:** | **0.00** |
| **Invoice Total** | **26,265.60** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 651688
Invoice #: 11800356
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Webb County Protest

| | | |
|---|---|---|
| Services Rendered: | 29,184.00 | |
| Less 10.00% Discount: | (2,918.40) | |
| Services Billed: | 26,265.60 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **26,265.60** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE |
|---|---|---|---|---|
| 05/06/26 | 11758860 | 25,860.60 | 20,688.48 | 5,172.12 |
| 07/27/26 | 11785000 | 68,948.15 | 0.00 | 68,948.15 |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

Remittance Page

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| | **Total** | **94,808.75** | **20,688.48** | **74,120.27** | **USD** |

| | | |
|---|---|---|
| **Balance Due This Statement** | **100,385.87** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 651688
Invoice #: 11785000
Nick Tsui

## INVOICE SUMMARY

Re: Webb County Protest

| | | |
|---|---|---|
| Services Rendered: | 73,173.50 | |
| Less 10.00% Discount: | (7,317.35) | |
| Services Billed: | 65,856.15 | |
| Other Charges: | 3,092.00 | |
| **Invoice Total:** | **68,948.15** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 651688
Invoice #: 11785000
Nick Tsui

Re: Webb County Protest

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/01/2026 | Nathan Sinning | 1.80 | Draft/revise protest. |
| 05/01/2026 | Nathan Sinning | 1.80 | Research law regarding disqualification and protest procedures. |
| 05/01/2026 | Jeffrey Belkin | 2.30 | Revise protest. |
| 05/01/2026 | Sidney Webb | 2.30 | Analyze protest case law to bolster protest |
| 05/01/2026 | Jan Curry | 0.30 | Prepare correspondence for service/delivery. |
| 05/04/2026 | Jan Curry | 0.10 | Correspondence with Proceed Legal courier in connection with delivery status of letter. |
| 05/07/2026 | Nathan Sinning | 0.30 | Various communications related to bid protest and records request. |
| 05/07/2026 | Jeffrey Belkin | 0.40 | Correspondence with client regarding public records and protest issues. |
| 05/08/2026 | Nathan Sinning | 0.30 | Various communications related to bid protest and records request. |
| 05/11/2026 | Nathan Sinning | 0.70 | Communications with the county and client regarding status. |
| 05/11/2026 | Jeffrey Belkin | 0.70 | Correspondence regarding public records and commissioners meeting. |
| 05/12/2026 | Nathan Sinning | 0.80 | Communications with the county and client regarding status. |
| 05/12/2026 | Jeffrey Belkin | 0.80 | Research public records actions. |
| 05/13/2026 | Nathan Sinning | 2.40 | Research and review materials and argument for petition and TRO. |
| 05/13/2026 | Sidney Webb | 0.40 | Contact county regarding public information request |
| 05/14/2026 | Nathan Sinning | 1.40 | Draft/revise follow up letter to the County. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/14/2026 | Nathan Sinning | 0.90 | Research and review law, gather materials and argument for petition and TRO. |
| 05/14/2026 | Jeffrey Belkin | 1.00 | Analyze county-specific research. |
| 05/15/2026 | Nathan Sinning | 0.80 | Review/revise follow up letter to the County. |
| 05/15/2026 | Jeffrey Belkin | 0.60 | Revise correspondence. |
| 05/15/2026 | Jeffrey Belkin | 0.20 | Strategy correspondence with N. Sinning. |
| 05/15/2026 | Dan Seabolt | 0.50 | Review and analzye protest documents. |
| 05/15/2026 | Jan Curry | 0.40 | Correspondence to service to prepare for delivery of letters. |
| 05/18/2026 | Nathan Sinning | 1.80 | Outline arguments for petition and TRO. |
| 05/18/2026 | Jan Curry | 0.10 | Retrieve status of deliveries. |
| 05/19/2026 | Nathan Sinning | 1.40 | Review County agenda minutes. |
| 05/19/2026 | Sidney Webb | 1.30 | Analyze applicable state law and draft TRO/petition |
| 05/19/2026 | Dan Seabolt | 4.30 | Draft petition and application for Temporary Restraining Order. |
| 05/20/2026 | Nathan Sinning | 0.80 | Continue review of County procedure regarding awarding of contracts and various communications regarding status. |
| 05/20/2026 | Jeffrey Belkin | 1.50 | Analyze draft TRO. |
| 05/20/2026 | Dan Seabolt | 3.90 | Revise petition and application for Temporary Restraining Order, research and review Temporary Restraining Order standard, research and review County Purchasing Act, research and review County Purchasing Manual. |
| 05/20/2026 | Jan Curry | 0.30 | Retrieve and review returns of service. |
| 05/21/2026 | Nathan Sinning | 3.20 | Revise petition and request for TRO. |
| 05/21/2026 | Dan Seabolt | 1.50 | Research county rules regarding Commissioner's court approval of final form of contract. |
| 05/22/2026 | Nathan Sinning | 2.20 | Revise petition and request for TRO. |
| 05/22/2026 | Nathan Sinning | 0.10 | Review correspondence from county regarding records request. |
| 05/22/2026 | Sidney Webb | 0.70 | Communicate with local government office regarding public information request |
| 05/26/2026 | Jeffrey Belkin | 2.00 | Analyze and revise pleadings. |
| 05/27/2026 | Sidney Webb | 3.50 | Analyze applicable state law for TRO's/Petition. |
| 06/01/2026 | Nathan Sinning | 0.40 | Review various county reports and emails related to the services. |
| 06/03/2026 | Nathan Sinning | 0.20 | Review County agenda for next meeting. |
| 06/03/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding meeting status. |
| 06/05/2026 | Nathan Sinning | 0.50 | Review research related to new FCC rule relevant to Smart's protest and the positions. |
| 06/30/2026 | Nathan Sinning | 0.40 | Fill in information requested regarding Retention Application and Supporting Declaration. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Nathan Sinning | 22.20 | 1,530.00 | 33,966.00 |
| Jeffrey Belkin | 9.90 | 1,765.00 | 17,473.50 |
| Sidney Webb | 8.20 | 1,055.00 | 8,651.00 |
| Dan Seabolt | 10.20 | 1,215.00 | 12,393.00 |
| Jan Curry | 1.20 | 575.00 | 690.00 |
| **Totals** | **51.70** | | **73,173.50** |

| | |
|---|---|
| **Services Rendered:** | **73,173.50** |
| **Less 10.00% Discount:** | **(7,317.35)** |
| **Services Billed:** | **65,856.15** |

