ORDERED.

**Dated: October 21, 2026**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

Chapter 11
Case No. 8:25-bk-09473-RCT

SMART COMMUNICATIONS COLLIER, INC.,

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

Debtors.
_______________________________________/

SMART COMMUNICATIONS HOLDING, INC.,

Case No. 8:25-bk-09473-RCT

Applicable Debtor.
_______________________________________/

**ORDER APPROVING APPLICATION TO EMPLOY GALLAGHER & KENNEDY AS LOCAL ARIZONA COUNSEL TO THE DEBTOR-IN-POSSESSION AND IN CONNECTION WITH A PUBLIC UTILITIES COMMISSION APPLICATION**

**THIS CAUSE** came before the Court for consideration without hearing upon the *Application to Employ Gallagher & Kennedy as Local Arizona Counsel to the Debtor-In-Possession and in Connection With a Public Utilities Commission Application* [ECF No. 377] (the "Application") filed by Smart Communications Holding, Inc. ("Smart Holding"). The Court having, reviewed the Application, noting that it was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond

within 14 days of the date of service, noted that no party filed a response within the time permitted, and therefore considering the matter to be unopposed. The Court also, finding that good, adequate and sufficient cause has been shown to justify the entry of this Order; and the Court having reviewed the Application and the Declaration of Jennifer A. Cranston [ECF No. 377 p. 10] (the "Declaration"); and the Court being satisfied based on the representations made in the Application and the Declaration that (a) Cranston does not hold or represent an interest adverse to the Debtors' estate, and (b) Cranston is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code and as required by Section 327(e) of the Bankruptcy Code; and due and proper notice of the Application having been provided, it is

**ORDERED** as follows:

1. The Application is APPROVED.

2. Smart Holding is authorized to employ and retain the law firm of Gallagher & Kennedy (the "Firm") as special counsel pursuant to 11 U.S.C. § 327(e), in accordance with the terms and conditions set forth in the Application.

3. The Firm is authorized to render professional services to Smart Holding as described in the Application.

4. The Firm shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's Chapter 11 case in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any guidelines established by the Office of the United States Trustee for the Middle District of Florida and any other applicable procedures and orders of the Court.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

*Eric D. Jacobs, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*