UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SMART COMMUNICATIONS HOLDING, INC.,

SMART COMMUNICATIONS COLLIER, INC.,

Debtors.
______________________________________/

Chapter 11
Case No. 8:25-bk-09473-RCT

*Jointly Administered with*
Case No. 8:26-bk-00146-RCT

**SECOND AND FINAL APPLICATION FOR COMPENSATION TO GILBERT HARRELL SUMERFORD & MARTIN, P.C., AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD JUNE 1, 2026 THROUGH AUGUST 31, 2026**

**NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Gilbert Harrell Sumerford & Martin, P.C., as special counsel to the Debtors, ("Applicant") has filed an application for compensation in the amount of $66,040.00 and reimbursement of expenses in the amount of $78.58 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to the Debtor's bankruptcy counsel, Eric D. Jacobs, Esq., at (813) 439-3100 or ejacobs@venable.com.

If you object to the Application, you must file an objection with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

**SUMMARY OF SECOND AND FINAL APPLICATION FOR COMPENSATION TO GILBERT HARRELL SUMERFORD & MARTIN, P.C., AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION**

1. Name of Applicant: Gilbert Harrell Sumerford & Martin, P.C.
2. Services Provided to: Smart Communications Holding, Inc. and Smart Communications Collier, Inc.
3. Date of Retention: February 18, 2026 [ECF No. 140, 216]
4. Period for this Application: June 1, 2026 – August 31, 2026
5. Amount of Compensation Sought: $66,040.00[1]
6. Amount of Expense Reimbursement: $78.58
7. Amount of Original Retainer: $10,000.00
8. Current Balance of Retainer Remaining: $0.00
9. Blended Hourly Rate for this Application: $641.15 Cumulative: N/A
10. This is an: ___ interim __x__ final application
11. Disclosure of prior applications:

| Period Covered | Requested | | Awarded | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses | |
| February 18, 2026 – May 31, 2026 | $136,750.00 | $250.02 | $136,750.00 | $250.02 | $136,750.00 | $250.02 | $0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

[1] The amount sought by the Applicant accounts for the application of the $10,000 Retainer held by the Applicant, which was applied to the outstanding invoices on July 2, 2026.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| SMART COMMUNICATIONS HOLDING, INC., | Chapter 11<br>Case No. 8:25-bk-09473-RCT |
| SMART COMMUNICATIONS COLLIER, INC., | *Jointly Administered with* |
| Debtors. | Case No. 8:26-bk-00146-RCT |

______________________________________/

**SECOND AND FINAL APPLICATION FOR COMPENSATION TO GILBERT HARRELL SUMERFORD & MARTIN, P.C., AS SPECIAL COUNSEL TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD JUNE 1, 2026 THROUGH AUGUST 31, 2026**

The Applicant, C. Ryan Germany, Esq. and the law firm of Gilbert Harrell Sumerford & Martin, P.C. ("**GHSM**"), having been approved by this Court as special counsel to the Debtors-in-Possession, Smart Communications Holding, Inc. and Smart Communications Collier, Inc. (the "**Debtors**"), applies for its second and final allowance of compensation for professional services rendered and reimbursement of the necessary expenses pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rule of Bankruptcy Procedure, and the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(2). The exhibits attached to this Application, pursuant to the Guidelines, are:

Exhibit "1" Summary of Professional and Paraprofessional Time.

Exhibit "2" Summary of Requested Reimbursement of Expenses.

Exhibit "3" The applicant's complete time records, in chronological order for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

GHSM submits that the requested fee in the amount of $66,040.00 for 118.60 hours worked is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First*

*Colonial Corp. of America,* 554 F.2d 1291 (5th Circuit 1977).

## I. RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD

On March 3, 2026, this Court entered the Order Approving in Part the Expedited Application to Employ Gilbert, Harrell, Sumerford & Martin, P.C. as Special Counsel to the Debtors-In-Possession in an Appeal Relative to a Pre-Bid Protest Effective as of February 18, 2026 [ECF No. 140] (the "**First Employment Order**"). Upon GHSM's supplemental application [ECF No. 191], on April 23, 2026, this Court entered the Order Approving Supplemental Application to Employ Gilbert, Harrell, Sumerford & Martin, P.C. as Special Counsel to the Debtors-In-Possession in an Appeal Relative to a Pre-Bid Protest Effective as of February 18, 2026 [ECF No. 216] (the "**Supplemental Employment Order**"). Consistent with the First Employment Order, GHSM holds a $10,000.00 retainer (the "**Retainer**") for GHSM's representation of the Debtors in the Protest Appeal.

