UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | |
| SMART COMMUNICATIONS HOLDING, INC., | Chapter 11<br>Case No. 8:25-bk-09473-RCT |
| SMART COMMUNICATIONS COLLIER, INC.,<br><br>Debtors.<br>_____________________________________/ | *Jointly Administered with*<br>Case No. 8:26-bk-00146-RCT |
| SMART COMMUNICATIONS HOLDING, INC.,<br><br>Applicable Debtor.<br>_____________________________________/ | Case No. 8:25-bk-09473-RCT |

**FIRST INTERIM APPLICATION FOR COMPENSATION TO HUDSON LAMBERT PARROTT, LLC AS LOCAL SOUTH CAROLINA COUNSEL TO THE DEBTOR-IN-POSSESSION FOR THE PERIOD APRIL 20, 2026 THROUGH OCTOBER 31, 2026**

**NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Hudson Lambert Parrott, LLC, as local South Carolina counsel ("Applicant"), has filed an application for compensation in the amount of $94,400.50 and reimbursement of expenses in the amount of $615.81 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to the Debtors' bankruptcy counsel, Eric D. Jacobs, Esq., at (813) 439-3100 or ejacobs@venable.com.

If you object to the Application, you must file an objection with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

## SUMMARY OF FIRST INTERIM APPLICATION FOR COMPENSATION TO HUDSON LAMBERT PARROTT, LLC

| | | |
|---|---|---|
| 1. | Name of Applicant: | Hudson Lambert Parrott, LLC |
| 2. | Services Provided to: | Smart Communications Holding, Inc. |
| 3. | Date of Retention: | May 20, 2026 [ECF No. 240] |
| 4. | Period for this Application: | April 20, 2026 to October 31, 2026, and projected time through Dec. 3, 2026 |
| 5. | Amount of Compensation Sought: | $94,400.50[1] |
| 6. | Amount of Expense Reimbursement: | $615.81 |
| 7. | Amount of Original Retainer: | $75,000.00 |
| 8. | Current Balance of Retainer Remaining: | $0.00 |
| 9. | Blended Hourly Rate for this Application: | $468.02 Cumulative: N/A |
| 10. | This is an: | _x_ Interim ____ Final Application |
| 11. | Disclosure of prior applications: | N/A |

| Period Covered | Requested | | Awarded | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

[1] The total amount of attorney's fees incurred during this Application Period is $94,400.50. On November 13, 2026, Applicant applied the $75,000.00 Retainer to the outstanding invoices, which paid in full costs in the amount of $615.81 and reduced the total amount of attorney's fees owed to $20,016.31. Through this Application, Applicant seeks an award of $94,400.50 in attorney's fees and $615.81 in costs, and requests the Court authorize the application of the $75,000.00 retainer.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | |
| SMART COMMUNICATIONS HOLDING, INC., | Chapter 11<br>Case No. 8:25-bk-09473-RCT |
| SMART COMMUNICATIONS COLLIER, INC., | *Jointly Administered with*<br>Case No. 8:26-bk-00146-RCT |
| Debtors.<br>_______________________________________/ | |
| SMART COMMUNICATIONS HOLDING, INC., | Case No. 8:25-bk-09473-RCT |
| Applicable Debtor.<br>_______________________________________/ | |

**FIRST INTERIM APPLICATION FOR COMPENSATION TO HUDSON LAMBERT PARROTT, LLC AS LOCAL SOUTH CAROLINA COUNSEL TO THE DEBTOR-IN-POSSESSION FOR THE PERIOD APRIL 20, 2026 THROUGH OCTOBER 31, 2026**

The Applicant, Hudson Lambert Parrott, LCC (the "Firm"), having been approved by this Court as local South Carolina counsel to the Debtor, Smart Communications Holding, Inc., files this first application for interim allowance of compensation for professional services rendered and reimbursement of the necessary expenses pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rule of Bankruptcy Procedure, and the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(c). The exhibits attached to this Application, pursuant to the Guidelines, are:

Exhibit "1" Summary of Professional and Paraprofessional Time.

Exhibit "2" Summary of Requested Reimbursement of Expenses.

Exhibit "3" The applicant's complete time records, in chronological order for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The Firm submits that the requested fee in the amount of $94,400.50 for 201.70 hours worked is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway*

*Express, Inc.,* 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America,* 544 F.2d 1291 (5th Cir. 1977).

## I. RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD

On May 20, 2026, this Court entered an Order authorizing the employment of Hudson Lambert Parrott, LLC as local South Carolina counsel to the Debtor-In-Possession to represent its interests in the protest and related proceedings brough by a competitor seeking to reverse a contract awarded to Smart Holding, including any related appeals (the "SC Protest") [ECF No. 240] (the "Employment Order").

This Application is for fees and costs incurred from the period of April 20, 2026, through October 31, 2026 (the "Application Period"). In connection herewith, the Firm seeks its first interim award of $94,400.50 in fees for services rendered and $615.81 for reimbursement incurred during the period covered during the Application Period. Applicant applied the $75,000.00 Retainer to the outstanding invoices, which paid in full costs in the amount of $615.81 and reduced the total amount of attorney's fees owed to $20,016.31. The Firm seeks authorization from this Court to apply the Retainer to the fees and costs incurred during this Application Period, such that after the application of the Retainer, the total amount of fees owed is $20,016.31 and the total amount of costs owed is $0.00.

## II. DESCRIPTION AND SUMMARY OF SERVICES PERFORMED DURING THE APPLICATION PERIOD

During the Application Period, the Firm performed a multitude of legal services which were necessary to effectively represent the Debtor in the SC Protest. A summary of the services and matters that the Firm performed are set forth below.

In the SC Protest, Securus Technologies, LLC challenged Spartanburg County's award of the Detention Center inmate-communications contract to the Debtor and sought to enjoin the Debtor's performance. During the Application Period, the Firm's services included (i) responding to Securus's emergency *ex parte* motion for a temporary restraining order (TRO) by reviewing the administrative record, the County's Procurement Ordinance, and Securus's motion and exhibits, analyzing the legal and factual issues raised therein, and preparing for the April 24, 2026 hearing, after which the Court declined to enter the TRO; (ii) analyzing Securus's complaint and the County's FOIA production (approximately 300 documents), and drafting and filing the Debtor's Answer; (iii) drafting and revising the Debtor's opposition to Securus's May 21, 2026 motion for a preliminary injunction and the supporting affidavit, in coordination with co-counsel; (iv) preparing for and arguing at the June 24, 2026 hearing in Spartanburg, at which Mr. Placone and Mr. Nybo argued for the Debtor; and (v) monitoring the post-hearing record, including Securus's supplemental filings and the parties' proposed orders, through the Court's October 13, 2026 order denying the preliminary injunction.

The specific services rendered by the Firm are detailed in the firm's billing records attached hereto as Exhibit 3.

## III. EVALUATION OF SERVICES RENDERED: FIRST COLONIAL CONSIDERATIONS

This Application presents the nature and extent of the professional services rendered by the Applicant in connection with its representation of the Debtor in an appeal relative to the SC Protest. The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent. A mere reading of the time summary annexed hereto cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with this case.

American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees. First Colonial remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code. Grant v. George Schuman Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990); 2 Collier on Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); See also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981). The twelve factors are: the time and labor required; the novelty and difficulty of the services rendered; the skill requisite to perform the services properly; the preclusion of other employment by the professional due to the acceptance of the case; the customary fee; whether the fee is fixed or contingent; the time limitations imposed by the client or other circumstances; the experience, reputation, and ability of the professional; the undesirability of the case; the nature and length of the professional relationship of the client; and awards in similar cases. First Colonial, 544 F.2d at 1298-99.

Based on the standards set forth in section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is in the amount of $94,400.50.

**A. Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors.**

The foregoing summary, together with the exhibit attached hereto, details the time, nature and extent of the professional services the Applicant performed during the period covered by this Application. The total number of hours expended during the Application Period (201.70 hours) reveals the extensive time devoted to these matters by the Applicant at a blended hourly rate of $468.02.

**B. Novelty and Difficulty of Questions Presented.**

In providing services to the Debtor, as described above, Applicant was able to rely primarily upon established statutory authority and recognized jurisprudential precedents.

**C. Skill Requisite to Perform Services Properly.**

In rendering services to the Debtor, the Applicant demonstrated substantial legal skill and expertise in the areas of South Carolina procurement law and procedure.

**D. Preclusion from Other Employment by Attorney Due to Acceptance of Case.**

The Applicant's representation of the Debtor in the matters described above did not preclude it from accepting other employment.

**E. Customary Fee.**

The hourly rates of the Applicant set forth in the attached exhibits reflect a blended rate of $468.02 per hour. The fees charged are of a kind well within the range approved by courts within and outside of this District in other bankruptcy matters.