**Other Charges**

| Date | Description | Amount |
|---|---|---|
| 05/14/2026 | Proceed Legal Inc - Invoice Number: 772689 Dated: 05/09/26 - Process Serving to Commissioners Court at 1110 Victoria Ave Ste 201, Laredo, TX 78040 on 5/1/26; Tracking #121-0347 requested by Jan Curry | 97.00 |
| 05/14/2026 | Proceed Legal Inc - Invoice Number: 772689 Dated: 05/09/26 - Process Serving to Margie Ramirez Ibarra at 1110 Victoria Ave Ste 201, Laredo, TX 78040 on 5/1/26; Tracking #121-0349 requested by Jan Curry | 257.00 |
| 05/14/2026 | Proceed Legal Inc - Invoice Number: 772689 Dated: 05/09/26 - Process Serving to Marco Monteymayor at 1110 Washington St, Ste 301, Laredo, TX 78040 on 5/1/26; Tracking #121-0350 requested by Jan Curry | 97.00 |
| 05/14/2026 | Proceed Legal Inc - Invoice Number: 772689 Dated: 05/09/26 - Process Serving to Juan Guerrero, Contract at 1110 Washington St, Ste 301, Laredo, TX 78040 on 5/1/26; Tracking #121-0352 requested by Jan Curry | 257.00 |
| 05/14/2026 | Proceed Legal Inc - Invoice Number: 772689 Dated: 05/09/26 - Process Serving to Jesse Gonzalez at 1000 Houston Street 1st Floor, Laredo, TX 78040 on 5/1/26; Tracking #121-0354 requested by Jan Curry | 97.00 |
| 05/14/2026 | Proceed Legal Inc - Invoice Number: 772689 Dated: 05/09/26 - Process Serving to Rosaura P. "Wawi" Tijerina at 1000 Houston Street 1st Floor, Laredo, TX 78040 on 5/1/26; Tracking #121-0356 requested by Jan Curry | 97.00 |

| | | |
|---|---|---|
| 05/14/2026 | Proceed Legal Inc - Invoice Number: 772689 Dated: 05/09/26 - Process Serving to John C. Galo at 1000 Houston Street 1st Floor, Laredo, TX 78040 on 5/1/26; Tracking #121-0357 requested by Jan Curry | 97.00 |
| 05/14/2026 | Proceed Legal Inc - Invoice Number: 772689 Dated: 05/09/26 - Process Serving to Ricardo A. Jamie at 1000 Houston Street 1st Floor, Laredo, TX 78040 on 5/1/26; Tracking #121-0358 requested by Jan Curry | 257.00 |
| 06/18/2026 | Proceed Legal Inc - Invoice Number: 775158 Dated: 06/13/26 - Process Serving to Commissioners Court at 1110 Victoria Ste 201 Laredo, TX 78040 on 05/15/26; Tracking #135-0179 requested by Jan Curry | 249.50 |
| 06/18/2026 | Proceed Legal Inc - Invoice Number: 775158 Dated: 06/13/26 - Process Serving to Margie Ramirez Ibarra at 1110 Victoria Ste 201 Laredo, TX 78040 on 05/15/26; Tracking #135-0185 requested by Jan Curry | 89.50 |
| 06/18/2026 | Proceed Legal Inc - Invoice Number: 775158 Dated: 06/13/26 - Process Serving to Marco Montemayor at 1110 Washington St Ste 301 Laredo, TX 78040 on 05/15/26; Tracking #135-0186 requested by Jan Curry | 249.50 |
| 06/18/2026 | Proceed Legal Inc - Invoice Number: 775158 Dated: 06/13/26 - Process Serving to Juan Guerrero at 1110 Washington St Ste 101 Laredo, TX 78040 on 05/15/26; Tracking #135-0187 requested by Jan Curry | 249.50 |
| 06/18/2026 | Proceed Legal Inc - Invoice Number: 775158 Dated: 06/13/26 - Process Serving to Jesse Gonzalez at 1000 Houston Street, 1st Floor, Laredo, TX 78040 on 05/15/26; Tracking #135-0188 requested by Jan Curry | 249.50 |
| 06/18/2026 | Proceed Legal Inc - Invoice Number: 775158 Dated: 06/13/26 - Process Serving to Rosaura P. "Wawi" Tijerina at 1000 Houston Street, 1st Floor, Laredo, TX 78040 on 05/15/26; Tracking #135-0189 requested by Jan Curry | 249.50 |
| 06/18/2026 | Proceed Legal Inc - Invoice Number: 775158 Dated: 06/13/26 - Process Serving to John C. Gallo at 1000 Houston Street, 1st Floor, Laredo, TX 78040 on 05/15/26; Tracking #135-0191 requested by Jan Curry | 249.50 |
| 06/18/2026 | Proceed Legal Inc - Invoice Number: 775158 Dated: 06/13/26 - Process Serving to Ricardo A. Jamie at 1000 Houston Street, 1st Floor, Laredo, TX 78040 on 05/15/26; Tracking #135-0193 requested by Jan Curry | 249.50 |

**Other Charges:** **3,092.00**

**Invoice Total** **68,948.15**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 651688
Invoice #: 11785000
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Webb County Protest

| | | |
|---|---|---|
| Services Rendered: | 73,173.50 | |
| Less 10.00% Discount: | (7,317.35) | |
| Services Billed: | 65,856.15 | |
| Other Charges: | 3,092.00 | |
| **Invoice Total:** | **68,948.15** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| 05/06/26 | 11758860 | 25,860.60 | 20,688.48 | 5,172.12 | |
| | **Total** | **25,860.60** | **20,688.48** | **5,172.12** | **USD** |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

Remittance Page

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

**Balance Due This Statement** **74,120.27 USD**

Payment Due upon receipt of bill

| | |
|---|---|
| **US Tax Address:**<br><br>**Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **ELECTRONIC FUNDS TRANSFER INFORMATION**<br><br>**Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 651688
Invoice #: 11810061
Nick Tsui