On June 15, 2026, GHSM filed its first interim application for the period of February 18, 2026 to May 31, 2026 [ECF No. 270]. The Court awarded fees in the amount of $136,750.00, and expenses in the amount of $250.02, for a total award of $137,000.02 (the "**First Award**").

This Application is for fees and costs incurred from June 1, 2026 through August 31, 2026 (the "**Application Period**"). In connection herewith, GHSM seeks its second and final award of $66,040.00 in fees for services rendered and $78.58 for reimbursement of expenses incurred during the period covered during the Application Period. Additionally, GHSM seeks authorization from this Court to apply the Retainer to the fees incurred during this Application Period, such that after the application of the Retainer, the total amount of fees owed is $66,040.00.

## II. DESCRIPTION AND SUMMARY OF SERVICES PERFORMED DURING THE APPLICATION PERIOD

During the Application Period, GHSM performed a multitude of legal services which were necessary to effectively represent the Debtors, and which provided benefit to the estates. A summary of the services and matters that GHSM was required to address is set forth below.

GHSM was retained to assist Debtors in protesting the overly restrictive qualifications of a Georgia Department of Corrections Request for Proposals (the "**RFP**"). The First Award encompassed challenging the RFP pursuant to the administrative procedures of the Georgia Department of Administrative Services ("**DOAS**") and filing the appeal of DOAS's denial of the challenge in Superior Court. This period encompassed both motion and merits briefing in Superior Court. In June 2026, GHSM prepared and presented a proposed order to the Superior Court dealing with a Motion for Preliminary Injunction. GHSM also negotiated a briefing schedule for the appeal and navigated the fact the initial judge was appointed to a higher court. In July 2026, GHSM drafted and filed the initial appellate brief. In August 2026, GHSM continued to research possible new judicial assignments based on the judicial vacancy.

The time spent on specific tasks is itemized in chronological order by the billing records attached as **Exhibit 3**.

## III. EVALUATION OF SERVICES RENDERED: FIRST COLONIAL CONSIDERATIONS

This Application presents the nature and extent of the professional services rendered by the Applicant in connection with its representation of the Debtors. The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent. A mere reading of the time summary annexed hereto cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have

been placed on the Applicant in connection with this case.

American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees. First Colonial remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code. Grant v. George Schuman Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990); 2 Collier on Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); See also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981). The twelve factors are: the time and labor required; the novelty and difficulty of the services rendered; the skill requisite to perform the services properly; the preclusion of other employment by the professional due to the acceptance of the case; the customary fee; whether the fee is fixed or contingent; the time limitations imposed by the client or other circumstances; the experience, reputation, and ability of the professional; the undesirability of the case; the nature and length of the professional relationship of the client; and awards in similar cases. First Colonial, 544 F.2d at 1298-99.

Based on the standards set forth in section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is in the amount of $66,040.00.

### A. Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors.

The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services the Applicant rendered for the benefit of the Debtors' estates during the period covered by this Application. The total number of hours expended (118.60 hours) reveals the extensive time devoted to these matters by the Applicant at the blended hourly attorney rate of $641.15 per hour. In addition to the activities specified herein above, the Applicant has

dealt with various legal issues which have arisen in this case during the period covered by this Application. Accordingly, based upon these criteria, the Applicant believes that given the results obtained thus far, GHSM has obtained substantially beneficial results for the estates and their creditors.

**B. Novelty and Difficulty of Questions Presented.**

In providing services to the Debtors, Applicant was able to rely primarily upon established statutory authority and recognized jurisprudential precedents.

**C. Skill Requisite to Perform Services Properly.**

In rendering services to the Debtors, the Applicant demonstrated substantial legal skill and expertise in the areas of Georgia procurement law and procedure.

**D. Preclusion from Other Employment by Attorney Due to Acceptance of Case.**

The Applicant's representation in this case did not preclude it from accepting other employment.