**F. Whether Fee is Fixed or Contingent.**

The Applicant is compensated by the hour but the fees charged here are now subject to approval of the Court and therefore contingent in that respect. The amount requested is consistent with the fee which the Applicant charges other clients.

**G. Time Limitations Imposed by Client or Other Circumstances.**

Other than the press of court deadlines for litigation matters, the circumstances of this case did not impose certain time constraints on the Applicant.

**H. Experience, Reputation and Ability of Attorneys.**

The Firm is experienced in matters of this kind and are well known to the applicable state agencies and courts in South Carolina.

**I. “Undesirability” of Case.**

This case is not undesirable. The Applicant is privileged to have the opportunity to represent the Debtor and appear before the governing bodies in the SC Protest.

**J. Nature and Length of Professional Relationship with Client.**

The Applicant’s professional relationship with the Debtor is limited to the professional services provided thus far. Therefore, this factor is not relevant in the circumstances of this case.

**K. Awards in Similar Cases.**

The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity. The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community. Considering the results obtained in light of the nature of the Applicant's employment, the complexity of the issues addressed during the period covered by this Application, this rate is entirely appropriate. Likewise, as with all law firms, the Applicant’s overhead expenses are absorbed in the hourly rate. A portion of any fee which the Court awards the Applicant will defray any overhead expenses already incurred and paid during the pendency of this case.

## IV. REIMBURSEMENT OF EXPENSES

Consistent with Local Rule 2016-1(e), Bankruptcy Rule 2016, and the Expense Reimbursement Guidelines, attached hereto as Exhibit 2 is a detailed list of expenses incurred by the Firm. The Firm seeks reimbursement of out-of-pocket expenses totaling $615.81 in connection with the SC Protest described above. Applicant applied a portion of the $75,000 retainer to the costs incurred during this Application Period.

## V. CONCLUSION

The Applicant has provided valuable services to the Debtor in the SC Protest. For this reason and all of the reasons set forth in this Application, the Applicant seeks a first interim award of $94,400.50 in fees for services rendered and $615.81 for reimbursement of expenses incurred during the period covered by this Application. In connection with the request for award of fees, the Firm seeks authorization from this Court to apply the Retainer to the fees incurred during this Application Period, such that after the application of the Retainer, the total amount of fees owed is $20,016.31 and the total amount of costs owed is $0.00.

**WHEREFORE**, the Applicant, Hudson Lambert Parrott, LLC, respectfully request the Court enter an Order approving the Application and granting such other and further relief as the Court deems appropriate.

Dated: November 18, 2026.

**VENABLE LLP**
*Attorneys for Debtors*
100 N. Tampa Street, Suite 2600
Tampa, Florida 33602
Telephone: (813) 439-3100

By: *\/s/ Eric D. Jacobs*
Eric D. Jacobs, Esq.
Florida Bar No. 85992
Email: ejacobs@venable.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 18, 2026, a true and correct copy of the foregoing document has been furnished via electronic mail by virtue of the Court's CM/ECF System to all parties registered to receive notice in this action.

By: */s/ Eric D. Jacobs*
Eric D. Jacobs, Esq.

# EXHIBIT "1"

**Summary of Professional and Paraprofessional Time**
**Total per Individual for this Period Only**

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well]

| Name | Partner Associate or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|---|---|---|---|---|---|
| Nick Nybo | Associate | 2022 | 100.80 | $410.00 | $41,328.00 |
| Greg Placone | Partner | 2011 | 98.90 | $525.00 | $51,922.50 |
| Ted Vick | Partner | 1998 | 2.00 | $575.00 | $1,150.00 |
| **TOTAL** | | | **201.70** | | **$94,400.50** |

# EXHIBIT “2”

**Summary of Requested Reimbursement of Expenses**

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| 1. | Filing Fees | $31.74 |
| 2. | Process Service Fees | |
| 3. | Witness Fees – Expert Services | |
| 4. | Court Reporter & Transcripts | |
| 5. | Lien and Title Searches | |
| 6. | Photocopies (in-house copies) | |
| 7. | Photocopies (outside copies) | $288.27 |
| 8. | Postage | |
| 9. | Overnight Delivery Charges (FedEx) | |
| 10. | Outside Courier/Messenger Services | |
| 11a. | Long Distance (a) Telephone Charges | |
| 11b. | Long Distance (b) Conference Calls/Court Call | |
| 12. | Long Distance Fax Transmission @ $1.00/pg. | |
| 13. | Computerized Research | |
| 14. | Out of District of California Travel<br>A. Transportation/Airfare – Mileage Reimbursement<br>B. Lodging<br>C. Meals<br>D. Parking | <br>$295.80 |
| 15. | Other (Not specifically disallowed; must specify and justify)<br>A. Discovery/Data Retrieval & Review Project | |
| **TOTAL AMOUNT OF EXPENSES** | | **$615.81** |

# EXHIBIT "3"

[The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour. NOTE: Invoices for expenses incurred and paid are also included.]

HUDSON LAMBERT PARROTT, LLC

201 W. McBee Avenue, Ste 450
Greenville, SC 29601
864-235-5535

Smart Communications Holdings, Inc.
10491 72nd Street
Seminole, FL 33777

| | |
|---|---|
| Invoice Date: | May 18, 2026 |
| Invoice Num.: | 262510 |
| Matter Number: | 100192.001 |

Client: Smart Communications Holdings, Inc.

Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc.

For professional services rendered through April 30, 2026

| | Currency: USD |
|---|---|
| Fees | 25,015.50 |
| **Total Amount Due** | **$25,015.50** |

**Please Remit to:**

***Mail Checks to:***
HLP
201 W.McBee Ave.,
Suite 450
Greenville, SC
29601

***ACH Instructions:***
Ameris Bank
[redacted]
Email remittanceto: [redacted]@hlpwlaw.com

| | |
|---|---|
| Client: Smart Communications Holdings, Inc. | Invoice Date: May 18, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | Invoice Num.: 262510<br>Matter Number: 100192.001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/20/2026 | Greg Placone | Begin review of background of Securus' procurement appeal | 0.50 | 525.00 | 262.50 |
| 04/20/2026 | Greg Placone | Internal meetings with HLP team to develop initial strategy for procurement appeal and anticipated injunction to be filed in SC state court | 0.60 | 525.00 | 315.00 |
| 04/20/2026 | Greg Placone | Review initial document set from client as well as public material cited by Securus | 0.50 | 525.00 | 262.50 |
| 04/20/2026 | Greg Placone | Brief review and research re: South Carolina elements for permanent and/or temporary injunction regarding a procurement award from a non-state agency | 0.40 | 525.00 | 210.00 |
| 04/20/2026 | Greg Placone | Prepare for 4/21 call with SCH legal counsel team to prepare initial legal strategy | 0.40 | 525.00 | 210.00 |
| 04/21/2026 | Nick Nybo | Begin to review and analyze Spartanburg's Procurement Ordinance and compare with South Carolina Procurement Code in connection with evaluating Securus' petition for injunctive and declaratory relief | 1.30 | 410.00 | 533.00 |
| 04/21/2026 | Nick Nybo | Review correspondence between the county and Securus | 0.20 | 410.00 | 82.00 |
| 04/21/2026 | Nick Nybo | Conference call with client and other outside counsel regarding factual and procedural background of the solicitation and ensuing litigation | 1.10 | 410.00 | 451.00 |
| 04/21/2026 | Ted Vick | Review emails from J Belkin re: status, background | 0.20 | 575.00 | 115.00 |
| 04/21/2026 | Greg Placone | Continue to prepare opposition strategy to Securus' injunction request (review County Procurement Ordinance and relevant relief requested by claimant) | 1.00 | 525.00 | 525.00 |
| 04/21/2026 | Greg Placone | Emails with litigation legal team re: FOIA response documents | 0.20 | 525.00 | 105.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | provided previously to Securus | | | |
| 04/21/2026 | Greg Placone | Revise HLP filings for MDFL Bankruptcy proceedings | 0.70 | 525.00 | 367.50 |
| 04/21/2026 | Greg Placone | Confer with client and litigation team re: solicitation background, status of work/award, appeal/procedural status | 1.10 | 525.00 | 577.50 |
| 04/21/2026 | Ted Vick | Conference with G Placone | 0.20 | 575.00 | 115.00 |
| 04/21/2026 | Ted Vick | Conference call with D Gunn, J Belkin, K Hair, N Nybo, G Placone re: status and anticipated activities, strategy | 1.10 | 575.00 | 632.50 |
| 04/21/2026 | Ted Vick | Brief overview of pleading/exhibits received from J Belkin | 0.20 | 575.00 | 115.00 |
| 04/22/2026 | Nick Nybo | Begin to review and analyze Securus's motion for temporary restraining order and exhibits thereto | 1.70 | 410.00 | 697.00 |
| 04/22/2026 | Nick Nybo | Conference call with client and bankruptcy counsel regarding engagement letter and rules governing fee applications | 0.30 | 410.00 | 123.00 |
| 04/22/2026 | Nick Nybo | Prepare for conference call with client and bankruptcy counsel by reviewing Middle District of Florida Bankruptcy Court local rules regarding fee applications | 0.30 | 410.00 | 123.00 |
| 04/22/2026 | Nick Nybo | Continue to evaluate and distinguish authority cited in Securus's Motion for Temporary Restraining Order | 0.60 | 410.00 | 246.00 |
| 04/22/2026 | Greg Placone | Conference and emails re: MDFL Bankruptcy considerations related to procurement dispute and engagement | 1.00 | 525.00 | 525.00 |
| 04/22/2026 | Greg Placone | Review MDFL L.R. to prepare for engagement and seek input from SCH's outside counsel | 0.60 | 525.00 | 315.00 |
| 04/22/2026 | Greg Placone | Prepare strategy for opposition for Securus' motion and continue review of same | 0.50 | 525.00 | 262.50 |
| 04/22/2026 | Greg Placone | Email with D. Gann re: | 0.20 | 525.00 | 105.00 |

Client: Smart Communications Holdings, Inc.
Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc.