## INVOICE SUMMARY

Re: Webb County Protest

| | | |
|---|---|---|
| Services Rendered: | 119,052.50 | |
| Less 10.00% Discount: | (11,905.25) | |
| Services Billed: | 107,147.25 | |
| Other Charges: | 974.25 | |
| **Invoice Total:** | **108,121.50** | **USD** |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD
PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 651688
Invoice #: 11810061
Nick Tsui

---

Re: Webb County Protest

---

**For Professional Services Rendered**

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 09/01/2026 | Nathan Sinning | 1.40 | Continue research regarding petition, draft/revise petition and communications related to same. |
| 09/01/2026 | Sidney Webb | 0.40 | Revise and resubmit public information request |
| 09/01/2026 | Sidney Webb | 2.10 | Analyze legal research regarding procurement. |
| 09/01/2026 | Dan Seabolt | 0.80 | Analyze case law related to petition. |
| 09/02/2026 | Nathan Sinning | 1.10 | Continue research regarding petition, draft/revise petition and communications related to same. |
| 09/02/2026 | Sidney Webb | 1.50 | Analyze legal research regarding procurement. |
| 09/02/2026 | Sidney Webb | 1.10 | Analyze case law related to procurement. |
| 09/02/2026 | Dan Seabolt | 0.70 | Review and revise draft petition and TRO materials. |
| 09/03/2026 | Nathan Sinning | 2.90 | Attend video conference with Smart Comm team and legal team petition. |
| 09/03/2026 | Jeffrey Belkin | 1.00 | Conference regarding petition. |
| 09/03/2026 | Sidney Webb | 2.40 | Analyze and revise motion for temporary injunction |
| 09/03/2026 | Dan Seabolt | 1.10 | Review and analyze draft petition. |
| 09/04/2026 | Nathan Sinning | 1.60 | Research regarding procurement case law. |
| 09/04/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding legal research. |
| 09/08/2026 | Nathan Sinning | 0.60 | Research related to filing petition. |
| 09/08/2026 | Samantha Skolnick | 1.50 | Research related to filing petition. |
| 09/08/2026 | Dan Seabolt | 1.00 | Review and analyze client comments to petition. |
| 09/09/2026 | Nathan Sinning | 0.80 | Continue research related to filing petition. |
| 09/09/2026 | Jeffrey Belkin | 0.60 | Conference with N. Sinning regarding jurisdiction. |
| 09/09/2026 | Dan Seabolt | 3.00 | Analyze research related to procurement statutes. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/10/2026 | Nathan Sinning | 0.90 | Continue review of research related to procurement. |
| 09/10/2026 | Jeffrey Belkin | 0.60 | Conference with N. Sinning. |
| 09/10/2026 | Dan Seabolt | 3.90 | Research and analyze procurement case law. |
| 09/11/2026 | Samantha Skolnick | 1.20 | Review court cases and additional research related to protests. |
| 09/11/2026 | Mark Gediman | 1.40 | Research regarding court cases related to procurement. |
| 09/14/2026 | Nathan Sinning | 0.40 | Communications related to status and further handling of petition and TRO request. |
| 09/14/2026 | Dan Seabolt | 0.30 | Analyze procurement-dispute pleadings. |
| 09/15/2026 | Nathan Sinning | 3.90 | Draft/revise petition and TRO, numerous conferences with local counsel and Smart team regarding same and follow up communications related to same. |
| 09/15/2026 | Samantha Skolnick | 0.90 | Incorporate new information and revisions. |
| 09/15/2026 | Dan Seabolt | 1.10 | Review and revise bid-protest petition and Temporary Restraining Order application. |
| 09/16/2026 | Nathan Sinning | 4.40 | Finalize petition and TRO and numerous conference call and communications with local counsel and Smart team regarding same. |
| 09/16/2026 | Samantha Skolnick | 1.80 | Strategy calls and finalization of documents. |
| 09/16/2026 | Dan Seabolt | 0.50 | Locate and review the governing 2026 request for proposals. |
| 09/17/2026 | Nathan Sinning | 3.20 | Review TRO related documents and various communications related to TRO filing and further handling. |
| 09/18/2026 | Nathan Sinning | 0.80 | Review Webb County contract and communications regarding status and further handling. |
| 09/18/2026 | Sidney Webb | 0.60 | Analyze documents sent over from County and summarize |
| 09/19/2026 | Dan Seabolt | 0.50 | Correspond with co-counsel regarding strategy for October 1 evidentiary hearing. |
| 09/21/2026 | Nathan Sinning | 1.80 | Attend meeting with Smart team and local counsel team regarding status of TRO and further handling and follow up communications related to same. |
| 09/21/2026 | Samantha Skolnick | 1.60 | Discussion with local counsel and review minutes and public information. |
| 09/22/2026 | Nathan Sinning | 1.10 | Communicate with Smart team and local counsel team regarding status of TRO and further handling. |
| 09/23/2026 | Nathan Sinning | 2.40 | Draft outline of argument for 10/1 hearing and communicate with Smart team and local counsel team regarding status of TRO and further handling. |
| 09/24/2026 | Nathan Sinning | 4.60 | Draft/revise hearing argument outline and amended petition and various communications regarding status of petition. |
| 09/24/2026 | Samantha Skolnick | 1.20 | Draft hearing outline. |
| 09/25/2026 | Nathan Sinning | 4.80 | Draft/revise filings related to petition. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/25/2026 | Samantha Skolnick | 2.80 | Draft hearing outline. |
| 09/26/2026 | Nathan Sinning | 1.60 | Draft/revise hearing argument outline and communications regarding same. |
| 09/27/2026 | Nathan Sinning | 0.30 | Communicate with Smart Comm team and local counsel regarding TRO. |
| 09/28/2026 | Nathan Sinning | 4.60 | Continue research related to filing case law and procurement. |
| 09/28/2026 | Samantha Skolnick | 1.30 | Discussion related to TRO and strategic correspondence. |
| 09/29/2026 | Nathan Sinning | 3.70 | Research case law related to TRO. |
| 09/29/2026 | Samantha Skolnick | 0.80 | Discussion related to TRO and review strategic correspondence. |
| 09/30/2026 | Nathan Sinning | 1.60 | Attend conference calls with Smart Comm team and local counsel regarding strategy and further handling and review/revise filings regarding the temporary injunction hearing. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Nathan Sinning | 48.50 | 1,530.00 | 74,205.00 |
| Jeffrey Belkin | 2.60 | 1,765.00 | 4,589.00 |
| Samantha Skolnick | 13.10 | 1,195.00 | 15,654.50 |
| Sidney Webb | 8.10 | 1,055.00 | 8,545.50 |
| Dan Seabolt | 12.90 | 1,215.00 | 15,673.50 |
| Mark Gediman | 1.40 | 275.00 | 385.00 |
| **Totals** | **86.60** | | **119,052.50** |

| | |
|---|---|
| **Services Rendered:** | **119,052.50** |
| **Less 10.00% Discount:** | **(11,905.25)** |
| **Services Billed:** | **107,147.25** |