**E. Customary Fee.**

The attorney hourly rates of the Applicant set forth in the attached exhibits reflect a blended rate of $641.15 per hour. The fees charged are of a kind well within the range approved by courts within and outside of this District in other bankruptcy matters in which the Applicant and other counsel of like reputation and experience have been involved.

**F. Whether Fee is Fixed or Contingent.**

The Applicant's compensation in this matter is subject to approval of the Court and is therefore contingent. The amount requested is consistent with the fee which the Applicant would charge its clients in other non-contingent procurement related cases.

**G. <u>Time Limitations Imposed by Client or Other Circumstances</u>.**

The circumstances of this case did not impose certain time constraints on the Applicant.

**H. <u>Experience, Reputation and Ability of Attorneys.</u>**

The attorneys of GHSM are experienced in matters of this kind and are well known to the applicable state agencies and courts in Georgia.

**I. <u>"Undesirability" of Case</u>.**

This case is not undesirable. The Applicant is privileged to have the opportunity to represent the Debtors and appear before the governing bodies in the Protest Appeal.

**J. <u>Nature and Length of Professional Relationship with Client</u>.**

The Applicant's professional relationship with the Debtors is limited to the professional services provided thus far. Therefore, this factor is not relevant in the circumstances of this case.

**K. <u>Awards in Similar Cases</u>.**

The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity. The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community. Considering the results obtained in light of the nature of the Applicant's employment and the complexity of the issues addressed during the period covered by this Application, this rate is entirely appropriate. Likewise, as with all law firms, the Applicant's overhead expenses are absorbed in the hourly rate. A large portion of any fee which the Court awards the Applicant will merely defray such significant overhead expenses already incurred and paid during the pendency of this case.

## IV. REIMBURSEMENT OF EXPENSES

Consistent with Local Rule 2016-1(e), Bankruptcy Rule 2016, and the Expense Reimbursement Guidelines, the Applicant seeks reimbursement of expenses of $78.58, relative to service of process fees. A summary of requested reimbursement for expenses is attached as **Exhibit 2**.

## V. CONCLUSION

The Applicant has provided valuable services to the Debtors in the Protest Appeal. For this reason and all of the reasons set forth in this Application, the Applicant seeks a second and final award of $66,040.00 in fees for services rendered, after application of the Retainer, and $78.58 for reimbursement of expenses during the period covered by this Application. In connection with the request for award of fees, GHSM seeks authorization from this Court to apply the Retainer to the fees incurred during this Application Period, such that after the application of the Retainer, the total amount of fees owed is $66,040.00.

**WHEREFORE**, the Applicant, C. Ryan Germany, Esq. and the law firm of Gilbert Harrell respectfully requests the Court enter an Order approving the Application and granting such other and further relief as the Court deems appropriate.

Dated: November 18, 2026.

Respectfully submitted,

**VENABLE LLP**
*Attorneys for Smart Communications Holding, Inc.*
*and Smart Communications Collier, Inc.*
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Telephone : (813) 439-3100

By: *_/s/ Eric D. Jacobs_*
Eric. D. Jacobs, Esq.
Florida Bar No. 85992
Email: ejacobs@venable.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on November 18, 2026, a true and correct copy of the foregoing document has been furnished via electronic mail by virtue of the Court's CM/ECF System to all parties registered to receive notice in this action.

By: *_/s/ Eric D. Jacobs_*
Eric D. Jacobs, Esq.

# EXHIBIT "1"

**Summary of Professional and Paraprofessional Time**
**Total per Individual for this Period Only**

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well]

**JUNE 2026**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| C. Ryan Germany | $750.00 | 20.60 | $15,450.00 |
| Mark D. Johnson | $750.00 | 2.00 | $1,500.00 |
| Amber M. Carter | $450.00 | 5.70 | $2,565.00 |
| Kim Kroscavage | $250.00 | 1.20 | $300.00 |
| **MONTHLY TOTAL** | | **29.50** | **$19,815.00** |