Invoice Date: May 18, 2026
Invoice Num.: 262510
Matter Number: 100192.001

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Securus' newly filed motion for temporary restraining order | | | |
| 04/22/2026 | Greg Placone | Review Securus' Motion for TRO to develop strategy for response to same | 1.10 | 525.00 | 577.50 |
| 04/22/2026 | Greg Placone | Review County's public index to review status of service of TRO | 0.20 | 525.00 | 105.00 |
| 04/22/2026 | Greg Placone | Emails with D. Gann re: TRO and communications with County re: same | 0.20 | 525.00 | 105.00 |
| 04/23/2026 | Nick Nybo | Review and analyze correspondence between Securus and the court requesting ex parte hearing on emergency motion for temporary restraining order | 0.20 | 410.00 | 82.00 |
| 04/23/2026 | Nick Nybo | Continue to review, analyze, and evaluate exhibits to Securus' motion for temporary restraining order | 1.80 | 410.00 | 738.00 |
| 04/23/2026 | Nick Nybo | Analyze and evaluate [redacted] | 0.80 | 410.00 | 328.00 |
| 04/23/2026 | Nick Nybo | Analyze [redacted] | 0.90 | 410.00 | 369.00 |
| 04/23/2026 | Nick Nybo | Begin to compose and revise section of response in opposition to Securus's motion for temporary restraining order regarding adequate remedy at law | 2.10 | 410.00 | 861.00 |
| 04/23/2026 | Nick Nybo | Analyze and evaluate [redacted] | 0.40 | 410.00 | 164.00 |
| 04/23/2026 | Nick Nybo | Outline issues to address in response to Securus's motion | 0.70 | 410.00 | 287.00 |

Client: Smart Communications Holdings, Inc.
Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc.

Invoice Date: May 18, 2026
Invoice Num.: 262510
Matter Number: 100192.001

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | for a temporary restraining order | | | |
| 04/23/2026 | Greg Placone | Revise engagement to comply with MDFL rules and continue review of L.R. for same | 0.80 | 525.00 | 420.00 |
| 04/23/2026 | Greg Placone | Conference call with D. Gann and J. Belkin re: [redacted] | 0.60 | 525.00 | 315.00 |
| 04/23/2026 | Greg Placone | Conference call with Spartanburg County attorney (S. Gibson) re: [redacted] | 0.70 | 525.00 | 367.50 |
| 04/23/2026 | Greg Placone | Several emails with County re: [redacted] | 0.50 | 525.00 | 262.50 |
| 04/23/2026 | Greg Placone | Confer internally (N. Nybo) re: [redacted] | 1.10 | 525.00 | 577.50 |
| 04/23/2026 | Greg Placone | Evaluate record documents re: status of Securus' efforts to comply with Procurement Ordinance and follow required procedural steps arising out of same | 1.00 | 525.00 | 525.00 |
| 04/23/2026 | Greg Placone | Review and revise N. Nybo outline re: issues to address in response to Securus's TRO | 0.50 | 525.00 | 262.50 |
| 04/23/2026 | Greg Placone | Evaluate [redacted] | 0.60 | 525.00 | 315.00 |
| 04/24/2026 | Nick Nybo | Begin to compose and revise section of response in opposition to Securus's motion for temporary restraining order [redacted] | 3.40 | 410.00 | 1,394.00 |
| 04/24/2026 | Nick Nybo | Conference call with client regarding hearing on motion for temporary restraining order | 0.40 | 410.00 | 164.00 |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | May 18, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 262510 |
| | | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and strategy for further handling | | | |
| 04/24/2026 | Nick Nybo | Begin to compose and revise section of response in opposition to Securus's motion for temporary restraining order [redacted] | 1.10 | 410.00 | 451.00 |
| 04/24/2026 | Nick Nybo | Begin to compose and revise introduction and summary of argument section of response in opposition to Securus's motion for temporary restraining order | 0.90 | 410.00 | 369.00 |
| 04/24/2026 | Nick Nybo | Review and analyze request for proposals and evaluate Securus' arguments that the County impermissibly deviated from the evaluation factors and requirements set forth therein | 1.60 | 410.00 | 656.00 |
| 04/24/2026 | Ted Vick | emails with G Placone; conference with G Placone re: status, development and strategy | 0.30 | 575.00 | 172.50 |
| 04/24/2026 | Greg Placone | Prepare for and conduct conference call with S. Burton (Spartanburg Co. counsel) re: [redacted] | 1.20 | 525.00 | 630.00 |
| 04/24/2026 | Greg Placone | Draft email and conduct conference call with Smart Comm. team re: updates from S. Burton call | 0.60 | 525.00 | 315.00 |
| 04/24/2026 | Greg Placone | Review SCH creditors and prepare updated conflicts to comply with MDFL requirements | 0.50 | 525.00 | 262.50 |
| 04/24/2026 | Greg Placone | Draft and revise engagement related documents and Court applications to comply with MDFL requirements | 0.70 | 525.00 | 367.50 |
| 04/24/2026 | Greg Placone | Conduct post-ex parte hearing update call with S. Burton | 0.60 | 525.00 | 315.00 |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | May 18, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 262510 |
| | | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (Spartanburg Co.) re: Court's refusal to enter Securus' TRO, status of Work, and likely next steps based on arguments in Court | | | |
| 04/24/2026 | Greg Placone | Conference call with client team and N. Nybo re: TRO hearing updates and revised strategy following denial of same | 0.40 | 525.00 | 210.00 |
| 04/24/2026 | Greg Placone | Review and revise opposition to motion (written) re: alleged deviations from County's Procurement Ordinance as well as cited documents allegedly supporting same cited in Securus' motion | 1.20 | 525.00 | 630.00 |
| 04/27/2026 | Nick Nybo | Review and analyze affidavit of N. Pinker filed by the County | 0.20 | 410.00 | 82.00 |
| 04/27/2026 | Nick Nybo | Briefly review and analyze docket for any update following hearing on Securus's emergency motion for temporary restraining order | 0.20 | 410.00 | 82.00 |
| 04/27/2026 | Greg Placone | Review affidavit filed by County in support of cross-over of work between Securus to SCH | 0.20 | 525.00 | 105.00 |
| 04/27/2026 | Greg Placone | Continue to review and revise SCH response in opposition to Securus' PRO and other requested relief | 1.60 | 525.00 | 840.00 |
| 04/28/2026 | Nick Nybo | Continue to compose and revise response in opposition to Securus' request for injunctive relief | 3.60 | 410.00 | 1,476.00 |
| 04/28/2026 | Nick Nybo | Begin to review and analyze documents received from County in response to FOIA request | 0.60 | 410.00 | 246.00 |
| 04/28/2026 | Greg Placone | Continue to review and revise SCH response in opposition to Securus' PRO and other requested relief | 1.40 | 525.00 | 735.00 |
| 04/28/2026 | Greg Placone | Initial review of FOIA response documents from County | 0.80 | 525.00 | 420.00 |
| 04/28/2026 | Greg Placone | Advise SCH legal team re: SC FOIA obligations | 0.20 | 525.00 | 105.00 |

| | | |
|---|---|---|
| Client: Smart Communications Holdings, Inc. | Invoice Date: | May 18, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | Invoice Num.: | 262510 |
| | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/28/2026 | Greg Placone | Revise MDFL Bankruptcy filings for SCH and HLP, LLC | 0.60 | 525.00 | 315.00 |
| 04/29/2026 | Nick Nybo | Compose and revise joint defense and common interest agreement with County | 0.90 | 410.00 | 369.00 |
| 04/29/2026 | Greg Placone | Confer internally (Nybo) re: joint defense/common interest agreement and review/revise same | 0.50 | 525.00 | 262.50 |
| 04/29/2026 | Greg Placone | Review filed Application with MDFL | 0.20 | 525.00 | 105.00 |
| **Total** | | | **53.00** | | **$25,015.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Nick Nybo | Associate | 25.30 | 410.00 | 10,373.00 |
| Greg Placone | Partner | 25.70 | 525.00 | 13,492.50 |
| Ted Vick | Partner | 2.00 | 575.00 | 1,150.00 |
| **Total** | | **53.00** | | **$25,015.50** |