**Other Charges**

| Date | Description | Amount |
|---|---|---|
| 09/17/2026 | Proceed Legal Inc - Invoice Number: 781656 Dated: 09/05/26 - Courier service from Laredo Courier to Webb County at 1110 Victoria St. Suite 201, Laredo, TX 78040 on 08/31/26; Tracking #243-0262 requested by Jan Curry | 271.25 |
| 09/17/2026 | Proceed Legal Inc - Invoice Number: 781656 Dated: 09/05/26 - Courier service from Laredo Courier to Webb | 431.75 |

| Date | Description | Amount |
|---|---|---|
| | County Courthouse at 1000 Houston St. 1st, 2nd, 3rd, 4th Precint, Laredo, TX on 08/31/26; Tracking #243-0263requested by Jan Curry | |
| 09/17/2026 | Proceed Legal Inc - Invoice Number: 781656 Dated: 09/05/26 - Courier service from Laredo Courier to Bill Hall Admin at 1110 Washington St. Suite 301 & Suite 101, Laredo, TX 78040 on 08/31/26; Tracking #243-0265 requested by Jan Curry | 271.25 |

**Other Charges:** **974.25**

**Invoice Total** **108,121.50**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 651688
Invoice #: 11810061
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Webb County Protest

| | | |
|---|---|---|
| Services Rendered: | 119,052.50 | |
| Less 10.00% Discount: | (11,905.25) | |
| Services Billed: | 107,147.25 | |
| Other Charges: | 974.25 | |
| **Invoice Total:** | **108,121.50** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE |
|---|---|---|---|---|
| 05/06/26 | 11758860 | 25,860.60 | 20,688.48 | 5,172.12 |
| 07/27/26 | 11785000 | 68,948.15 | 0.00 | 68,948.15 |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| 09/09/26 | 11800356 | 26,265.60 | 0.00 | 26,265.60 | |
| | **Total** | **121,074.35** | **20,688.48** | **100,385.87** | **USD** |

| | | |
|---|---|---|
| **Balance Due This Statement** | **208,507.37** | **USD** |

Remittance Page

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

# EXHIBIT "3F"

## Professional and Paraprofessional Time Record for Non-Public Protest No. 2

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

August 10, 2026
Client: 072979
Matter: 655653
Invoice #: 11790195
Nick Tsui

## INVOICE SUMMARY

Re: Non-Public Protest No. 2

| | | |
|---|---|---|
| Services Rendered: | 84,652.50 | |
| Less 10.00% Discount: | (8,465.25) | |
| Services Billed: | 76,187.25 | |
| Other Charges: | 578.27 | |
| **Invoice Total:** | **76,765.52** | **USD** |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| Alston & Bird LLP<br>One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309-3424<br>F.E.I # 58-0137615<br>(404) 881-7000 | Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363<br>For the Account Of: Alston & Bird LLP<br>ROUTING: ACH: 061000227 WIRE: 121000248<br>Account #: [redacted]2111<br>Swift Code: WFBIUS6S<br>PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE<br><br>Remittance information can be e-mailed to ar@alston.com |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

August 10, 2026
Client: 072979
Matter: 655653
Invoice #: 11790195
Nick Tsui

Re: Non-Public Protest No. 2

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/13/2026 | Andy Howard | 0.40 | Prepare for and participate in client call regarding pending bid protest; confer with S. Skolnick regarding next steps and strategies. |
| 07/13/2026 | Arabella Okwara | 0.70 | Analyze protest arguments. |
| 07/15/2026 | Jeffrey Belkin | 1.10 | Analysis for protest. |
| 07/15/2026 | Arabella Okwara | 3.20 | Analyze protest grounds. |
| 07/16/2026 | Arabella Okwara | 1.50 | Review documents for Protest arguments. |
| 07/16/2026 | Arabella Okwara | 0.40 | Call with client to discuss protest grounds. |
| 07/17/2026 | Jeffrey Belkin | 0.50 | Correspondence regarding protest and deadline. |
| 07/17/2026 | Jeffrey Belkin | 1.00 | Analyze debrief. |
| 07/17/2026 | Arabella Okwara | 5.00 | Draft Protest. |
| 07/19/2026 | Arabella Okwara | 3.80 | Draft Protest. |
| 07/20/2026 | Adam Biegel | 0.40 | Conference with D. Wilson to prepare for conference regarding issues related to potential complaint; review related materials. |
| 07/20/2026 | Andy Howard | 2.00 | Review and revise bid protest; confer with A. Okwara regarding same. |
| 07/20/2026 | Jeffrey Belkin | 1.50 | Revise protest. |
| 07/20/2026 | Jeffrey Belkin | 0.70 | Conference with A. Okwara, D. Gann regarding strategy. |
| 07/20/2026 | Arabella Okwara | 8.20 | Draft Protest. |
| 07/20/2026 | Samantha Skolnick | 3.50 | Review briefing and citations; discussion on timing; assistance with filing. |
| 07/21/2026 | Adam Biegel | 0.80 | Conference with D. Wilson to discuss background research related to conference; review related materials. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/21/2026 | Jeffrey Belkin | 0.50 | Conference with A. Okwara, D. Gann regarding strategy. |
| 07/21/2026 | Jeffrey Belkin | 1.10 | Revise protest supplement. |
| 07/21/2026 | Drew Wilson | 3.30 | Analyze case law and federal regulations related to inmate communication services; draft memorandum to memorialize findings. |
| 07/21/2026 | Arabella Okwara | 5.90 | Draft Supplement to Protest. |
| 07/21/2026 | Arabella Okwara | 0.50 | Redact and file redacted Protest. |
| 07/22/2026 | Adam Biegel | 1.80 | Prepare for and attend conference with government contracts team related to potential claims. |
| 07/22/2026 | Jeffrey Belkin | 1.00 | Revise protest supplement. |
| 07/22/2026 | Arabella Okwara | 5.70 | Revise Supplement to Protest. |
| 07/22/2026 | Arabella Okwara | 0.80 | Draft Protective Order Applications. |
| 07/22/2026 | Samantha Skolnick | 1.20 | Discussion on different avenues of challenges. |
| 07/23/2026 | Jeffrey Belkin | 1.00 | Correspondence regarding intervention, protective order, supplementation. |
| 07/23/2026 | Samantha Skolnick | 0.60 | Review filing and propose redactions. |
| 07/24/2026 | Andy Howard | 0.30 | Review and finalize applications for protective order; confer with S. McGee and S. Skolnick regarding same. |
| 07/27/2026 | Jeffrey Belkin | 1.00 | Analyze RFP and agency activity. |
| 07/28/2026 | Adam Biegel | 2.50 | Prepare for and participate in conference with client regarding potential claims and related analysis; follow up conference with Jeff Belkin. |
| 07/28/2026 | Drew Wilson | 1.80 | Confer with A. Biegel, J. Belkin, S. Skolnick, and D. Gann about potential challenge; confer with A. Biegel about outreach and next steps. |
| 07/28/2026 | Samantha Skolnick | 1.50 | Discussion on approach against competitors. |
| 07/30/2026 | Adam Biegel | 0.20 | Communications with government contracts team and D. Wilson regarding matter strategy and status. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Adam Biegel | 5.70 | 1,705.00 | 9,718.50 |
| Andy Howard | 2.70 | 1,580.00 | 4,266.00 |
| Jeffrey Belkin | 9.40 | 1,765.00 | 16,591.00 |
| Arabella Okwara | 35.70 | 1,165.00 | 41,590.50 |
| Samantha Skolnick | 6.80 | 1,195.00 | 8,126.00 |
| Drew Wilson | 5.10 | 855.00 | 4,360.50 |
| **Totals** | **65.40** | | **84,652.50** |