**JULY 2026**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| C. Ryan Germany | $750.00 | 62.60 | $46,950.00 |
| Mark D. Johnson | $750.00 | 0.80 | $600.00 |
| Heyward "Quin" Foster, V | $200.00 | 16.60 | $3,320.00 |
| Amber M. Carter | $450.00 | 4.20 | $1,890.00 |
| **MONTHLY TOTAL** | | **84.20** | **$52,760.00** |

**AUGUST 2026**

| NAME | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| C. Ryan Germany | $750.00 | 4.20 | $3,150.00 |
| Amber M. Carter | $450.00 | 0.70 | $315.00 |
| **MONTHLY TOTAL** | | **4.90** | **$3,465.00** |

# EXHIBIT "1-A"

**Cumulative Time Summary of**
**Professional and Paraprofessional Time**

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well]

| NAME | RATE | CUMULATIVE HOURS | TOTAL FEES |
|---|---|---|---|
| C. Ryan Germany | $750.00 | 251.70 | $188,775.00 |
| Mark D. Johnson | $750.00 | 7.10 | $5,325.00 |
| Amber M. Carter | $450.00 | 29.60 | $13,320.00 |
| Kim Kroscavage | $250.00 | 8.20 | $2,050.00 |
| Heyward "Quin" Foster, V | $200.00 | 16.60 | $3,320.00 |
| **TOTAL** | | **313.20** | **$212,790.00** |

# EXHIBIT "2"

**Summary of Requested Reimbursement of Expenses**
**for this Time Period Only**

| DISBURSEMENTS | AMOUNT |
|---|---|
| 1. Filing Fees | |
| 2. Process Service Fees | $78.58 |
| 3. Witness Fees | |
| 4. Court Reporter & Transcripts | |
| 5. Lien and Title Searches | |
| 6. Photocopies (in-house copies)<br>A. Color copies (8,779 at $0.25 each)<br>B. Black & White copies (4914 at $0.10 each) | |
| 7. Photocopies (outside copies) | |
| 8. Postage | |
| 9. Overnight Delivery Charges (FedEx) | |
| 10. Outside Courier/Messenger Services | |
| 11a. Long Distance (a) Telephone Charges | |
| 11b. Long Distance (b) Conference Calls/Court Call | |
| 12. Long Distance Fax Transmission @ $1.00/pg. | |
| 13. Computerized Research | |
| 14. Out of District Travel<br>A. Transportation/Airfare<br>B. Lodging<br>C. Meals<br>D. Parking | |
| 15. Other (Not specifically disallowed; must specify and justify) | |
| **TOTAL AMOUNT OF EXPENSES** | **$78.58** |

# EXHIBIT "3"

[The applicant's complete time records, in chronological order, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.]

**GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.**

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

Smart Communications

Statement Date: July 2, 2026
Statement No. 5
Account No. 20498.71003
Page: 1

Protest of Georgia Department of Corrections Solicitation

| Date | | Description | HOURS |
|---|---|---|---|
| 06/01/2026 | | | |
| | AMC | Reviewed hearing request; Reviewed return of service from GDC | 0.30 |
| 06/03/2026 | | | |
| | CRG | Teleconference with [redacted] re. [redacted] | 0.20 |
| 06/04/2026 | | | |
| | KK | Continued work on redactions to GHSM billing invoices; emails w/ Ryan re: same | 0.60 |
| | CRG | Review and revise [redacted] and corr. re. [redacted] | 2.80 |
| | CRG | Research re. [redacted] and corr. w/ L. Winkles re. same. | 1.20 |
| 06/05/2026 | | | |
| | CRG | Review and revise [redacted] and corr. re. [redacted]. | 2.20 |
| | CRG | Draft memo [redacted] | 0.90 |
| | AMC | Reviewed update re: hearing | 0.20 |
| 06/08/2026 | | | |
| | CRG | Review [redacted] and corr. re. [redacted]. | 0.30 |
| | CRG | Draft and review corr. w/ Judge Whitaker's chambers re. request for hearing on PI motion. | 0.20 |
| 06/09/2026 | | | |
| | MDJ | Brief review of State's opposition to TRO and [redacted] | 0.50 |
| | AMC | Reviewed State's response in opposition to SC's TPO | 0.40 |
| | CRG | Review State Response to Motion for TRO | 1.00 |
| | CRG | Draft and review corr. w/ [redacted] re. [redacted] | 0.50 |
| 06/10/2026 | | | |
| | AMC | Read and responded to emails with client re: [redacted] Conf with MDJ/RG re: [redacted] | 0.40 |