**Year-to-Date**

| | This Invoice | Year-to-Date |
|---|---|---|
| Fees | $25,015.50 | $25,015.50 |
| Costs | $0.00 | $0.00 |
| Charges/Tax | $0.00 | $0.00 |
| **Total** | **$25,015.50** | **$25,015.50** |

HLP
HUDSON LAMBERT PARROTT, LLC

201 W. McBee Avenue, Ste 450
Greenville, SC 29601
864-235-5535

Smart Communications Holdings, Inc.
10491 72nd Street
Seminole, FL 33777

| | |
|---|---|
| Invoice Date: | May 18, 2026 |
| Invoice Num.: | 262510 |
| Matter Number: | 100192.001 |

**REMITTANCE COPY**

**Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc.**

| Invoice Date | Tax Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 05/18/2026 | 262510 | $25,015.50 |
| **Balance Due** | | $25,015.50 |

**Please Remit to:**

***Mail Checks to:***
HLP
201 W.McBee Ave.,
Suite 450
Greenville, SC
29601

***ACH Instructions:***
Ameris Bank
[redacted]
Email remittanceto: [redacted]@hlpwlaw.com

HUDSON LAMBERT PARROTT, LLC

201 W. McBee Avenue, Ste 450
Greenville, SC 29601
864-235-5535

Smart Communications Holdings, Inc.
10491 72nd Street
Seminole, FL 33777

| | |
|---|---|
| Invoice Date: | June 19, 2026 |
| Invoice Num.: | 263094 |
| Matter Number: | 100192.001 |

| | |
|---|---|
| Client: | Smart Communications Holdings, Inc. |
| Matter: | Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. |

For professional services rendered through May 31, 2026

| | Currency: USD |
|---|---|
| Fees | 11,743.50 |
| **Total Amount Due** | **$11,743.50** |

**Please Remit to:**

***Mail Checks to:***
HLP
201 W.McBee Ave.,
Suite 450
Greenville, SC
29601

***ACH Instructions:***
Ameris Bank
[redacted]
Email remittanceto: [redacted]@hlpwlaw.com

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | June 19, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 263094 |
| | | Matter Number: | 100192.001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2026 | Nick Nybo | Confirm [redacted] | 0.30 | 410.00 | 123.00 |
| 05/01/2026 | Greg Placone | Review Securus's requested injunction in Complaint and continue to develop strategy for legal/factual arguments in response | 0.40 | 525.00 | 210.00 |
| 05/01/2026 | Greg Placone | Review FOIA related issues and prepare strategy for same for requests to County re: procurement dispute | 0.50 | 525.00 | 262.50 |
| 05/04/2026 | Nick Nybo | Correspondence with client regarding answer deadline and strategy | 0.20 | 410.00 | 82.00 |
| 05/04/2026 | Nick Nybo | Continue to review and analyze Securus's complaint and exhibits and draft notes to file | 1.60 | 410.00 | 656.00 |
| 05/04/2026 | Greg Placone | Review and respond to emails with SCH team re: FOIA issues and deadlines for same | 0.30 | 525.00 | 157.50 |
| 05/04/2026 | Greg Placone | Develop opposition strategy to Securus's allegations in complaint (and exhibits) | 1.20 | 525.00 | 630.00 |
| 05/05/2026 | Nick Nybo | Review and analyze acceptance of service filed by Spartanburg County | 0.10 | 410.00 | 41.00 |
| 05/05/2026 | Nick Nybo | Review filed proof of service on Smart Communications | 0.10 | 410.00 | 41.00 |
| 05/05/2026 | Greg Placone | Review and respond to correspondence from County's counsel | 0.20 | 525.00 | 105.00 |
| 05/13/2026 | Nick Nybo | Correspondence with counsel for Securus requesting extension to file responsive pleading to petition | 0.10 | 410.00 | 41.00 |
| 05/13/2026 | Nick Nybo | Begin to compose and revise Smart Communications' answer to Securus' Complaint | 0.40 | 410.00 | 164.00 |
| 05/13/2026 | Greg Placone | Emails with D. Gann and bankruptcy counsel re: status of HLP approval with MDFL | 0.50 | 525.00 | 262.50 |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | June 19, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 263094 |
| | | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/13/2026 | Greg Placone | Advise SCH team re: next steps in procurement dispute/injunction requests based on updates from Securus's counsel that it intends to pursue both | 0.40 | 525.00 | 210.00 |
| 05/13/2026 | Greg Placone | Emails with Securus's counsel re: pending pleadings and motions | 0.20 | 525.00 | 105.00 |
| 05/14/2026 | Nick Nybo | Continue to compose and revise answer to Securus's complaint | 1.40 | 410.00 | 574.00 |
| 05/14/2026 | Greg Placone | Review and revise Complaint response and legal arguments directed at requested injunction contained in same | 0.60 | 525.00 | 315.00 |
| 05/14/2026 | Greg Placone | Correspondence with Securus's counsel re: its intent to pursue injunction and updates to SCH client team re: same | 0.60 | 525.00 | 315.00 |
| 05/14/2026 | Greg Placone | Draft and revise opposition to preliminary injunction and provide update to SCH team | 0.70 | 525.00 | 367.50 |
| 05/15/2026 | Nick Nybo | Revise argument section of opposition to Securus's forthcoming motion for preliminary injunction | 0.30 | 410.00 | 123.00 |
| 05/15/2026 | Nick Nybo | Continue to compose and revise answer to Securus' complaint | 1.30 | 410.00 | 533.00 |
| 05/15/2026 | Greg Placone | Emails with SCH team re: briefing status | 0.10 | 525.00 | 52.50 |
| 05/15/2026 | Greg Placone | Continue to draft and revise legal analysis and opposition to Securus's requested preliminary injunction | 0.80 | 525.00 | 420.00 |
| 05/18/2026 | Nick Nybo | Continue to compose and revise answer to Securus' complaint | 1.20 | 410.00 | 492.00 |
| 05/18/2026 | Greg Placone | Revise and update Answer to Securus's Complaint | 0.40 | 525.00 | 210.00 |
| 05/18/2026 | Greg Placone | Internal emails re: pleadings and drafting strategy | 0.20 | 525.00 | 105.00 |
| 05/19/2026 | Nick Nybo | Review and analyze [redacted] | 0.40 | 410.00 | 164.00 |

Client: Smart Communications Holdings, Inc.
Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc.

Invoice Date: June 19, 2026
Invoice Num.: 263094
Matter Number: 100192.001

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | [redacted] | | | |
| 05/19/2026 | Nick Nybo | Continue to compose and revise answer to Securus' complaint | 0.40 | 410.00 | 164.00 |
| 05/20/2026 | Nick Nybo | Continue to compose and revise answer to Securus' Complaint | 0.60 | 410.00 | 246.00 |
| 05/20/2026 | Greg Placone | Revisions to Answer and motion/injunction opposition | 1.10 | 525.00 | 577.50 |
| 05/21/2026 | Nick Nybo | Review and analyze Securus' motion for preliminary injunction and exhibits thereto | 0.60 | 410.00 | 246.00 |
| 05/21/2026 | Greg Placone | Emails with SCH team re: strategy for opposition to injunction and status of communications with Securus's counsel | 0.50 | 525.00 | 262.50 |
| 05/21/2026 | Greg Placone | Review and develop opposition strategy to Securus's newly filed motion for preliminary injunction | 0.70 | 525.00 | 367.50 |
| 05/21/2026 | Greg Placone | Conference call with Securus's counsel re: its requested injunction and scope of requested relief | 0.70 | 525.00 | 367.50 |
| 05/21/2026 | Greg Placone | Review order re: HLP from MDFL | 0.20 | 525.00 | 105.00 |
| 05/22/2026 | Greg Placone | Initial review of FOIA responsive documents for use in opposition to Securus's preliminary injunction | 1.00 | 525.00 | 525.00 |
| 05/22/2026 | Greg Placone | Prepare motion filing and emails with Securus's counsel re: same | 0.40 | 525.00 | 210.00 |
| 05/22/2026 | Greg Placone | Review correspondence from Court setting hearing date for Securus's injunction | 0.10 | 525.00 | 52.50 |
| 05/22/2026 | Greg Placone | Multiple emails with SCH and internal team following up on issues arising out of MDFL order approving HLP | 0.30 | 525.00 | 157.50 |
| 05/26/2026 | Nick Nybo | Begin to review and analyze documents produced by Spartanburg County in | 0.70 | 410.00 | 287.00 |