| | |
|---|---|
| **Services Rendered:** | **84,652.50** |
| **Less 10.00% Discount:** | **(8,465.25)** |
| **Services Billed:** | **76,187.25** |

**Other Charges**

| Date | Description | Amount |
|---|---|---|
| 07/20/2026 | TO: RYAN WYNNE FR: Arabella Okwara TRK: 1Z3904260109941643 Service: UPS Shipping Charge | 30.86 |
| 07/22/2026 | TO: RYAN WYNNE FR: Arabella Okwara TRK: 1Z3904260109942455 Service: UPS Shipping Charge | 47.41 |
| 07/27/2026 | Arabella Okwara - Protest filing fee. - 07/20/2026 - Filing Fees | 500.00 |

| | |
|---|---|
| **Other Charges:** | **578.27** |
| **Invoice Total** | **76,765.52** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

August 10, 2026
Client: 072979
Matter: 655653
Invoice #: 11790195
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Non-Public Protest No. 2

| | | |
|---|---|---|
| Services Rendered: | 84,652.50 | |
| Less 10.00% Discount: | (8,465.25) | |
| Services Billed: | 76,187.25 | |
| Other Charges: | 578.27 | |
| **Invoice Total:** | **76,765.52** | **USD** |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 655653
Invoice #: 11800355
Nick Tsui

## INVOICE SUMMARY

Re: Non-Public Protest No. 2

| | | |
|---|---|---|
| Services Rendered: | 19,221.50 | |
| Less 10.00% Discount: | (1,922.15) | |
| Services Billed: | 17,299.35 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **17,299.35** | **USD** |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 655653
Invoice #: 11800355
Nick Tsui

Re: Non-Public Protest No. 2

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/05/2026 | Jeffrey Belkin | 0.30 | Correspondence with E. Johnson. |
| 08/05/2026 | Arabella Okwara | 0.20 | Review Request to Intervene. |
| 08/06/2026 | Jeffrey Belkin | 0.30 | Correspondence with S. Skolnick, E. Johnson. |
| 08/10/2026 | Adam Biegel | 0.20 | Reviewing draft project outline. |
| 08/10/2026 | Drew Wilson | 2.60 | Draft outline of strategic plan for addressing competitor conduct. |
| 08/11/2026 | Adam Biegel | 0.10 | Communicating with Drew Wilson re issues related to project outline. |
| 08/11/2026 | Drew Wilson | 0.30 | Draft correspondence about FCC outreach options. |
| 08/12/2026 | Jeffrey Belkin | 0.80 | Analyze competitor filings. |
| 08/13/2026 | Drew Wilson | 1.20 | Correspond with A. Biegel, M. McCarty and K. Benway about avenues for outreach to the FCC about bidding practices. |
| 08/13/2026 | Arabella Okwara | 0.50 | Review Request for Dismissal. |
| 08/17/2026 | Arabella Okwara | 0.30 | Review Agency's Notice of Corrective Action. |
| 08/17/2026 | Samantha Skolnick | 1.80 | Review request for dismissal and begin outlining arguments in response. |
| 08/18/2026 | Jeffrey Belkin | 0.70 | Correspondence re: corrective action notice. |
| 08/18/2026 | Samantha Skolnick | 0.80 | Review notice of corrective action and file non-content and contact government and client. |
| 08/19/2026 | Jeffrey Belkin | 0.60 | Correspondence re: corrective action notice. |
| 08/20/2026 | Samantha Skolnick | 0.40 | Draft response to agency dismissal. |
| 08/21/2026 | Adam Biegel | 0.10 | Communicating with Sam Skolnick and Drew Wilson re issues related to matter status and strategy. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/24/2026 | Adam Biegel | 2.00 | Revising proposed strategic plan. |
| 08/25/2026 | Adam Biegel | 0.70 | Communicating with client and Jeff Belkin re issues related to sponsorship. |
| 08/25/2026 | Arabella Okwara | 0.20 | Review Agency Decision. |
| 08/27/2026 | Adam Biegel | 0.10 | Communications related to strategy. |
| 08/28/2026 | Adam Biegel | 0.30 | Reviewing and revising strategy plan. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Adam Biegel | 3.50 | 1,705.00 | 5,967.50 |
| Jeffrey Belkin | 2.70 | 1,765.00 | 4,765.50 |
| Arabella Okwara | 1.20 | 1,165.00 | 1,398.00 |
| Samantha Skolnick | 3.00 | 1,195.00 | 3,585.00 |
| Drew Wilson | 4.10 | 855.00 | 3,505.50 |
| **Totals** | **14.50** | | **19,221.50** |

| | |
|---|---|
| **Services Rendered:** | **19,221.50** |
| **Less 10.00% Discount:** | **(1,922.15)** |
| **Services Billed:** | **17,299.35** |
| **Other Charges:** | **0.00** |
| **Invoice Total** | **17,299.35** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 655653
Invoice #: 11800355
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Non-Public Protest No. 2

| | | |
|---|---|---|
| Services Rendered: | 19,221.50 | |
| Less 10.00% Discount: | (1,922.15) | |
| Services Billed: | 17,299.35 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **17,299.35** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 655653
Invoice #: 11810062
Nick Tsui