Smart Communications

Page: 2
07/02/2026
ACCOUNT NO: 20498-71003
5

Protest of Georgia Department of Corrections Solicitation

| | | | HOURS |
|---|---|---|---|
| | MDJ | Conference with Ryan and Amber re: [redacted] | 0.50 |
| | CRG | Teleconference with A. Carter re. [redacted]. | 0.30 |
| | CRG | Draft corr. to [redacted] re. [redacted]. | 0.20 |
| 06/11/2026 | | | |
| | AMC | Read and responded to emails from Judge's staff attorney re: TRO | 0.20 |
| | CRG | Review corr. from J. Whitaker chambers re. TRO and corr. w/ [redacted]. | 0.10 |
| 06/12/2026 | | | |
| | AMC | Conf with RG re: judge appointment and next steps; [redacted] | 0.90 |
| | MDJ | Read and respond to emails [redacted] | 0.30 |
| | CRG | Teleconference with A. Carter re. [redacted] | 1.00 |
| | CRG | Draft memo re. [redacted]. | 0.50 |
| | CRG | Conference w/ [redacted] re. [redacted] | 0.50 |
| 06/15/2026 | | | |
| | CRG | Teleconference with A. Carter re. Briefing [redacted] | 0.30 |
| | CRG | Teleconference with L. Winkles re. Briefing schedule and [redacted] | 0.40 |
| | CRG | Review proposed order from state re. TRO and [redacted] | 1.50 |
| | CRG | Draft corr. to L. Percifield re. [redacted] | 0.40 |
| | CRG | Draft corr. to [redacted] re. [redacted]. | 0.30 |
| | MDJ | Read and respond to emails with Ryan re: [redacted] | 0.20 |
| | AMC | Reviewed email from AG's office re: briefing; Conf with Ryan [redacted]; Reviewed AG's proposed order; Reviewed SC's proposed order; Read and responded to emails with judge's staff attorney re: same | 1.10 |

Smart Communications 07/02/2026

ACCOUNT NO: 20498-71003 5

Protest of Georgia Department of Corrections Solicitation

| Date | Timekeeper | Description | HOURS |
|---|---|---|---|
| 06/16/2026 | | | |
| | CRG | Review [redacted] and corr. w/ [redacted] | 0.20 |
| 06/17/2026 | | | |
| | CRG | Draft and review corr. w/ [redacted] | 0.50 |
| | AMC | Read and responded to emails with AG's office re: scheduling order | 0.20 |
| 06/18/2026 | | | |
| | KK | Draft [redacted]; emails with AC and RG re: [redacted] | 0.60 |
| | MDJ | Read and respond to emails with Ryan et al re: [redacted] | 0.20 |
| | AMC | Reviewed draft scheduling order and made updates to same | 0.20 |
| 06/22/2026 | | | |
| | CRG | Revise [redacted] and corr. w/ [redacted] | 0.30 |
| | CRG | Research [redacted] | 0.70 |
| | AMC | Read and responded to emails with [redacted] | 0.30 |
| 06/23/2026 | | | |
| | AMC | Reviewed proposed scheduling order submitted by State | 0.20 |
| 06/25/2026 | | | |
| | AMC | Reviewed State's response to Petition for Review | 0.30 |
| 06/26/2026 | | | |
| | CRG | Research [redacted] | 2.00 |
| | CRG | Draft memo [redacted] | 0.40 |
| | CRG | Review State Response to Petition for Review | 0.30 |
| | CRG | Draft and review corr. [redacted] | 0.40 |
| | AMC | Reviewed update on Judge's new appointment and Judge's record; Read and responded to emails with client re: [redacted]; Reviewed docket re: TRO order and Read and responded | |