| Client: Smart Communications Holdings, Inc. | Invoice Date: | June 19, 2026 |
|---|---|---|
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | Invoice Num.: | 263094 |
| | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | response to Securus' FOIA request | | | |
| 05/26/2026 | Greg Placone | Emails with opposing counsel (Securus) re: motions hearing | 0.30 | 525.00 | 157.50 |
| 05/26/2026 | Greg Placone | Emails with SCH team re: strategy for upcoming hearings and coordination with County on potential opposition | 0.50 | 525.00 | 262.50 |
| 05/26/2026 | Greg Placone | Prepare and file order of protection | 0.20 | 525.00 | 105.00 |
| 05/27/2026 | Nick Nybo | Review and analyze Form 4 Order denying Securus' motion for temporary restraining order and draft update to client | 0.30 | 410.00 | 123.00 |
| 05/27/2026 | Greg Placone | Review Form 4 Order denying TRO and emails addressing strategy for incorporating same into opposition to Securus's requested preliminary injunction | 0.60 | 525.00 | 315.00 |
| 05/28/2026 | Nick Nybo | Correspondence with counsel for Securus regarding June 24, 2026 hearing date | 0.20 | 410.00 | 82.00 |
| 05/28/2026 | Nick Nybo | Begin to compose and revise affidavit in support of response in opposition to Securus' motion for preliminary injunction | 0.90 | 410.00 | 369.00 |
| **Total** | | | **24.80** | | **$11,743.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Nick Nybo | Associate | 11.10 | 410.00 | 4,551.00 |
| Greg Placone | Partner | 13.70 | 525.00 | 7,192.50 |
| **Total** | | **24.80** | | **$11,743.50** |

**Year-to-Date**

| | This Invoice | Year-to-Date |
|---|---|---|
| Fees | $11,743.50 | $36,759.00 |
| Costs | $0.00 | $0.00 |
| Charges/Tax | $0.00 | $0.00 |
| **Total** | **$11,743.50** | **$36,759.00** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|
| 0.00 | 25,015.50 | 0.00 | 0.00 | 0.00 |

**Total** **$25,015.50**

HUDSON LAMBERT PARROTT, LLC

201 W. McBee Avenue, Ste 450
Greenville, SC 29601
864-235-5535

Smart Communications Holdings, Inc.
10491 72nd Street
Seminole, FL 33777

| | |
|---|---|
| Invoice Date: | June 19, 2026 |
| Invoice Num.: | 263094 |
| Matter Number: | 100192.001 |

**REMITTANCE COPY**

**Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc.**

| Invoice Date | Tax Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 06/19/2026 | 263094 | $11,743.50 |
| **Balance Due** | | $11,743.50 |

**Please Remit to:**

***Mail Checks to:***
HLP
201 W.McBee Ave.,
Suite 450
Greenville, SC
29601

***ACH Instructions:***
Ameris Bank
[redacted]
Email remittanceto: [redacted]@hlpwlaw.com

HUDSON LAMBERT PARROTT, LLC

201 W. McBee Avenue, Ste 450
Greenville, SC 29601
864-235-5535

Smart Communications Holdings, Inc.
10491 72nd Street
Seminole, FL 33777

| | |
|---|---|
| Invoice Date: | July 14, 2026 |
| Invoice Num.: | 263333 |
| Matter Number: | 100192.001 |

| | |
|---|---|
| Client: | Smart Communications Holdings, Inc. |
| Matter: | Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. |

For professional services rendered through June 30, 2026

| | Currency: USD |
|---|---|
| Fees | 50,011.50 |
| Costs | 615.81 |
| **Total Amount Due** | **$50,627.31** |

**Please Remit to:**

***Mail Checks to:***
HLP
201 W.McBee Ave.,
Suite 450
Greenville, SC
29601

***ACH Instructions:***
Ameris Bank
[redacted]
Email remittanceto: [redacted]@hlpwlaw.com

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2026 | Greg Placone | Review and respond to correspondence with Securus' counsel regarding scheduling and coordination of preliminary injunction hearing; evaluate procedural posture, hearing logistics, and implications for SCH's defense strategy | 0.60 | 525.00 | 315.00 |
| 06/02/2026 | Nick Nybo | Review and analyze Alston redlines to response in opposition to Securus's motion for preliminary injunction | 2.70 | 410.00 | 1,107.00 |
| 06/02/2026 | Nick Nybo | Continue to compose and revise factual background section of response in opposition to Securus's motion for preliminary injunction | 1.80 | 410.00 | 738.00 |
| 06/02/2026 | Greg Placone | Review and analyze FOIA production relating to County procurement; coordinate with client team and co-counsel regarding factual record; revise Answer and opposition briefing to incorporate factual developments and supporting docs; continue to revise draft opposition brief | 1.10 | 525.00 | 577.50 |
| 06/03/2026 | Nick Nybo | Continue to review and analyze documents produced by Spartanburg County in response to Securus' FOIA request in connection with drafting response in opposition to motion for preliminary injunction (approximately 300 documents) | 2.60 | 410.00 | 1,066.00 |
| 06/03/2026 | Nick Nybo | Analyze and evaluate Securus's new arguments regarding the relevant status quo and outline arguments in response | 3.10 | 410.00 | 1,271.00 |
| 06/03/2026 | Nick Nybo | Continue to compose and revise factual background section of response in opposition to motion for preliminary injunction and | 1.10 | 410.00 | 451.00 |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | July 14, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 263333 |
| | | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | organize exhibits | | | |
| 06/03/2026 | Nick Nybo | Continue to review and analyze documents produced by Spartanbrug County in response to Smart Communication's FOIA request | 0.70 | 410.00 | 287.00 |
| 06/04/2026 | Nick Nybo | Review and analyze Spartanburg County's answer to Securus's complaint | 0.40 | 410.00 | 164.00 |
| 06/04/2026 | Nick Nybo | Continue to compose and revise affidavit in opposition to Securus's motion for preliminary injunction | 1.40 | 410.00 | 574.00 |
| 06/04/2026 | Nick Nybo | Analyze and evaluate [redacted] | 1.20 | 410.00 | 492.00 |
| 06/04/2026 | Nick Nybo | Continue to compose and revise argument section of response in opposition to Securus's motion for preliminary injunction | 4.80 | 410.00 | 1,968.00 |
| 06/04/2026 | Greg Placone | Continue review and analysis of FOIA responsive documents concerning procurement process, contract award, and implementation; identify evidentiary support for opposition to preliminary injunction and coordinate revisions to briefing strategy; continue drafting same; review status quo ante and related precedent; coordinate strategy discussions with co-counsel regarding opposition to preliminary injunction; review County's Answer and assess impact on SCH litigation strategy; revise briefing and coordinate factual and legal updates with team | 5.10 | 525.00 | 2,677.50 |
| 06/05/2026 | Nick Nybo | Compose and revise section of opposition to Securus's motion for preliminary injunction arguing that relief sought is | 2.10 | 410.00 | 861.00 |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | July 14, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 263333 |
| | | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | mandatory rather than prohibitive | | | |
| 06/05/2026 | Nick Nybo | Continue to compose and revise section of opposition to Securus's motion for preliminary injunction [redacted] | 2.60 | 410.00 | 1,066.00 |
| 06/05/2026 | Greg Placone | Confer with co-counsel and client team regarding opposition to preliminary injunction, litigation strategy, hearing preparation, and allocation of briefing responsibilities; coordinate upcoming strategy conference and revise draft filings; review and analyze key re-award precedent and advise on strategy for incorporating same into arguments | 3.40 | 525.00 | 1,785.00 |
| 06/06/2026 | Greg Placone | Continue preparation for anticipated preliminary injunction hearing, including review of factual record, coordination with co-counsel, and refinement of legal arguments supporting denial of injunctive relief | 0.90 | 525.00 | 472.50 |
| 06/08/2026 | Nick Nybo | Review and analyze Alston revisions to answer to Securs's complaint | 0.30 | 410.00 | 123.00 |
| 06/09/2026 | Nick Nybo | Conference call with client and other outside counsel regarding June 24, 2026 hearing on Securus's motion for preliminary injunction | 0.80 | 410.00 | 328.00 |
| 06/09/2026 | Nick Nybo | Continue to revise response in opposition to Securus' motion for preliminary injunction | 0.40 | 410.00 | 164.00 |
| 06/09/2026 | Greg Placone | Review and revise draft Answer; coordinate revisions with co-counsel and internal litigation team; evaluate affirmative defenses and procedural issues arising from pending preliminary injunction | 1.30 | 525.00 | 682.50 |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | July 14, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 263333 |
| | | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | proceedings | | | |
| 06/10/2026 | Nick Nybo | Continue to compose and revise affidavit of L. Eddy | 0.30 | 410.00 | 123.00 |
| 06/10/2026 | Nick Nybo | Analyze and evaluate grounds for motion to dismiss on failure to directly challenge procurement ordinance and draft outline of argument | 2.80 | 410.00 | 1,148.00 |
| 06/10/2026 | Greg Placone | Review and revise opposition briefing; analyze [redacted] coordinate revisions with co-counsel | 1.80 | 525.00 | 945.00 |
| 06/11/2026 | Nick Nybo | Analyze and evaluate motion to dismiss on mootness grounds and begin to outline argument | 2.10 | 410.00 | 861.00 |
| 06/12/2026 | Nick Nybo | Review and analyze Rule 6(d) and draft correspondence with client and outside counsel regarding deadline to file response and affidavit in opposition to Securus's motion | 0.30 | 410.00 | 123.00 |
| 06/12/2026 | Nick Nybo | Analyze and evaluate whether certification may be filed in support of opposition to Securus's motion in lieu of affidavit | 0.40 | 410.00 | 164.00 |
| 06/12/2026 | Nick Nybo | Review and analyze client revisions to affidavit of L. Eddy and begin to evaluate corresponding edits to response brief | 0.40 | 410.00 | 164.00 |
| 06/12/2026 | Nick Nybo | Review and analyze FCC ICPS Order dated October 28, 2025 and evaluate effect on commission-based arguments in opposition to Securus' motion for preliminary injunction | 0.80 | 410.00 | 328.00 |
| 06/12/2026 | Greg Placone | Coordinate with co-counsel | 1.40 | 525.00 | 735.00 |