## INVOICE SUMMARY

Re: Non-Public Protest No. 2

| | | |
|---|---|---|
| Services Rendered: | 1,509.50 | |
| Less 10.00% Discount: | (150.95) | |
| Services Billed: | 1,358.55 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **1,358.55** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 655653
Invoice #: 11810062
Nick Tsui

Re: Non-Public Protest No. 2

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/02/2026 | Adam Biegel | 0.10 | Communicate with Andy Howard regarding project status. |
| 09/03/2026 | Adam Biegel | 0.30 | Revise advocacy plan; communicate with team members regarding the same. |
| 09/04/2026 | Adam Biegel | 0.30 | Revise strategy document; communicate with client and team members regarding same. |
| 09/22/2026 | Andy Howard | 0.20 | Review client communications regarding scope of permissible disclosures under protective order; confer with A. Okwara regarding the same. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Adam Biegel | 0.70 | 1,705.00 | 1,193.50 |
| Andy Howard | 0.20 | 1,580.00 | 316.00 |
| **Totals** | **0.90** | | **1,509.50** |

| | |
|---|---|
| **Services Rendered:** | **1,509.50** |
| **Less 10.00% Discount:** | **(150.95)** |
| **Services Billed:** | **1,358.55** |

| | |
|---|---|
| **Other Charges:** | **0.00** |

| | |
|---|---|
| **Invoice Total** | **1,358.55** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 655653
Invoice #: 11810062
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Non-Public Protest No. 2

| | | |
|---|---|---|
| Services Rendered: | 1,509.50 | |
| Less 10.00% Discount: | (150.95) | |
| Services Billed: | 1,358.55 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **1,358.55** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE |
|---|---|---|---|---|
| 08/10/26 | 11790195 | 76,765.52 | 0.00 | 76,765.52 |
| 09/09/26 | 11800355 | 17,299.35 | 0.00 | 17,299.35 |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

Remittance Page

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| | **Total** | **94,064.87** | **0.00** | **94,064.87** | **USD** |

**Balance Due This Statement** **95,423.42** **USD**

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

**EXHIBIT "3G"**

**Professional and Paraprofessional Time Record for Non-Public Protest No. 3**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

August 10, 2026
Client: 072979
Matter: 657493
Invoice #: 11790229
Nick Tsui

## INVOICE SUMMARY

Re: Non-Public Protest No. 3

| | | |
|---|---|---|
| Services Rendered: | 5,127.50 | |
| Less 10.00% Discount: | (512.75) | |
| Services Billed: | 4,614.75 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **4,614.75** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

August 10, 2026
Client: 072979
Matter: 657493
Invoice #: 11790229
Nick Tsui

Re: Non-Public Protest No. 3

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/29/2026 | Samantha Skolnick | 0.80 | Review RFP case law for timing of protest and initial analysis of grounds. |
| 07/30/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding public records request and protest. |
| 07/30/2026 | Samantha Skolnick | 2.40 | Review RFP case law for timing of protest and initial analysis of grounds. |
| 07/30/2026 | Samantha Skolnick | 0.50 | Discussion with counsel and client regarding records request. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Jeffrey Belkin | 0.40 | 1,765.00 | 706.00 |
| Samantha Skolnick | 3.70 | 1,195.00 | 4,421.50 |
| **Totals** | **4.10** | | **5,127.50** |

| | |
|---|---|
| **Services Rendered:** | **5,127.50** |
| **Less 10.00% Discount:** | **(512.75)** |
| **Services Billed:** | **4,614.75** |
| **Other Charges:** | **0.00** |

**Invoice Total** **4,614.75**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

August 10, 2026
Client: 072979
Matter: 657493
Invoice #: 11790229
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Non-Public Protest No. 3

| | |
|---|---|
| Services Rendered: | 5,127.50 |
| Less 10.00% Discount: | (512.75) |
| Services Billed: | 4,614.75 |
| Other Charges: | 0.00 |
| **Invoice Total:** | **4,614.75 USD** |

Remittance Page

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 657493
Invoice #: 11800351
Nick Tsui

## INVOICE SUMMARY

Re: Non-Public Protest No. 3

| | | |
|---|---|---|
| Services Rendered: | 49,687.50 | |
| Less 10.00% Discount: | (4,968.75) | |
| Services Billed: | 44,718.75 | |
| Other Charges: | 416.00 | |
| **Invoice Total:** | **45,134.75** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 657493
Invoice #: 11800351
Nick Tsui