Smart Communications 07/02/2026

ACCOUNT NO: 20498-71003
5

Protest of Georgia Department of Corrections Solicitation

| | | | HOURS | |
|---|---|---|---|---|
| | | to emails with client re: [redacted] | 0.70 | |
| | MDJ | Read and respond to emails with [redacted] | 0.30 | |
| 06/30/2026 | | | | |
| | CRG | Review order denying TRO and scheduling order. | 0.30 | |
| | CRG | Compare [redacted] and draft memo [redacted]. | 0.70 | |
| | AMC | Reviewed order denying motion for TRO and filed briefing order | 0.30 | |
| | | For Current Services Rendered | 29.50 | 19,815.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark D. Johnson | 2.00 | $750.00 | $1,500.00 |
| AMBER CARTER | 5.70 | 450.00 | 2,565.00 |
| KIM KROSCAVAGE | 1.20 | 250.00 | 300.00 |
| C. RYAN GERMANY | 20.60 | 750.00 | 15,450.00 |

| | | |
|---|---|---|
| 05/27/2026 | Federal Express - package to Fulton County Sheriff's Office | 18.02 |
| 05/27/2026 | Federal Express - package to Monroe County Sheriff's Office | 21.27 |
| 05/28/2026 | Federal Express - package to Gwen Middleton, Georgia Dept of Admin Services | 18.02 |
| 05/28/2026 | Federal Express - package to Georgia Department of Corrections | 21.27 |
| | Total Expenses | 78.58 |
| | Total Current Work | 19,893.58 |
| | **BALANCE DUE** | $19,893.58 |

**08/21/2026 PAYMENT** **($10,000.00)**

**TOTAL BALANCE DUE** **$9,893.58**

GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

Smart Communications

Statement Date: August 5, 2026
Statement No. 6
Account No. 20498.71003
Page: 1

Protest of Georgia Department of Corrections Solicitation

| | | | HOURS |
|---|---|---|---|
| 07/01/2026 | | | |
| | CRG | Teleconference [redacted] | 0.20 |
| | CRG | Teleconference [redacted] | 0.20 |
| | MDJ | Review Order denying TRO and preliminary injunction; read/respond to emails [redacted] | 0.30 |
| | AMC | Read and responded to emails [redacted] | 0.20 |
| 07/02/2026 | | | |
| | CRG | Research [redacted] | 0.50 |
| 07/03/2026 | | | |
| | CRG | Outline [redacted] and draft memo [redacted]. | 0.50 |
| 07/07/2026 | | | |
| | CRG | Research re. [redacted] | 0.40 |
| | CRG | Draft and review corr. and teleconference re. [redacted] | 0.50 |
| | CRG | Research [redacted] | 2.00 |
| | AMC | Conf with RG re: [redacted]; research re: [redacted] | 0.90 |
| 07/08/2026 | | | |
| | QF | Conducted case law research re: [redacted] | 3.50 |
| 07/09/2026 | | | |
| | QF | Continued case law research re: [redacted] | 4.40 |
| 07/10/2026 | | | |
| | AMC | Reviewed research regarding [redacted] | 0.80 |
| 07/16/2026 | | | |
| | CRG | Research [redacted] | |

Protest of Georgia Department of Corrections Solicitation

| | | | HOURS |
|---|---|---|---|
| | | [redacted] | 2.80 |
| | AMC | Read and responded to emails regarding [redacted] | 0.20 |
| 07/17/2026 | | | |
| | CRG | Outline [redacted]. | 1.00 |
| 07/18/2026 | | | |
| | CRG | Review and revise [redacted] | 1.60 |
| | CRG | Analyze [redacted] | 1.10 |
| 07/19/2026 | | | |
| | CRG | Review [redacted] | 0.50 |
| 07/20/2026 | | | |
| | CRG | Research [redacted] | 3.50 |
| | CRG | Analyze [redacted] and update [redacted]. | 2.50 |
| | QF | Conducted case law and statutory research [redacted] | 4.40 |
| 07/21/2026 | | | |
| | CRG | Analyze DOAS denial of amended protest [redacted]. | 1.00 |
| 07/22/2026 | | | |
| | QF | Continued researching [redacted]; Research [redacted]; Drafted [redacted]s; Drafted email to RG/AC re: [redacted] | 4.30 |
| | AMC | Reviewed [redacted] | 0.70 |
| 07/25/2026 | | | |
| | CRG | Analyze record [redacted] and update outline. | 2.80 |
| 07/26/2026 | | | |
| | CRG | Analyze previous filings and state response to Motion for TRO; [redacted]. | 2.50 |
| | CRG | Research [redacted] | |