Client: Smart Communications Holdings, Inc.
Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc.

Invoice Date: July 14, 2026
Invoice Num.: 263333
Matter Number: 100192.001

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding substantive revisions to opposition brief, hearing preparation, supporting factual materials, and litigation logistics; review/revise updated briefing and strategy for preliminary injunction proceedings; conference call with County (S. Burton) re: upcoming hearing and County's position on Securus' arguments/factual claims re: procurement process | | | |
| 06/15/2026 | Nick Nybo | Continue to analyze and evaluate [redacted] | 1.30 | 410.00 | 533.00 |
| 06/15/2026 | Nick Nybo | Continue to compose and revise argument section of response in opposition to Securus' motion for preliminary injunction | 1.60 | 410.00 | 656.00 |
| 06/15/2026 | Nick Nybo | Continue to review, analyze, and evaluate documents produced by the County in response to FOIA request and develop alternative arguments in support of award to Smart Communications over Securus | 2.40 | 410.00 | 984.00 |
| 06/15/2026 | Greg Placone | Continue comprehensive revision of opposition to Securus' motion for preliminary injunction, including detailed analysis of procurement record, bid evaluation process, County award decision, and implementation history; evaluate and refine arguments concerning status quo, equitable relief, and impact of inmate communications regulatory developments while coordinating strategy with client representatives and co-counsel | 3.40 | 525.00 | 1,785.00 |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | July 14, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 263333 |
| | | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/16/2026 | Greg Placone | Continue drafting and revising opposition brief; analyze factual record concerning procurement process, SCH implementation efforts, County investigation, and Securus' prior contract; coordinate with client representatives and co-counsel regarding revisions to legal arguments, evidentiary support, and hearing strategy | 0.90 | 525.00 | 472.50 |
| 06/17/2026 | Nick Nybo | Finalize edits to affidavit and draft correspondence to client summarizing changes and final action needed | 0.30 | 410.00 | 123.00 |
| 06/17/2026 | Greg Placone | Revise opposition briefing and supporting factual record; evaluate equitable remedies, procurement law issues, and factual developments regarding contract award and implementation; coordinate strategic revisions with co-counsel and client representatives in preparation for preliminary injunction hearing | 1.60 | 525.00 | 840.00 |
| 06/18/2026 | Nick Nybo | Continue to revise response in opposition to Securus' motion for preliminary injunction [redacted] | 0.40 | 410.00 | 164.00 |
| 06/18/2026 | Nick Nybo | Analyze and evaluate [redacted] | 0.40 | 410.00 | 164.00 |
| 06/18/2026 | Greg Placone | Conduct further factual investigation concerning County procurement process, implementation of SCH inmate communications system, status of Securus' prior contract, and County's internal investigation; conference calls with County's attorney (S. Burton); several emails coordinate hearing strategy, witness considerations, and logistics | 0.80 | 525.00 | 420.00 |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | July 14, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 263333 |
| | | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | with client representatives, County counsel, and co-counsel | | | |
| 06/19/2026 | Greg Placone | Continue preparation for preliminary injunction hearing via strategy conferences with co-counsel; evaluate recent factual developments arising from communications with Spartanburg County and opposing counsel; refine legal arguments concerning [redacted] and evidentiary presentation for hearing | 1.20 | 525.00 | 630.00 |
| 06/22/2026 | Nick Nybo | Review and analyze file materials to determine [redacted] | 0.40 | 410.00 | 164.00 |
| 06/22/2026 | Nick Nybo | Review, organize, and format exhibits to response in opposition to Securus' motion for preliminary injunction | 1.10 | 410.00 | 451.00 |
| 06/22/2026 | Nick Nybo | Review and analyze client revisions to affidavit of L. Eddy and correspondence regarding the same | 0.40 | 410.00 | 164.00 |
| 06/22/2026 | Nick Nybo | Continue to revise and refine response in opposition to Securus motion for preliminary injunction | 0.60 | 410.00 | 246.00 |
| 06/22/2026 | Greg Placone | Review and analyze pleadings, exhibits, affidavits, procurement record, and governing authorities in preparation for PI hearing; finalize opposition brief, supporting affidavit, hearing outline, and evidentiary materials; coordinate extensively with client representatives, co-counsel, and Spartanburg County | 6.30 | 525.00 | 3,307.50 |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | July 14, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 263333 |
| | | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding hearing strategy, anticipated arguments, potential witness presentation, and allocation of issues for oral argument | | | |
| 06/23/2026 | Nick Nybo | Continue to revise answer to Securus' complaint | 0.30 | 410.00 | 123.00 |
| 06/23/2026 | Nick Nybo | Review and analyze affidavit of N. Pinker filed June 23, 2026 | 0.30 | 410.00 | 123.00 |
| 06/23/2026 | Nick Nybo | Review correspondence with counsel for Securus regarding hearing and responsive pleadings | 0.20 | 410.00 | 82.00 |
| 06/23/2026 | Nick Nybo | Compose and revise outline in preparation for hearing on motion for preliminary injunction | 1.80 | 410.00 | 738.00 |
| 06/23/2026 | Nick Nybo | Review and analyze relevant pleadings, exhibits, and authority cited therein in preparation for hearing and refine arguments | 5.40 | 410.00 | 2,214.00 |
| 06/23/2026 | Greg Placone | Continue comprehensive preparation for preliminary injunction hearing, including review and analysis of pleadings, exhibits, procurement record, affidavits, and authorities cited by all parties; review and evaluate N. Pinker affidavit (Spartanburg County) and confer with S. Burton regarding same; finalize and file SCH Answer; coordinate hearing notebooks and exhibit materials with litigation support vendor; confer with opposing counsel regarding hearing logistics and refine oral argument and hearing strategy with co-counsel and client representatives | 5.90 | 525.00 | 3,097.50 |
| 06/24/2026 | Nick Nybo | Continue to plan and refine arguments in preparation for hearing on Securus' motion for preliminary injunction | 1.40 | 410.00 | 574.00 |
| 06/24/2026 | Nick Nybo | Travel to hearing on Secrus' | 3.80 | 410.00 | 1,558.00 |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | July 14, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 263333 |
| | | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | motion for preliminary injunction | | | |
| 06/24/2026 | Nick Nybo | Attend and appear for Smart Communications at hearing on Secrus' motion for preliminary injunction | 1.80 | 410.00 | 738.00 |
| 06/24/2026 | Nick Nybo | Return travel from hearing on Securus' motion for preliminary injunction | 3.20 | 410.00 | 1,312.00 |
| 06/24/2026 | Greg Placone | Travel to Spartanburg County Courthouse for preliminary injunction hearing | 3.80 | 525.00 | 1,995.00 |
| 06/24/2026 | Greg Placone | Return travel from Spartanburg County Courthouse for preliminary injunction hearing | 3.20 | 525.00 | 1,680.00 |
| 06/24/2026 | Greg Placone | Attend and argue preliminary injunction hearing on behalf of Smart Communications, including presentation of arguments regarding procurement process, equitable remedies, status quo, implementation of Smart Communications' contract, and related issues before the Court; pre-hearing conference with Spartanburg County counsel (S. Burton); post-hearing conference with counsel for Securus (Thiem) to address matters raised during the proceedings, anticipated next steps, and case management issues | 3.70 | 525.00 | 1,942.50 |
| 06/25/2026 | Nick Nybo | Correspondence with client regarding status update on hearing | 0.30 | 410.00 | 123.00 |
| 06/25/2026 | Nick Nybo | Review and analyze Securus's reply in support of its motion for preliminary injunction | 0.40 | 410.00 | 164.00 |
| 06/25/2026 | Greg Placone | Coordinate with client representatives and co-counsel re: hearing, anticipated post-hearing next steps, and follow-up strategy; evaluate issues raised during oral argument and review Securus' Reply in light of arguments presented to | 1.00 | 525.00 | 525.00 |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | July 14, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 263333 |
| | | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | the Court; review Securus's late-filed Reply | | | |
| 06/26/2026 | Greg Placone | Emails with litigation support vendor regarding completion of hearing materials and remaining logistical matters following hearing; communicate with litigation team regarding post-hearing action items and case management | 0.30 | 525.00 | 157.50 |
| **Total** | | | **108.60** | | **$50,011.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Nick Nybo | Associate | 60.90 | 410.00 | 24,969.00 |
| Greg Placone | Partner | 47.70 | 525.00 | 25,042.50 |
| **Total** | | **108.60** | | **$50,011.50** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/18/2026 | American Express - SC - Court and Filing Fees - Order of Protection | 1.00 | 31.74 |
| 06/30/2026 | Nick Nybo - Travel Expenses - mileage reimbursement for hearing attendance on June 24 - total mileage 408 | 1.00 | 295.80 |
| 06/30/2026 | Legal Eagle - Printing services | 1.00 | 288.27 |
| **Total** | | | **$615.81** |