Re: Non-Public Protest No. 3

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/03/2026 | Meredith Kingsley | 0.10 | Develop facts regarding forthcoming bid protest. |
| 08/03/2026 | Samantha Skolnick | 6.40 | Review documentation, research, and draft protest. |
| 08/05/2026 | Andy Howard | 0.70 | Review and revise protest; confer with S. Skolnick regarding further revisions to and finalization of same. |
| 08/05/2026 | Andy Howard | 0.70 | Review public records statute in connection with review and revision to certification of request. |
| 08/05/2026 | Jeffrey Belkin | 2.40 | Revise protest. |
| 08/05/2026 | Samantha Skolnick | 1.10 | Continue to draft protest. |
| 08/06/2026 | Jeffrey Belkin | 0.40 | Revise protest. |
| 08/06/2026 | Samantha Skolnick | 0.70 | Incorporate revisions and edits. |
| 08/07/2026 | Andy Howard | 0.20 | Review and respond to team emails regarding finalization of protest. |
| 08/07/2026 | Samantha Skolnick | 0.90 | Discussion regarding draft declaration. |
| 08/10/2026 | Andy Howard | 1.10 | Review and revise updated draft of bid protest; confer with S. Skolnick regarding same. |
| 08/10/2026 | Samantha Skolnick | 1.30 | Finalize protest and declaration for filing. |
| 08/11/2026 | Jeffrey Belkin | 2.40 | Revise protest. |
| 08/14/2026 | Andy Howard | 0.20 | Review and respond to emails from David Gann and S. Skolnick regarding post-award bid protest, next steps and strategies. |
| 08/20/2026 | Andy Howard | 0.80 | Review letter concerning protest; team communications regarding same. |
| 08/20/2026 | Meredith Kingsley | 0.10 | Analyze letter concerning protest. |
| 08/20/2026 | Samantha Skolnick | 0.90 | Review correspondence letter and research applicable state doctrines. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/21/2026 | Meredith Kingsley | 0.10 | Consider status of and communications regarding protest letter. |
| 08/21/2026 | Jeffrey Belkin | 2.40 | Analyze protest letter and conference with S. Skolnick. |
| 08/22/2026 | Andy Howard | 0.20 | Review emails with client regarding status of protest and updates from S. Skolnick. |
| 08/24/2026 | Meredith Kingsley | 0.20 | Consider status of and strategy for protest and response to protest letter. |
| 08/24/2026 | Jeffrey Belkin | 0.60 | Correspondence regarding appeal. |
| 08/24/2026 | Samantha Skolnick | 2.60 | Research on appeal procedure. |
| 08/24/2026 | Samantha Skolnick | 2.60 | Review of decisions and briefing. |
| 08/25/2026 | Jeffrey Belkin | 0.60 | Correspondence regarding appeal. |
| 08/25/2026 | Samantha Skolnick | 1.80 | Continue to research appeal procedures. |
| 08/26/2026 | Andy Howard | 0.50 | Call with S. Skolnick regarding bid protest appeal statute, next steps and strategies. |
| 08/27/2026 | Andy Howard | 0.10 | Review and respond to team emails concerning bid protest, next steps. |
| 08/27/2026 | Andy Howard | 0.40 | Begin review and revisions to memo to client. |
| 08/27/2026 | Jeffrey Belkin | 0.80 | Review memorandum from A. Biegel. |
| 08/27/2026 | Samantha Skolnick | 0.50 | Research regarding protest. |
| 08/28/2026 | Andy Howard | 0.50 | Complete review and revisions to memorandum to client. |
| 08/28/2026 | Meredith Kingsley | 0.10 | Consider response to protest letter. |
| 08/31/2026 | Meredith Kingsley | 0.10 | Further consideration of response to protest letter. |
| 08/31/2026 | Jeffrey Belkin | 0.40 | Correspondence regarding strategy. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Andy Howard | 5.40 | 1,580.00 | 8,532.00 |
| Meredith Kingsley | 0.70 | 1,485.00 | 1,039.50 |
| Jeffrey Belkin | 10.00 | 1,765.00 | 17,650.00 |
| Samantha Skolnick | 18.80 | 1,195.00 | 22,466.00 |
| **Totals** | **34.90** | | **49,687.50** |

| | |
|---|---|
| **Services Rendered:** | **49,687.50** |
| **Less 10.00% Discount:** | **(4,968.75)** |
| **Services Billed:** | **44,718.75** |

**Other Charges**

| Date | Description | Amount |
|---|---|---|
| 08/14/2026 | Samantha Skolnick - Hand delivery of Protest - 08/11/2026 - Postage/Shipping | 416.00 |

**Other Charges:** **416.00**

**Invoice Total** **45,134.75**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 657493
Invoice #: 11800351
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Non-Public Protest No. 3

| | | |
|---|---|---|
| Services Rendered: | 49,687.50 | |
| Less 10.00% Discount: | (4,968.75) | |
| Services Billed: | 44,718.75 | |
| Other Charges: | 416.00 | |
| **Invoice Total:** | **45,134.75** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| 08/10/26 | 11790229 | 4,614.75 | 0.00 | 4,614.75 | |
| | **Total** | **4,614.75** | **0.00** | **4,614.75** | **USD** |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

**Balance Due This Statement** **49,749.50 USD**

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
| --- | --- |
| Alston & Bird LLP<br>One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309-3424<br>F.E.I # 58-0137615<br>(404) 881-7000 | Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363<br>For the Account Of: Alston & Bird LLP<br>ROUTING: ACH: 061000227 WIRE: 121000248<br>Account #: [redacted]2111<br>Swift Code: WFBIUS6S<br>PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE<br><br>Remittance information can be e-mailed to ar@alston.com |

Services or other charges, which either have not been received or processed, will appear on a later statement.

# EXHIBIT "3H"

**Professional and Paraprofessional Time Record for Protest Investigation and Analysis**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 657865
Invoice #: 11789491
Nick Tsui

**INVOICE SUMMARY**

Re: Protest Investigation and Analysis

| | | |
|---|---|---|
| Services Rendered: | 7,405.50 | |
| Less 10.00% Discount: | (740.55) | |
| Services Billed: | 6,664.95 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **6,664.95** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 657865
Invoice #: 11789491
Nick Tsui

Re: Protest Investigation and Analysis

**For Professional Services Rendered**

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 05/18/2026 | Jeffrey Belkin | 1.80 | Analyze RFP, correspondence and county board history. |
| 06/08/2026 | Samantha Skolnick | 1.40 | Review records request policy. |
| 06/08/2026 | Samantha Skolnick | 1.40 | Review RFP and draft requests. |
| 06/09/2026 | Jeffrey Belkin | 0.50 | Conference with S. Skolnick regarding public records request. |

**Summary of Services**

| **Timekeeper** | **Hours** | **Rate** | **Amount (USD)** |
|---|---|---|---|
| Jeffrey Belkin | 2.30 | 1,765.00 | 4,059.50 |
| Samantha Skolnick | 2.80 | 1,195.00 | 3,346.00 |
| **Totals** | **5.10** | | **7,405.50** |

| | |
|---|---|
| **Services Rendered:** | **7,405.50** |
| **Less 10.00% Discount:** | **(740.55)** |
| **Services Billed:** | **6,664.95** |
| **Other Charges:** | **0.00** |
| **Invoice Total** | **6,664.95** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