Protest of Georgia Department of Corrections Solicitation

| | | | HOURS | |
|---|---|---|---|---|
| | | [redacted]. | 4.00 | |
| | CRG | Research [redacted] | 1.00 | |
| 07/27/2026 | | | | |
| | CRG | Research [redacted]. | 2.80 | |
| | CRG | Draft, edit, and revise appellate brief. | 3.60 | |
| | AMC | Read and responded to emails [redacted] | 0.20 | |
| 07/28/2026 | | | | |
| | CRG | Draft, edit, and revise appellate brief | 10.50 | |
| 07/29/2026 | | | | |
| | CRG | Draft, edit, and revise brief in support of petition for review. | 8.50 | |
| | AMC | Reviewed draft appellate brief | 0.80 | |
| 07/30/2026 | | | | |
| | CRG | Draft, edit, and revise brief, including additional research [redacted] | 5.50 | |
| | MDJ | Review of brief in support of petition for judicial review; read/respond to emails [redacted] | 0.50 | |
| 07/31/2026 | | | | |
| | CRG | Review and revise brief for filing. | 2.80 | |
| | CRG | Draft and review corr. w/ [redacted] | 0.30 | |
| | AMC | Reviewed [redacted] and final version of appellate brief | 0.40 | |
| | | For Current Services Rendered | 84.20 | 52,760.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark D. Johnson | 0.80 | $750.00 | $600.00 |
| HEYWARD "QUIN" Foster, V | 16.60 | 200.00 | 3,320.00 |
| AMBER CARTER | 4.20 | 450.00 | 1,890.00 |
| C. RYAN GERMANY | 62.60 | 750.00 | 46,950.00 |

Total Current Work 52,760.00

**BALANCE DUE** **$52,760.00**

**GILBERT, HARRELL, SUMERFORD & MARTIN, P.C.**

*Post Office Box 190*
*Brunswick, GA 31521*
*912-265-6700*
*TAX I.D. NUMBER 58-1821700*

Smart Communications

Statement Date: September 3, 2026
Statement No. 8
Account No. 20498.71003
Page: 1

Protest of Georgia Department of Corrections Solicitation

| | | | HOURS | |
|---|---|---|---|---|
| 08/04/2026 | | | | |
| | CRG | Research re. [redacted] | 0.50 | |
| 08/06/2026 | | | | |
| | CRG | Draft and review corr. w/ D. Gann. re. [redacted] | 0.10 | |
| 08/10/2026 | | | | |
| | CRG | t/c w/ A. Carter [redacted]. | 0.30 | |
| | CRG | Research [redacted] | 0.20 | |
| | CRG | Review corr. re. [redacted] | 0.20 | |
| 08/11/2026 | | | | |
| | CRG | t/c w/ D. Gann re. [redacted]. | 0.30 | |
| 08/17/2026 | | | | |
| | CRG | Research re. [redacted] | 1.00 | |
| | CRG | Draft and revise memo [redacted] | 1.10 | |
| 08/21/2026 | | | | |
| | CRG | Draft and review corr. w/ [redacted]. | 0.20 | |
| 08/28/2026 | | | | |
| | CRG | Draft and review corr. [redacted] | 0.30 | |
| 08/31/2026 | | | | |
| | AMC | Reviewed respondent's brief; checked case citations | 0.70 | |
| | | For Current Services Rendered | 4.90 | 3,465.00 |

Smart Communications 09/03/2026

ACCOUNT NO: 20498-71003 8

Protest of Georgia Department of Corrections Solicitation

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| AMBER CARTER | 0.70 | $450.00 | $315.00 |
| C. RYAN GERMANY | 4.20 | 750.00 | 3,150.00 |

| | |
|---|---|
| Total Current Work | 3,465.00 |
| Previous Balance Due | $62,653.58 |
| **BALANCE DUE** | $66,118.58 |

OUTSTANDING AMOUNTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/02/2026 | 5 | 19,893.58 | 9,893.58 |
| 08/05/2026 | 6 | 52,760.00 | 52,760.00 |
| | | | 62,653.58 |