**Year-to-Date**

| | This Invoice | Year-to-Date |
|---|---|---|
| Fees | $50,011.50 | $86,770.50 |
| Costs | $615.81 | $615.81 |
| Charges/Tax | $0.00 | $0.00 |
| **Total** | **$50,627.31** | **$87,386.31** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|
| 11,743.50 | 25,015.50 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| **Total** | **$36,759.00** |

HLP
HUDSON LAMBERT PARROTT, LLC

201 W. McBee Avenue, Ste 450
Greenville, SC 29601
864-235-5535

Smart Communications Holdings, Inc.
10491 72nd Street
Seminole, FL 33777

| | |
|---|---|
| Invoice Date: | July 14, 2026 |
| Invoice Num.: | 263333 |
| Matter Number: | 100192.001 |

**REMITTANCE COPY**

**Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc.**

| Invoice Date | Tax Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 07/14/2026 | 263333 | $50,627.31 |
| **Balance Due** | | $50,627.31 |

**Please Remit to:**

***Mail Checks to:***
HLP
201 W.McBee Ave.,
Suite 450
Greenville, SC
29601

***ACH Instructions:***
Ameris Bank
[redacted]
Email remittanceto: [redacted]@hlpwlaw.com

**From:** Nick Nybo
**To:** Juli Bradley
**Subject:** Smart Communications - Hearing Mileage
**Date:** Tuesday, June 30, 2026 3:48:19 PM
**Attachments:** 768d485e-888a-42c9-b030-f40972a9833b.png

---

Hi Juli,

I need to submit a mileage reimbursement for hearing attendance on 6/24 (matter no. 100192.001). The trip was a round trip from the CHS office to the Spartanburg County Courthouse and back, totaling 204 miles each way. Please let me know if you need any additional information.

Thanks!

Nick Nybo
Associate

176 Croghan Spur
Suite 220
Charleston, SC 29407

t: (843) 438-9808
m: (843) 906-7699
e: nicknybo@hlpwlaw.com

hlpwlaw.com

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**Total Miles 408 - @ .725 = $295.80**

# INVOICE

**Legal Eagle**
PO Box 5682
Greenville, SC 29606

accounting@legaleagleinc.com
+1 (864) 467-1373
www.legaleagleinc.com

HLP

**Bill to**

Hudson Lambert Parrott, LLC
P O Box 908
Greenville, SC 29602

**Invoice details**

Invoice no.: 111009
Terms: Net 15
Invoice date: 06/25/2026
Due date: 07/10/2026

PO:: Nick Nybo
Client Matter:: SCH v. Securus

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | 06/24/2026 | **A01R1101** | B&W 8 1/2 X 11 ROUTINE LEGAL EVIDENCE - GVL | 891 | $0.20 | $178.20 |
| 2. | 06/24/2026 | **B08CLF01** | FRONT CLEAR - GVL | 5 | $0.80 | $4.00 |
| 3. | 06/24/2026 | **B08BLA01** | BACK BLACK - GVL | 5 | $0.80 | $4.00 |
| 4. | 06/24/2026 | **B1070801** | COMB BIND 7/8 INCH | 5 | $3.00 | $15.00 |
| 5. | 06/24/2026 | **C03GNL01** | GENERAL LABOR - Organize. Print. Assemble. | 1 | $75.00 | $75.00 |

| | |
|---|---|
| Subtotal | $276.20 |
| Sales tax | $12.07 |
| **Total** | **$288.27** |

## Note to customer

WE APPRECIATE YOUR BUSINESS!

Legal Eagle now offers online payment. Go to our website (www.legaleagleinc.com) and click "Pay Invoices".

Please keep us in mind for ALL litigation support services:

Court Reporting. E-Discovery. Trial Support.

HUDSON LAMBERT PARROTT, LLC

201 W. McBee Avenue, Ste 450
Greenville, SC 29601
864-235-5535

Smart Communications Holdings, Inc.
10491 72nd Street
Seminole, FL 33777

| | |
|---|---|
| Invoice Date: | August 04, 2026 |
| Invoice Num.: | 263606 |
| Matter Number: | 100192.001 |

| | |
|---|---|
| Client: | Smart Communications Holdings, Inc. |
| Matter: | Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. |

For professional services rendered through July 30, 2026

Currency: USD

| | |
|---|---|
| Fees | 2,649.50 |
| **Total Amount Due** | **$2,649.50** |

**Please Remit to:**

***Mail Checks to:***
HLP
201 W.McBee Ave.,
Suite 450
Greenville, SC
29601

***ACH Instructions:***
Ameris Bank
[redacted]
Email remittanceto: [redacted]@hlpwlaw.com

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | August 04, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 263606 |
| | | Matter Number: | 100192.001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/07/2026 | Greg Placone | Confer internally regarding status of Securus's promised supplemental filing and whether to follow up with opposing counsel; evaluate post-hearing procedural strategy, [redacted] | 1.20 | 525.00 | 630.00 |
| 07/08/2026 | Nick Nybo | Review and analyze Securus' supplemental briefing in support of its motion for preliminary injunction and authorities cited therein | 0.60 | 410.00 | 246.00 |
| 07/08/2026 | Greg Placone | Review and analyze Securus's supplemental brief and authorities cited in response to Defendants' hearing authorities; assess effect on status quo and requested remedies, [redacted] confer internally and with co-counsel regarding significance of filing, whether any further response was warranted, and potential motion to dismiss | 2.80 | 525.00 | 1,470.00 |
| 07/09/2026 | Nick Nybo | Review correspondence from counsel for Securus to the Court regarding supplemental briefing | 0.10 | 410.00 | 41.00 |
| 07/09/2026 | Greg Placone | Review and analyze correspondence from Securus's counsel to Court regarding supplemental filing; evaluate procedural implications and whether any responsive filing or other action was warranted | 0.50 | 525.00 | 262.50 |
| **Total** | | | **5.20** | | **$2,649.50** |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | August 04, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 263606 |
| | | Matter Number: | 100192.001 |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Nick Nybo | Associate | 0.70 | 410.00 | 287.00 |
| Greg Placone | Partner | 4.50 | 525.00 | 2,362.50 |
| **Total** | | **5.20** | | **$2,649.50** |

**Year-to-Date**

| | This Invoice | Year-to-Date |
|---|---|---|
| Fees | $2,649.50 | $89,420.00 |
| Costs | $0.00 | $615.81 |
| Charges/Tax | $0.00 | $0.00 |
| **Total** | **$2,649.50** | **$90,035.81** |

**Aged A/R**

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|
| 50,627.31 | 11,743.50 | 25,015.50 | 0.00 | 0.00 |

**Total** **$87,386.31**

HUDSON LAMBERT PARROTT, LLC

201 W. McBee Avenue, Ste 450
Greenville, SC 29601
864-235-5535

Smart Communications Holdings, Inc.
10491 72nd Street
Seminole, FL 33777

Invoice Date: August 04, 2026
Invoice Num.: 263606
Matter Number: 100192.001

**REMITTANCE COPY**

**Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc.**

| Invoice Date | Tax Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 08/04/2026 | 263606 | $2,649.50 |
| **Balance Due** | | $2,649.50 |

**Please Remit to:**

***Mail Checks to:***
HLP
201 W.McBee Ave.,
Suite 450
Greenville, SC
29601

***ACH Instructions:***
[redacted]
Email remittanceto: [redacted]@hlpwlaw.com

HLP
HUDSON LAMBERT PARROTT, LLC

201 W. McBee Avenue, Ste 450
Greenville, SC 29601
864-235-5535

Smart Communications Holdings, Inc.
10491 72nd Street
Seminole, FL 33777

| | |
|---|---|
| Invoice Date: | September 14, 2026 |
| Invoice Num.: | 264381 |
| Matter Number: | 100192.001 |

Client: Smart Communications Holdings, Inc.
Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc.