July 27, 2026
Client: 072979
Matter: 657865
Invoice #: 11789491
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Protest Investigation and Analysis

| | |
|---|---|
| Services Rendered: | 7,405.50 |
| Less 10.00% Discount: | (740.55) |
| Services Billed: | 6,664.95 |
| Other Charges: | 0.00 |
| **Invoice Total:** | **6,664.95 USD** |

Remittance Page

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

**ALSTON & BIRD**

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 657865
Invoice #: 11800354
Nick Tsui

## INVOICE SUMMARY

Re: Protest Investigation and Analysis

| | | |
|---|---|---|
| Services Rendered: | 597.50 | |
| Less 10.00% Discount: | (59.75) | |
| Services Billed: | 537.75 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **537.75** | **USD** |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 657865
Invoice #: 11800354
Nick Tsui

Re: Protest Investigation and Analysis

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/03/2026 | Samantha Skolnick | 0.30 | Review language of "residency" after discussion with counsel. |
| 08/10/2026 | Samantha Skolnick | 0.20 | Continued correspondence for records. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Samantha Skolnick | 0.50 | 1,195.00 | 597.50 |
| **Totals** | **0.50** | | **597.50** |

| | |
|---|---|
| **Services Rendered:** | **597.50** |
| **Less 10.00% Discount:** | **(59.75)** |
| **Services Billed:** | **537.75** |
| **Other Charges:** | **0.00** |
| **Invoice Total** | **537.75** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

September 9, 2026
Client: 072979
Matter: 657865
Invoice #: 11800354
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Protest Investigation and Analysis

| | | |
|---|---|---|
| Services Rendered: | 597.50 | |
| Less 10.00% Discount: | (59.75) | |
| Services Billed: | 537.75 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **537.75** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| 07/27/26 | 11789491 | 6,664.95 | 0.00 | 6,664.95 | |
| | **Total** | **6,664.95** | **0.00** | **6,664.95** | **USD** |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

**Balance Due This Statement** 7,202.70 USD

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 657865
Invoice #: 11810063
Nick Tsui

## INVOICE SUMMARY

Re: Protest Investigation and Analysis

| | | |
|---|---|---|
| Services Rendered: | 36,412.00 | |
| Less 10.00% Discount: | (3,641.20) | |
| Services Billed: | 32,770.80 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **32,770.80** | **USD** |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 657865
Invoice #: 11810063
Nick Tsui

Re: Protest Investigation and Analysis

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/03/2026 | Andy Howard | 0.30 | Review and respond to emails concerning client's request for legal opinion related to procurement. |
| 09/03/2026 | Samantha Skolnick | 1.00 | Research on cooperative procurement. |
| 09/03/2026 | Samantha Skolnick | 0.80 | Review analysis and revise research. |
| 09/04/2026 | Jeffrey Belkin | 1.50 | Research Sheriff procurement and cooperative agreements. |
| 09/09/2026 | Samantha Skolnick | 1.50 | Finalize write up on legal research. |
| 09/11/2026 | Sarah McGee | 2.20 | Analyze case law regarding procurement. |
| 09/21/2026 | Nate Hill | 6.40 | Research and analyze strategy for protesting award. |
| 09/21/2026 | Mallory Plunkett | 0.20 | Research and analyze strategy for protesting award. |
| 09/22/2026 | Nate Hill | 7.90 | Research and analyze strategy for protesting award. |
| 09/22/2026 | Mallory Plunkett | 5.90 | Research and analyze strategy for protesting award. |
| 09/22/2026 | Samantha Skolnick | 1.60 | Revise and draft protest award. |
| 09/23/2026 | Nate Hill | 4.40 | Research and analyze strategy for protesting award. |
| 09/23/2026 | Mallory Plunkett | 2.10 | Research and analyze strategy for protesting award. |
| 09/28/2026 | Sarah McGee | 0.30 | Analyze county statutes and regulations. |
| 09/30/2026 | Nate Hill | 4.00 | Research and analyze strategy for protesting award. |
| 09/30/2026 | Mallory Plunkett | 2.00 | Research and analyze strategy for protesting award. |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Andy Howard | 0.30 | 1,580.00 | 474.00 |
| Jeffrey Belkin | 1.50 | 1,765.00 | 2,647.50 |
| Nate Hill | 22.70 | 775.00 | 17,592.50 |
| Sarah McGee | 2.50 | 775.00 | 1,937.50 |
| Mallory Plunkett | 10.20 | 775.00 | 7,905.00 |
| Samantha Skolnick | 4.90 | 1,195.00 | 5,855.50 |
| **Totals** | **42.10** | | **36,412.00** |

| | |
|---|---|
| **Services Rendered:** | **36,412.00** |
| **Less 10.00% Discount:** | **(3,641.20)** |
| **Services Billed:** | **32,770.80** |
| **Other Charges:** | **0.00** |
| **Invoice Total** | **32,770.80** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

October 12, 2026
Client: 072979
Matter: 657865
Invoice #: 11810063
Nick Tsui

## STATEMENT OF ACCOUNT

Re: Protest Investigation and Analysis

| | | |
|---|---|---|
| Services Rendered: | 36,412.00 | |
| Less 10.00% Discount: | (3,641.20) | |
| Services Billed: | 32,770.80 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **32,770.80** | **USD** |

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE |
|---|---|---|---|---|
| 07/27/26 | 11789491 | 6,664.95 | 0.00 | 6,664.95 |
| 09/09/26 | 11800354 | 537.75 | 0.00 | 537.75 |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.

Remittance Page

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
SUITE 4900
ATLANTA, GA 30309-3424
404-881-7000
404-881-7777

www.alston.com

Tax ID: 58-0137615

Remittance Page

## OUTSTANDING INVOICES:

Our records indicate that the following invoices are outstanding. Please include these with your payment. If you have questions regarding this information, please contact Nick Tsui or Client Financial Services at 404-881-4699. If the payment has since been remitted, we thank you.

| DATE | INVOICE # | AMOUNT | PAYMENT | BALANCE | |
|---|---|---|---|---|---|
| | **Total** | **7,202.70** | **0.00** | **7,202.70** | **USD** |

**Balance Due This Statement** **39,973.50 USD**

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING: ACH: 061000227 WIRE: 121000248**<br>**Account #: [redacted]2111**<br>**Swift Code: WFBIUS6S**<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.