For professional services rendered through August 31, 2026

| | Currency: USD |
|---|---|
| Fees | 3,146.50 |
| **Total Amount Due** | **$3,146.50** |

**Please Remit to:**

***Mail Checks to:***
HLP
201 W.McBee Ave.,
Suite 450
Greenville, SC
29601

***ACH Instructions:***
Ameris Bank
[redacted]

| | |
|---|---|
| Client: Smart Communications Holdings, Inc. | Invoice Date: September 14, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | Invoice Num.: 264381 |
| | Matter Number: 100192.001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/11/2026 | Nick Nybo | Correspondence with counsel for Spartanburg County regarding status of ruling | 0.20 | 410.00 | 82.00 |
| 08/11/2026 | Greg Placone | Review correspondence with S. Burton re: pending preliminary injunction ruling; update D. Gann and co-counsel re: litigation status and potential appellate proceedings; review rules and related guidance for potential interlocutory appeal from Securus re: injunction | 1.30 | 525.00 | 682.50 |
| 08/14/2026 | Nick Nybo | Review and anlyze correspondence from court regarding ruling on Securus' motion for preliminary injunction and briefly evaluate likelihood of appeal by Securus | 0.30 | 410.00 | 123.00 |
| 08/14/2026 | Greg Placone | Prepare client update re: litigation status and potential appeal; review Court's subsequent communication denying Securus's preliminary injunction motion; update D. Gann and co-counsel re: ruling and anticipated review of proposed order | 1.10 | 525.00 | 577.50 |
| 08/14/2026 | Greg Placone | Prepare client update re: litigation status and potential appeal; review Court's subsequent communication denying Securus's preliminary injunction motion; update D. Gann and co-counsel re: ruling and anticipated review of proposed order | 1.10 | 525.00 | 577.50 |
| 08/28/2026 | Nick Nybo | Review proposed order submitted by counsel for Spartanburg County and compare terms against notes from hearing and the parties' briefing | 0.90 | 410.00 | 369.00 |
| 08/31/2026 | Greg Placone | Further analyze proposed order in light of prior briefing and hearing record; evaluate | 1.40 | 525.00 | 735.00 |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | September 14, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 264381 |
| | | Matter Number: | 100192.001 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | potential appellate issues and conduct limited research re: post order procedure; assess whether further comments on proposed order are warranted | | | |
| **Total** | | | **6.30** | | **$3,146.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Nick Nybo | Associate | 1.40 | 410.00 | 574.00 |
| Greg Placone | Partner | 4.90 | 525.00 | 2,572.50 |
| **Total** | | **6.30** | | **$3,146.50** |

**Year-to-Date**

| | This Invoice | Year-to-Date |
|---|---|---|
| Fees | $3,146.50 | $92,566.50 |
| Costs | $0.00 | $615.81 |
| Charges/Tax | $0.00 | $0.00 |
| **Total** | **$3,146.50** | **$93,182.31** |

**Aged A/R**

| | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|---|
| | 0.00 | 2,649.50 | 62,370.81 | 25,015.50 | 0.00 |
| **Total** | | | | | **$90,035.81** |

HUDSON LAMBERT PARROTT, LLC

201 W. McBee Avenue, Ste 450
Greenville, SC 29601
864-235-5535

Smart Communications Holdings, Inc.
10491 72nd Street
Seminole, FL 33777

Invoice Date: September 14, 2026
Invoice Num.: 264381
Matter Number: 100192.001

**REMITTANCE COPY**

**Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc.**

| Invoice Date | Tax Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 09/14/2026 | 264381 | $3,146.50 |
| **Balance Due** | | $3,146.50 |

**Please Remit to:**

***Mail Checks to:***
HLP
201 W.McBee Ave.,
Suite 450
Greenville, SC
29601

***ACH Instructions:***
Ameris Bank
[redacted]

HLP
HUDSON LAMBERT PARROTT, LLC

201 W. McBee Avenue, Ste 450
Greenville, SC 29601
864-235-5535

Smart Communications Holdings, Inc.
10491 72nd Street
Seminole, FL 33777

| | |
|---|---|
| Invoice Date: | November 13, 2026 |
| Invoice Num.: | 265567 |
| Matter Number: | 100192.001 |

Client: Smart Communications Holdings, Inc.

Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc.

For professional services rendered through October 31, 2026

| | Currency: USD |
|---|---|
| Fees | 1,834.00 |
| **Total Amount Due** | **$1,834.00** |

**Please Remit to:**

***Mail Checks to:***
HLP
201 W.McBee Ave.,
Suite 450
Greenville, SC
29601

***ACH Instructions:***
Ameris Bank
[redacted]
Email remittanceto: [redacted]@hlpwlaw.com

| | |
|---|---|
| Client: Smart Communications Holdings, Inc. | Invoice Date: November 13, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | Invoice Num.: 265567 |
| | Matter Number: 100192.001 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/2026 | Greg Placone | Review bankruptcy fee orders and related objection for implications for SCH pending fee application for procurement action in SC | 0.30 | 525.00 | 157.50 |
| 09/04/2026 | Nick Nybo | Review and analyze redlines by Securus to Spartanburg County's proposed order and evaluate whether a response by Smart Communications is warranted | 0.80 | 410.00 | 328.00 |
| 09/04/2026 | Greg Placone | Review Securus's proposed order and revisions concerning denial of preliminary injunction; assess implications for SCH defense and potential appeal; emails with co-counsel team re: same | 0.60 | 525.00 | 315.00 |
| 09/24/2026 | Greg Placone | Confer with County counsel regarding anticipated entry of order on Securus's motion for preliminary injunction | 0.20 | 525.00 | 105.00 |
| 09/28/2026 | Greg Placone | Advise client regarding litigation posture and fee application process; coordinate with bankruptcy counsel concerning fees and expenses incurred in SC procurement action and related considerations | 0.50 | 525.00 | 262.50 |
| 10/13/2026 | Nick Nybo | Review and analyze Order denying Plaintiff's motion for preliminary injunction and compare against the parties' proposed orders; draft correspondence to client providing status update on the same | 0.60 | 410.00 | 246.00 |
| 10/13/2026 | Greg Placone | Review final order entry re: denial of Securus' motion for preliminary injunction; confer internally re: same; draft and respond to emails with co-counsel and client team re: status and potential next steps | 0.80 | 525.00 | 420.00 |
| **Total** | | | **3.80** | | **$1,834.00** |

| | | | |
|---|---|---|---|
| Client: Smart Communications Holdings, Inc. | | Invoice Date: | November 13, 2026 |
| Matter: Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc. | | Invoice Num.: | 265567 |
| | | Matter Number: | 100192.001 |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Nick Nybo | Associate | 1.40 | 410.00 | 574.00 |
| Greg Placone | Partner | 2.40 | 525.00 | 1,260.00 |
| **Total** | | **3.80** | | **$1,834.00** |

**Year-to-Date**

| | This Invoice | Year-to-Date |
|---|---|---|
| Fees | $1,834.00 | $94,400.50 |
| Costs | $0.00 | $615.81 |
| Charges/Tax | $0.00 | $0.00 |
| **Total** | **$1,834.00** | **$95,016.31** |

**Aged A/R**

| | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|---|
| | 0.00 | 3,146.50 | 0.00 | 2,649.50 | 12,386.31 |
| **Total** | | | | | **$18,182.31** |

HUDSON LAMBERT PARROTT, LLC

201 W. McBee Avenue, Ste 450
Greenville, SC 29601
864-235-5535

Smart Communications Holdings, Inc.
10491 72nd Street
Seminole, FL 33777

| | |
|---|---|
| Invoice Date: | November 13, 2026 |
| Invoice Num.: | 265567 |
| Matter Number: | 100192.001 |

**REMITTANCE COPY**

**Securus Technologies, LLC v. Spartanburg County, South Carolina and Smart Communications Holding, Inc.**

| Invoice Date | Tax Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 11/13/2026 | 265567 | $1,834.00 |
| **Balance Due** | | $1,834.00 |

**Please Remit to:**

***Mail Checks to:***
HLP
201 W.McBee Ave.,
Suite 450
Greenville, SC
29601

***ACH Instructions:***
Ameris Bank
[redacted]